USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | : | 14-MD-2543 (JMF) |
| ------------------------------------------------------------- | : | |
| STEVEN GROMAN, | : | |
|           Plaintiff, | : | |
|           -v- | : | 14-CV-2458 (JMF) |
| GENERAL MOTORS LLC.., | : | |
|           Defendant. | : | |
| ------------------------------------------------------------- | : | |
| ROBIN DELUCO, | : | |
|           Plaintiff, | : | |
|           -v- | : | 14-CV-2713 (JMF) |
| GENERAL MOTORS L.L.C., | : | |
|           Defendant. | : | |
| ------------------------------------------------------------- | : | |
| MARIE MAZZOCCHI, | : | |
|           Plaintiff, | : | |
|           -v- | : | 14-CV-2714 (JMF) |
| GENERAL MOTORS LLC et al., | : | |
|           Defendants. | : | |
| ------------------------------------------------------------- | : | |
| LISA PHANEUF et al., | : | |
|           Plaintiffs, | : | |
|           -v- | : | 14-CV-3298 (JMF) |
| GENERAL MOTORS L.L.C., | : | |
|           Defendants. | : | |
| ------------------------------------------------------------- | : | |
| MEAGHAN SKILLMAN, | : | |
|           Plaintiff, | : | 14-CV-3326 (JMF) |
|           -v- | : | |
| GENERAL MOTORS L.L.C. et al., | : | |
|           Defendants. | : | |
| ------------------------------------------------------------ X | | ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the June 12, 2014 Order of the Judicial Panel on Multidistrict Litigation (JPML), *In re: General Motors LLC Ignition Switch Litigation*, 14-MD-2543, has been assigned to this Court for coordinated or consolidated pretrial proceedings. (14-MD-2543, Docket No. 1).

As the other above-captioned cases, which are also assigned to this Court, appear to be within the scope of that Multidistrict Litigation, it is hereby ORDERED that they are transferred to 14-MD-2543 for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to docket this Order in all the above-captioned cases.

SO ORDERED.

Dated: June 20, 2014
      New York, New York

JESSE M. FURMAN
United States District Judge