USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ X
:
IN RE:                                                                         :
:
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION  :        14-MD-2543 (JMF)
:
------------------------------------------------------------------------------ :
:
JANET TURPYN et al.,                                                           :
:
                Plaintiffs,                                         :        14-CV-5328 (JMF)
:
     -v-                                                                      :
:
GENERAL MOTORS LLC et al.,                                                     :        ORDER
:
                Defendants.                                         :
:
------------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the June 12, 2014 Order of the Judicial Panel on Multidistrict Litigation (JPML), *In re: General Motors Ignition Switch Litigation*, 14-MD-2543, has been assigned to this Court for coordinated or consolidated pretrial proceedings. (14-MD-2543, Docket No. 1). As this case, *Turpyn v. General Motors LLC*, 14-CV-5328, appears to be within the scope of that Multidistrict Litigation, it is hereby ORDERED that it is transferred to 14-MD-2543 for coordinated or consolidated pretrial proceedings.

       The Clerk of Court is directed to docket this Order in the above-captioned cases.

       SO ORDERED.

Dated: July 23, 2014
       New York, New York

                                                          _____
                                                           JESSE M. FURMAN
                                                      United States District Judge