UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION | 14-MD-2543 (JMF)<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

This Document Relates to:
JOLENE FUGATE 1:14-CV-04714-JMF
LARRY BENDER 1:14-CV-04768-JMF

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I  Jasper D. Ward , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for  Jolene Fugate and Larry Bender  in the above-captioned action.

     I am in good standing of the bar of the state of  Kentucky  and there are no pending disciplinary proceedings against me in any state or federal court.

Date: July 18, 2014                        Respectfully Submitted,

                                                   /s/ Jasper D. Ward
                                                   Applicant Signature
                                                   Applicant's Name:  Jasper D. Ward
                                                   Firm Name:  Jones Ward PLC
                                                   Address:  312 S. Fourth Street, 6th Floor
                                                   City/State/Zip:  Louisville, KY 40202
                                                 Telephone/Fax: 502-882-6000/502-587-2007
                                                   E-Mail:  jasper@jonesward.com