UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

--------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 139

JESSE M. FURMAN, United States District Judge:

**[Prohibiting the Filing of Consolidated Personal Injury / Wrongful Death Complaints]**

      Heretofore, the Court has tolerated the filing of omnibus consolidated complaints on behalf of multiple plaintiffs bringing personal injury and wrongful death claims arising out of different accidents or incidents. The Court has done so, even where joinder would not be permitted under a strict application of the Federal Rules of Civil Procedure, in the interests of efficiency. Upon reflection, the Court has decided to put an end to the practice because it creates administrative problems for the Clerk's Office (problems that will become even more pronounced if or when individual cases are transferred or remanded to transferor courts) and because it deprives the Court of filing fees to which it is due. (Requiring each plaintiff to pay a separate filing fee has an additional salutary effect: It helps ensure that plaintiff's counsel will adequately screen each plaintiff's claim to ensure that it is valid and belongs in these proceedings.) Accordingly, effective immediately, counsel may no longer file consolidated complaints on behalf of multiples plaintiffs where joinder would not be permitted under the Federal Rules. Counsel shall instead file individual complaints (along with the requisite Statement of Relatedness) with separate filing fees for each case.

      SO ORDERED.

Dated: December 8, 2017
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge