**Robbins Geller Rudman & Dowd LLP**

Atlanta    Chicago     Melville    Philadelphia   San Francisco
Boca Raton Manhattan   Nashville   San Diego      Washington, DC

David W. Mitchell
davidm@rgrdlaw.com

August 8, 2014

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
　United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

　　　　Re:　*In re: General Motors LLC Ignition Switch Litigation*,
　　　　　　　MDL No. 14-MD-2543 (JMF)

Dear Judge Furman:

　　In accordance with the Court's Order No. 7, the undersigned will rest on the strength our written submission to the Court requesting appointment to the Executive Committee.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DAVID W. MITCHELL

DWM:sll

cc:　　All Counsel of Record via ECF

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2014.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: davem@rgrdlaw.com

962171_1

**Mailing Information for a Case 1:14-md-02543-JMF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Ahdoot**
  rahdoot@ahdootwolfson.com,tmaya@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

- **Dallas L. Albaugh**
  dalbaugh@golenbock.com

- **Mary E. Alexander**
  malexander@maryalexanderlaw.com,mmiller@maryalexanderlaw.com,cjimenez@maryalexanderlaw.com,jwilliams@maryalexanderlaw.com

- **Mekel Smith Alvarez**
  malvarez@morrisbart.com

- **D. Michael Andrews**
  mike.andrews@beasleyallen.com

- **David Michael Andrews**
  mike.andrews@beasleyallen.com,kay.cox@beasleyallen.com

- **Benno B Ashrafi**
  bashrafi@weitzlux.com

- **Robert J Axelrod**
  rjaxelrod@axelroddean.com,jddean@axelroddean.com

- **Benjamin L Bailey**
  bbailey@baileyglasser.com,jnickellrice@baileyglasser.com,wjohnson@baileyglasser.com

- **Benjamin E. Baker**
  ben.baker@beasleyallen.com

- **Benjamin E. Baker , Jr**
  ben.baker@beasleyallen.com

- **Heather Marie Baker**
  hmb@kirtlandpackard.com

- **Darrell Lee Barger**
  dbarger@hdbdlaw.com

- **Don Barrett**
  dbarrett@barrettlawgroup.com

- **John W Barrett**
  dbarrett@barrettlawgroup.com

- **John W. Don Barrett**
  dbarrett@barrettlawgroup.com

- **Dawn M. Barrios**
  barrios@bkc-law.com,dwhite@bkc-law.com

- **Joseph Henry Bates , III**
  hbates@cbplaw.com

- **Jere Locke Beasley**
  jere.beasley@beasleyallen.com

- **Daniel E. Becnel , Jr**
  mmoreland@becnellaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **John Randolph Bibb , Jr**
  rbibb@lewisthomason.com

- **Andrea B. Bierstein**
  abierstein@simmonsfirm.com,jlucena@simmonsfirm.com

- **James J Bilsborrow**
  jbilsborrow@weitzlux.com

- **James Jackson Bilsborrow**
  jbilsborrow@weitzlux.com

- **Giovanna T Bingham**
  gtarantino@hdbdlaw.com,abaker@hdbdlaw.com

- **Douglas Gregory Blankinship**
  gblankinship@fbfglaw.com

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com

- **Wendy L. Bloom**
  wendy.bloom@kirkland.com

- **Andrew B Bloomer**
  andrew.bloomer@kirkland.com

- **Andrew Baker Bloomer**
  andrew.bloomer@kirkland.com,rmendes@kirkland.com,kenymanagaingclerk@kirkland.com,allan.pixton@kirkland.com,nora.shea@kirkland.com

- **William F. Bochte**
  wbochte@bknlaw.com

- **John McNeill Broaddus**
  jbroaddus@weitzlux.com

- **John Mcneill Broaddus**
  jbroaddus@weitzlux.com

- **Justin Silver Brooks**
  jbrooks@gelaw.com,justin.brooks27@gmail.com

- **Malcolm Todd Brown**
  brown@whafh.com

- **David Buckner**
  dbu@grossmanroth.com

- **David M. Buckner**
  dbu@grossmanroth.com,mvm@grossmanroth.com,imp@grossmanroth.com

- **Howard Mitchell Bushman**
  hbushman@harkeclasby.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Michael A. Caddell**
  mac@caddellchapman.com,kek@caddellchapman.com

