

ATTORNEYS AT LAW

August 8, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

    RE:    *General Motors LLC Ignition Switch Litigation*
                 Case no.: 1:14-md-02543-JMF

Dear Judge Furman:

    I respectfully withdraw my request to speak at the August 11, 2014, Initial Conference.

                 Respectfully submitted,

                 Eric H. Gibbs
                 **GIRARD GIBBS LLP**
                 601 California Street, 14th Floor
                 San Francisco, California 94108
                 Telephone: (415) 981-4800
                 Facsimile: (415) 981-4846
                 ehg@girardgibbs.com

                 *Attorney for Plaintiffs Devora Kelley and*
                 *Frederick Whittington*