USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/11/2014__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

--------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

## AGREED ORDER REGARDING
## THE PRESERVATION OF IGNITION SWITCH PARTS
## GOVERNED BY NHTSA RECALL CAMPAIGN 14v-047000

**I.      Introduction**

General Motors LLC ("New GM") and Plaintiffs, through Temporary Lead Counsel,

jointly submit this Agreed Preservation Order for approval and entry by the Court.  This

Preservation Order sets forth New GM's obligations for maintaining and preserving recalled

ignition switch parts covered by National Highway Traffic Safety Administration ("NHTSA")

Recall Campaign 14v-047000.

**II.     Background**

**A.      Proceedings in this Court**

1.      On June 12, 2014, the United States Judicial Panel on Multidistrict Litigation

assigned *In re: General Motors LLC Ignition Switch Litigation*, 14-MD-2543 ("MDL 2543"), to

this Court for coordinated or consolidated pretrial proceedings.  (14-MD-2543, Doc. No. 1.)

2.      On June 25, 2014, this Court entered Order No. 1, which stated, among other

things, that "[a]ll parties and their counsel are reminded of their duty to preserve evidence that

may be relevant to this action." (14-MD-2543, Doc. No. 19 at 12.)  The Order further stated that

"[u]ntil the parties reach an agreement on a preservation plan or the Court orders otherwise, each

party shall take reasonable steps to preserve all documents, data and tangible things containing

1

information potentially relevant to the subject matter of this litigation." (*Id.*)  Further, the Parties had at all times been subject to preservation obligations as soon as the duty to preserve arose.

**B.      NHTSA Recall Campaign 14v-047000**

3.      NHTSA Recall Campaign 14v-047000 concerns the safety recall of ignition switch parts from the following make, model, and model year vehicles:

| | |
|---|---|
| Chevrolet Cobalt | 2005-2010 |
| Chevrolet HHR | 2006-2011 |
| Pontiac Solstice | 2006-2010 |
| Pontiac G5 | 2007-2010 |
| Saturn Ion | 2003-2007 |
| Saturn Sky | 2007-2010 |

4.      Specifically, on February 7, 2014, New GM notified NHTSA that it was conducting a safety-related recall for ignition switches in model year 2005-2007 Chevrolet Cobalt vehicles and 2007 Pontiac G5 vehicles.  This recall, GM recall number 13454, affected 619,122 vehicles.

5.      On February 25, 2014, New GM informed NHTSA that it was conducting a safety-related recall for ignition switches in model year 2006-2007 Chevrolet HHR vehicles, 2006-2007 Pontiac Solstice vehicles, 2003-2007 Saturn Ion vehicles, and 2007 Saturn Sky vehicles.  This recall, GM recall number 13454, affected 748,024 vehicles.

6.      On March 28, 2014, New GM notified NHTSA that it was recalling certain model year 2008-2010 Chevrolet Cobalt, Saturn Sky, and Pontiac G5 and Solstice vehicles, and 2008-2011 Chevrolet HHR vehicles.  This recall, GM recall number 14092, affected 823,788 vehicles.

7.      GM recall numbers 13454, 14063, and 14092 are under NHTSA Recall Campaign 14v-047000.  The total number of vehicles affected by NHTSA Recall Campaign 14v-047000 is 2,190,934.

### C.      New GM's Preservation Efforts

8.      New GM represents that it requested dealerships submitting recall repair reimbursement claims to it for NHTSA Recall Campaign 14v-047000 also return replaced ignition switch parts to New GM.  During the parts return process, the vehicle identification number of the automobile from which the parts had been removed is provided to New GM, from which the identity of the dealership that performed the repair can be determined.  Dealerships then shipped the parts to New GM, which stores them in a warehouse.

9.      As of July 23, 2014, New GM had received, or was in the process of receiving, ignition switch parts from more than 400,000 vehicles affected by NHTSA Recall Campaign 14v-047000.

