

August 26, 2014

*Via Electronic Court Filing*

The Honorable Jesse M. Furman
United States District Court
Southern District of New York

Re:    *In re: General Motors LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

In Order No. 8 you directed Lead Counsel to further describe roles and responsibilities of the Lead Counsel and Executive Committee and in particular cited orders that imposed guidelines for staffing and billing.

We believe that our mandate as Lead Counsel requires we conduct the prosecution as efficiently as possible. We write to address an issue of efficiency involving attendance of members of the Executive Committee and Liaisons at status conferences.

Lead Counsel believe that it is efficient and cost effective to require attendance at hearings/status conferences of only those lawyers involved in the hearing/status conference. This could be accomplished if the Court would allow a call-in number to be available. This would allow counsel to stay fully informed by listening to the court proceeding.

All Executive Committee and Liaisons understand the personal nature of the assignment and Lead Counsel believe this request balances that obligation with efficiency.

Respectfully,

| | | |
|---|---|---|
| Steve W. Berman | Elizabeth J. Cabraser | Bob Hilliard |
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Hilliard Muñoz Gonzales L.L.P.** |
| 1918 Eighth Ave. | 275 Battery Street | 719 S Shoreline Blvd |
| Suite 3300 | 29th Floor | Suite #500 |
| Seattle, WA  98101 | San Francisco, CA  94111-3339 | Corpus Christi, TX 78401 |
| -and- | -and- | |
| 555 Fifth Avenue | 250 Hudson Street | |
| Suite 1700 | 8th Floor | |
| New York, NY 10017 | New York, NY  10013-1413 | |