

**DOUGHERTY LEVENTHAL & PRICE L.L.P.**

SEAN P. MCDONOUGH, ESQ.
Board Certified in Civil Trial Advocacy
by the National Board of Trial Advocacy

75 Glenmaura National Blvd. • Moosic, PA  18507
Tel: (570) 347-1011 • Fax: (570) 347-7028
smcdonough@dlplaw.com

August 18, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: _08/27/2014_

Honorable Jesse M. Furman
Thurgood Marshall
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     In re: General Motors LLC Ignition Switch Litigation
        No. 1:14-md-02543

Relates to DePalma  et al. v. General Motors LLC et al, 14-CV-5501 (JMF)

Dear Judge Furman:

        Please be advised that undersigned counsel are listed as Plaintiffs' counsel in a Pennsylvania Middle District Case which was transferred over to your District pursuant to the attached Conditional Transfer Order.  As we are not participating in the case, we would like to be removed from the ECF filing list so that we can stop receiving emails on the matter.  When my office inquired as to how we would go about getting our names removed, we were instructed that we would need to send a letter to you since you are the Judge assigned to the case.  Please allow this letter to serve as our request to be removed from the Electronic Filing List with respect to the above-referenced matter.

        Thank you for your consideration.

                                        Very truly yours,

                                        Sean P. McDonough, Esquire

                                        Paul T. Oven, Esquire

SPM/kkc                 SO ORDERED.

                                        Jesse M. Furman
                                        United States District Judge
                                        August 27, 2014

1-877-DLP-9700     www.DLPlaw.com

459 Wyoming Avenue
Kingston, PA  18704
Tel: (570) 288-1427
Fax: (570) 288-0799

Business Exchange Building
100 West Broad Street, Suite 103
Hazleton, PA 18201
Tel: (570) 501-2828
Fax: (570) 501-2888

25 Intervale Road
Honesdale, PA  18431
Tel: (570) 253-3161
Fax: (570) 253-9493

Case 1:14-md-02543-JMF   Document 260   Filed 08/27/14   Page 2 of 6
Case MDL No. 2543   Document 291   Filed 06/20/14   Page 1 of 5
Case 1:14-cv-00681-YK   Document 18   Filed 07/22/14   Page 1 of 5

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION**                                        MDL No. 2543

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 9, 2014, the Panel transferred 15 civil action(s) to the United States District Court for the
Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been
transferred to the Southern District of New York. With the consent of that court, all such actions
have been assigned to the Honorable Jesse M. Furman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of New York and assigned to
Judge Furman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of New York for the reasons stated in the order of June 9, 2014, and, with the
consent of that court, assigned to the Honorable Jesse M. Furman.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of New York. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 20, 2014**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

Case 1:14-md-02543-JMF   Document 260   Filed 08/27/14   Page 3 of 6
Case MDL No. 2543   Document 291   Filed 06/20/14   Page 2 of 5
Case 1:14-cv-00681-TK   Document 16   Filed 07/22/14   Page 2 of 5

IN RE: GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION                                    MDL No. 2543

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA NORTHERN**

| ALN | 2 | 14-00607 | Ashworth et al v. General Motors LLC |

**ARIZONA**

| AZ | 3 | 14-08053 | Phillip et al v. General Motors LLC |

**ARKANSAS EASTERN**

| ARE | 4 | 14-00306 | Higginbotham v. General Motors LLC et al |
| ARE | 4 | 14-00318 | Nettleton Auto Sales Inc v. General Motors LLC et al |

**CALIFORNIA CENTRAL**

| CAC | 2 | 14-02475 | Tammie Balls et al v. General Motors LLC |
| CAC | 2 | 14-02510 | Robinson et al v. General Motors LLC et al |
| CAC | 2 | 14-02608 | Ronald Cox v. General Motors LLC et al |
| CAC | 2 | 14-02619 | Kimi L. Hurst v. General Motors Company |
| CAC | 2 | 14-02828 | Kimberly Brown et al v. General Motors, LLC |
| CAC | 2 | 14-03112 | Lianne LaReine et al v. General Motors LLC et al |
| CAC | 2 | 14-03638 | Deanna Dinco, et al vs. General Motors LLC |
| CAC | 5 | 14-00676 | Larry Darby v. General Motors LLC et al |
| CAC | 8 | 14-00476 | Taylor Deushane v. General Motors LLC |
| CAC | 8 | 14-00533 | Javier F. Malaga et al v. General Motors LLC |
| CAC | 8 | 14-00535 | Camlan Inc. et al v. General Motors LLC |
| CAC | 8 | 14-00604 | Ken Saclo et al v. General Motors, LLC et al |
| CAC | 8 | 14-00690 | Hilarie Favro v. General Motors LLC, et al. |
| CAC | 8 | 14-00755 | Sonia Nava v. General Motors, LLC, et al. |
| ~~CAC~~ | ~~8~~ | ~~14-00792~~ | ~~Gordon Hair et al v. General Motors LLC et al~~ Opposed 6/19/2014 |
| CAC | 8 | 14-00816 | Randi Spangler v. General Motors Corporation LLC |

