

August 29, 2014

*Via Electronic Court Filing*

The Honorable Jesse M. Furman
United States District Court
Southern District of New York

    Re:    *In re: General Motors LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

    Pursuant to Order No. 9, the following is the call-in information for the September 4, 2014 status conference:

> Call-In:  (866) 640-4044
> Chair Code:  268932024 (the Court will use this one so they can
>     mute/unmute all lines)
> Participant Code:  2689320
> The Court can hit *7 to mute/unmute all lines.

    Please let me know if you or your staff has any questions.

                        Respectfully,

| Steve W. Berman | Elizabeth J. Cabraser | Bob Hilliard |
|---|---|---|
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Hilliard Muñoz Gonzales L.L.P.** |
| 1918 Eighth Ave. | 275 Battery Street | 719 S Shoreline Blvd |
| Suite 3300 | 29th Floor | Suite #500 |
| Seattle, WA  98101 | San Francisco, CA  94111-3339 | Corpus Christi, TX 78401 |
| -and- | -and- | |
| 555 Fifth Avenue | 250 Hudson Street | |
| Suite 1700 | 8th Floor | |
| New York, NY 10017 | New York, NY  10013-1413 | |

HB010440-11  715402 V1