

**WEITZ & LUXENBERG**

A PROFESSIONAL CORPORATION
• LAW OFFICES •

700 BROADWAY　　•　　NEW YORK, NY 10003
TEL. 212-558-5500　　　FAX  212-344-5461
WWW.WEITZLUX.COM

September 8, 2014

**VIA ELECTRONIC FILING**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　RE:  *In Re: General Motors LLC Ignition Switch Litigation*
　　　　　　14-MD-2543 (JMF)

Dear Judge Furman:

　　　In accordance with Your Honor's request, below is the contact information for the Co-Lead Counsel and Liaison Counsel, including an alternate contact for each attorney, in the above-referenced case:

**Co-Lead Counsel:**

Steve Berman
Email: steve@hbsslaw.com
Office: 206 268 9320
Cell: 206 295 7975

*Alternate Contact:*
Sean Matt
Email: sean@hbsslaw.com
Office: 206 268 9327
Cell: 206 349 4726

Elizabeth Cabraser:
Email: ecabraser@lchb.com
Office: 415 956 1000 x 2275
Cell: 415 806 2100

*Alternate Contact:*
Rachel Geman
Email: rgeman@lchb.com
Office: 212 355 9500 x6608
Cell: 917 691 1683

Bob Hilliard
Email: Bobh@hmglawfirm.com
Office: 361 882 1612
Cell: 361 877 2292

*Alternate Contact:*
Lauren Gomez
Email: Lauren@hmglawfirm.com
Office: 361 882 1612
Cell: 361 960 3146

**Liaison Counsel:**

Robin Greenwald
Email: rgreenwald@weitzlux.com
Office: 212 558 5802
Cell: 917 543 8572

*Alternate Contact:*
James Bilsborrow
Email: jbilsborrow@weitzlux.com
Office: 212 558 5856
Cell: 773 934 4930

Respectfully submitted,

*[signature]*

Robin L. Greenwald