# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 31, 2014

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *In re: General Motors LLC Ignition Switch Litigation,*
       14-MD-2543 (JMF); 14-MC-2543

Dear Judge Furman:

  Pursuant to this Court's Order No. 15 § C.9, counsel for General Motors LLC ("New GM") file this letter to serve upon Lead Counsel, Plaintiff Liaison Counsel, and Federal/State Liaison Counsel "copies of all Complaints, Coordination Orders, Protective Orders, ESI Orders or other Discovery Orders, and Orders designating plaintiffs' liaison counsel" that have been entered in Coordinated Actions.

  Attached hereto as Exhibit 1 is an index which identifies each Coordinated Action. Attached hereto as Exhibits 2 and 3, respectively, are copies of all Complaints, Coordination Orders, Protective Orders, ESI Orders or other Discovery Orders, and Orders designating plaintiffs' liaison counsel that have been entered in the Coordinated Actions.

          Respectfully submitted,

          Richard C. Godfrey, P.C.
          Andrew B. Bloomer, P.C.

          *Counsel for Defendant General Motors LLC*

cc: Lead Counsel for Plaintiffs
   Federal/State Liaison Counsel
   Plaintiff Liaison Counsel
   Counsel of Record for Defendants