

November 5, 2014


*Via Electronic Court Filing*

The Honorable Jesse M. Furman
United States District Court
Southern District of New York

      Re:     *In re: General Motors LLC Ignition Switch Litig*., 14-MD-2543 (JMF)
               *In re: General Motors LLC Ignition Switch Litig*., 14-MC-2543 (JMF)


Dear Judge Furman:

      In accordance with the Court's memo endorsement dated November 3, 2014 (Doc. 380), please find attached a chart, which details the personal injury and wrongful death cases currently pending in the MDL. As requested, the chart contains the following information: (1) NHTSA Recall Number; (2) Defect(s); (3) Type and Number of Vehicle(s); (4) Number of Plaintiffs; (5) Category of case (wrongful death, serious injury, minor injury); and (6) the number of air bag deployments and non-deployments in each category.


                                    Respectfully,

| | | |
|---|---|---|
| Steve W. Berman | Elizabeth J. Cabraser | Bob Hilliard |
| **Hagens Berman Sobol Shapiro LLP** | **Lieff Cabraser Heimann & Bernstein, LLP** | **Hilliard Muñoz Gonzales L.L.P.** |
| 1918 Eighth Ave. | 275 Battery Street | 719 S Shoreline Blvd |
| Suite 3300 | 29th Floor | Suite #500 |
| Seattle, WA  98101 | San Francisco, CA  94111-3339 | Corpus Christi, TX 78401 |
| -and- | -and- | |
| 555 Fifth Avenue | 250 Hudson Street | |
| Suite 1700 | 8th Floor | |
| New York, NY 10017 | New York, NY  10013-1413 | |


cc:  GM Defense Counsel