# GM RECALLS: PLAINTIFF/VEHICLE DATA

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| 14V-047 | Electrical System Ignition Switch  In the affected vehicles, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine. If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.  * These vehicles may have been repaired with the defective ignition switches | 2005-2007 CHEVY COBALT | Death | 15 | 15 | **EDR:** 3 EDR downloads; 2 vehicles available, 1 vehicle unavailable  **Vehicles:** 2 available, 8 unavailable, 5 unknown | 6 non-deployments, 9 deployments |
| | | | Serious Injury | 97 | 110 | **EDR:** 6 EDR downloads; 4 vehicles available, 2 vehicles unknown  **Vehicles:** 13 available, 44 unavailable, 40 unknown | 78 non-deployments, 19 deployments |
| | | | Injury | 156 | 174 | **EDR:** 2 EDR downloads; 2 vehicles available  **Vehicles:** 31 available, 59 unavailable, 66 unknown | 144 non-deployments, 10 deployments, 2 unknown |
| | | | Totals | 268 | 299 | **EDR: 11 EDR downloads; 8 vehicles available, 1 vehicles unavailable, 2 vehicles unknown**  **Vehicles: 46 available, 111 unavailable, 111 unknown** | **228 non-deployments, 38 deployments, 2 unknown** |
| | | 2007 PONTIAC G5 | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 deployment |
| | | | Serious Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Injury | 8 | 9 | **Vehicles:** 2 available, 3 unavailable, 3 unknown | 8 non-deployments |
| | | | Totals | 10 | 11 | **Vehicles: 4 available, 3 unavailable, 3 unknown** | **9 non-deployments, 1 deployments** |
| | | 2003-2007 SATURN ION | Death | 4 | 4 | **Vehicles:** 1 unavailable, 3 unknown | 1 non-deployments, 3 deployments |
| | | | Serious Injury | 51 | 56 | **Vehicles:** 12 available, 16 unavailable, 23 unknown | 46 non-deployments, 5 deployments |
| | | | Injury | 102 | 111 | **EDR:** 1 EDR download; vehicle unknown  **Vehicles:** 28 available, 41 unavailable, 33 unknown | 93 non-deployments, 9 deployments |
| | | | Totals | 157 | 171 | **EDR: 1 EDR download; vehicle unknown**  **Vehicles: 40 available, 58 unavailable, 59 unknown** | **140 non-deployments, 17 deployments** |
| | | 2006-2007 CHEVY HHR | Death | 2 | 2 | **Vehicles:** 2 unavailable | 2 deployments |
| | | | Serious Injury | 34 | 37 | **EDR:** 1 EDR download; vehicle unknown  **Vehicles:** 8 available, 9 unavailable, 17 unknown | 32 non-deployments, 2 deployments |
| | | | Injury | 37 | 42 | **EDR:** 2 EDR downloads; 1 vehicle available, 1 unavailable  **Vehicles:** 9 available, 9 unavailable, 19 unknown | 30 non-deployments, 6 deployments, 1 unknown |
| | | | Totals | 73 | 81 | **EDR: 3 EDR download; 1 vehicle available, 1 vehicle unavailable, 1 vehicle unknown**  **Vehicles: 17 available, 20 unavailable, 36 unknown** | **62 non-deployments, 10 deployments, 1 unknown** |
| | | 2006-2007 PONTIAC SOLSTICE | Serious Injury | 4 | 5 | **Vehicles:** 3 unavailable, 1 unknown | 3 non-deployments, 1 deployment |
| | | | Injury | 6 | 6 | **Vehicles:** 1 available, 1 unavailable, 4 unknown | 6 non-deployments |
| | | | Totals | 10 | 11 | **Vehicles: 1 available, 4 unavailable, 5 unknown** | **9 non-deployments, 1 deployments** |
| | | 2007 SATURN SKY | Serious Injury | 5 | 5 | **Vehicles:** 2 available, 2 unavailable, 1 unknown | 5 non-deployments |
| | | | Injury | 3 | 3 | **Vehicles:** 1 available, 1 unavailable, 1 unknown | 3 non-deployments |
| | | | Totals | 8 | 8 | **Vehicles: 3 available, 3 unavailable, 2 unknown** | **8 non-deployments** |

