UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

14-MD-2543 (JMF)

*This Document Relates To*
*Sumners et al v. General Motors et al,*
*1:14-cv-05461-JMF*
------------------------------------------------------------x

# PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
# OF DELPHI DEFENDANTS

COME NOW the Plaintiffs by and through counsel of record, and file this Notice of Voluntary Dismissal, without prejudice, of Delphi Automotive Systems LLC, Delphi Automotive PLC, and Delphi Automotive LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Delphi Automotive Systems LLC, Delphi Automotive PLC, and Delphi Automotive LLC have no objection to this motion.

                                                     *s/D. Michael Andrews*
                                                     D. MICHAEL ANDREWS
                                                     One of the Attorneys for Plaintiffs Tyson
                                                     Sumners and Martha Dickey

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Jere L. Beasley
J. Cole Portis
Ben E. Baker
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile
jere.beasley@beasleyallen.com

cole.portis@beasleyallen.com
mike.andrews@beasleyallen.com
ben.baker@beasleyallen.com

Blair Durham
BART DURHAM INJURY LAW
404 James Robertson Parkway
1712 Parkway Towers
Nashville, TN 37219-1586
(615) 242-9000 telephone
(615) 254-6562 facsimile
blair@durhamanddread.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail and/or electronic mail on this the 5th day of November, 2014 to the following:

J. Randolph Bibb, Jr.
Ryan N. Clark
Whitney Henry Kimerling
LEWIS, THOMASON, KING,
  KRIEG & WALDROP, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366 telephone
(615) 259-1389 facsimile
rbibb@lewisthomason.com
rclark@lewisthomason.com
wkimerling@lewisthomason.com

Kyle H. Dreyer
Wendy D. may
Pryce G. Tucker
Giovanna T. Bingham
HARTLINE, DACUS, BARGER & DREYER, LLP
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 369-2100 telephone
(214) 369-2118 facsimile
kdreyer@hdbdlaw.com
wmay@hdbdlaw.com
ptucker@hdbdlaw.com
gtarantino@hdbdlaw.com

R. Patrick Parker
615 Main Street
Nashville, TN 37206
(615) 254-5461
pparker@hardaway.net

Richard J.R. Raleigh, Jr.
WILMER & LEE, PA
100 Washington Street, Suite 200
Huntsville, AL 35801
(256) 533-0202 telephone
(256) 533-0302 facsimile
rraleigh@wilmerlee.com

Eugene A. Schoon
Kara L. McCall
One South Dearborn
Chicago, IL 60603
(312) 853-7000 telephone
(312) 853-7036 facsimile
eschoon@sidley.com
kmccall@sidley.com

Richard C. Godfrey
Andrew B. Bloomer
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654-3406
(312) 862-2000 telephone
(312) 862-2200 facsimile
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com

*/s/D. Michael Andrews*
OF COUNSEL