USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2014

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |   |
| IN RE: | Case No. 14-MD-2543- (JMF) |
| GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | HON. JESSE M. FURMAN |

THIS DOCUMENT RELATES TO:

*Ponce v. General Motors LLC*, Case No: 2:14-cv-02161,  14-CV-4265

*Hurst v. General Motors Company*, Case No: 2:14-cv-02619,  14-CV-4707

*Hair v. General Motors LLC*, Case No: 8:14-cv-00792  14-CV-5349

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Matthew S. Grayson is no longer associated with MLG Automotive Law, APLC and should be removed from the Court's service list with respect to the above referenced actions. MLG Automotive Law, APLC continues to serve as counsel for 1) Ponce v. General Motors LLC, Case Number: 2:14-cv-02161, 2) Hurst v. General Motors Company, Case Number: 2:14-cv-02619, and 3) Hair v. General Motors LLC, Case Number: 8:14-cv-00792 through its attorneys: 1) Jonathan A. Michaels, 2) Kathryn J. Harvey, 3) Robert E. Williams, 4) Kianna C. Parviz, and 5) Ashley D. Rose. All future correspondence and papers in this action should continue to be directed to them.

**MLG AUTOMOTIVE LAW, APLC**

Dated: November 7, 2014    By:   *Jonathan A. Michaels, Esq.*
　　　　　　　　　　　　　　　　Jonathan A. Michaels, Esq.
　　　　　　　　　　　　　　　　Kathryn J. Harvey, Esq.
　　　　　　　　　　　　　　　　Robert E. Williams, Esq.
　　　　　　　　　　　　　　　　Kianna C. Parviz, Esq.
　　　　　　　　　　　　　　　　Ashley D. Rose, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Martin Ponce, Kimi L. Hurt, and Gordon Hair
2801 W. Coast Hwy., Suite 370
Newport Beach, CA 92663
(949) 581-690

SO ORDERED.

/Jesse M. Furman
United States District Judge

November 10, 2014