# Exhibit 1

**Exhibit 1: Index of MDL 2543 Coordinated Actions**

A list (updated December 31, 2014) of all Coordinated Actions pending in state or federal court together with a list of Complaints, Coordination Orders, Protective Orders, ESI Orders or other Discovery Orders, and Orders designating plaintiffs' liaison counsel attached as exhibits hereto.  The cases below are listed according to the chronological order in which the MDL 2543 Coordination Order was entered.

## Cases In Which Coordination Orders Were Entered Prior to New GM's December 1, 2014 Update

1. *Melton, et al. v. General Motors LLC, et al.*, No. 14A-1197-4 (Cobb County, Ga.)
   Hon. Kathryn Tanksley
   - MDL 2543 Coordination Order entered September 30, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| 14-MD-2543 ECF No. 370 | 14-MD-2543 ECF No. 370 | 14-MD-2543 ECF No. 370 | - | 14-MD-2543 ECF No. 370 | - |

2. *In re General Motors Ignition Switch Litigation*, No. 2014-51871 (Harris County, Tex.) ("Texas MDL")
   Hon. Robert Schaffer
   - MDL 2543 Coordination Order entered October 24, 2014.
     o Additional consolidated cases since December 1, 2014 update include:
       - *Casey, et al. v. General Motors LLC, et al.*, No. 2014-54547
       - *De Los Santos v. Ortega, et al.*, No. 2014CCV-60788-2
       - *Hardeman v. General Motors LLC, et al.*, No. 2014CCV-61927-2
       - *Phillips (Stephanie) v. General Motors LLC, et al.*, No. 2014CCV-61957-3
       - *Tarver v. G.M.C. Corp., et al.*, No. C-1430282

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| Ex. 2-A–E<br><br>14-MD-2543 ECF No. 370 | 14-MD-2543 ECF No. 370 | - | - | - | - |

**Exhibit 1: Index of MDL 2543 Coordinated Actions**

3. *Largent v. General Motors LLC, et al.*, No. 14-006509-NP (Wayne County, Mich.)
   Hon. Edward Ewell, Jr.
   - MDL 2543 Coordination Order entered November 10, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | - | - | - | - |

4. *Smith (Steve) v. General Motors LLC, et al.*, No. 41-CV-2014-900140.00 (Lauderdale County, Ala.)
   Hon. Gilbert P. Self
   - MDL 2543 Coordination Order entered November 12, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | - | - | - |

5. *Bogle v. General Motors LLC, et al.*, No. 16-2014-CA-002731 (Duval County, Fla.)
   Hon. Virginia Norton
   - MDL 2543 Coordination Order entered November 18, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | - | - | - | - |

6. *Pate, et al. v. General Motors LLC, et al.*, No. 14A-2712-1 (Cobb County, Ga.)
   Hon. Melodie Clayton
   - MDL 2543 Coordination Order entered November 25, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | 14-MD-2543 ECF No. 441 | - | - | - |

**Exhibit 1: Index of MDL 2543 Coordinated Actions**

**Cases In Which Coordination Orders Have Been Entered or Received Since New GM's December 1, 2014 Update**

7. *Cull, et al. v. General Motors LLC, et al.*, No. 10C02-1404-CT-60 (Clark County, Ind.)
   Hon. Jerry Jacobi
   - MDL 2543 Coordination Order entered November 20, 2014.[1]

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| Ex. 3-A | Ex. 3-B | Ex. 3-C | - | - | Ex. 3-B |

8. *Homer v. General Motors LLC, et al.*, No. 14/7662 (Monroe County, N.Y.)
   Hon. Ann Marie Taddeo
   - MDL 2543 Coordination Order entered December 2, 2014.

| Complaint(s) | Coordination Order | Protective Order(s) | ESI Order(s) | Other Discovery Orders | Order Designating Plaintiffs' Liaison Counsel |
|---|---|---|---|---|---|
| Ex. 4-A | Ex. 4-B | Ex. 4-C | - | - | Ex. 4-B |

---

[1] The Honorable Jerry Jacobi entered the MDL 2543 Coordination Order and protective order on November 20, 2014, though New GM did not receive an executed copy of the order until after its December 1, 2014 update.