# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

March 19, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *In re: General Motors LLC Ignition Switch Litigation,*
>         14-MD-2543 (JMF)
>         *Elliott, et al. v. General Motors LLC*
>         1:15-cv-00772 (JMF)
>         *Sesay, et al. v. General Motors LLC*
>         1:15-cv-00776 (JMF)

Dear Judge Furman:

   Pursuant to this Court's Endorsed Order dated February 13, 2015 (14-MD-2543, Doc. No. 587), counsel for General Motors LLC and counsel for Appellants in the above-referenced bankruptcy appeals—having met and conferred on whether supplemental briefing is necessary on the Appellants' motions for leave to appeal the Bankruptcy Court's stay orders—submit this joint letter informing the Court that they do not believe supplemental briefing is necessary.

                                              Respectfully submitted,

                                              /s/ Richard C. Godfrey, P.C.
                                              /s/ Andrew B. Bloomer, P.C.

                                              *Counsel for Defendant General Motors LLC*

cc:   Gary Peller, Esq.
      Lead Counsel for Plaintiffs