USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION        14-MD-2543 (JMF)

*This Document Relates To: Yagman v. General Motors LLC, 14-CV-9058 (JMF)*        ORDER
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On March 24, 2015, the Court ordered Stephen Yagman — *pro se* plaintiff in the above-captioned member case of 14-MD-2543 — to show cause, in writing, "why he should not be held in contempt and/or sanctioned for his failure to comply with the Court's February 6, 2015 Order and the Second Circuit's Order regarding the same." (14-CV-9058 Docket No. 82). On April 8, 2015, the Court's *Pro Se* office received a submission from Mr. Yagman indicating that he had, in fact, taken steps to comply with the Court's Order by registering for electronic case filing ("ECF"); that his "registration information ha[d] been submitted for review"; and that he had received no further communications from the Court. (14-CV-9058 Docket No. 89).

Because Mr. Yagman apparently attempted to comply with the Court's Order, the Court finds that sanctions are not warranted in this case, at least for now. A review of the materials submitted by Mr. Yagman, however, indicates that he attempted to register for ECF as an attorney, not as a *pro se* party. (*See id.* at 6-7). As Mr. Yagman does not appear to be a member of any bar in good standing, *see, e.g.*, *Pugnacious Civil Rights Lawyer Stephen Yagman Is Summarily Disbarred*, Cal. B.J. (Jan. 2011), available at http://www.calbarjournal.com/January2011/TopHeadlines/TH7.aspx, he must register for ECF as a *pro se* party. Accordingly, Mr. Yagman is hereby ORDERED to take all necessary steps to register for ECF as a *pro se*

party (including but not limited to filing a motion for permission for electronic case filing, *see* http://www.nysd.uscourts.gov/forms.php?f=p) no later than **April 28, 2015.**  Any failure to abide by this Court's Order — as warned in the Court's previous Orders — may result in sanctions.

As this Order relates to the Court's previous Order to Show Cause, the Clerk of Court is directed to mail a copy of this Order to Mr. Yagman.  (*See* 14-CV-9058 Docket No. 82).  As the Court indicated in the Order to Show Cause, because the Second Circuit has now made clear that Mr. Yagman must comply with this Court's directive, no further orders — except for orders relating to the Order to Show Cause — will be mailed to Mr. Yagman.

SO ORDERED.

Dated: April 14, 2015
      New York, New York

                                          JESSE M. FURMAN
                                         United States District Judge