UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 47**

JESSE M. FURMAN, United States District Judge:

In Order No. 22, the Court directed the parties, "[w]ithin fourteen (14) days of the Bankruptcy Court's ruling on New GM's pending Motions to Enforce," to "submit a joint letter proposing how the Court should proceed with respect to" Plaintiffs' Pre-Sale Consolidated Complaint. (14-MD-2543 Docket No. 399). As the parties are presumably aware, the Bankruptcy Court issued its ruling yesterday. (*See* 09-BR-50026 (Bankr. S.D.N.Y.) Docket No. 13109). Accordingly — and unless and until the Court orders otherwise — the parties are to submit their joint letter no later than **April 29, 2015**. Further, the parties should be prepared to discuss the issue at the upcoming April 24, 2015 status conference — preparation that should include, as necessary, conferring with counsel litigating before the Bankruptcy Court.

SO ORDERED.

Dated: April 16, 2015
New York, New York

_____
JESSE M. FURMAN
United States District Judge

1