UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)
14-MC-2543 (JMF)

*This Document Relates to All Actions*                               **[PROPOSED] ORDER NO. __**

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

**[Protective Order to Govern Disclosure of Information not Designated Confidential or Highly Confidential Under Order No. 10 Produced in MDL 2543.]**

Defendant General Motors LLC ("New GM") filed a Motion For A Protective Order Regarding Pretrial Discovery Materials, a Declaration with attached exhibits, and a Memorandum of Law in Support. Having considered New GM's submission, together with any related submissions, the Court GRANTS New GM's requested relief.

Specifically, the Court hereby ORDERS that all "Information," as defined in Order No. 10, shall be used solely for the purposes of the MDL Litigation and Related Cases and may not be publicly disseminated. Nothing in this Order is intended to preclude, however, filing as appropriate on the public docket Information not designated as Confidential or Highly Confidential in connection with requests for a judicial determination.

Public filings should not, however, be used as a means to circumvent the generally applicable rule that all documents produced in discovery and deposition testimony, should not be publicly disclosed before any trial occurs in this multi-district litigation.

      SO ORDERED

Dated: _____, 2015          _____
     New York, New York                    JESSE M. FURMAN
                                         United States District Judge