**BROWN**RUDNICK

EDWARD S. WEISFELNER
direct dial: (212) 209-4900
fax: (212) 938-2900
eweisfelner@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

July 23, 2015

**VIA E-MAIL**
**AND ECF FILING**

Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE:** *Ignition Switch Plaintiffs & Non-Ignition Switch Plaintiffs v. Motors Liquidation Company (In re Motors Liquidation Co., f/k/a General Motors Corp.), Case Nos. 15-CV-5056 (JMF) and 14-MD-2543 (JMF)*

Dear Judge Furman:

We write as Co-Designated Counsel for the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs, joined by Co-Designated Counsel for Ignition Switch Pre-Closing Accident Plaintiffs and Counsel for certain Non-Ignition Switch Pre-Closing Accident Plaintiffs, Counsel for the GUC Trust, Counsel for certain participating GUC Trust Unitholders, and Counsel for General Motors LLC ("New GM" and together with the above-referenced entities, the "Parties"),[1] to inform Your Honor that the Parties have agreed to toll part of the Omnibus Judgment Pleading for which the Ignition Switch Plaintiffs and certain Non-Ignition Switch Plaintiffs seek to withdraw the reference to the Bankruptcy Court.

On July 23, 2015, the Parties submitted to the Bankruptcy Court a Stipulation and Agreed Order (the "Stipulation"), seeking to toll, *inter alia*, that portion of the Omnibus Judgment Pleading that relates to the Non-Ignition Switch Plaintiffs' "GUC Trust Asset Pleading" (defined in the Bankruptcy Court's Judgment, dated June 1, 2015, as a pleading setting forth the Non-Ignition Switch Plaintiffs' "good faith basis" to believe that any of the GUC Trust Assets may be used to

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the *Motion to Withdraw the Reference for the Ignition Switch Plaintiffs' No Strike Pleading with Regard to the Second Amended Consolidated Complaint; and the Non-Ignition Switch Plaintiffs' (I) Objection Pleading with Regard to the Second Amended Complaint and (II) GUC Trust Asset Pleading*, dated June 24, 2015, entered June 29, 2015 [ECF No. 1] (the "Motion to Withdraw").


satisfy late proofs of claim, if filed by them and ultimately allowed by the Bankruptcy Court). A copy of the executed Stipulation is attached hereto as <u>Exhibit A</u>.

The response deadline to the Motion to Withdraw is currently July 23, 2015. In accordance with the Stipulation, the Parties have agreed, subject to Your Honor's approval, that the portion of the Motion to Withdraw relating to the GUC Trust Asset Pleading is also presently tolled, subject to its continued prosecution on written notice to counsel for New GM, the GUC Trust, and the Unitholders; with any responses thereto due within seven (7) business days of such notice.

Respectfully submitted,

 /s/ Edward S. Weisfelner    
Edward S. Weisfelner  
Howard S. Steel  
BROWN RUDNICK LLP  
7 Times Square  
New York, NY 10036  

*Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs*

 /s/ Sander L. Esserman    
Sander L. Esserman  
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA  
2323 Bryan Street, Suite 2200  
Dallas, TX 75201  

*Designated Counsel for Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs*

 /s/ William P. Weintraub    
William P. Weintraub  
Gregory W. Fox  
GOODWIN PROCTOR LLP  
The New York Times Bldg.  
620 Eighth Avenue  
New York, NY 10018  

*Designated Counsel for Certain Ignition Switch Pre-Closing Accident Plaintiffs and Counsel for Certain Non-Ignition Switch Pre-Closing Accident Plaintiffs*

 /s/ Arthur Steinberg    
Arthur Steinberg  
Scott Davidson  
KING & SPALDING  
1185 Avenue of the Americas  
New York, NY 10036  

*Counsel for New GM*



July 23, 2015
Page 3

| | |
|---|---|
| _/s/ Matthew Williams_ | _/s/ Daniel Golden_ |
| Matthew Williams | Daniel Golden |
| Lisa H. Rubin | Deborah J. Newman |
| Keith R. Martorana | Naomi Moss |
| GIBSON, DUNN & CRUTCHER, LLP | AKIN, GUMP, STRAUSS, HAUER & FELD, LLP |
| 200 Park Avenue | One Bryant Park |
| New York, New York 10166 | New York, New York 10036 |
| | |
| *Counsel for Wilmington Trust Company, as GUC Trust Administrator and Trustee* | *Counsel for Participating GUC Trust Unitholders* |

cc:    Steve W. Berman
       Elizabeth J. Cabraser
       Robert Hilliard
       Richard C. Godfrey
       Andrew B. Bloomer
       Jonathan Flaxer

**SO ORDERED:**

Dated: July ___, 2015
       New York, New York

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE