# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

July 31, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *In re: General Motors LLC Ignition Switch Litigation,*
>         14-MD-2543 (JMF)

Dear Judge Furman:

Pursuant to this Court's Order No. 15 § 9, counsel for General Motors LLC ("New GM") file this letter to serve upon Lead Counsel, Plaintiff Liaison Counsel, and Federal/State Liaison Counsel "copies of all Complaints, Coordination Orders, Protective Orders, ESI Orders or other Discovery Orders, and Orders designating plaintiffs' liaison counsel" that have been entered in Coordinated Actions.

Attached hereto as Exhibit 1 is an index which identifies each Coordinated Action. Attached hereto as Exhibits 2–6 are copies of all Complaints, Coordination Orders, Protective Orders, ESI Orders or other Discovery Orders, and Orders designating plaintiffs' liaison counsel that have been entered in the Coordinated Actions since New GM's July 1, 2015 update (14-MD-2543, Doc. No. 1102).

> Respectfully submitted,
>
> /s/ Richard C. Godfrey, P.C.
> /s/ Andrew B. Bloomer, P.C.
>
> *Counsel for Defendant General Motors LLC*

cc:   MDL Counsel of Record