# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

August 17, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

>   Re:   *In re: General Motors LLC Ignition Switch Litigation,*
>         14-MD-2543 (JMF)
>         ***Pillars v. General Motors LLC,*** 1:15-cv-06289 (JMF)

Dear Judge Furman:

   Pursuant to this Court's Order No. 54 (Doc. No. 937), counsel for General Motors LLC write to advise the Court that a motion to remand was filed and pending in the transferor court of the recently transferred *Pillars v. Gen. Motors LLC*, No. 1:15-cv-11360 (E.D. Mich.) (MDL No. 1:15-cv-06289).

                                        Respectfully submitted,

                                        /s/ Richard C. Godfrey, P.C.
                                        /s/ Andrew B. Bloomer, P.C.

                                        *Counsel for Defendant General Motors LLC*

   cc:   MDL Counsel of Record