# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br>(312) 862-2000<br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

August 18, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *In re: General Motors LLC Ignition Switch Litigation,*
       14-MD-2543 (JMF)

Dear Judge Furman:

  Counsel for General Motors LLC ("New GM") and Lead Counsel for Plaintiffs, having met and conferred, hereby submit for the Court's consideration an agreed-upon proposed order regarding discovery of expert witness-related materials.  A copy of the proposed order is attached hereto as Exhibit 1.  The parties have not yet developed a mutually agreeable schedule for conducting the depositions of plaintiffs' experts.

            Respectfully submitted,

            /s/ Richard C. Godfrey, P.C.
            /s/ Andrew B. Bloomer, P.C.

            *Counsel for Defendant General Motors LLC*

cc:  MDL Counsel of Record