**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>This Document Relates to:  All Actions | MDL No. 2543<br><br>Master File No.: 14-MDL-2543 (JMF) |

## KING & SPALDING LLP'S MOTION TO FILE UNDER SEAL

Pursuant to this Court's Individual Rules and Practices 6(B) and MDL Order No. 10 ¶7(c), and MDL Order No. 77, non-party King & Spalding LLP ("K&S") seeks leave to temporarily file, under seal, Exhibit C to its Sur-Reply to Plaintiffs' Motion to Compel Production of Documents from New GM and K & S Based on the Crime-Fraud Exception (Document 1341).  New GM has designated lines 4 through 23 on page 431 of Exhibit C (Document 1341-4) as Confidential or Highly Confidential under the protective order in this case.  Other parts of Exhibit C have been omitted or redacted on relevance grounds.

This 17th day of September, 2015.

By: _____
Tai H. Park
Tami Stark

PARK JENSEN BENNETT LLP
40 Wall Street
New York, New York 10005
646 200 6300 (phone)
646 381 9070 (fax)
tpark@parkjensen.com
tstark@parkjensen.com

|  |  |
|---|---|
|  | George W. (Buddy) Darden |
|  | Georgia Bar No. 205400 |
|  | Nathan L. Garroway |
|  | Georgia Bar No. 142194 |
|  | Jeffrey A. Zachman |
| DENTONS US LLP | Georgia Bar No. 254916 |
| 303 Peachtree Street, NE, Suite 5300 |  |
| Atlanta, Georgia  30308 |  |
| 404 527 4000 |  |
| 404 527 4198 |  |
| buddy.darden@dentons.com |  |
| nathan.garroway@dentons.com |  |
| jeffrey.zachman@dentons.com | *Attorneys for King & Spalding LLP* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2015, I electronically filed the foregoing ***King & Spalding LLP'S Motion to File under Seal*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered e-mail addresses for each attorney of record:

| | |
|---|---|
| Robert C. Hilliard<br>bobh@hmglawfirm.com<br>Anne K. Fornecker<br>anne@hilliardshadowenlaw.com<br>HILLIARD MUÑOZ GONZALES L.L.P.<br>719 S Shoreline Blvd, Suite #500<br>Corpus Christi, TX 78401 | Steve W. Berman<br>steve@hbsslaw.com<br>Sean R. Matt<br>sean@hbsslaw.com<br>Andrew M. Volk<br>andrew@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| Elizabeth J. Cabraser<br>ecabraser@lchb.com<br>Steven E. Fineman<br>sfineman@lchb.com<br>Rachel Geman<br>rgeman@lchb.com<br>Annika K. Martin<br>akmartin@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111 | |

_/s/ Tai H. Park_

Tai H. Park