# Exhibit B

| | |
|---|---|
| **From:** | Robert Weeks |
| **To:** | Pixton, R. Allan |
| **Cc:** | David, Geoffrey; Bloomer, Andrew B. |
| **Subject:** | Re: Top Class Actions |
| **Date:** | Tuesday, September 26, 2017 11:00:44 AM |
| **Attachments:** | TCA 1155-1157.pdf |

Allan:

Attached are some pdf's showing the difference in the two submission forms.

Robert

> On Sep 22, 2017, at 3:58 PM, Pixton, R. Allan <allan.pixton@kirkland.com> wrote:
>
> Thanks for the update and have a great weekend!
>
> R. Allan Pixton
> ------------------------------------------------------
> KIRKLAND & ELLIS LLP
> 300 North LaSalle, Chicago, IL 60654
> T +1 312 862 2453  M +1 312 401 7568
> ------------------------------------------------------
> allan.pixton@kirkland.com
>
>
> -----Original Message-----
> From: rweeks@weekslawoffice.com [mailto:rweeks@weekslawoffice.com]
> Sent: Friday, September 22, 2017 5:56 PM
> To: Pixton, R. Allan <allan.pixton@kirkland.com>
> Cc: David, Geoffrey <gdavid@kirkland.com>; Bloomer, Andrew B. <abloomer@kirkland.com>
> Subject: Re: Top Class Actions
>
> Allan:
> TCA confirmed that they sent you all the submissions they have for GM. The specific form that you asked about was in fact the form set up by Hagens Berman and sent submissions directly to them. TCA showed me a screenshot comparing the code from their submission form to the code of the other form which shows the forms were set up differently. I am trying to get copies of that to send you.
>
> I am also waiting to hear back about exporting the email and will let you know asap.
>
> Have a good weekend!
>
> Robert