# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | No. 14-MD-2543 (JMF) |
| GENERAL MOTORS LLC ) | No. 14-MC-2543 (JMF) |
| IGNITION SWITCH LITIGATION ) | |
| ) | Hon. Jesse M. Furman |
| *This Document Relates to the Plaintiffs in the Actions* ) | |
| *Listed on the Attached Exhibit A* ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Hilliard Martinez Gonzales (formerly Hilliard Muñoz Gonzales) and Thomas J. Henry Injury Attorneys (together hereinafter the "Firms"), respectfully request that the Court grant their request to withdraw as counsel for Plaintiffs listed on Exhibit A, and further state the following in support of their motion:

1. Plaintiffs are currently represented by the Firms.

2. The Firms' withdrawal as counsel for Plaintiffs will not prejudice Plaintiffs' claims or the timing of the litigation.

3. There are currently no Court deadlines affecting Plaintiffs' claims.

4. The Firms are not asserting a charging lien or a retaining lien.

5. In compliance with Local Civil Rule 1.4, attached to this motion are a memorandum of law, a declaration, and a certificate of service upon Plaintiffs.

Therefore, the Firms respectfully request that the Court issue an order terminating the Firms' representation of Plaintiffs in the above-styled and referenced matter. The Firms do not seek to withdraw as counsel from the Plaintiffs listed on the attached Exhibit B.

Dated:  February 28, 2018                    Respectfully submitted,

 /s/  Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
Robert C. Hilliard
bobh@hmglawfirm.com
719 S. Shoreline Boulevard
Corpus Christi, TX 78401
Telephone No.: (361) 882-1612
Facsimile No.:  (361) 882-3015

-and-

/s/ Thomas J. Henry
THOMAS J. HENRY INJURY ATTORNEYS
Thomas J. Henry
tjh@tjhlaw.com
521 Starr St.
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 28, 2018, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action. I also certify that a copy of this document was sent by U.S. Mail to the Plaintiffs listed on Exhibit A.

                                                  By: */s/ Robert C. Hilliard*
                                                      Robert C. Hilliard