**EXHIBIT "A"**

| Name | MDL |
|---|---|
| Bailey, Ruby | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Crosier, Beatrice | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Harris, Carrie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Johnson, Pam | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Boylan, Robert | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Dunn, Otis | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Dunn, Rose | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Farrell, Emanuel | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Fleming, James | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Herrmann, Kristen | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Richardson, Shadina | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Vance, Joe | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Vance, Rosetta | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Coward, Carl | 1:15-cv-06578 Blood v. General Motors, LLC |