EXHIBIT "B"

| Name | MDL |
|---|---|
| Abrams, Kenneth | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Agwunobi, Kenechukwu | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Aldana, Carlos | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Aldana, Gena | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bailey, Carolyn | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bailey, Carolyn IARE Irvin Louis Bailey | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ballard, Rose | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Banks, Brenda IARE Clyde Banks | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bean, Ken | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bell, Olga | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bell, Sabrina | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bennett, Apallonia | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Blakes, Avonya | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Brown, Melissa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Carter, Brenda | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Carver, Richard | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Casey, Shaquel | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Catoe, Sheila | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Choice, Kisha | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cobb, Thomas IARE Steven Cobb | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cook, Frank | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cox, Yolanda | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Crafa, Bethany | 1:14-cv-05810 Abney et al v. General Motors, LLC |

| | |
|---|---|
| Cramer, Jesse | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cross, Randy | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Currie, Tracy | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Curtis, Tim | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Dorse, Jessica | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ellison, Patrice | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Giannakakis, Amy | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Gonzalez, Sandra Denise | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Gordon, Chelsie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Granger, Rosalyn | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Green, Nathan | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Griffin, Audrey | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Grove, Linda | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Hachey, Clark | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Hamilton, Lillian | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Harris, Lawrisa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Haws, Richard | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Henderson, Alexis | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Johnson, Larry | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Johnson, Robin | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Jones, Catherine - Deceased | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Kaufmann, Donall R IANF N.K., a minor, IARE Courtney Heaton | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Kirkland, Jean | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Knabenshue, Jennifer IARE Donald Orren | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Lavergne, Lisa | 1:14-cv-05810 Abney et al v. General Motors, LLC |

| | |
|---|---|
| Lister, Shawana | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Malone, Mayzel | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| McClinton, Tara | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Moore, Robin D | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Nickerson, John | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pender, Harry | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Perez, Norma | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pierce, Joseph IARE Raymond Pierce | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Prados, Katherine | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pruitt, Jasmine | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Rowse, Joan IARE James Rowse | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Safewright, Barbara | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Sam, Trenice - Deceased | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Seymour, Christian | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Skeels, Elizabeth | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Janice | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Lonnie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Phylette | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Unique | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Victor | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Spivey, Natasha | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Staggs, Adam IARE Gary Staggs | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Stallings, Mia | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Stanley, Cecilia | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Stewart, Casey | 1:14-cv-05810 Abney et al v. General Motors, LLC |

| | |
|---|---|
| Tamez, Luis | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Taylor, Deborah | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Thompson, Jeami | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Tripp, Polly | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Tucker, Marion | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Vigil, Marie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Walker, Diana | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Watkins, Gloria | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Wojciechowski, Kyle | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Woods, Kimberly | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Woods, Promise | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ybarbo, Robert | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Zayas, Marissa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Allen, Rachel | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Bailey, Frances IANF W.B., a minor | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Burns, Orlando | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Dor, Gabriel | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Dupervil, Reginald | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Glosson, Sylvia Jones | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Gray, Samantha | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Gutierrez, Laura IARE Marina Granados | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Hagan, Fanchea | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Horne, Janay | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Hughes, Katherine | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| IARE Kenneth L. Danforth | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |

| | |
|---|---|
| IARE Lanette Selix | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Johnson, Tyler | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| McCann, Julie | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Myrick, Aaron | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Pierre, Kachet | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Ricketts, Byron | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Smith, Jesse | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Smith, Patricia | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Smith, Tanya | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Vaughn, Anthony | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Williams, Jessica | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Baiungo, Ashley | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Baxter, Wanda | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Bridges, Karisma | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Brumfield, BreAnna | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Collier, Mitchell | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Cook, Joe | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Corley, Brittany | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Deflorin, Peggy | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Foy, Raven | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Frontera, Cecelia | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Gage, Christina | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Harder, Rebecca | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Hosea, Yshika | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Howard, Peggy | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |

| | |
|---|---|
| Husnik, Marissa | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Isom, Saniyyah | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Johnson, Sharica | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Johnson-Young, Shakedra | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Lach, Freida | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Lampros, Justin | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Lawler, Laquita | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Lawler, Mary | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Lester, Shirley | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Long, Rachael | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Martinez, Antonio, Jr. | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| McGhee, Sharon | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Miller, Barbara | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Morgan, Donna | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Nelson, Markus | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Oglesby, William | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Smith, Aaron Jr. | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Smith, Aaron Sr. | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Smith, John Herbert | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Staten, Pamela | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Thompson, Haley | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Walls, Jr., Aaron Dewayne | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Ward, Brittney | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Wright, Genieve | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| Yanowsky, Joshua | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |

| | |
|---|---|
| Blennis, Jason | 1:15-cv-06578 Blood v. General Motors, LLC |
| Isom, Brenda | 1:15-cv-06578 Blood v. General Motors, LLC |
| La Quatra, Clifford | 1:15-cv-06578 Blood v. General Motors, LLC |
| Martin, Ashley | 1:15-cv-06578 Blood v. General Motors, LLC |
| Walker III, Edward James | 1:15-cv-06578 Blood v. General Motors, LLC |
| Williams, Rendell | 1:15-cv-06578 Blood v. General Motors, LLC |