```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Wren v. General Motors LLC*, 15-CV-0761

------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On March 12, 2018, in response to notice from New GM, the Court issued an Order dismissing a number of plaintiffs without prejudice for their failure to comply with Order No. 140.  (MDL Docket No. 5201).  One of those Plaintiffs was John Wren.  It has come to the Court's attention that, although Mr. Wren did not file any opposition to Order No. 140, his counsel at least partially complied with Order No. 140 by filing a motion to withdraw as counsel on March 8, 2018.  (15-CV-0761, Docket No. 178).  Upon reflection, the Court believes that Mr. Wren should be treated like any other plaintiff whose counsel had moved to withdraw as counsel as a result of Order No. 140 and, thus, VACATES Mr. Wren's dismissal.  Lead Counsel and New GM shall address the next steps for Mr. Wren, along with the other plaintiffs whose counsel have filed motions to withdraw following Order No. 140, in their joint letter due **March 14, 2018**.  (*See* MDL Docket Nos. 4967, 5185).

Because Mr. Wren was never terminated as a plaintiff from 15-CV-0761, the Clerk of Court need not take any action to reinstate him as a plaintiff.

SO ORDERED.

Dated: March 13, 2018
       New York, New York

_____
JESSE M. FURMAN
United States District Judge