UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

14-MD-2543 (JMF)

Hon. Jesse M. Furman

-----------------------------------------------------------------

### NEW GM'S NOTICE IDENTIFYING 9 PLAINTIFFS SUBJECT TO AIRBAG DEPLOYMENT NOTICE WHO CONTEND THERE IS A FACTUAL ISSUE REGARDING AIRBAG DEPLOYMENT

On March 17, 2018, counsel for New GM and Plaintiffs filed a joint letter addressing their proposed next steps regarding personal injury claims subject to notices or motions addressed in Order No. 140.  (Docket No. 5231.)  Within the letter, the Parties set forth their proposed next steps for those plaintiffs subject to New GM's Airbag Deployment Notice (Docket No. 4979) who contend there is a factual dispute as to whether the airbag(s) deployed during the crash sequence.

At the March 22, 2018 hearing discussing the Parties' proposals, the Court directed New GM to file by March 26, 2018 "a list of those [plaintiffs] that remain at issue in that category." 3/22/2018 Hr'g Tr. at 27:9–19.  Pursuant to the Court's request, Exhibit A below contains a list of the 9 plaintiffs subject to the Airbag Deployment Notice who contend there is a fact issue regarding whether the airbag(s) deployed.

Pursuant to the Court's order, each plaintiff on Exhibit A must "file a notice including admissible evidence that he or she believes creates a dispute of fact [regarding airbag deployment]. Plaintiffs who fail to do that would have their claims dismissed without prejudice . . . [and] [a]s to the plaintiffs that do file the notice with admissible evidence, I agree with GM that GM should be permitted to proceed with a motion."  *Id.* at 27:20–28:11.

**Exhibit A:**
**List of 9 Plaintiffs Subject to Airbag Deployment Notice Who Contend There Is a Factual Issue Regarding Airbag Deployment**

| No. | Plaintiff Last Name | Plaintiff First Name | Case Caption | Plaintiff's Counsel |
|---|---|---|---|---|
| 1 | Byrd | Debra and Gerry (individually and as Co-Administrators of the Estate of Jeremy Wayne Byrd) | Byrd, et al. v., Chupps' Country Cupboard, et al.; 16-cv-04180 | Friday & Cox LLC |
| 2 | Freeman | Kristen | O'Quinn, et al., v. General Motors LLC; 1:16-cv-08229 | Bailey Peavy Bailey PLLC |
| 3 | Lee | Glorious | Allen, et al., v. General Motors, LLC; 1:17-cv-07441 | Weller, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; Law Offices of Gregory K. Evans, PLLC |
| 4 | Malarney | Marjorie | Losey v. General Motors LLC; 1:15-cv-07416 | The Carlson Law Firm, P.C.; The Dugan Law Firm, APLC |
| 5 | Rosen | Pamela | Brown v. General Motors LLC; 1:16-cv-05947 | Bailey Peavy Bailey PLLC |
| 6 | Seals | Timeil | Brown v. General Motors LLC; 1:16-cv-05947 | Bailey Peavy Bailey PLLC |
| 7 | Stacks | Jeanna | Doup, et al., v. General Motors LLC; 1:15-cv-03592 | Weller, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; Law Offices of Gregory K. Evans, PLLC |
| 8 | Ullom | Brittany | Fuentes, et al., v. General Motors, LLC; 1:17-cv-06338 | Weller, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; Law Offices of Gregory K. Evans, PLLC; The Carlson Law Firm, P.C. |
| 9 | Yancey | William | Doup, et al., v. General Motors LLC; 1:15-cv-03592 | Weller, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; Law Offices of Gregory K. Evans, PLLC |

Dated:  March 26, 2018

/s/ *Andrew B. Bloomer, P.C.*
Andrew B. Bloomer, P.C.
Richard C. Godfrey, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654-3406
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
andrew.bloomer@kirkland.com
richard.godfrey@kirkland.com

*Attorneys for Defendant General Motors LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 26, 2018 the foregoing was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                      By: /s/ *Andrew B. Bloomer, P.C.*
                                              Andrew B. Bloomer, P.C.