USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Uglow v. General Motors LLC, 15-CV-4385*
-------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On May 10, 2018, the Court dismissed without prejudice the claims of Kathleen Uglow for failing to comply with Order No. 146. (*See* MDL Docket No. 5503). Ms. Uglow has since filed an amended complaint and thereby complied with Order No. 146.

Accordingly, the Clerk of Court is directed to reinstate Ms. Uglow as a Plaintiff in 14-MD-2543 and 15-CV-4385.

SO ORDERED.

Dated: May 31, 2018
       New York, New York

_____
JESSE M. FURMAN
United States District Judge