# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) <br> ) <br> ) <br> GENERAL MOTORS LLC ) <br> IGNITION SWITCH LITIGATION ) <br> ) <br> *This Document Relates To All Actions* ) <br> ) | No. 14-MD-2543 (JMF) <br> No. 14-MC-2543 (JMF) <br><br> Hon. Jesse M. Furman |

## GENERAL MOTORS LLC'S MOTION TO EXCLUDE EXPERT OPINIONS UNDER *DAUBERT* AND FEDERAL RULE OF EVIDENCE 702

General Motors LLC ("New GM") respectfully moves for an order excluding in part expert opinions from Glen Stevick and Steven Loudon pursuant to Federal Rule of Evidence 702, the Supreme Court's holding in *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), and related case law. New GM's Motion is supported by the accompanying Memorandum of Law, which New GM hereby incorporates by reference.

Dated:  July 20, 2018

Respectfully submitted,

 /s/ Richard C. Godfrey, P.C.

Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654-3406
Phone:  312-862-2000
Fax:  312-862-2200
andrew.bloomer@kirkland.com
richard.godfrey@kirkland.com

Attorneys for Defendant General Motors LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, I electronically filed the foregoing Motion using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: */s/ Andrew B. Bloomer, P.C.*
Andrew B. Bloomer, P.C.