USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Monllos, et al. v. General Motors LLC, et al., 16-CV-7807*

------------------------------------------------------------------------x

14-MD-2543 (JMF)

MEMORANDUM OPINION
AND ORDER

JESSE M. FURMAN, United States District Judge:

On July 11, 2018, Plaintiffs James and Candace Monllos, proceeding *pro se*, moved to reopen their case and set aside the Court's January 30, 2018 Order of Dismissal, (14-MD-2543, Docket No. 4980), which dismissed their claims with prejudice for their repeated failure to submit Plaintiff Fact Sheets as required by Order No. 25. (*See* 16-CV-7807, Docket No. 80; 14-MD-2543, Docket No. 422). On July 30, 2018, New GM filed a memorandum in opposition to Plaintiffs' motion to reopen their case. (14-MD-2543, Docket No. 5891).

Substantially for the reasons stated by New GM in its memorandum in opposition, the Court denies Plaintiffs' motion to reopen their case. The Clerk of Court is directed to terminate 16-CV-7807, Docket No. 80 and to mail a copy of this Order to Plaintiffs at the following address:

> James and Candace Monllos
> 470 Crestmont Lane
> Canton, GA 30114

SO ORDERED.

Dated: August 1, 2018
      New York, New York

_____
JESSE M. FURMAN
United States District Judge