UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*  14-MD-2543 (JMF)

All Actions  Hon. Jesse M. Furman

-------------------------------------------------------------------------x

## GENERAL MOTORS LLC'S MOTION TO EXCLUDE
## THE OPINIONS OF STEFAN BOEDEKER

General Motors LLC ("New GM") hereby moves for an order excluding the opinions of Stefan Boedeker under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny and the Federal Rules of Evidence. New GM's Motion is further supported by its Memorandum Of Law In Support Of General Motors LLC's Motion To Exclude The Opinions Of Stefan Boedeker.

Dated: September 21, 2018    Respectfully submitted,

/s/ Richard C. Godfrey, P.C.

Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654-3406
Phone: 312-862-2000
Fax: 312-862-2200
andrew.bloomer@kirkland.com
richard.godfrey@kirkland.com

*Attorneys for Defendant General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I electronically filed the foregoing Motion using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Andrew B. Bloomer, P.C.*
Andrew B. Bloomer, P.C.
