UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | No. 14-MD-2543 (JMF)<br>No. 14-MC-2543 (JMF)<br><br>Hon. Jesse M. Furman |
| This Document Relates to:<br><br>ALL ACTIONS | |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF: (1) PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GM'S MOTION FOR SUMMARY JUDGMENT AGAINST THE BELLWETHER ECONOMIC LOSS PLAINTIFFS; AND (2) PLAINTIFFS' RESPONSE TO DEFENDANT GENERAL MOTORS LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Steve W. Berman, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to practice in this Court, am the managing partner of the law firm of Hagens Berman Sobol Shapiro LLP, and have personal knowledge of the matters described in this declaration and am competent to testify thereto.

2. Pursuant to Order No. 8, I serve as Plaintiffs' Co-Lead Counsel with particular responsibility for the Economic Loss part of this MDL. I respectfully submit this declaration in support of (1) Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Plaintiffs' Opposition to GM's Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs; and (2) Plaintiffs' Response to Defendant General Motors LLC's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment.

3. Attached are true and correct copies of the following documents:

| PLTFS. EX. | TITLE |
|---|---|
| 1 | Excerpts of the Deposition of Antonio Antonucci dated February 24, 2017 (Filed Under Seal) |
| 2 | Excerpts of the Deposition of Brian E. Thompson dated February 9, 2017 (Filed Under Seal) |
| 3 | Excerpts of the Deposition of Brian E. Thompson dated February 23, 2017 (Filed Under Seal) |
| 4 | Excerpts of the Deposition of Michael Earl Stevenson, Ph.D. dated March 31, 2017 (Filed Under Seal) |
| 5 | Component Technical Specification (DLPH_MDL_0008615-50) (Filed Under Seal) |
| 6 | Excerpts of the Deposition of Glen W. De Vos dated January 10, 2017 (Filed Under Seal) |
| 7 | GPDS EWO# CFAMG – Work Order #577356 (DLPH-MDL-0002686-99) (Filed Under Seal) |
| 8 | GPDS EWO# HAPCD – Work Order #2037335 (GM-MDL2543-001666389-402) (Filed Under Seal) |
| 9 | Expert Report of Glen Stevick dated July 29, 2015 (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 10 | Excerpts of the Deposition of Glen Stevick dated September 28, 2015 (Filed Under Seal) |
| 11 | Invention #: P028405 – Crash Sensing prolongation to address unintended ignition key changes to Off position during high speed off road driving conditions, by Vipul Modi, John Dolan and James Churchwell (GM-MDL2543-000673219-225) (Filed Under Seal) |
| 12 | Screen Captures IPAD P028405 (GM-MDL2543-003853956-959) (Filed Under Seal) |
| 13 | Email chain with the first email from Dennis Ziesmer to Vipul Modi and Melissa Nowakowski dated May 18, 2012 re: Epsilon power moding change during event (GM-MDL2543-002134382) (Filed Under Seal) |
| 14 | GM Epsilon – Cobalt Power Moding Modification – September 11, 2012 (GM-MDL2543-000851826-841) (Filed Under Seal) |
| 15 | Email chain with the first email from John Dolan to Dennis Ziesmer dated September 17, 2012 re: Cobalt – SDM discussion (GM-MDL2543-004241860-861) (Filed Under Seal) |
| 16 | Ignition Status After Crash dated September 13, 2013, by Christian Ott (GM-MDL2543-402048593-604) (Filed Under Seal) |
| 17 | Email chain with the first email from Raymond DeGiorgio to Brian Stouffer dated October 5, 2012 re: 2005-7 Cobalt and Ignition Switch Effort (GM-MDL2543-003501412-414) (Filed Under Seal) |
| 18 | Email chain with the first email from Brian Stouffer to Craig Zinser dated November 5, 2012 re: Follow-Up on Cobalt Key Cylinder (VEC Green 1G26-05/MML: 866-226-3606 a/c/ 6637671 Fed will host 4504) (GM-MDL2543-002375439-503) (Filed Under Seal) |
| 19 | Email chain with the first email from Brian Stouffer to Craig Zinser dated November 5, 2012 re: Follow-Up on Cobalt Key Cylinder (VEC Green 1G26-05/MML: 866-226-3606 a/c/ 6637671 Fed will host 4504) (GM-MDL2543-003575716-720) (Filed Under Seal) |
| 20 | SDM Software Complexity (GM-MDL2543-002139814-815) (Filed Under Seal) |
| 21 | November 13, 2015 Rebuttal Expert Report of Glen Stevick (Filed Under Seal) |
| 22 | Talking Points for Acting Administrator Meeting – 8/21/2014 Design of Future Vehicle Safety Systems (GM-MDL2543-400955824) (Filed Under Seal) |
| 23 | Excerpts of the Deposition of John Capp dated July 21, 2015 (Filed Under Seal) |
| 24 | Excerpts of the Deposition of Vipul Modi dated June 1, 2015 (Filed Under Seal) |
| 25 | Excerpts of the Deposition of Eric Buddrius dated November 5, 2015 |

