# Exhibits 1-40
# Filed Under Seal