# Exhibit 41

# The FMEA Pocket Handbook

By
Kenneth W. Dailey

## Failure Mode and Effects Analysis




DW
Publishing Co.

For additional reference material buy:




ISBN: 9780974722122




ISBN: 9781933878225




ISBN: 9780974722146




ISBN: 9780974722160



**DW Publishing Co.**
2337 SE Master Ave.
Port Saint Lucie, FL 34952

**Available on:**
***Amazon.com***

# For Bulk Purchases:

Email, fax, or phone how many of which book you would like and we will reply with a quotation and order form.

The FMEA Pocket Handbook
ISBN 9780974722122

Phone: (863) 425-1659
Fax: (772) 934-3528
Email: Orders@DWPublishingCo.com
Web Page: DWPublishingCo.com

| Quantity | Price/ea |
|---|---|
| 10 - 24 | $6.00 |
| 25 - 49 | $5.25 |
| 50 - Up | $4.50 |

# The FMEA Pocket Handbook

Authored By:
Kenneth W. Dailey

Editors:
Martha Minturn
Doug Wieckhorst
Bruce Welch

Copyright © 2004 Kenneth W. Dailey

All rights reserved. No part of this publication may be produced, reproduced, stored in a retrieval system, or transmitted in any form or means without the prior written consent of the publisher.

Printed in the United States of America

ISBN 9780974722122

**Disclaimer Notice:** Judgment as to the suitability or applicability of the information herein for the purchaser's purposes is necessarily the purchaser's responsibility. DW Publishing Co. extends no warranties, makes no representations, and assumes no responsibility as to the accuracy or suitability of such information for the purchaser's intended purposes or for the consequences of its use.



# Table of Contents

**Introduction** ........ 1

**Terms, Models and Concepts:**

Glossary of Key Terms ........ 2-4
The History of FMEA ........ 5
Definition and Benefits of FMEA ........ 6
Types of FMEA ........ 7
Basic Concepts and Tools ........ 8-14
FMEA Process Outline ........ 15-16

**Conducting a FMEA review:**

Prerequisites and Preparation ........ 17-19
The Process in Detail ........ 20-25
Corrective Action ........ 26-27

**Forms/Tables**

The FMEA Work Sheet ........ 28
Severity Ranking Tables ........ 29-30
Occurrence Ranking Tables ........ 31-32
Detection Ranking Tables ........ 33-34

**Examples:** ........ 35-36

**Index** ........ 37

**Notes** ........ 38-39

## Forms/Tables Occurrence (Design Ranking Table)

Recommended Rankings for FMEA Occurrence (Design)

| Ranking | Description | Failure Rate |
|---|---|---|
| 10 | **Very High:** Failure is a Continuous Problem | P 20% |
| 9 | | P 10% |
| 8 | **High:** Frequent Failures | P 5% |
| 7 | | P 2% |
| 6 | **Moderate:** Sporadic Failures | P 1% |
| 5 | | P 0.2% |
| 4 | | P 0.04% |
| 3 | **Low:** Relatively few Failures | P 0.0067% |
| 2 | | P 0.0007% |
| 1 | **Remote:** Failure is unlikely | O 0.0007% |



## Forms/Tables Occurrence (Process Ranking Table)

Recommended Rankings for FMEA Occurrence (Process)

| Ranking | Description | Failure Rate |
|---|---|---|
| 10 | **Very High:** Failure is almost inevitable | P 20% |
| 9 | | P 10% |
| 8 | **High:** Frequent Failures | P 5% |
| 7 | | P 2% |
| 6 | **Moderate:** Mild Level of Failure | P 1% |
| 5 | | P 0.2% |
| 4 | | P 0.04% |
| 3 | **Low:** Isolated Failures | P 0.0067% |
| 2 | **Very Low:** infrequent Failures | P 0.0007% |
| 1 | **Remote:** Failure is Unlikely | O 0.0007% |