# Exhibit 43

# Plaintiff Benefit-of-the-Bargain Damages

| Plaintiff | State | Model/Yr | Date Acquired | Recall | Recall Date | First Conjoint | Bellwether Initial Conjoint | Bellwether Rebuttal Conjoint |
|---|---|---|---|---|---|---|---|---|
| Patricia Barker* *(PSUF ¶ 351)* | CA | 2005 Saturn Ion | 3/2005 | Delta - 14v047 | 3/11/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Chimen Basseri *(PSUF ¶ 359)* | CA | 2011 Chevrolet HHR | 3/5/2013 | Delta - 14v047 | 3/28/2014 | $9,274 | $998 *(page 60, CA Conjoint 1, recall between one and two years)* | $2,495 |
| Michael & Sylvia Benton* *(PSUF ¶ 368)* | CA | 2005 Chevrolet Cobalt | 1/10/2009 | Delta - 14v047 | 2/7/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Kimberly Brown-Shipley* *(PSUF ¶ 376)* | CA | 2006 Chevrolet HHR | 1/7/2007 | Delta - 14v047 | 3/11/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Kellie Cereceres *(PSUF ¶ 388)* | CA | 2012 Chevrolet Traverse | 6/16/2012 | Side Airbag - 14v118 | 3/17/2014 | N/A | $1,041 *(page 60, CA Conjoint 2, recall between one and two years)* | N/A |
| Crystal Hardin* *(PSUF ¶ 394)* | CA | 2005 Chevrolet Cobalt | 4/2005 | Delta - 14v047 | 2/7/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Javier Malaga* *(PSUF ¶ 401)* | CA | 2006 Chevrolet Cobalt | 11/20/2006 | Delta - 14v047 | 2/7/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Winifred Mattos* *(PSUF ¶ 410)* | CA | 2007 Pontiac G5 | 4/14/2007 | Delta - 14v047 | 2/7/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Santiago Orosco *(PSUF ¶ 417)* | CA | 2010 Chevrolet Camaro | 8/2009 | Knee-to-key - 14v346 | 6/12/2014 | $4,823 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $1,732 |
| David Padilla** *(PSUF ¶ 423)* | CA | 2010 Chevrolet Cobalt | 4/2010 | Delta - 14v047 | 3/28/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| | | | | Power Steering - 14v153 | 3/31/2014 | $4,823 | | $1,774 |

**This Plaintiff's recoverable damages for "Bankruptcy Fraud" is between 28 and 30% of this amount. See PSUF ¶¶ 299-312.*
***Power steering damages sought in the alternative.*

