# Exhibit 44

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549-1004**

# Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number 001-34960**

# GENERAL MOTORS COMPANY

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **STATE OF DELAWARE** | **27-0756180** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **300 Renaissance Center, Detroit, Michigan** | **48265-3000** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code**
**(313) 667-1500**
**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock | New York Stock Exchange |
| Warrants (expiring July 10, 2019) | New York Stock Exchange |

**Securities registered pursuant to Section 12 (g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its company Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "small reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐ Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant (assuming only for purposes of this computation that directors and executive officers may be affiliates) was approximately $51.2 billion as of June 30, 2017.

As of January 30, 2018 the number of shares outstanding of common stock was 1,402,630,363 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement related to the Annual Stockholders Meeting to be filed subsequently are incorporated by reference into Part III of this Form 10-K.

Table of Contents



| | December 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|
| | Amount | Percent of Contractual Amount Due | Amount | Percent of Contractual Amount Due |
| 31-to-60 days delinquent | $ 1,334 | 4.1% | $ 1,220 | 4.6% |
| Greater-than-60 days delinquent | 559 | 1.7% | 532 | 2.0% |
| Total finance receivables more than 30 days delinquent | 1,893 | 5.8% | 1,752 | 6.6% |
| In repossession | 27 | —% | 47 | 0.2% |
| Total finance receivables more than 30 days delinquent or in repossession | $ 1,920 | 5.8% | $ 1,799 | 6.8% |

Retail finance receivables classified as TDRs and individually evaluated for impairment were $2.2 billion and $1.9 billion and the allowance for loan losses included $328 million and $276 million of specific allowances on these receivables at December 31, 2017 and 2016.

***Commercial Finance Receivables*** Our commercial finance receivables consist of dealer financings, primarily for inventory purchases. A proprietary model is used to assign a risk rating to each dealer. We perform periodic credit reviews of each dealership and adjust the dealership's risk rating, if necessary. Dealers in Group VI are subject to additional restrictions on funding, including suspension of lines of credit and liquidation of assets. The commercial finance receivables on non-accrual status were insignificant at December 31, 2017 and 2016. The following table summarizes the credit risk profile by dealer risk rating of the commercial finance receivables:

| | | December 31, 2017 | December 31, 2016 |
|---|---|---|---|
| Group I | – Dealers with superior financial metrics | $ 1,915 | $ 1,372 |
| Group II | – Dealers with strong financial metrics | 3,465 | 2,526 |
| Group III | – Dealers with fair financial metrics | 3,239 | 2,598 |
| Group IV | – Dealers with weak financial metrics | 997 | 613 |
| Group V | – Dealers warranting special mention due to elevated risks | 260 | 334 |
| Group VI | – Dealers with loans classified as substandard, doubtful or impaired | 81 | 90 |
| | | $ 9,957 | $ 7,533 |

**Note 6. Inventories**

| | December 31, 2017 | December 31, 2016 |
|---|---|---|
| Total productive material, supplies and work in process | $ 4,203 | $ 5,008 |
| Finished product, including service parts | 6,460 | 6,032 |
| Total inventories | $ 10,663 | $ 11,040 |

**Note 7. Equipment on Operating Leases**

Equipment on operating leases consists of leases to retail customers that are recorded as operating leases and vehicle sales to daily rental car companies with a guaranteed repurchase obligation.

| | December 31, 2017 | December 31, 2016 |
|---|---|---|
| Equipment on operating leases | $ 53,947 | $ 41,851 |
| Less: accumulated depreciation | (9,959) | (6,399) |
| Equipment on operating leases, net(a) | $ 43,988 | $ 35,452 |

(a) Includes $42.9 billion and $34.3 billion of GM Financial equipment on operating leases, net in the years ended December 31, 2017 and 2016.

Depreciation expense related to equipment on operating leases, net was $6.7 billion, $4.7 billion and $2.5 billion in the years ended December 31, 2017, 2016 and 2015.

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

GENERAL MOTORS COMPANY (Registrant)

By: /s/ MARY T. BARRA
Mary T. Barra
Chairman and Chief Executive Officer

Date: February 6, 2018

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below on this 6th day of February 2018 by the following persons on behalf of the registrant and in the capacities indicated, including a majority of the directors.

| Signature | Title |
|---|---|
| /s/ MARY T. BARRA<br>Mary T. Barra | Chairman and Chief Executive Officer |
| /s/ CHARLES K. STEVENS III<br>Charles K. Stevens III | Executive Vice President and Chief Financial Officer |
| /s/ THOMAS S. TIMKO<br>Thomas S. Timko | Vice President, Global Business Solutions and Chief Accounting Officer |
| /s/ THEODORE M. SOLSO*<br>Theodore M. Solso | Lead Director |
| /s/ LINDA R. GOODEN*<br>Linda R. Gooden | Director |
| /s/ JOSEPH JIMENEZ*<br>Joseph Jimenez | Director |
| /s/ JANE L. MENDILLO*<br>Jane L. Mendillo | Director |
| /s/ ADMIRAL MICHAEL G. MULLEN, USN (ret.)*<br>Admiral Michael G. Mullen, USN (ret.) | Director |
| /s/ JAMES J. MULVA*<br>James J. Mulva | Director |
| /s/ PATRICIA F. RUSSO*<br>Patricia F. Russo | Director |
| /s/ THOMAS M. SCHOEWE*<br>Thomas M. Schoewe | Director |
| /s/ CAROL M. STEPHENSON*<br>Carol M. Stephenson | Director |

*By: /s/ RICK HANSEN

Rick Hansen

*Attorney-in-Fact*