# Exhibit 46

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549-1004**

# Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2014**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number 001-34960**

# GENERAL MOTORS COMPANY

*(Exact Name of Registrant as Specified in its Charter)*

| | |
|---|---|
| **STATE OF DELAWARE** | **27-0756180** |
| *(State or other jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **300 Renaissance Center, Detroit, Michigan** | **48265-3000** |
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code**
**(313) 556-5000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on which Registered |
|---|---|
| Common Stock | New York Stock Exchange/Toronto Stock Exchange |
| Warrants (expiring December 31, 2015) | New York Stock Exchange |
| Warrants (expiring July 10, 2016) | New York Stock Exchange |
| Warrants (expiring July 10, 2019) | New York Stock Exchange |

**Securities registered pursuant to Section 12 (g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its company Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer" and "small reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐

Do not check if smaller reporting company

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant (assuming only for purposes of this computation that directors and executive officers may be affiliates) was approximately $58.2 billion on June 30, 2014.

As of January 28, 2015 the number of shares outstanding of common stock was 1,610,365,961 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

Table of Contents



In GM Financial's securitization transactions it can transfer fixed rate finance receivables to securitization trusts that, in turn, sell either fixed rate or floating rate securities to investors. Derivative financial instruments, such as interest rate swaps and caps, are used to manage the gross interest rate spread on the floating rate transactions.

GM Financial had interest rate swaps and caps in asset positions with notional amounts of $3.8 billion and $3.8 billion and interest rate swaps and caps in liability positions with notional amounts of $7.4 billion and $5.5 billion at December 31, 2014 and 2013. The fair value of these derivative financial instruments was insignificant.

The following table summarizes GM Financial's interest rate sensitive assets and liabilities, excluding derivatives, by year of expected maturity and the fair value of those assets and liabilities at December 31, 2014 (dollars in millions):

| | 2015 | 2016 | 2017 | 2018 | 2019 | Thereafter | Fair Value |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Consumer finance receivables | | | | | | | |
| Principal amounts | $ 10,440 | $ 7,336 | $ 4,551 | $ 2,308 | $ 968 | $ 382 | $ 25,541 |
| Weighted-average annual percentage rate | 10.26% | 10.45% | 10.56% | 10.82% | 11.04% | 11.21% | |
| Commercial finance receivables | | | | | | | |
| Principal amounts | $ 7,333 | $ 79 | $ 69 | $ 87 | $ 76 | $ 51 | $ 7,565 |
| Weighted-average annual percentage rate | 6.17% | 4.63% | 4.41% | 4.36% | 4.38% | 4.67% | |
| **Liabilities** | | | | | | | |
| Secured Debt: | | | | | | | |
| Credit facilities | | | | | | | |
| Principal amounts | $ 4,532 | $ 1,593 | $ 757 | $ 141 | $ 17 | $ — | $ 6,991 |
| Weighted-average interest rate | 4.36% | 5.92% | 6.34% | 8.63% | 8.87% | —% | |
| Securitization notes | | | | | | | |
| Principal amounts | $ 7,348 | $ 5,703 | $ 3,596 | $ 1,190 | $ 354 | $ — | $ 18,237 |
| Weighted-average interest rate | 1.94% | 1.86% | 2.04% | 2.50% | 3.06% | —% | |
| Unsecured Debt: | | | | | | | |
| Senior notes | | | | | | | |
| Principal amounts | $ — | $ 1,000 | $ 2,795 | $ 1,250 | $ 1,405 | $ 2,000 | $ 8,707 |
| Weighted-average interest rate | —% | 2.75% | 3.56% | 4.65% | 2.80% | 4.33% | |
| Credit facilities and other unsecured debt | | | | | | | |
| Principal amounts | $ 2,611 | $ 881 | $ 107 | $ 85 | $ 84 | $ — | $ 3,772 |
| Weighted-average interest rate | 10.33% | 9.70% | 5.64% | 5.14% | 5.14% | —% | |

