# Exhibits 47-53
# Filed Under Seal