# Exhibits 56-57
# Filed Under Seal