# Exhibit 59

Brad Crouson
Service Advisor
SANBORN CHEVROLET
1210 South Cherokee Lane • Lodi, CA 95240
Lodi 209.334.5000 • Fax 209.334.0402
www.sanbornchevrolet.com
bradc@sanbornchevrolet.com
Sales • Service • Parts • Body Shop

GM CHEVROLET SERVICE Mr. Goodwrench

# N CHEVROLET, INC.

P.O. Box 1057 / Lodi, California 95241-1057
In Stockton Call (209) 951-7071

| TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|
| | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SALESPERSON NO. S E R V I C E STATE REG# AB-007500

| | |
|---|---|
| VEHICLE I.D. NO. | 3GNBACFU7BS658175 |
| YEAR/MAKE/MODEL | 11/CHEVROLET TRUCK/HHR |
| PRODUCTION DATE | |
| STOCK NO. | |
| LICENSE NO. | |
| R. O. NO. | 235396 |
| CUSTOMER NO. | 61388 |
| SERVICE CONTRACT | |
| DELIVERY DATE | |
| DELIVERY MILES | |
| SELLING DEALER NO. | |
| R. O. DATE | 06/09/14 |
| COLOR | |
| CONTRACT NO. | |
| EXPIRATION DATE | |
| EXPIRATION MILES | |
| TAG NO. | 604 |
| TURBO | |
| M/MC | CVZZ |
| AIR COND. | |
| P. S. | |
| TRANS | |
| MILEAGE | 50,683 |
| ADVISOR NO. | 4103 |
| ADVISOR | JAMES CROUSON |

CHIMEN BASSERI
8896 FOX CREEK DR
STOCKTON, CA 95210

NONE

RESIDENCE PHONE 510-938-2877
BUSINESS PHONE
TIME RECEIVED 08:40am
DATE/TIME PROMISED 06/09/14 07:00pm
PRIORITY

APPOINTMENT
☐ Yes
☒ No

REPAIR AUTHORIZATION & VEHICLE DEPOSITARY RECEIPT (AB 409 amending civil code)
I hereby authorize the repair work therein set forth to be done along with the necessary materials and sublet repairs. You and your employees may operate vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and costs. I acknowledge this deposited property is not insured or protected to the amount of actual cash value thereof by the dealer against loss occasioned by theft, fire and vandalism while such property remains with the depositary. I also acknowledge no articles of personal property remains with the depositary. I also acknowledge no articles of personal property have been left in vehicle and the dealer is not responsible for the inspection therefor.

X ______ ☐ SAVE PARTS

JOB

ORIGINAL CUSTOMER ESTIMATE: TOTAL
0.00

X ______

1 C 49CVZ ***RECALLS/CAMPAIGNS***
**PERFORM RECALL/CAMPAIGN**
**14092**

2 C 49CVZ-01 ***RECALLS/CAMPAIGNS***
**PERFORM RECALL/CAMPAIGN**
**14113**

3 C 01CVS ***TIRE PRESSURE CK***
**TIRE PRESSURE & INFLATE SERVICE**

CHEVROLET GM CHEVROLET SERVICE

SANBORN CHEVROLET, INC.
1210 South Cherokee Lane / P.O. Box 1057 / Lodi, California 95241-1057
(209) 334-5000 / In Stockton Call (209) 951-7071

**DLR # 06526 B.A.R. REG #AK-218471**
**E.P.A. #CAD054598289**

**NOTICE TO CONSUMER:**
PLEASE READ IMPORTANT INFORMATION ON BACK.

| PRELIMINARY ESTIMATE $ | REVISED ESTIMATE $ |
|---|---|

I acknowledge notice and oral approval of an increase in the original estimated price.
(SIGNATURE OR INITIALS)

**TEAR DOWN ESTIMATE:** I UNDERSTAND THAT MY VEHICLE WILL BE REASSEMBLED WITHIN ___ DAYS OF THE DATE SHOWN ABOVE IF I CHOOSE NOT TO AUTHORIZE THE SERVICES RECOMMENDED.