- **Rocco Calamusa , Jr**
  Rcalamusa@wcqp.com

- **Kevin Frank Calcagnie**
  kcalcagnie@rcrlaw.net

- **Steven M Campora**
  scampora@dbbwlaw.com,nwong@dbbwlaw.com

- **Robert B Carey**
  rob@hbsslaw.com

- **James Allen Carney , Jr**
  acarney@cbplaw.com

- **Shanon J Carson**
  scarson@bm.net

- **Stephanie Anne Casey**
  scasey@colson.com

- **Brett H Cebulash**
  bcebulash@tcllaw.com

- **Robert F Childs , Jr**
  RFC@wcqp.com

- **Salvadore Christina , Jr**
  schristina@cox.net

- **Edward W. Ciolko**
  eciolko@ktmc.com,kmarrone@ktmc.com,jwotring@ktmc.com,rmuchnick@ktmc.com,pleadings@ktmc.com,mgyandoh@ktmc.com

- **Ryan N. Clark**
  rclark@lewisthomason.com,sshepard@lewisthomason.com,jporter@lewisthomason.com

- **Robert A. Clifford**
  rac@cliffordlaw.com

- **John R. Climaco**
  jrclim@climacolaw.com

- **Cathleen M. Combs**
  ccombs@edcombs.com,courtecl@edcombs.com

- **Sean Ashley Commons**
  scommons@sidley.com,laefilingnotice@sidley.com

- **Lance Alan Cooper**
  lance@thecooperfirm.com,doreen@thecooperfirm.com

- **Scott Bradley Cooper**
  scott@cooper-firm.com

- **Brandon L. Corl**
  bcorl@potts-law.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com,pamelag@cuneolaw.com,ecf@cuneolaw.com,mmiller@cuneolaw.com

- **Melanie L. Cyganowski**
  mcyganowski@oshr.com,awilliams@oshr.com,lgreen@oshr.com,slane@oshr.com

- **Kassem M. Dakhlallah**
  kd@atlawgroup.com

- **Matthew Lee Dameron**
  matt@williamsdirks.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com

- **Patrick Alan Dawson**
  patrickadawson@gmail.com

- **Maria Adrianne De Castro**
  adrianne@desai-law.com

- **Jay Douglas Dean**
  jddean@axelroddean.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,tseymore@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Stephen B. Devereaux**
  sdevereaux@kslaw.com

- **Manuel Leon Dobrinsky**
  mdobrinsky@fdlaw.net

- **Matthew R. Doebler**
  mdoebler@pribanic.com

- **Michael Dennis Donovan**
  mdonovan@donovanaxler.com,naxler@donovanaxler.com,ckoerner@donovanaxler.com

- **Don M. Downing**
  ddowning@grgpc.com,jstatz@grgpc.com,cfasterling@grgpc.com

- **Kyle Harold Dreyer**
  kdreyer@hdbdlaw.com,hyoung@hdbdlaw.com

- **James R Dugan , II**
  jdugan@dugan-lawfirm.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dplymale@dugan-lawfirm.com

- **Blair Pierson Durham**
  blair@durhamanddread.com

- **Daniel A. Edelman**
  courtecl@edcombs.com,dedelman@edcombs.com

- **Eugene R Egdorf**
  ere@lanierlawfirm.com

- **Robert Burkart Ellis**
  rellis@kirkland.com

- **Eric Michael English**
  eenglish@kslaw.com

- **Justin Benjamin Farar**
  jfarar@kaplanfox.com

- **Cory S. Fein**
  csf@caddellchapman.com

- **Leonid Feller**
  leonid.feller@kirkland.com

- **Barry E. Fields**
  bfields@kirkland.com

- **Jennifer L Fiore**
  jfiore@maryalexanderlaw.com

- **Catherine L. Fitzpatrick**
  cfitzpatrick@kirkland.com

- **Jonathan Laurence Flaxer**
  jflaxer@golenbock.com

- **Jodi Westbrook Flowers**
  Jflowers@motleyrice.com

- **Francis Joseph Flynn , Jr**
  casey@jefflowepc.com

- **Francis (Casey) J. Flynn**
  casey@jefflowepc.com

- **Linda M Fong**
  lfong@kaplanfox.com

- **Andrew Steven Friedman**
  afriedman@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Gary B. Friedman**
  gfriedman@flgllp.com,garybfriedman@att.net