| GM Recall No. | Make | Model | Model Year | Parts Returned or in Process (as of 7/23/14) | Vehicles affected by Recall | Percentage of Vehicles From Which Parts Received (or in Process) |
|---|---|---|---|---|---|---|
| 14063 | Saturn | ION | 2003 | 18,318 | 96,358 | 19.0% |
| 14063 | Saturn | ION | 2004 | 24,684 | 121,107 | 20.4% |
| 13454 | Chevrolet | Cobalt | 2005 | 30,057 | 140,978 | 21.3% |
| 14063 | Saturn | ION | 2005 | 17,006 | 71,024 | 23.9% |
| 14063 | Chevrolet | HHR | 2006 | 27,151 | 113,911 | 23.8% |
| 13454 | Chevrolet | Cobalt | 2006 | 50,343 | 229,578 | 21.9% |
| 14063 | Saturn | ION | 2006 | 24,216 | 96,227 | 25.2% |
| 14063 | Pontiac | Solstice | 2006 | 2,639 | 18,750 | 14.1% |
| 14063 | Chevrolet | HHR | 2007 | 25,068 | 99,672 | 25.2% |
| 13454 | Chevrolet | Cobalt | 2007 | 51,953 | 215,667 | 24.1% |
| 14063 | Saturn | ION | 2007 | 26,169 | 94,118 | 27.8% |
| 13454 | Pontiac | G5 | 2007 | 4,170 | 32,899 | 12.7% |
| 14063 | Pontiac | Solstice | 2007 | 3,461 | 21,310 | 16.2% |
| 14063 | Saturn | Sky | 2007 | 2,455 | 15,547 | 15.8% |

| 14092 | Chevrolet | HHR | 2008 | 10,721 | 99,227 | 10.8% |
|---|---|---|---|---|---|---|
| 14092 | Chevrolet | Cobalt | 2008 | 19,368 | 176,471 | 11.0% |
| 14092 | Pontiac | G5 | 2008 | 1,815 | 20,206 | 9.0% |
| 14092 | Pontiac | Solstice | 2008 | 1,677 | 14,088 | 11.9% |
| 14092 | Saturn | Sky | 2008 | 1,327 | 12,982 | 10.2% |
| 14092 | Chevrolet | HHR | 2009 | 10,612 | 80,782 | 13.1% |
| 14092 | Chevrolet | Cobalt | 2009 | 18,369 | 141,592 | 13.0% |
| 14092 | Pontiac | G5 | 2009 | 2,394 | 20,662 | 11.6% |
| 14092 | Pontiac | Solstice | 2009 | 513 | 4,207 | 12.2% |
| 14092 | Saturn | Sky | 2009 | 471 | 4,078 | 11.5% |
| 14092 | Chevrolet | HHR | 2010 | 7,426 | 64,733 | 11.5% |
| 14092 | Chevrolet | Cobalt | 2010 | 14,272 | 116,275 | 12.3% |
| 14092 | Pontiac | Solstice | 2010 | 1 | 19 | 5.3% |
| 14092 | Saturn | Sky | 2010 | 2 | 8 | 25.0% |
| 14092 | Pontiac | G5 | 2010 | 0 | 3 | 0.0% |
| 14092 | Chevrolet | HHR | 2011 | 6,867 | 68,455 | 10.0% |
| | **Totals** | | | **403,525** | **2,190,934** | **18.4%** |

The company estimates that by August 11, 2014, ignition switch parts from an additional 200,000 vehicles will either have been received by New GM or will be in the process of being shipped back to New GM by dealers. New GM represents that, to date, it has cost more than $14 million to process and store recalled ignition switch parts for NHTSA Recall Campaign 14v-047000. This cost will increase as dealerships continue to return recalled ignition switch parts to New GM.

10. The Parties agree that based on the above representations New GM has preserved or taken reasonable steps to obtain and preserve ignition switch parts recalled under NHTSA Recall Campaign 14v-047000.

### III. Protocol for Preservation of Ignition Switch Parts

11. New GM has represented that it will be subject to undue burden and incur unnecessary costs if the company continues to collect and store all the recalled ignition switch parts covered under NHTSA Recall Campaign 14v-047000. Plaintiffs are amenable to modifying New GM's obligations so long as Plaintiffs are in no way prejudiced. The Parties

4

agree that it is appropriate for the Court to enter preservation orders that properly balance the

right of Plaintiffs to obtain relevant evidence against the potential undue burden and expense to

GM of preserving large numbers of parts that have been the subject of recalls.

12.     For good cause shown, the Court orders the following with respect to New GM's

obligations to preserve ignition switch parts covered by NHTSA Recall Campaign 14v-047000.

This Order supersedes Order No. 1 with respect to New GM's obligations to preserve ignition

switch parts covered by NHTSA Recall Campaign 14v-047000.

### A.     Switch Parts Associated with Named Plaintiffs

13.     New GM shall undertake reasonable efforts to assist any named plaintiff in a case

that has been transferred to MDL 2543 (or pending in another venue) with preserving ignition

switch parts switch parts covered by NHTSA Recall Campaign 14v-047000 that may be relevant

to the plaintiff's claims.  To allow New GM to do so, before a recall repair is performed, a

named plaintiff (or his or her counsel) must provide both the dealership replacing the ignition

switch parts and New GM with reasonable, advance notice that the plaintiff wishes to have parts

preserved for purposes of litigation.  New GM will then use reasonable efforts to arrange for the

dealership making the repair to return the ignition switch parts to New GM for storage and

preservation.