**CALIFORNIA NORTHERN**

| CAN | 3 | 14-01702 | Stafford v. General Motors, LLC |

Case 1:14-md-02543-JMF   Document 260   Filed 08/27/14   Page 4 of 6
Case MDL No. 2543   Document 291   Filed 06/20/14   Page 9 of 5
Case 1:14-cv-00681-HK   Document 16   Filed 07/22/14   Page 3 of 5

## CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 14-00713 | Grumet et al v. General Motors LLC |

## FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 1 | 14-21147 | Santiago v. General Motors, LLC |
| FLS | 1 | 14-21417 | Espineira v. General Motors, LLC et al |
| FLS | 1 | 14-21673 | Knetzke v. General Motors LLC et al |
| FLS | 1 | 14-21713 | Emerson et al v. General Motors LLC et al |
| FLS | 1 | 14-21752 | Levine v. General Motors, LLC |
| FLS | 1 | 14-21788 | Markle v. General Motors LLC et al |
| FLS | 1 | 14-21815 | Duarte v. General Motors LLC et al |
| FLS | 1 | 14-21919 | Harris et al v. General Motors LLC et al |
| FLS | 1 | 14-21933 | Lannon et al v. General Motors LLC et al |
| FLS | 1 | 14-21949 | Edwards et al v. General Motors, LLC et al |
| FLS | 9 | 14-80497 | DeSutter et al v. General Motors, LLC |
| FLS | 9 | 14-80618 | Taylor v. General Motors Company |

## GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 14-01081 | Van Pelt et al v. General Motors, LLC |

## ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 14-02882 | Arnold et al v. General Motors LLC et al |

## ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 14-00443 | Roach v. General Motors LLC et al |
| ILS | 3 | 14-00500 | Detton v. General Motors Corporation LLC et al |

## INDIANA NORTHERN

| | | | |
|---|---|---|---|
| INN | 1 | 14-00134 | Bender v. General Motors LLC |

## INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 14-00573 | LEWIS v. GENERAL MOTORS LLC et al |

## KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 7 | 14-00071 | Fugate v. General Motors, LLC |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 14-00895 | McCarthy v. General Motors LLC et al |
| LAE | 2 | 14-00901 | Lavell v. General Motors LLC |

## LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 14-00220 | Coleman v. General Motors LLC |

## MASSACHUSETTS

| MA | 1 | 14–11982 | Elliott v. General Motors, LLC. et al |
|----|---|----------|---------------------------------------|

## MICHIGAN EASTERN

| MIE | 2 | 14–11544 | Bedford Auto Wholesale, Inc. v. General Motors LLC |
|-----|---|----------|----------------------------------------------------|
| MIE | 4 | 14–11912 | Biggs v. General Motors LLC et al |

## MISSOURI WESTERN

| MOW | 2 | 14–04095 | Roush et al v. General Motors LLC |
|-----|---|----------|-----------------------------------|
| MOW | 4 | 14–00425 | Witherspoon v. General Motors LLC et al |

## NEW JERSEY

| NJ | 3 | 14–02375 | RUFF et al v. GENERAL MOTORS LLC et al |
|----|---|----------|----------------------------------------|

## NEW YORK EASTERN

| NYE | 1 | 14–02148 | Ross et al v. General Motors LLC et al |
|-----|---|----------|----------------------------------------|

## OHIO NORTHERN

| OHN | 1 | 14–00844 | Foster v. General Motors LLC et al |
|-----|---|----------|------------------------------------|
| OHN | 1 | 14–00963 | Powell v. General Motors, LLC |

## OKLAHOMA WESTERN

| OKW | 5 | 14–00396 | Burton et al v. General Motors LLC et al |
|-----|---|----------|------------------------------------------|

## PENNSYLVANIA EASTERN

| PAE | 2 | 14–02018 | FORBES v. GENERAL MOTORS, LLC |
|-----|---|----------|-------------------------------|
| PAE | 2 | 14–02132 | SALERNO v. GENERAL MOTORS LLC et al |
| PAE | 2 | 14–02548 | VILLA et al v. GENERAL MOTORS, LLC et al |

## PENNSYLVANIA MIDDLE

| PAM | 1 | 14–00681 | DePalma et al v. General Motors LLC et al |
|-----|---|----------|-------------------------------------------|

## PENNSYLVANIA WESTERN

| PAW | 2 | 14–00458 | DEIGHAN v. GENERAL MOTORS LLC et al |
|-----|---|----------|-------------------------------------|
| PAW | 2 | 14–00463 | ASHBRIDGE v. GENERAL MOTORS LLC et al |
| PAW | 2 | 14–00488 | LETTERIO v. GENERAL MOTORS LLC et al |

## TEXAS EASTERN

| TXE | 1 | 14–00271 | Holliday et al v. General Motors LLC et al |
|-----|---|----------|--------------------------------------------|
| TXE | 4 | 14–00218 | Henry et al v. General Motors LLC |

TEXAS WESTERN

   TXW     5     14–00362    Salazar, III v. General Motors LLC et al