Updated as of NOVEMBER 5, 2014

# GM RECALLS: PLAINTIFF/VEHICLE DATA

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| | | 2008-2011 CHEVY HHR* | Death | 2 | 3 | **Vehicles:** 2 unavailable | 2 non-deployments |
| | | | Serious Injury | 18 | 23 | **EDR:** 1 EDR download; vehicle unavailable<br>**Vehicles:** 4 available, 8 unavailable, 6 unknown | 13 non-deployments, 5 deployments |
| | | | Injury | 35 | 43 | **Vehicles:** 11 available, 14 unavailable, 10 unknown | 33 non-deployments, 2 deployments |
| | | | **Totals** | **55** | **69** | **EDR: 1 EDR download; vehicle unavailable**<br>**Vehicles: 15 available, 24 unavailable, 16 unknown** | **48 non-deployments; 7 deployments** |
| | | 2008-2010 CHEVY COBALT* | Death | 3 | 3 | **Vehicles:** 3 unavailable | 3 deployments |
| | | | Serious Injury | 40 | 41 | **EDR:** 1 EDR download; vehicle unavailable<br>**Vehicles:** 8 available, 14 unavailable, 18 unknown | 35 non-deployments, 4 deployments, 1 unknown |
| | | | Injury | 79 | 90 | **EDR:** 1 EDR download; vehicle unavailable<br>**Vehicles:** 22 available, 28 unavailable, 29 unknown | 74 non-deployments, 5 deployments |
| | | | **Totals** | **122** | **134** | **EDR: 2 EDR download; 2 vehicles unavailable**<br>**Vehicles: 30 available, 45 unavailable, 47 unknown** | **109 non-deployments; 12 deployments, 1 unknown** |
| | | 2008-2010 PONTIAC G5* | Death | 1 | 1 | **EDR:** 1 EDR download; vehicle unavailable | 1 non-deployment |
| | | | Serious Injury | 2 | 2 | **Vehicles:** 1 unavailable, 1 unknown | 1 non-deployment, 1 deployment |
| | | | Injury | 11 | 14 | **Vehicles:** 3 available, 5 unavailable, 3 unknown | 8 non-deployments, 3 deployments |
| | | | **Totals** | **14** | **17** | **EDR: 1 EDR download; 1 vehicle unavailable**<br>**Vehicles: 3 available, 7 unavailable, 4 unknown** | **10 non-deployments; 4 deployments** |
| | | 2008-2010 PONTIAC SOLS | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Serious Injury | 1 | 1 | **Vehicles:** 1 available | 1 non-deployment |
| | | | Injury | 2 | 2 | **Vehicles:** 2 unavailable | 2 non-deployments |
| | | | **Totals** | **4** | **4** | **Vehicles: 1 available, 3 unavailable** | **4 non-deployments** |
| | | 2008-2010 SATURN SKY* | | 0 | 0 | N/A | |
| 14V-153 | Steering: Electric Power Assist System<br><br>In the affected vehicles, there may be a sudden loss of electric power steering (EPS) assist that could occur at any time while driving. If power steering assist is lost, greater driver effort would be required to steer the vehicle at low speeds, increasing the risk of a crash. | 2004-2006 MALIBU | Death | 1 | 1 | **EDR:** 1 EDR downloads; vehicle unavailable | 1 deployment |
| | | 2004-2006, 2008-2009 PONTIAC G6 | Death | 2 | 2 | **EDR:** 1 EDR download; 2 vehicles unavailable | 2 deployments |
| | | | Serious Injury | 10 | 11 | **Vehicles:** 2 available, 7 unavailable, 1 unknown | 10 non-deployments |
| | | | Injury | 24 | 28 | **Vehicles:** 1 available, 15 unavailable, 8 unknown | 24 non-deployments |
| | | | **Totals** | **36** | **41** | **EDR: 1 EDR downloads; vehicles**<br>**Vehicles: 3 available, 24 unavailable, 9 unknown** | **34 non-deployments, 2 deployments** |
| | | 2004-2006, 2008-2009 CHEVY MALIBU | Death | 1 | 3 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Serious Injury | 6 | 8 | **EDR:** 1 EDR download; vehicle available<br>**Vehicles:** 2 available, 1 unavailable, 3 unknown | 4 non-deployments, 2 deployments |
| | | | Injury | 25 | 25 | **Vehicles:** 6 available, 15 unavailable, 4 unknown | 25 non-deployments |
| | | | **Totals** | **32** | **36** | **EDR: 1 EDR download; 1 vehicles available**<br>**Vehicles: 8 available, 17 unavailable, 7 unknown** | **30 non-deployments, 2 deployments** |