| PLTFS. EX. | TITLE |
|---|---|
| | (Filed Under Seal) |
| 26 | Ignition Switch Recall Questions (Master List) R1 (GM-MDL2543-000699647-52) (Filed Under Seal) |
| 27 | Excerpts of the Deposition of Mark Beauregard dated May 7, 2015 (Filed Under Seal) |
| 28 | Excerpts of the Deposition of Dwayne Davidson dated May 15, 2015 (Filed Under Seal) |
| 29 | Excerpts of the Deposition of Steven D. Oakley dated June 8, 2015 (Filed Under Seal) |
| 30 | Excerpts of the Deposition of Deborah Nowak-Vanderhoef dated July 15, 2015 (Filed Under Seal) |
| 31 | Excerpts of the Deposition of Douglas Parks dated August 26, 2015 (Filed Under Seal) |
| 32 | Excerpts of the Deposition of Peter Judis dated August 26, 2015 (Filed Under Seal) |
| 33 | Excerpts of the Deposition of William Chase dated May 28, 2015 (Filed Under Seal) |
| 34 | Excerpts of the Deposition of Alberto Manzor dated June 11, 2015 (Filed Under Seal) |
| 35 | Excerpts of the Deposition of Brian E. Thompson dated August 26, 2015 (Filed Under Seal) |
| 36 | Excerpts of the Deposition of Jaclyn Palmer dated May 19, 2015 (Filed Under Seal) |
| 37 | Excerpts of the Deposition of Glen Stevick dated January 8, 2018 (Filed Under Seal) |
| 38 | Excerpts of the Deposition of Glen Stevick dated July 11, 2018 (Filed Under Seal) |
| 39 | Rebuttal Expert Report of Steve Loudon dated May 18, 2018 (Filed Under Seal) |
| 40 | Excerpts of the Deposition of Glen Stevick dated November 24, 2015 (Filed Under Seal) |
| 41 | The FMEA Pocket Handbook – Failure Mode and Effects Analysis |
| 42 | 2.3(a)(ix) and 6.15 of Sale Agreement dated June 26, 2009 (excerpts only) |
| 43 | Plaintiff Benefit-of-the-Bargain Damages Chart |
| 44 | Excerpts of Motors Liquidation Company Form 10-K for fiscal year ended December 31, 2017 |
| 45 | Excerpts of Motors Liquidation Company Form 10-K for fiscal year ended December 31, 2015 |
| 46 | Excerpts of Motors Liquidation Company Form 10-K for fiscal year ended December 31, 2014 |
| 47 | Rebuttal Expert Report of H. Sanford Weisberg, Ph.D. dated May 18, 2018 (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 48 | Excerpts of the Deposition of Bradford Cornell dated April 13, 2018 (Filed Under Seal) |
| 49 | Excerpts of the Deposition of Dominque M. Hanssens dated April 30, 2018 (Filed Under Seal) |
| 50 | Summary of Opinions of Stefan Boedeker dated April 13, 2017 in the People of the State of California v. General Motors, LLC, Case No. 30-2014-00731038-CU-BT-CX (Cal. Super. Ct.) (Filed Under Seal) |
| 51 | Excerpts of the Deposition of Stefan Boedeker dated July 5, 2018 (Filed Under Seal) |
| 52 | Excerpts of the Deposition of Patricia Barker dated February 27, 2017 (Filed Under Seal) |
| 53 | 12/09/2004 Saturn Vehicle Invoice (GM-MDL2543-305118906-907) (Filed Under Seal) |
| 54 | March, 2014 Saturn Safety Recall Letter (ELPLNTFF00010089-090) |
| 55 | April, 2014 Recall Letter (ELPLNTFF00010120-122) |
| 56 | Excerpts of Barker Plaintiff Fact Sheet (ELPNTFF00010176-177) (Filed Under Seal) |
| 57 | Excerpts of the Deposition of Chimen Basseri dated November 22, 2017 (Filed Under Seal) |
| 58 | 03/05/2013 Chimen Basseri Sales Contract with Nissan of Valencia, CA (ELPLNTFF00010252-254) |
| 59 | 06/09/2014 Invoice from Sanborn Chevrolet (ELPLNTFF00010241-242) |
| 60 | Exhibit A to Motors Liquidation Company GUC Trust Quarterly Section 6.2(C) Report and Budget Variance Report as of June 30, 2018 |
| 61 | Collection of Invoices from Tracy Chevrolet in Tracy, CA (ELPLNTFF00010206-214) |
| 62 | Collection of Invoices from Sanborn Chevrolet (ELPLNTFF00010249-251) |
| 63 | Excerpts of Basseri Plaintiff Fact Sheet (ELPLNTFF00010279, 10283, 10314-10315) (Filed Under Seal) |
| 64 | Customer Complaint/Communication (GM-MDL2543-105197323-325) (Filed Under Seal) |