# Plaintiff Benefit-of-the-Bargain Damages *cont'd*

| Plaintiff | State | Model/Yr | Date Acquired | Recall | Recall Date | First Conjoint | Bellwether Initial Conjoint | Bellwether Rebuttal Conjoint |
|---|---|---|---|---|---|---|---|---|
| Esperanza Ramirez* *(PSUF ¶ 430)* | CA | 2007 Saturn Ion | 3/13/2007 | Delta - 14v047 | 3/11/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| William Rukeyser* *(PSUF ¶ 438)* | CA | 2008 Chevrolet Cobalt | 9/4/2008 | Delta - 14v047 | 3/28/2014 | $9,274 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Michelle Thomas *(PSUF ¶ 446)* | CA | 2005 Buick LaCrosse | 12/2010 | 14v355 | 6/16/2014 | $4,823 | $1,123 *(page 60, CA Conjoint 1, recall more than two years)* | $2,495 |
| Brad Akers** *(PSUF ¶ 456)* | MO | 2009 Chevrolet HHR | 11/2009 | Delta - 14v047 | 3/28/2014 | $9,274 | $1,115 *(page 61, MO Conjoint 1, recall more than two years)* | $2,495 |
| | | | | Power Steering - 14v153 | 3/31/2014 | $4,823 | $971 *(page 62, MO Conjoint 3, recall more than two years)* | $1,774 |
| Deloris Hamilton *(PSUF ¶ 470)* | MO | 2000 Oldsmobile Alero | 2/24/2012 | 14v400 | 6/26/2014 | $4,714 | $1,115 *(page 61, MO Conjoint 1, recall more than two years)* | $2,495 |
| Cynthia Hawkins** *(PSUF ¶ 474)* | MO | 2010 Chevrolet Cobalt | 7/23/2013 | Delta - 14v047 | 3/28/2014 | $9,274 | $963 *(page 60, CA Conjoint 1, recall between one and two years)* | $2,374 |
| | | | | Power Steering - 14v153 | 3/31/2014 | $4,823 | $740 *(page 62, MO Conjoint 3, recall within one year)* | $1,657 |
| Kenneth Robinson* *(PSUF ¶ 483)* | MO | 2008 Pontiac G5 | 9/7/2008 | Delta - 14v047 | 3/28/2014 | $9,274 | $1,115 *(page 61, MO Conjoint 1, recall more than two years)* | $2,495 |
| Ronald Robinson *(PSUF ¶ 490)* | MO | 2010 Chevrolet Impala | 6/30/2011 | 14v355 | 6/16/2014 | $4,823 | $1,115 *(page 61, MO Conjoint 1, recall more than two years)* | $2,495 |
| Mario Stefano *(PSUF ¶ 498)* | MO | 2011 Chevrolet Camaro | 5/14/2013 | Knee-to-key - 14v346 | 6/12/2014 | $4,823 | $996 *(page 61, MO Conjoint 1, recall between one and two years)* | $1,848 |

**This Plaintiff's recoverable damages for "Bankruptcy Fraud" is between 28 and 30% of this amount. See PSUF ¶¶ 299-312.*
***Power steering damages sought in the alternative.*

# Plaintiff Benefit-of-the-Bargain Damages *cont'd*

| Plaintiff | State | Model/Yr | Date Acquired | Recall | Recall Date | First Conjoint | Bellwether Initial Conjoint | Bellwether Rebuttal Conjoint |
|---|---|---|---|---|---|---|---|---|
| Christopher Tinen *(PSUF ¶ 505)* | MO | 2010 GMC Acadia | 2/22/2010 | Side Airbag - 14v118 | 3/17/2014 | N/A | $1,137 *(page 61, MO Conjoint 2, recall more than two years)* | N/A |
| Patrice Witherspoon* *(PSUF ¶ 513)* | MO | 2006 Saturn Ion | 11/7/2005 | Delta - 14v047 | 3/11/2014 | $9,274 | $1,115 *(page 61, MO Conjoint 1, recall more than two years)* | $2,495 |
| Gareebah Al-ghamdi *(PSUF ¶ 526)* | TX | 2004 Chevrolet Impala | 9/7/2009 | 14v400 | 6/26/2014 | $4,714 | $1,027 *(page 62, TX Conjoint 1, recall more than two years)* | $2,495 |
| Dawn Bacon *(PSUF ¶ 534)* | TX | 2006 Cadillac CTS | 1/2013 | 14v394 | 6/25/2014 | $4,823 | $1,045 *(page 62, TX Conjoint 1, recall between one and two years)* | $1,848 |
| Dawn Fuller *(PSUF ¶ 544)* | TX | 2008 Chevrolet Impala | 12/17/2011 | 14v355 | 6/16/2014 | $4,823 | $1,027 *(page 62, TX Conjoint 1, recall more than two years)* | $2,495 |
| Michael Graciano *(PSUF ¶ 552)* | TX | 2007 Chevrolet Cobalt | 10/17/2011 | Delta - 14v047 | 2/7/2014 | $9,274 | $1,027 *(page 62, TX Conjoint 1, recall more than two years)* | $2,495 |
| Lisa McClellan *(PSUF ¶ 561)* | TX | 2005 Malibu Max | 11/22/2010 | Power Steering - 14v153 | 3/31/2014 | $4,823 | $1,027 *(page 63, TX Conjoint 3, recall more than two years)* | $1,774 |

**This Plaintiff's recoverable damages for "Bankruptcy Fraud" is between 28 and 30% of this amount. See PSUF ¶¶ 299-312.*