The following table summarizes GM Financial's interest rate sensitive assets and liabilities, excluding derivatives, by year of expected maturity and the fair value of those assets and liabilities at December 31, 2013 (dollars in millions):



| | 2014 | 2015 | 2016 | 2017 | 2018 | Thereafter | Fair Value |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Consumer finance receivables | | | | | | | |
| Principal amounts | $ 9,576 | $ 6,642 | $ 4,162 | $ 2,050 | $ 820 | $ 290 | $ 22,652 |
| Weighted-average annual percentage rate | 10.76% | 10.97% | 11.17% | 11.73% | 12.28% | 12.80% | |

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

| | 2014 | 2015 | 2016 | 2017 | 2018 | Thereafter | Fair Value |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Consumer finance receivables | | | | | | | |
| Principal amounts | $ 9,576 | $ 6,642 | $ 4,162 | $ 2,050 | $ 820 | $ 290 | $ 22,652 |
| Weighted-average annual percentage rate | 10.76% | 10.97% | 11.17% | 11.73% | 12.28% | 12.80% | |
| Commercial finance receivables | | | | | | | |
| Principal amounts | $ 5,731 | $ 22 | $ 25 | $ 94 | $ 117 | $ 6 | $ 6,016 |
| Weighted-average annual percentage rate | 6.82% | 4.73% | 4.59% | 4.50% | 7.40% | 5.69% | |
| **Liabilities** | | | | | | | |
| Secured Debt: | | | | | | | |
| Credit facilities | | | | | | | |
| Principal amounts | $ 6,297 | $ 1,699 | $ 796 | $ 224 | $ 19 | $ — | $ 8,995 |
| Weighted-average interest rate | 4.95% | 6.39% | 6.39% | 8.17% | 8.34% | —% | |
| Securitization notes | | | | | | | |
| Principal amounts | $ 5,218 | $ 4,084 | $ 2,321 | $ 1,114 | $ 348 | $ — | $ 13,175 |
| Weighted-average interest rate | 1.91% | 2.12% | 2.40% | 2.71% | 2.88% | —% | |
| Unsecured Debt: | | | | | | | |
| Senior notes | | | | | | | |
| Principal amounts | $ — | $ — | $ 1,000 | $ 1,000 | $ 1,250 | $ 750 | $ 4,106 |
| Weighted-average interest rate | —% | —% | 2.75% | 4.75% | 4.65% | 4.25% | |
| Credit facilities and other unsecured debt | | | | | | | |
| Principal amounts | $ 2,108 | $ 706 | $ 90 | $ — | $ 76 | $ — | $ 2,972 |
| Weighted-average interest rate | 9.68% | 8.82% | 6.48% | —% | 5.64% | —% | |

GM Financial estimates the realization of finance receivables in future periods using discount rate, prepayment and credit loss assumptions similar to its historical experience. Credit facilities and securitization notes payable amounts have been classified based on expected payoff. Senior notes and convertible senior notes principal amounts have been classified based on maturity.

***Foreign Currency Exchange Rate Risk***

GM Financial is exposed to foreign currency risk due to the translation and remeasurement of the results of certain international operations, primarily those acquired from Ally Financial in 2013, into U.S. Dollars as part of the consolidation process. Fluctuations in foreign currency exchange rates can therefore create volatility in the results of operations and may adversely affect GM Financial's financial condition.

GM Financial's policy is to finance receivables and lease assets with debt in the same currency. When a different currency is used GM Financial typically uses foreign currency swaps to convert substantially all of its foreign currency debt obligations to the local currency of the receivables and lease assets to minimize any impact to earnings.

GM Financial had foreign currency swaps in asset positions with notional amounts of $1.6 billion and $1.7 billion and in liability positions with notional amounts of $1.1 billion and $2.1 billion at December 31, 2014 and 2013. The fair value of these derivative financial instruments was insignificant.