**SERVICE RO.** ☐
**BODY SHOP RO.** ☐

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

**POWER OF ATTORNEY**
The undersigned, hereinafter called "insured", for the consideration of repairs made to "insured's" automobile, does hereby grant to said SANBORN CHEVROLET INC. Insured's power of attorney to sign or endorse any checks and/or drafts made payable to Insured, as settlement for insured's claim for damages to the above described automobile.

X ______ (DATE) X ______ (INSURED)

**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.**

* A CHARGE FOR HAZARDOUS WASTE DISPOSAL WILL BE ADDED TO CONFORM WITH CITY, STATE, AND FEDERAL REGULATIONS

The Reynolds and Reynolds Company ERAINTWOZE GQ247026 Q (03/13)

CHEVROLET GM CHEVROLET SERVICE

# SANBORN CHEVROLET, INC.

1210 South Cherokee Lane / P.O. Box 1057 / Lodi, California 95241-1057
(209) 334-5000 / In Stockton Call (209) 951-7071
DLR # 06526 B.A.R. REG #ARD218471
E.P.A. #CAD054598289

| ...GRAM CODE | AUTHORIZATION CODE | COMMITMENT NO. | E.S.P. NUMBER | SERVICE INSTALLED PARTS MO. / DAY / YEAR ACCRUED MILEAGE | CROSS REFERENCE |
|---|---|---|---|---|---|

...TOMER NO. 61388
ADVISOR JAMES CROUSON 4103 | TAG NO. 604 | INVOICE DATE 06/09/14 | INVOICE NO. CTCS235396
LICENSE NO. | MILEAGE 50,683 | COLOR / | STOCK NO.

...HIMEN BASSERI
...96 FOX CREEK DR
...TOCKTON, CA 95210

YEAR / MAKE / MODEL 11/CHEVROLET TRUCK/HHR | DELIVERY DATE | DELIVERY MILES
VEHICLE I.D. NO. 3 G N B A C F U 7 B S 6 5 8 1 7 5 | SELLING DEALER NO. | PRODUCTION DATE
F.T.E. NO. | P.O. NO. | R. O. DATE 06/09/14

...NE

...IDENCE PHONE ...510-938-2877 | BUSINESS PHONE | COMMENTS MO: 50684

```
...OR & PARTS----------------------------------------------------------------
...1 49CVZ          RECALLS/CAMPAIGNS              TECH(S):4255          WARRANTY
        PERFORM RECALL/CAMPAIGN
        14092
        REPLACE IGNITION SWITCH
        PERFORMED RECALL/CAMPAIGN
        REPLACED IGNITION LOCK CYLINDER, KEYS AND IGNITION SWITCH.

...TS------QTY---FP-NUMBER--------------DESCRIPTION--------------------UNIT PRICE-
... # 1      1     23237270             CYLINDER 2.187                    WARRANTY
                                              JOB #  1 TOTAL PARTS        0.00
                                        JOB #  1 TOTAL LABOR & PARTS      0.00
-------------------------------------------------------------------------------
...2 49CVZ-01       RECALLS/CAMPAIGNS              TECH(S):4255          WARRANTY
        PERFORM RECALL/CAMPAIGN
        14113
        REPAIRED AS PER RECALL
        PERFORMED RECALL/CAMPAIGN
        SEE LINE 1 FOR REPAIR

...TS------QTY---FP-NUMBER--------------DESCRIPTION--------------------UNIT PRICE-
                                              JOB #  2 TOTAL PARTS        0.00
                                        JOB #  2 TOTAL LABOR & PARTS      0.00

...3 01CVS          TIRE PRESSURE CK               TECH(S):4255              0.00
        TIRE PRESSURE & INFLATE SERVICE
        COMPLETED
        35PSI

...TS------QTY---FP-NUMBER--------------DESCRIPTION--------------------UNIT PRICE-
                                              JOB #  3 TOTAL PARTS        0.00
                                        JOB #  3 TOTAL LABOR & PARTS      0.00
-------------------------------------------------------------------------------
...IMATE-----------------------------------------------------------------------
...TOMER HEREBY ACKNOWLEDGES RECEIVING
   ORIGINAL ESTIMATE OF           $0.00 (+TAX)
```

 [CONTINUED ON NEXT PAGE] 10:46am