- **Casey A. Fry**
  caf@millerlawpc.com

- **Rachel Geman**
  rgeman@lchb.com,jtarpeh@lchb.com

- **Eric H Gibbs**
  ehg@girardgibbs.com

- **Eric H. Gibbs**
  ehg@girardgibbs.com,ran@girardgibbs.com,jar@girardgibbs.com

- **Daniel C Girard**
  dcg@girardgibbs.com

- **Richard Cartier Godfrey**
  rgodfrey@kirkland.com,kenymanagingclerk@kirkland.com

- **Rudy Gonzales , Jr**
  rudyg@hmglawfirm.com

- **Philip J. Goodman**
  pgoodman@chadbourne.com

- **Michael A. Gould**
  mgould@ktglaw.com

- **Maurice B. Graham**
  mgraham@grgpc.com,tjackson@grgpc.com,cmertz@grgpc.com

- **John Gravante , III**
  jgravante@podhurst.com

- **Miles Greaves**
  mgreaves@tcllaw.com

- **Thomas D. Greene**
  tucker.greene@greenellp.com

- **Thomas M. Greene**
  tgreene@greenellp.com

- **Robin Greenwald**
  rgreenwald@weitzlux.com

- **Philip L Gregory**
  pgregory@cpmlegal.com

- **R. Dean Gresham**
  dean@paynemitchell.com

- **Francis J. Grey**
  fgrey@rtjglaw.com

- **Scott M Grzenczyk**
  smg@girardgibbs.com,jar@girardgibbs.com

- **Mark K. Gyandoh**
  mgyandoh@ktmc.com,rmuchnick@ktmc.com,sneis@ktmc.com

- **Alexandra A Hamilton**
  ahamilton@cpmlegal.com

- **Kevin R Hanger**
  khanger@bffb.com

- **Lance August Harke**
  lharke@harkeclasby.com

- **Jason Hartley**
  hartley@stuevesiegel.com,glover@stuevesiegel.com

- **Kathryn Jeanine Harvey**
  kharvey@mlgautomotivelaw.com

- **Brent Hazzard**
  brenthazzard@yahoo.com

- **George W. Healy , IV**
  gwhealyiv@aol.com

- **Brian Kelly Herrington**
  brian@bherringtonlaw.com

- **Michael Jerome Higer**
  mhiger@hlglawyers.com

- **Robert Hilliard**
  bobh@hmglawfirm.com,lauren@hmglawfirm.com,sharon@hmglawfirm.com

- **Todd Eugene Hilton**
  hilton@stuevesiegel.com,olivas@stuevesiegel.com

- **Patrick Howard**
  phoward@smbb.com,pdurkin@smbb.com,alafontaine@smbb.com

- **Robert B Hutchinson**
  rhutchinson@hutchinsonsnider.com

- **Kevin W. Jent**
  kjent@wcqp.com

- **Benjamin F. Johns**
  bfj@chimicles.com

- **Shelby A Jordan**
  sjordan@jhwclaw.com

- **Allan Aaron Joseph**
  ajoseph@fuerstlaw.com

- **Eamon Paul Joyce**
  ejoyce@sidley.com,nyefiling@sidley.com,fbrody@sidley.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Christopher William Keegan**
  chris.keegan@kirkland.com,sfarley@kirkland.com,alevin@kirkland.com,brenda.rudolph@kirkland.com

- **Michael Louis Kelly**
  mlk@kirtlandpackard.com

- **Joseph B. Kenney**
  jbk@chimicles.com

- **Whitney H. Kimerling**
  wkimerling@lewisthomason.com

- **Bradley K King**
  bking@ahdootwolfson.com

- **Laurence David King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Bruce S. Kingsdorf**
  kingsdorf@bkc-law.com

- **William L. Kirk , Jr**
  bkirk@rumberger.com

- **Tracey Kitzman**
  tkitzman@flgllp.com

- **Thomas M Klein**
  tom.klein@bowmanandbrooke.com

- **Michelle L. Kranz**
  michelle@toledolaw.com

- **Theodore L. Kuzniar**
  tkuzniar@bknlaw.com

- **Archie Cleveland Lamb , Jr**
  alamb@archielamb.com

- **Kevin Sylvan Landau**
  klandau@tcllaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Dennis R. Lansdowne**
  drl@spanglaw.com,lm@spanglaw.com,sneumann@spanglaw.com