### B.     Preservation of Representative Sample of Other Switch Parts

14.     As noted in paragraph 9 above, as of July 23, 2014, New GM is currently storing

or in the process of storing recalled ignition switch parts from more than 400,000 vehicles

subject to NHTSA Recall Campaign 14v-047000.  Unless otherwise instructed by the Court,

New GM is only obligated to preserve and must continue preserving the following number of

recalled ignition switch parts covered by the aforementioned NHTSA Recall Campaign:

| GM Recall | Make | Model | Model Year | Number of Parts to Be Preserved |
|---|---|---|---|---|
| 14063 | Saturn | ION | 2003 | 18,318 |
| 14063 | Saturn | ION | 2004 | 24,684 |
| 13454 | Chevrolet | Cobalt | 2005 | 30,057 |
| 14063 | Saturn | ION | 2005 | 17,006 |
| 14063 | Chevrolet | HHR | 2006 | 27,151 |
| 13454 | Chevrolet | Cobalt | 2006 | 50,343 |
| 14063 | Saturn | ION | 2006 | 24,216 |
| 14063 | Pontiac | Solstice | 2006 | 2,639 |
| 14063 | Chevrolet | HHR | 2007 | 25,068 |
| 13454 | Chevrolet | Cobalt | 2007 | 51,953 |
| 14063 | Saturn | ION | 2007 | 26,169 |
| 13454 | Pontiac | G5 | 2007 | 4,170 |
| 14063 | Pontiac | Solstice | 2007 | 3,461 |
| 14063 | Saturn | Sky | 2007 | 2,455 |
| 14092 | Chevrolet | HHR | 2008 | 10,721 |
| 14092 | Chevrolet | Cobalt | 2008 | 19,368 |
| 14092 | Pontiac | G5 | 2008 | 1,815 |
| 14092 | Pontiac | Solstice | 2008 | 1,677 |
| 14092 | Saturn | Sky | 2008 | 1,327 |
| 14092 | Chevrolet | HHR | 2009 | 10,612 |
| 14092 | Chevrolet | Cobalt | 2009 | 18,369 |
| 14092 | Pontiac | G5 | 2009 | 2,394 |
| 14092 | Pontiac | Solstice | 2009 | 513 |
| 14092 | Saturn | Sky | 2009 | 471 |
| 14092 | Chevrolet | HHR | 2010 | 7,426 |
| 14092 | Chevrolet | Cobalt | 2010 | 14,272 |
| 14092 | Pontiac | Solstice | 2010 | 1 |
| 14092 | Saturn | Sky | 2010 | 2 |
| 14092 | Pontiac | G5 | 2010 | 0 |
| 14092 | Chevrolet | HHR | 2011 | 6,867 |
| | **Totals** | | | **403,525** |

The Parties agree that preservation of these parts will result in New GM preserving a statistically significant and representative sample of ignition switch parts covered by NHTSA Recall Campaign 14v-047000, and New GM may not argue otherwise for any purpose in litigation

15.    Subject to paragraph 13, New GM is not required to preserve ignition switch parts covered by NHTSA Recall Campaign 14v-047000 over and above the number of parts identified in paragraph 14. New GM may dispose of and not further preserve any ignition switch parts for

6

a make and model year vehicle identified in paragraph 14 that exceed the number of parts to be

preserved for that make and model year vehicle under paragraph 14. Consistent with this Order,

and upon entry of it by the Court, New GM is authorized to and will withdraw its request to GM

dealerships for them to return to New GM ignition switch parts covered by NHTSA Recall

Campaign 14v-047000.

16.     This Order shall also apply to related cases later filed in, removed to, or

transferred to this Court.

17.     All parties reserve the right to request a modification of this Order, including

seeking an order further limiting New GM's preservation obligations with respect to the

preserved vehicle ignition switch parts.


/s/ Steve W. Berman
Steve W. Berman
Hagens Berman Sobol
Shapiro LLP
1918 Eighth Ave.
Suite 3300
Seattle, WA 98101
*Temporary Lead Counsel*

/s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.
Robinson Calcagnie Robinson
Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
*Temporary Lead Counsel*

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
*Temporary Lead Counsel*

/s/ Richard C. Godfrey, P.C.
Richard C. Godfrey, P.C.
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
*Counsel for Defendant General Motors LLC*

**SO ORDERED:**

Dated: August 11, 2014
New York, New York

The Honorable Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate Docket No. 236 in 14-MD-2543 and all associated entries
in member cases.