**GM RECALLS:  PLAINTIFF/VEHICLE DATA**

*In re: General Motors LLC Ignition Switch Litigation*
*No. 14-MD-2543 (JMF) 14-MC-2543 (JMF)*

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| | of a crash. | 2008-2009 SATURN AURA | Serious Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Injury | 4 | 7 | **Vehicles:** 2 unavailable, 2 unknown | 4 non-deployments |
| | | | **Totals** | **5** | **8** | **Vehicles: 3 unavailable, 2 unknown** | **5 non-deployments** |
| | | 2004-2007 SATURN ION | Death | 2 | 2 | **Vehicles:** 2 unknown | 2 non-deployments |
| | | | Serious Injury | 38 | 43 | **Vehicles:** 1 available, 15 unavailable, 22 unknown | 33 non-deployments, 5 deployments |
| | | | Injury | 87 | 108 | **Vehicles:** 20 available, 36 unavailable, 31 unknown | 79 non-deployments, 8 deployments |
| | | | **Totals** | **127** | **153** | **Vehicles: 21 available, 51 unavailable, 55 unknown** | **114 non-deployments, 13 deployments** |
| | | 2010 CHEVY COBALT | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 deployment |
| | | | Serious Injury | 8 | 8 | **Vehicles:** 4 unavailable, 4 unknown | 8 non-deployments |
| | | | Injury | 22 | 33 | **EDR:** 1 EDR download; vehicle unavailable **Vehicles:** 5 available, 14 unavailable, 3 unknown | 21 non-deployments, 1 deployments |
| | | | **Totals** | **31** | **42** | **EDR: 1 EDR download; vehicle unavailable** **Vehicles: 5 available, 19 unavailable, 7 unknown** | **29 non-deployments, 2 deployments** |
| | | 2009-2010 CHEVY HHR | Serious Injury | 6 | 7 | **Vehicles:** 2 available, 2 unavailable, 2 unknown | 5 non-deployments, 1 deployment |
| | | | Injury | 20 | 24 | **Vehicles:** 7 available, 5 unavailable, 8 unknown | 19 non-deployments, 1 deployment |
| | | | **Totals** | **26** | **31** | **Vehicles: 9 available, 7 unavailable, 10 unknown** | **24 non-deployments, 2 deployments** |
| 14V-171 | Electrical System Ignition  In the affected vehicles, the key can be removed from the ignition when the ignition is not in the "Off" position.  If the ignition key can be removed from while the ignition is not in the "off" position, the vehicle could roll away: (a) for an automatic transmission, if the transmission is not in the "Park" position; or (b) for a manual transmission, if the parking brake is not engaged and the transmission is not in the | 2005-2007 CHEVY COBALT | Death | 15 | 15 | **EDR:** 3 EDR downloads; 2 vehicles available, 1 vehicle unavailable **Vehicles:** 2 available, 8 unavailable, 5 unknown | 6 non-deployments, 9 deployments |
| | | | Serious Injury | 97 | 110 | **EDR:** 6 EDR downloads; 4 vehicles available, 2 vehicles unknown **Vehicles:** 13 available, 44 unavailable, 40 unknown | 78 non-deployments, 19 deployments |
| | | | Injury | 156 | 174 | **EDR:** 2 EDR downloads; 2 vehicles available **Vehicles:** 31 available, 59 unavailable, 66 unknown | 144 non-deployments, 10 deployments, 2 unknown |
| | | | **Totals** | **268** | **299** | **EDR: 11 EDR downloads; 82 vehicles available, 5 vehicles unavailable, 2 vehicles unknown** | **228 non-deployments, 38 deployments, 2 unknown** |
| | | 2008-2010 CHEVY COBALT | Death | 3 | 3 | **Vehicles:** 3 unavailable | 3 deployments |
| | | | Serious Injury | 40 | 41 | **EDR:** 1 EDR download; vehicle unavailable **Vehicles:** 8 available, 14 unavailable, 18 unknown | 35 non-deployments, 4 deployments, 1 unknown |
| | | | Injury | 79 | 90 | **EDR:** 1 EDR download; vehicle unavailable **Vehicles:** 22 available, 28 unavailable, 29 unknown | 74 non-deployments, 5 deployments |
| | | | **Totals** | **390** | **433** | **EDR: 13 EDR download; 10 vehicles available, 1 vehicle unavailable, 2 vehicles unknown** **Vehicles: 76 available, 156 unavailable, 158 unknown** | **337 non-deployments, 50 deployments, 3 unknown** |
| | | 2006-2007 CHEVY HHR | Death | 2 | 2 | **Vehicles:** 2 unavailable | 2 deployments |
| | | | Serious Injury | 34 | 37 | **EDR:** 1 EDR download; vehicle unknown **Vehicles:** 8 available, 9 unavailable, 17 unknown | 32 non-deployments, 2 deployments |