| 65 | GM Global Warranty Transaction Detail (GM-MDL2543-305120108-109) (Filed Under Seal) |
| 66 | Excerpts of the Deposition of Sylvia Benton dated February 28, 2017 (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 67 | 01/10/2009 Sylvia Benton Sales Contract with Ideal Auto Center, Inc. of Barstow, CA (ELPLNTFF00010323-325) |
| 68 | March, 2014 Recall Letter (ELPLNTFF00010330-331) |
| 69 | Excerpts of the Deposition of Michael Benton dated February 28, 2017 (Filed Under Seal) |
| 70 | 04/23/2013 and 07/03/2013 Invoices from G&M Automotive & Smog Center in Hesperia, CA (ELPLNTFF00010361-362) |
| 71 | Excerpts of Bentons Plaintiff Fact Sheet (ELPLNTFF000412) (Filed Under Seal) |
| 72 | Excerpts of the Deposition of Kimberly Brown-Shipley dated April 24, 2017 (Filed Under Seal) |
| 73 | 01/07/2007 Kimberly Brown-Shipley Sales Contract with Rally Auto Group in Palmdale, CA (ELPLNTFF00009905-907) |
| 74 | 07/07/2014 Invoice from Rally Auto Group in Palmdale, CA (ELPLNTFF00009889-890) |
| 75 | Warranty, Contract and Transaction History Breakdown Excerpts (GM-MDL2543-305120276-277) (Filed Under Seal) |
| 76 | Customer Complaint/Communication – 71-581250528 (GM-MDL2543-105193329-331) (Filed Under Seal) |
| 77 | Customer Complaint/Communication – 71-585401342 (GM-MDL2543-105193386-388) (Filed Under Seal) |
| 78 | Customer Complaint/Communication – 71-1163701559 (GM-MDL2543-105194256-259) (Filed Under Seal) |
| 79 | Customer Complaint/Communication – 71-1360862124 (GM-MDL2543-105195657-659) (Filed Under Seal) |
| 80 | Customer Complaint/Communication – 71-1362590231 (GM-MDL2543-105195715-719) (Filed Under Seal) |
| 81 | Undated letter to “Robert” re: Shipley and “her concerns” (GM-MDL2543-105195831) (Filed Under Seal) |
| 82 | 10/01/2014 Email from Drew Preece to Paul Wasko re: Shipley Vehicle Stalling (GM-MDL2543-105195832) (Filed Under Seal) |
| 83 | Excerpts of Brown-Shipley Plaintiff Fact Sheet (ELPLNTFF00010461-62) (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 84 | 06/06/2012 Kellie Cereceres Sales Contract with Maita Chevrolet in Elk Grove, CA (ELPLNTFF00015637-639) |
| 85 | Excerpts of the Deposition of Kellie Cereceres dated December 18, 2017 (Filed Under Seal) |
| 86 | Excerpts of Cereceres Plaintiff Fact Sheet (ELPLNTFF00016368-69) (Filed Under Seal) |
| 87 | Excerpts of the Deposition of Crystal Hardin dated March 2, 2017 (Filed Under Seal) |
| 88 | 04/05/2005 Crystal Hardin Contract Registration with Chase Chevrolet in Stockton, CA (ELPLNTFF0013106-107) |
| 89 | March, 2014 Recall Letter (ELPLNTFF00013218-219) |
| 90 | Excerpts of Hardin Plaintiff Fact Sheet (ELPLNTFF00014384-385) (Filed Under Seal) |
| 91 | 11/20/2006 Javier Malaga Purchase Invoice with Carson Toyota in Carson, CA (ELPLNTFF00009405-408) |
| 92 | March, 2014 Recall Letter (ELPLNTFF00009410-411) |
| 93 | Excerpts of the Deposition of Javier Malaga dated March 24, 2017 (Filed Under Seal) |
| 94 | Excerpts of Malaga Plaintiff Fact Sheet (ELPLNTFF00011333, 11360-361) (Filed Under Seal) |
| 95 | 04/19/2017 Invoice from Cormier in Carson, CA (ELPLNTFF00009375-376) |
| 96 | 03/25/2010 Invoice from Cormier in Carson, CA (ELPLNTFF00009338-342) |
| 97 | 05/16/2017 Invoice from Cormier in Carson, CA (ELPLNTFF00014057-060) |
| 98 | Excerpts of the Deposition of Winifred Mattos dated March 3, 2017 (Filed Under Seal) |
| 99 | 04/14/2007 Winifred Mattos Sales Contract with Hooman Pontiac in Culver City, CA (ELPLNTFF00009872-874) |
| 100 | Excerpts of Mattos Plaintiff Fact Sheet (ELPLNTFF00011403-404) (Filed Under Seal) |
| 101 | Excerpts of the Deposition of Santiago Orosco dated March 9, 2017 (Filed Under Seal) |
| 102 | 08/23/2010 Letter from Aaron Moore at Ed Dena's Auto Center to Santiago Orosco |