The following table summarizes the amounts of GM Financial's foreign currency translation and transaction and remeasurement losses (dollars in millions):

| | Years Ended December 31, | |
|---|---|---|
| | 2014 | 2013 |
| Foreign currency translation gains (losses) recorded in Accumulated other comprehensive loss | $ (430) | $ 11 |
| Gains (losses) resulting from foreign currency transactions and remeasurements recorded in earnings | $ (170) | $ 151 |

Case 1:14-md-02543-JMF Document 6071-7 Filed 09/22/18 Page 5 of 7

| | | |
|---|---|---|
| Gains (losses) resulting from foreign exchange swaps recorded in earnings | 163 | (149) |
| Net gains (losses) resulting from foreign currency exchange recorded in earnings | $ (7) | $ 2 |

* * * * * * *



Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

General Motors Company, its Directors, and Stockholders:

We have audited the internal control over financial reporting of General Motors Company and subsidiaries (the Company) as of December 31, 2014, based on the criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2014, based on the criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2014 of the Company and our report dated February 4, 2015 expressed an unqualified opinion on those financial statements.

/S/ DELOITTE & TOUCHE LLP

Deloitte & Touche LLP

Detroit, Michigan

February 4, 2015



https://www.sec.gov/Archives/edgar/data/1467858/000146785815000036/gm201410k.htm[9/18/2018 2:53:34 PM]

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

**SIGNATURES**

Pursuant to the requirements of Section 13 of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

GENERAL MOTORS COMPANY
(Registrant)

By: /s/ MARY T. BARRA
Mary T. Barra
Chief Executive Officer

Date: February 4, 2015



Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below on this 4th day of February 2015 by the following persons on behalf of the Registrant and in the capacities indicated, including a majority of the directors.

| Signature | Title |
| --- | --- |
| /s/ MARY T. BARRA<br>Mary T. Barra | Chief Executive Officer |
| /s/ CHARLES K. STEVENS III<br>Charles K. Stevens III | Executive Vice President and Chief Financial Officer |
| /s/ THOMAS S. TIMKO<br>Thomas S. Timko | Vice President, Controller and Chief Accounting Officer |
| /s/ THEODORE M. SOLSO<br>Theodore M. Solso | Chairman |
| /s/ JOSEPH J. ASHTON<br>Joseph J. Ashton | Director |
| /s/ ERROLL B. DAVIS, JR.<br>Erroll B. Davis, Jr. | Director |
| /s/ STEPHEN J. GIRSKY<br>Stephen J. Girsky | Director |
| /s/ E. NEVILLE ISDELL<br>E. Neville Isdell | Director |
| /s/ KATHRYN V. MARINELLO<br>Kathryn V. Marinello | Director |
| /s/ ADMIRAL MICHAEL G. MULLEN, USN (ret.) | Director |

Case 1:14-md-02543-JMF Document 6071-7 Filed 09/22/18 Page 7 of 7

Table of Contents

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below on this 4th day of February 2015 by the following persons on behalf of the Registrant and in the capacities indicated, including a majority of the directors.

| Signature | Title |
|---|---|
| /s/ MARY T. BARRA<br>Mary T. Barra | Chief Executive Officer |
| /s/ CHARLES K. STEVENS III<br>Charles K. Stevens III | Executive Vice President and Chief Financial Officer |
| /s/ THOMAS S. TIMKO<br>Thomas S. Timko | Vice President, Controller and Chief Accounting Officer |
| /s/ THEODORE M. SOLSO<br>Theodore M. Solso | Chairman |
| /s/ JOSEPH J. ASHTON<br>Joseph J. Ashton | Director |
| /s/ ERROLL B. DAVIS, JR.<br>Erroll B. Davis, Jr. | Director |
| /s/ STEPHEN J. GIRSKY<br>Stephen J. Girsky | Director |
| /s/ E. NEVILLE ISDELL<br>E. Neville Isdell | Director |
| /s/ KATHRYN V. MARINELLO<br>Kathryn V. Marinello | Director |
| /s/ ADMIRAL MICHAEL G. MULLEN, USN (ret.)<br>Admiral Michael G. Mullen, USN (ret.) | Director |
| /s/ JAMES J. MULVA<br>James J. Mulva | Director |
| /s/ PATRICIA F. RUSSO<br>Patricia F. Russo | Director |
| /s/ THOMAS M. SCHOEWE<br>Thomas M. Schoewe | Director |
| /s/ CAROL M. STEPHENSON<br>Carol M. Stephenson | Director |



https://www.sec.gov/Archives/edgar/data/1467858/000146785815000036/gm201410k.htm[9/18/2018 2:53:34 PM]