- **Eric Lechtzin**
  elechtzin@bm.net

- **Lisa Verna Lecointe**
  llecointe@kirkland.com,kenymanagingclerk@kirkland.com

- **Drew T. Legando**
  drew@lgmlegal.com

- **Irwin B. Levin**
  ilevin@cohenandmalad.com

- **Adam J. Levitt**
  alevitt@gelaw.com,alebdjiri@gelaw.com

- **Lester L Levy**
  llevy@wolfpopper.com

- **Lester L. Levy , Sr**
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com

- **Scott H. Levy**
  slevy@flgllp.com

- **David Henry Lichter**
  dlichter@hlglawyers.com

- **Tal J Lifshitz**
  tjl@kttlaw.com

- **Marisa C. Livesay**
  livesay@whafh.com

- **Kevin Joseph Madonna**
  kmadonna@kennedymadonna.com

- **Roger L Mandel**
  rlm@lhlaw.net,loh@lhlaw.net

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Jean Sutton Martin**
  jsm@rhinelawfirm.com

- **John Brandon Martinez**
  john@hmglawfirm.com

- **D. Todd Mathews**
  todd@gorijulianlaw.com

- **Sean R. Matt**
  sean@hbsslaw.com

- **Eric S. Mattson**
  emattson@sidley.com,nyefiling@sidley.com

- **Wendy D May**
  wmay@hdbdlaw.com,hyoung@hdbdlaw.com

- **Theodore W Maya**
  tmaya@ahdootwolfson.com

- **Kara McCall**
  kmccall@sidley.com

- **Sean P. McDonough**
  smcdonough@dlplaw.com

- **Shannon Marie McNulty**
  smm@cliffordlaw.com,jmreasor@cliffordlaw.com

- **Joseph H. Meltzer**
  jmeltzer@ktmc.com,kmarrone@ktmc.com,jwotring@ktmc.com,eciolko@ktmc.com,tziegler@ktmc.com,pleadings@ktmc.com

- **Melissa M. Merlin**
  melissa.merlin@huschblackwell.com

- **Jorge Alejandro Mestre**
  jmestre@riveromestre.com,receptionist@riveromestre.com,kblanson@riveromestre.com,evonderosten@riveromestre.com,sgonzalez@riveromestre.com,npuentes@rive

- **Jonathan A Michaels**
  jmichaels@mlgautomotivelaw.com

- **Seth Eric Miles**
  sem@grossmanroth.com

- **Wilson D Miles , III**
  dee.miles@beasleyallen.com

- **Wilson D. Miles**
  dee.miles@beasleyallen.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Cassandra P. Miller**
  cmiller@edcombs.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Michael Isaac Miller**
  imiller@baronbudd.com

- **Vess Allen Miller**
  vmiller@cohenandmalad.com,cmeadows@cohenandmalad.com,jsmock@cohenandmalad.com

- **Curtis Bradley Miner**
  curt@colson.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com

- **Matthew B. Moreland**
  mattmoreland@cox.net

- **Adam M. Moskowitz**
  AMM@kttlaw.com

- **Adam Matthew Moskowitz**
  amm@kttlaw.com

- **Peter A. Muhic**
  pmuhic@ktmc.com,kmarrone@ktmc.com,sjones@ktmc.com,pleadings@ktmc.com,mcoccagna@ktmc.com,iyeates@ktmc.com,jbelack@ktmc.com,rmuchnick@ktmc.co

- **G. Patrick Murphy**
  gpatrick@murphymurphyllc.com

- **Lawrence J. Murphy**
  lmurphy@honigman.com

- **Patricia S. Murphy**
  trisha@murphymurphyllc.com

- **Jennifer L. Murray**
  jmurray@paynterlawfirm.com

- **Dianne M. Nast**
  dnast@nastlaw.com

- **Michael T. Navigato**
  mnavigato@bknlaw.com

- **Robert J Neary**
  rn@kttlaw.com

- **Phong-Chau Gia Nguyen**
  pgnguyen@lchb.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alyson L. Oliver**
  notifications@oliverlg.com