Updated as of NOVEMBER 5, 2014

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| | transmission is not in the "Reverse" position. This potential for rollaway increases the risk for a crash and occupant or pedestrian injuries. | | Injury | 37 | 42 | **EDR:** 2 EDR downloads; 1 vehicle available, 1 unavailable  **Vehicles:** 9 available, 9 unavailable, 19 unknown | 30 non-deployments, 6 deployments, 1 unknown |
| | | 2008-2011 CHEVY HHR | Death | 2 | 3 | **Vehicles:** 2 unavailable | 2 non-deployments |
| | | | Serious Injury | 18 | 23 | **EDR:** 1 EDR download; vehicle unavailable  **Vehicles:** 4 available, 8 unavailable, 6 unknown | 13 non-deployments, 5 deployments |
| | | | Injury | 35 | 43 | **Vehicles:** 11 available, 14 unavailable, 10 unknown | 33 non-deployments, 2 deployments |
| | | | **Totals** | **128** | **150** | **EDR: 4 EDR download; 1 vehicles available, 2 vehicles unavailable, 1 vehicle unknown**  **Vehicles: 32 available, 44 unavailable, 52 unknown** | **110 non-deployments, 17 deployments, 1 unknown** |
| | | 2007 PONTIAC G5 | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 deployment |
| | | | Serious Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Injury | 8 | 9 | **Vehicles:** 2 available, 3 unavailable, 3 unknown | 8 non-deployments |
| | | 2008-2010 PONTIAC G5 | Death | 1 | 1 | **EDR:** 1 EDR download; vehicle unavailable | 1 non-deployment |
| | | | Serious Injury | 2 | 2 | **Vehicles:** 1 unavailable, 1 unknown | 1 non-deployment, 1 deployment |
| | | | Injury | 11 | 14 | **Vehicles:** 3 available, 5 unavailable, 3 unknown | 8 non-deployments, 3 deployments |
| | | | **Totals** | **24** | **28** | **EDR: 1 EDR download; 1 vehicle unavailable**  **Vehicles: 7 available, 10 unavailable, 7 unknown** | **19 non-deployments, 5 deployments** |
| | | 2006-2007 PONTIAC SOLSTICE | Serious Injury | 4 | 5 | **Vehicles:** 3 unavailable, 1 unknown | 3 non-deployments, 1 deployment |
| | | | Injury | 6 | 6 | **Vehicles:** 1 available, 1 unavailable, 4 unknown | 6 non-deployments |
| | | 2008-2010 PONTIAC SOLS | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Serious Injury | 1 | 1 | **Vehicles:** 1 available | 1 non-deployment |
| | | | Injury | 2 | 2 | **Vehicles:** 2 unavailable | 2 non-deployments |
| | | | **Totals** | **14** | **15** | **Vehicles: 2 available, 7 unavailable, 5 unknown** | **13 non-deployments, 1 deployments** |
| | | 2003-2007 SATURN ION | Death | 4 | 4 | **Vehicles:** 1 unavailable, 3 unknown | 1 non-deployments, 3 deployments |
| | | | Serious Injury | 51 | 56 | **Vehicles:** 12 available, 16 unavailable, 23 unknown | 46 non-deployments, 5 deployments |
| | | | Injury | 102 | 111 | **EDR:** 1 EDR download; vehicle unknown  **Vehicles:** 28 available, 41 unavailable, 33 unknown | 93 non-deployments, 9 deployments |
| | | | **Totals** | **157** | **171** | **EDR: 1 EDR download; vehicle unknown**  **Vehicles: 40 available, 58 unavailable, 59 unknown** | **140 non-deployments, 17 deployments** |
| | | 2007 SATURN SKY | Serious Injury | 5 | 5 | **Vehicles:** 2 available, 2 unavailable, 1 unknown | 5 non-deployments |
| | | | Injury | 3 | 3 | **Vehicles:** 1 available, 1 unavailable, 1 unknown | 3 non-deployments |
| | | | **Totals** | **8** | **8** | **Vehicles: 3 available, 3 unavailable, 2 unknown** | **8 non-deployments** |
| | | 2008-2010 SATURN SKY* | | 0 | 0 | N/A | |