| PLTFS. EX. | TITLE |
|---|---|
| | (ELPLNTFF00011436) |
| 103 | 08/02/2009 – 08/02/2010 DMV Registration Card (ELPLNTFF00011439) |
| 104 | August, 2014 Recall Letter (GM-MDL2543-305119599-610) (Filed Under Seal) |
| 105 | Excerpts of Orosco Plaintiff Fact Sheet (ELPLNTFF00011515-516) (Filed Under Seal) |
| 106 | GM Global Warranty Delivery Information (GM-MDL2543-304721739) (Filed Under Seal) |
| 107 | David Padilla Insurance card – 21st Century Insurance Co. (ELPLNTFF00006734) |
| 108 | GM Global Warranty with VIN Recall List (GM-MDL2543-304721711-712) (Filed Under Seal) |
| 109 | VIN Related Campaigns (GM-MDL2543-304721740) (Filed Under Seal) |
| 110 | Excerpts of the Deposition of David Padilla dated February 17, 2017 (Filed Under Seal) |
| 111 | Excerpts of Padilla Plaintiff Fact Sheet (ELPLNTFF00007080) (Filed Under Seal) |
| 112 | Excerpts of the Deposition of Esperanza Ramirez dated March 3, 2017 (Filed Under Seal) |
| 113 | 03/13/2007 Purchase Invoice from Saturn of Torrance in Torrance, CA (ELPLNTFF00009962-963) |
| 114 | March, 2014 Safety Recall Letter (ELPLNTFF00009943-944) |
| 115 | Excerpts of Ramirez Plaintiff Fact Sheet (ELPLNTFF000016850, 16852, 16856, 16894-895) (Filed Under Seal) |
| 116 | 02/02/2014 Invoice from Mobile Lock & Key Service (ELPLNTFF00009956) |
| 117 | 04/15/2017 Service Invoice from Martin Automotive Group (ELPLNTFF00016820-821) |
| 118 | 401K Loan Statement (ELPLNTFF00009925) |
| 119 | E. Ramirez 401K Account Balance (ELPLNTFF00016822) |
| 120 | 09/04/2008 Sales Invoice with Sanborn Chevrolet in San Joaquin, CA |