- **Alyson Louise Oliver**
  notifications@oliverlg.com

- **Paul T. Oven**
  ptoven@dlplaw.com

- **Behram V Parekh**
  bvp@kirtlandpackard.com

- **Simon B. Paris**
  sparis@smbb.com

- **R. Patrick Parker**
  pparker@hardaway.net

- **Kianna C Parviz**
  kparviz@mlgautomotivelaw.com

- **Stuart Mckinley Paynter**
  stuart@smplegal.com

- **Gary Peller**
  peller@law.georgetown.edu

- **Mark P Pifko**
  MPifko@baronbudd.com

- **Thomas Christopher Pinedo**
  cpinedo@cpinedolaw.com

- **Frank M Pitre**
  fpitre@cpmlegal.com

- **Frank Mario Pitre**
  fpitre@cpmlegal.com,rmanuel@cpmlegal.com,oniszeto@cpmlegal.com,jwang@cpmlegal.com,tstevens@cpmlegal.com

- **Allan Pixton**
  allan.pixton@kirkland.com

- **Robert S Plosky**
  rplosky@wolfpopper.com

- **Aaron Samuel Podhurst**
  apodhurst@podhurst.com

- **J. Cole Portis**
  cole.portis@beasleyallen.com

- **Derek H. Potts**
  dpotts@potts-law.com

- **Victor H. Pribanic**
  lisa@pribanic.com,greg@pribanic.com,vpribanic@pribanic.com

- **Joseph G. Price**
  jprice@dlplaw.com

- **Peter Prieto**
  pprieto@podhurst.com

- **Randall Keith Pulliam**
  rpulliam@carneywilliams.com

- **Richard J.R. Raleigh , Jr**
  rraleigh@wilmerlee.com

- **Michael Francis Ram**
  mram@rocklawcal.com,awilliams@rocklawcal.com

- **Michele F Raphael**
  mraphael@wolfpopper.com

- **Marion M Reilly**
  marion@hmglawfirm.com

- **Joel R. Rhine**
  jrr@rhinelawfirm.com

- **Shawn Preston Ricardo**
  pricardo@golenbock.com

- **Joseph F. Rice**
  jrice@motleyrice.com

- **John Douglas Richards**
  drichards@cohenmilstein.com,efilings@cohenmilstein.com

- **Kristofer S. Riddle**
  ksr@cliffordlaw.com

- **Edward L Ripley**
  ERipley@kslaw.com

- **Andres Rivero**
  arivero@riveromestre.com,cdiaz@riveromestre.com,receptionist@riveromestre.com,jcastro@riveromestre.com,cwhorton@riveromestre.com,evonderosten@riveromest

- **Edward D. Robertson , Jr**
  chiprob@earthlink.net

- **Hart Lawrence Robinovitch**
  AZDocketing@zimmreed.com

- **Mark P Robinson , Jr**
  mrobinson@rcrlaw.net

- **Mark P. Robinson , Jr**
  mrobinson@rcrlaw.net

- **Mark Parker Robinson**
  beachlawyer51@hotmail.com,lgould@rcrlaw.net,dfolia@rcrlaw.net

- **Thomas A. Tucker Ronzetti**
  tr@kttlaw.com,mia@kttlaw.com

- **Ashley Dawn Rose**
  arose@mlgautomotivelaw.com

- **Deborah R Rosenthal**
  drosenthal@simmonsfirm.com

- **Joseph G. Sauder**
  jgs@chimicles.com,klw@chimicles.com

- **Sherrie R. Savett**
  ssavett@bm.net

- **Sherrie Raiken Savett**
  ssavett@bm.net,sdavis@bm.net,mgatter@bm.net

- **John Scarola**
  mep@searcylaw.com,peq@searcylaw.com,ajc@searcylaw.com

- **Alexander H. Schmidt**
  schmidt@whafh.com

- **Kimberly Wilson Schock**
  kimberly@hmglawfirm.com

- **Eugene A. Schoon**
  eschoon@sidley.com,efilingnotice@sidley.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,hdanielson@susmangodfrey.com,dsobczak@susmangodfrey.com

- **Richard Edward Shevitz**
  rshevitz@cohenandmalad.com,cmeadows@cohenandmalad.com,jsmock@cohenandmalad.com

- **Jonathan Shub**
  jshub@seegerweiss.com,lgriffith@seegerweiss.com,sweiss@seegerweiss.com,ejaso@seegerweiss.com,cseeger@seegerweiss.com,klaukaitis@seegerweiss.com