**GM RECALLS:  PLAINTIFF/VEHICLE DATA**

In re:  General Motors LLC Ignition Switch Litigation
No. 14-MD-2543 (JMF) 14-MC-2543 (JMF)

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| 14V-355 | Electrical System Ignition  This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring...In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.  If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury. | 2005-2009 BUICK LACROSSE | Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 deployment |
| | | 2006-2014 CHEVY IMPALA | Injury | 7 | 8 | **Vehicles:** 1 available, 4 unavailable, 2 unknown | 7 non-deployments |
| | | 2000-2005 CADILLAC DEVILLE | Injury | 2 | 2 | **Vehicles:** 1 available, 1 unavailable | 2 non-deployments |
| | | 2007-2011 CADILLAC DTS | Serious Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Injury | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | 2006-2011 BUICK LUCERNE | Injury | 1 | 1 | **Vehicles:** 1 unavailable | |
| | | 2005 BUICK REGAL LS AND GS | | 0 | 0 | N/A | |
| | | 2006-2007 CHEVY MONTE CARLO | | 0 | 0 | N/A | |
| 14v-400 | Electrical System Ignition  This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), | 1997-2005 CHEVY MALIBU | Death | 1 | 3 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Serious Injury | 3 | 3 | **EDR:** 1 EDR download; vehicle available  **Vehicles:** 1 available, 2 unknown | 1 non-deployments, 2 deployments |
| | | | Injury | 14 | 14 | **Vehicles:** 3 available, 9 unavailable, 2 unknown | 12 non-deployments, 2 deployments |
| | | | **Totals** | **18** | **20** | **EDR:** 1 EDR download; vehicle available  **Vehicles:** 4 available, 10 unavailable, 4 unknown | **14 non-deployments, 4 deployments** |
| | | 1998-2002 OLDSMOBILE INTRIGUE | | 0 | 0 | N/A | |
| | | 1999-2004 OLDSMOBILE ALERO | | 0 | 0 | N/A | |

Updated as of NOVEMBER 5, 2014

**GM RECALLS:  PLAINTIFF/VEHICLE DATA**

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| | should also be removed from the key ring...In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine. | 1999-2005 PONTIAC GRAND AM | | 0 | 0 | N/A | |
| | | 2000-2005 CHEVY IMPALA | | 0 | 0 | N/A | 1 non-deployment |
| | | 2000-2005 CHEVY MONTE CARLO | | 0 | 0 | N/A | |
| | | 2004-2008 PONTIAC GRAND PRIX | Death | 1 | 1 | **Vehicles:** 1 unavailable | 1 non-deployment |
| | | | Serious Injury | 2 | 2 | **Vehicles:** 2 unavailable | 2 non-deployments |
| | | | **Totals** | **3** | **3** | **Vehicles: 3unavailable** | **3 non-deployments** |
| | | | | | | | |
| 14V-394 | Electrical System Ignition

This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring...In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

If the key is not in the run | 2003-2013 CADILLAC CTS | | 0 | 0 | N/A | |
| | | SOME MODELS OF THE 2014 CADILLAC CTS | | 0 | 0 | N/A | |
| | | 2004-2006 CADILLAC SRX | | 0 | 0 | N/A | |

**GM RECALLS: PLAINTIFF/VEHICLE DATA**

| NHTSA Recall | Defect(s) | Type of Vehicle | Death/Serious Injury/Injury | No. of Vehicles | No. of Plaintiffs | EDR and Vehicle Availability | Airbag Deployment |
|---|---|---|---|---|---|---|---|
| 14V-540 | Electrical System Ignition | 2008-2009 PONTIAC G8 | | 0 | 0 | N/A | |
| | In the affected vehicles, the driver may accidentally hit the ignition key with their knee, unintentionally knocking the key out of the run position, turning off the engine. If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury. Additionally, a key knocked out of the run position could cause loss of engine power, power steering, and power braking, increasing the risk of a | 2011-2013 CHEVY CAPRICE | | 0 | 0 | N/A | |