| PLTFS. EX. | TITLE |
|---|---|
| | (ELPLNTFF00009144-146) |
| 121 | May, 2014 Recall Letter (ELPLNTFF00009199-201) |
| 122 | Excerpts of the Deposition of William Rukeyser dated March 17, 2017 (Filed Under Seal) |
| 123 | Excerpts of Rukeyser Plaintiff Fact Sheet (ELPLNTFF00011688-689) (Filed Under Seal) |
| 124 | Excerpts of the Deposition of Michelle Thomas dated March 21, 2017 (Filed Under Seal) |
| 125 | September, 2014 Recall Letter (GM-MDL2543-305146989-990) (Filed Under Seal) |
| 126 | 06/06/2015 Receipt and Invoice from Team Superstore in Vallejo, CA (GM-MDL2543-107201829-834) (Filed Under Seal) |
| 127 | 07/06/2015 Receipt and Invoice from Team Superstore in Vallejo, CA (GM-MDL2543-107201824-828) (Filed Under Seal) |
| 128 | Excerpts of Thomas Plaintiff Fact Sheet (ELPLNTFF00017067, 17072, 17078, 17112-113) (Filed Under Seal) |
| 129 | Excerpts of the Deposition of Brad Akers dated March 23, 2017 (Filed Under Seal) |
| 130 | April, 2014 Recall Letter (GM-MDL2543-305147009-011) (Filed Under Seal) |
| 131 | 11/13/2010 Vehicle Delivery/Incentive History (GM-MDL2543-305120158) (Filed Under Seal) |
| 132 | Excerpts of Akers Plaintiff Fact Sheet (ELPLNTFF00013418-428, 13453, 13455-456) (Filed Under Seal) |
| 133 | Akers Customer Complaint/Communication – 71-1362590231 (GM-MDL2543-105195233-235) (Filed Under Seal) |
| 134 | Akers Customer Complaint/Communication – 71-1318956286 (GM-MDL2543-105195247-263) (Filed Under Seal) |
| 135 | 01/13/2014 Invoice from Chris Uffenberg in Farmington, MD (ELPLNTFF00013405) |
| 136 | Excerpts of the Deposition of Deloris Hamilton dated March 13, 2017 (Filed Under Seal) |
| 137 | September, 2014 Safety Recall Letter (GM-MDL2543-305135822-823) (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 138 | Excerpts of Hamilton Plaintiff Fact Sheet (ELPLNTFF00016653, 16697) (Filed Under Seal) |
| 139 | Excerpts of the Deposition of Cynthia Hawkins dated March 24, 2017 (Filed Under Seal) |
| 140 | 07/23/2013 Buyers Order (ELPLNTFF00008126) |
| 141 | 04/07/2014 Invoice from Jim Trenary Automotive Group in O'Fallon, MO (ELPLNTFF00008129) |
| 142 | GM Global Warranty Vehicle Summary Recall List (GM-MDL2543-304722462-463) (Filed Under Seal) |
| 143 | Excerpts of Hawkins Plaintiff Fact Sheet (ELPLNTFF00016718, 16760-761) (Filed Under Seal) |
| 144 | Undated Letter from Hawkins to Mary Barra re: Recall Status (GM-MDL2543-101183711) (Filed Under Seal) |
| 145 | Excerpts of the Deposition of Kenneth Robinson dated May 9, 2017 (Filed Under Seal) |
| 146 | GM Global Warranty Vehicle Detailed Transaction History (GM-MDL2543-305118315-337) (Filed Under Seal) |
| 147 | Excerpts of Kenneth Robinson Plaintiff Fact Sheet (ELPLNTFF00016903-914, 16948-949) (Filed Under Seal) |
| 148 | Excerpts of the Deposition of Ronald Robinson dated March 21, 2017 (Filed Under Seal) |
| 149 | 06/30/2011 Sales Agreement with Enterprise Car Sales (ELPLNTFF00008162-165) |
| 150 | Vehicle VIN History with Recall Events (GM-MDL2543-305146970-971) (Filed Under Seal) |
| 151 | Excerpts of Ronald Robinson Plaintiff Fact Sheet (ELPLNTFF00016999-17001) (Filed Under Seal) |
| 152 | Ronald Robinson Customer Complaint/Communication – 71-1323802252 (GM-MDL2543-101185872-879) (Filed Under Seal) |
| 153 | Customer Complaint/Communication 71 – 1323802252 (GM-MDL2543-101185870-871) (Filed Under Seal) |
| 154 | 12/07/2012 and 11/20/2014 Invoices from Weber Chevrolet in St. Louis, MO (ELPLNTFF00008157-158) |