- **Norman E. Siegel**
  siegel@stuevesiegel.com,perez@stuevesiegel.com

- **Norman Eli Siegel**
  siegel@stuevesiegel.com

- **Timothy L. Sifers**
  tsifers@potts-law.com

- **Jason J Sigel**
  jsigel@dbbwlaw.com,mrodriguez@dbbwc.com

- **Scott D Simpkins**
  sdsimp@climacolaw.com

- **Jeffrey S Sinek**
  jeff.sinek@kirkland.com

- **Joseph Jeremy Siprut**
  jsiprut@siprut.com

- **Steven G Sklaver**
  ssklaver@susmangodfrey.com

- **David Slade**
  dslade@cbplaw.com

- **Donald H. Slavik**
  dslavik@rcrlaw.net

- **Lawrence A. Slovensky**
  lslovensky@kslaw.com

- **Renee Deborah Smith**
  rdsmith@kirkland.com

- **Eric B Snyder**
  esnyder@baileyglasser.com,jnickellrice@baileyglasser.com,wjohnson@baileyglasser.com

- **Hamid M. Soueidan**
  hmsoueidan@gmail.com

- **Michele R Sowers**
  michele.sowers@huschblackwell.com,michele.hall@huschblackwell.com,debra.feilner@huschblackwell.com

- **Kalpana Srinivasan**
  ksrinivasan@susmangodfrey.com,hdanielson@susmangodfrey.com

- **Sudarsana Srinivasan**
  dsrinivasan@lchb.com

- **Sterling Starns**
  sstarns@barrettlawgroup.com

- **David Stein**
  ds@girardgibbs.com

- **David K, Stein**
  ds@girardgibbs.com

- **Alex Rafael Straus**
  astraus@motleyrice.com

- **Patrick J. Stueve**
  stueve@stuevesiegel.com,perez@stuevesiegel.com

- **Patricia N. Syverson**
  psyverson@bffb.com,tdinardo@bffb.com,rcreech@bffb.com,ezard@bffb.com

- **Wilders Brad T.**
  wilders@stuevesiegel.com

- **Michael Tabb**
  matabb@greenellp.com

- **John Ernst Tangren**
  jtangren@gelaw.com

- **Greggory A Teeter**
  gteeter@tjhlaw.com

- **Roland K Tellis**
  rtellis@baronbudd.com

- **Roland Karim Tellis**
  rtellis@baronbudd.com

- **Beth E. Terrell**
  bterrell@tmdwlaw.com

- **Catherine Danielle Tobin**
  catherine@hmglawfirm.com

- **Lynn A. Toops**
  ltoops@cohenandmalad.com

- **Mitchell A Toups**
  matoups@wgttlaw.com

- **Mitchell A. Toups**
  matoups@wgttlaw.com,jgordon@wgttlaw.com

- **Harley Shepard Tropin**
  hst@kttlaw.com,sf@kttlaw.com

- **Pryce Godfrey Tucker**
  ptucker@hdbdlaw.com,mmiller@hdbdlaw.com

- **Andrew M. Volk**
  andrew@hbsslaw.com,dawn@hbsslaw.com

- **Todd A Walburg**
  twalburg@lchb.com

- **Jasper D. Ward , IV**
  jasper@jonesward.com

- **Jasper Dudley Ward**
  jasper@jonesward.com

- **Matthew Weinshall**
  mweinshall@podhurst.com

- **Edward L White**
  ed@edwhitelaw.com,jan@edwhitelaw.com

- **Gregory O. Wiggins**
  gwiggins@wigginschilds.com,twiggins@wigginschilds.com,kjent@wigginschilds.com

- **Bradley Wilders**
  wilders@stuevesiegel.com

- **Allen C. Wilson**
  wilsonallen3@aol.com

- **Scot D Wilson**
  swilson@rcrlaw.net

- **Tina Wolfson**
  twolfson@ahdootwolfson.com

- **Zachary Logan Wool**
  zwool@bkc-law.com

- **Alfred G. Yates , Jr**
  Yateslaw@aol.com

- **Norman A. Yatooma**
  nya@normanyatooma.com

- **Tiffany MArko Yiatras**
  tyiatras@careydanis.com

- **Aarin April Zeif**
  aarin@wageandhourlaw.com

- **Charles S Zimmerman**
  charles.zimmerman@zimmreed.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

- **Brett Elliott von Borke**
  bvb@grossmanroth.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nathan              B. Atkinson
Spilman Thomas & Battle, PLLC
110 Oakwood Drive,
Suite 500
Winston-Salem, NC 27103