| PLTFS. EX. | TITLE |
|---|---|
| 155 | 12/04/2013 Invoice from Weber Chevrolet in St. Louis, MO (ELPLNTFF00008153) |
| 156 | 09/09/2014 Invoice from Weber Chevrolet in St. Louis, MO (ELPLNTFF00008154) |
| 157 | 07/22/2015 Invoice from Weber Chevrolet in St. Louis, MO (ELPLNTFF00009829-830) |
| 158 | Excerpts of the Deposition of Mario Stefano dated April 14, 2017 (Filed Under Seal) |
| 159 | 05/14/2013 Sales Contract with Dave Sinclair Automotive in St. Louis, MO (ELPLNTFF00013479) |
| 160 | 05/14/2013 Chase Retail Installment Contract (ELPLNTFF00006115-118) |
| 161 | GM Global Warranty Vehicle Summary (GM-MDL2543-305119621-622) (Filed Under Seal) |
| 162 | GM Global Warranty Vehicle Detailed Transaction History (ELPLNTFF00013475-478) |
| 163 | Excerpts of Stefano Plaintiff Fact Sheet (ELPLNTFF00013521-522) (Filed Under Seal) |
| 164 | Excerpts of the Deposition of Chris Tinen dated April 13, 2017 (Filed Under Seal) |
| 165 | 02/22/2010 Sales Contract with Bommarito West in Ellisville, MO (ELPLNTFF00000032-033) |
| 166 | GM Global Warranty Vehicle Summary (GM-MDL2543-305119202) (Filed Under Seal) |
| 167 | Excerpts of Tinen Plaintiff Fact Sheet (ELPLNTFF00017164-165) (Filed Under Seal) |
| 168 | Excerpts of the Deposition of Patrice Witherspoon dated May 31, 2017 (Filed Under Seal) |
| 169 | 12/22/2005 Sales Contract with Saturn of Kansas City, MO (ELPLNTFF00009322) |
| 170 | GM Global Warranty Vehicle Summary (GM-MDL2543-305118726) (Filed Under Seal) |
| 171 | Vehicle VIN History with Recall Events (GM-MDL2543-305154066-070) (Filed Under Seal) |
| 172 | Transaction History Excerpts (GM-MDL2543-305118727, 305118733) (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 173 | 11/18/2011 Invoice from Molle Chevrolet in Blue Springs, MO (ELPLNTFF00009318) |
| 174 | 02/06/2013 Invoice from Molle Chevrolet in Blue Springs, MO (ELPLNTFF00009319) |
| 175 | 07/13/2013 Invoice from Molle Chevrolet in Blue Springs, MO (ELPLNTFF00015417-420) |
| 176 | Excerpts of Witherspoon Plaintiff Fact Sheet (ELPLNTFF00012044) (Filed Under Seal) |
| 177 | Excerpts of the Deposition of Gareebah Al-ghambi dated May 5, 2017 (Filed Under Seal) |
| 178 | GM Global Warranty Vehicle Summary (GM-MDL2543-305148825) (Filed Under Seal) |
| 179 | Excerpts of Al-ghamdi Plaintiff Fact Sheet (ELPLNTFF00004749-750) (Filed Under Seal) |
| 180 | Excerpts of the Deposition of Dawn Bacon dated March 28, 2017 (Filed Under Seal) |
| 181 | Excerpts of Bacon Plaintiff Fact Sheet (ELPLNTFF00014863, 14902) (Filed Under Seal) |
| 182 | GM Global Warranty Vehicle Summary (GM-MDL2543-305132839) (Filed Under Seal) |
| 183 | Recall #14172 Postcards (GM-MDL2543-305148958-964) (Filed Under Seal) |
| 184 | Excerpts of the Deposition of Dawn Fuller dated November 20, 2017 (Filed Under Seal) |
| 185 | 12/17/2011 Sales Contract with Moritz Kia in Fort Worth, TX (ELPLNTFF00015725) |
| 186 | August, 2014 Recall Letter (ELPLNTFF00015713-714) |
| 187 | GM Global Vehicle Summary (GM-MDL2543-402676139) (Filed Under Seal) |
| 188 | GM Global Vehicle Summary (GM-MDL2543-402676145) (Filed Under Seal) |
| 189 | Excerpts of Fuller Plaintiff Fact Sheet (ELPLNTFF00016600, 16646) (Filed Under Seal) |
| 190 | Excerpts of the Deposition of Michael Graciano dated May 1, 2017 (Filed Under Seal) |