Timothy             C. Bailey
Bucci, Bailey & Javins, L.C.
213 Hale Street
Charleston, WV 25301

Jeffery A. Balls
,
```

**David L. Balser**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

**Morris Bart**, III
Morris Bart & Associates
909 Poydras Street
New Orleans, LA 70112

**James R. Bartimus**
Bartimus Frickleto Robertson & Goza, P.C.
11150 Overbrook Road,
Suite 200
Leawood, KS 66211

**Peter J. Brodhead**
Spangenberg, Shibley & Liber
1001 Lakeside Avenue, E
Ste. 1700
Cleveland, OH 44114

**Guy Bucci**
213 Hale Street
Charleston, WV 25301

**Robert A Buccola**
Dreyer Babich Buccola Wood LLP
20 Bicentennial Circle
Sacramento, CA 95826

**Elizabeth J. Cabraser**
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
275 Battery Street
Embarcadero Center W.
San Francisco, CA 94111

**Kevin Frank Calcagnie**
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Newport Beach, CA 92660

**Cale H. Conley**
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road
N.W.,
Suite 2100
Atlanta, GA 30327

**Joseph Winters Cotchett**
Cotchett Pitre and McCarthy
San Francisco Airport Office Center
840 Malcolm Road Suite 200
Burlingame, CA 94010

**Frank Cadmus Damrell**, Jr
Cotchett Pitre and McCarthy LLp
1415 L Street Suite 1185
Sacramento, CA 95814

**Scott Davidson**
King & Spalding LLP
1185 Ave of the Americas
New York, NY 10036-2601

**Aashish Desai**
Mower Carreon & Desai
2301 Dupont Dr, Ste 360
Irvine, CA 92612-7503

**Mark DiCello**
The DiCello Law Firm
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH 44060

**Robert F. DiCello**
The DiCello Law Firm
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH 44060

**Mesafint Gebremariam**
,

**Matthew Stephen Grayson**
Matthew Stephen Grayson
Attorney at Law
917 Nowita Place
Venice, CA 90291

**Robin L. Greenwald**
,

**Francis M. Gregorek**
Wolf, Haldenstein, Adler, Freeman & Herz
Symphony Tower
750 B. Street

San Diego, CA 92101

**Thomas          J Henry**
Attorney at Law
521 Starr Street
Corpus Christi, TX 78401

**Lee             Javins**
Bucci Bailey & Javins L.C.
213 Hale Street
Charleston, WV 25301

**Charles         Kocher**
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
One Liberty Plance, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

**Major           A. Langer**
Perona, Langer, Beck & Lallande
P.O. Box 7948
300 East San Antonio Drive
Long Beach, CA 90807

**W.              Mark Lanier**
Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069

**James           O. Latturner**
Edelman, Combs & Latturner
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

**Jason           M. Lindner**
Ross, Dixon & Bell, LLP
550 West B Street
Suite 400
San Diego, CA 92101

**Jeanne          A. Markey**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305

**Paul            A. Niall**
Spilman Thomas & Battle, PLLC
300 Kanawa Boulevard, East (25301)
Post Office Box 273
Charleston, WV 25321

**Ranse           Partin**
Conley Griggs Partin LLP
The Hardin Building
1380 West Paces Ferry Road
N.W., Suite 2100
Atlanta, GA 30327

**Sharon          L. Potter**
Spilman Thomas & Battle, PLLC
Century Centre Building
1233 Main Street,
Suite 4000
Wheeling, WV 26003

**Michael         Francis Ram**
Faruqi & Faruqi LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067

**Rachele         R. Rickert**
Symphony Tower
750 B Street
San Diego, CA 92101

**Mark            P. Robinson**                                                    , Jr
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Newport Beach, CA 92660

**Matthew         D. Schelkopf**
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041

**Jonathan        D. Selbin**
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, NY 10013-1413

**Arthur          J Steinberg**
King & Spalding LLP
1185 Ave of the Americas
New York, NY 10036-2601

**Andre           T. Tennille**
Conley Griggs Partin LLP
The Hardin Building

1380 West Paces Ferry Road,
N.W., Suite 2100
Atlanta, GA 30327

**Travis    Edward Venable**
Thomas J Henry Injury Attorneys PLLC
4715 Fredericksburg
Suite 507
San Antonio, TX 78229

**Alfred    G. Yates    , Jr**
429 Forbes Avenue
Pittsburgh, PA 15219