| PLTFS. EX. | TITLE |
|---|---|
| 191 | 10/17/2011 Sales Contract with Holt Chrysler in Arlington, TX (ELPLNTFF00006548-551) |
| 192 | March, 2014 Recall Letter (ELPLNTFF00006543-544) |
| 193 | Declaration of Gina Vigil dated September 19, 2018<br>Declaration of Davonne J. Vigil dated September 17, 2018 |
| 194 | Excerpts of Graciano Plaintiff Fact Sheet (ELPLNTFF00000511-512) (Filed Under Seal) |
| 195 | GM Global Warranty Transaction History (GM-MDL2543-301961267) (Filed Under Seal) |
| 196 | Excerpts of the Deposition of Lisa McClellan dated May 4, 2017 (Filed Under Seal) |
| 197 | Excerpts of McClellan Plaintiff Fact Sheet (ELPLNTFF00016767, 16770, 16814-816) (Filed Under Seal) |
| 198 | June, 2012 Letter to McClellan re Warranty Coverage Extension (GM-MDL2543-107510293-294) (Filed Under Seal) |
| 199 | GM Global Warranty Vehicle Summary (GM-MDL2543-107510230) (Filed Under Seal) |
| 200 | Sales Receipt for 2005 Chevrolet Cobalt and delivery invoice (ELPLNTFF00017319-322) |
| 201 | Reply Expert Report of H. Sanford Weisberg, Ph.D. to Sur-Rebuttal of Robert D. Willig dated August 31, 2018 (Filed Under Seal) |
| 202 | Excerpts of the *Scheuer v. GM LLC* Trial Transcript dated January 19, 2016 |
| 203 | Declaration of Dolores Peterson dated September 20, 2018 |

4. Exhibit 43 was compiled by inputting record facts regarding each Plaintiff's state, the model and model year of their vehicle, the date the vehicle was acquired, the relevant recall applicable to that plaintiff's vehicle, the recall date, and the applicable damage median from each of Stefan Boedeker's three conjoint analyses as identified in the last three columns of the table and as further described in paragraphs 294 to 297 of Plaintiffs' Statement of Undisputed Material

Facts Pursuant to Local Rule 56.1 in Support of Plaintiffs' Opposition to GM's Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs. Exhibit 43 identifies the evidence submitted to the Court that was used to create the table.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed this 21st day of September 2018 at Seattle, Washington.

*/s/ Steve W. Berman*
Steve W. Berman

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 21, 2018, which will send notification of such filing to the e-mail addresses registered.

*/s/ Steve W. Berman*
Steve W. Berman