# Exhibit 61

61255

243107

TRACY CHEVROLET
3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.209-833-4554
EMAIL: www.tracychevrolet.com

BAR # ARD 254179
EPA # CAL 000330423

*INVOICE*

DUPLICATE 1
PAGE 1

CHIMEN BASSERI
1403 W 12TH ST
TRACY, CA 95376
HOME: BUS:
CELL:510-938-2877

SERVICE ADVISOR: 76 TODD N TANNAHILL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 11 | CHEVROLET HHR | 3GNBACFU7BS658175 | | 36843/36843 | T7177 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 01JAN11 IS | | 01JAN2014 | 17:30 09MAR13 | 0.00 | CASH | 09MAR13 |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 11:06 09MAR13 | 11:23 09MAR13 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL
A CUSTOMER STATES SHE WANTS ANOTHER KEY FOB PROGRAMMED TO THE VEHICLE
R4490 REMOTE CONTROL DOOR LOCK TRANSMITTER
REPLACEMENT
99 CE 30.00 30.00
TECH PROGRAMMED THE NEW FOB
**************************************************

EST: 105.19 09MAR13 11:06 SA: 76

thanks for choosing the NEW TRACY CHEVROLET
for your parts and service needs
If this visit was for a warranty repair, the
Factory may send you a survey. If for any
reason you cannot answer completely
satisfied on the survey, please call
the Service Manager @ 209-835+4500 x217

Grommet
12563914

PAID
MAR 08 2013
BY: [signature]

TRACY CHEVROLET
ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

ORIGINAL ESTIMATE: $

FINAL REVISED ESTIMATE: $

| DATE | TIME | PHONE # | AUTHORIZED | ADDITIONAL AMOUNT | REVISED TOTAL |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE.

I ACKNOWLEDGE RECEIPT OF VEHICLE AND I HAVE RECEIVED A COPY OF THIS INVOICE.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 30.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 30.00 |
| ADJUSTMENTS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 30.00 |

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components. (Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html.*

CUSTOMER COPY

# TRACY CHEVROLET

3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
FAX: PARTS DEPT.209-229-7105

EMAIL: www.tracychevrolet.com

TRACY CHEVROLET WILL ACCEPT ALL PARTS, WITH THE EXCEPTION OF ELECTRICAL, SOFT TRIM, GLASS AND SPECIAL ORDER ITEMS, WITHIN 15 DAYS OF PURCHASE AND WHEN ACCOMPANIED BY THIS INVOICE. ALL PARTS ACCEPTED FOR RETURN MUST MEET THE MANUFACTURER'S CURRENT PACKAGE GUIDELINES AND ARE SUBJECT TO A 35% RESTOCKING CHARGE. PURCHASES MADE BY CHECK WILL REQUIRE A 15 DAY CLEARING PERIOD PRIOR TO ISSUANCE OF A REFUND CHECK. SPECIAL ORDERED ITEMS NOT PICKED UP WITHIN 90 DAYS WILL BE RETURNED TO REGULAR STOCK.

**SUBJECT TO TERMS AND CONDITIONS LISTED ON REVERSE SIDE.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 09 MAR 13 | | 09 MAR 13 | 09 MAR 13 | 38575 | 11:12 |

**PREPAID**

SOLD TO: ACCOUNT NO. 61255
CHIMEN BASSERI
1403 W 12TH ST
TRACY, CA 95376
(510) 938-2877

SHIP TO:
BASSERI, CHIMEN
1403 W 12TH ST
TRACY, CA 95376

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 158 | CHELSEA M SILVA | CASH | TRACY, CA |

| QUANTITY ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 25928752 | SOP JACK | 96.12 | 80.10 | 80.10 |
| | | | | *** ABOVE PART IS PREPAID *** | | | |
| 1 | 1 | 1 | 25928754 | 45 HANDLE | 67.50 | 56.25 | 56.25 |
| | | | | *** ABOVE PART IS PREPAID *** | | | |
| 1 | 1 | 0 | 15777636 | D16 TRANSMITTE | 79.00 | 69.30 | 69.30 |

PAID
MAR 08 2013
BY: DISC

*THANK YOU FOR YOUR BUSINESS!*

| | |
|---|---|
| PARTS | 205.65 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 17.48 |
| | |
| **TOTAL** | $223.13 |

CUSTOMER'S SIGNATURE
X

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.
To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html.*

x1pi1 100_1

CUSTOMER COPY

# TRACY CHEVROLET

3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
FAX: PARTS DEPT.209-229-7105

EMAIL: www.tracychevrolet.com

TRACY CHEVROLET WILL ACCEPT ALL PARTS, WITH THE EXCEPTION OF ELECTRICAL, SOFT TRIM, GLASS AND SPECIAL ORDER ITEMS, WITHIN 15 DAYS OF PURCHASE AND WHEN ACCOMPANIED BY THIS INVOICE. ALL PARTS ACCEPTED FOR RETURN MUST MEET THE MANUFACTURER'S CURRENT PACKAGE GUIDELINES AND ARE SUBJECT TO A 35% RESTOCKING CHARGE. PURCHASES MADE BY CHECK WILL REQUIRE A 15 DAY CLEARING PERIOD PRIOR TO ISSUANCE OF A REFUND CHECK. SPECIAL ORDERED ITEMS NOT PICKED UP WITHIN 90 DAYS WILL BE RETURNED TO REGULAR STOCK.

**SUBJECT TO TERMS AND CONDITIONS LISTED ON REVERSE SIDE.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 08 MAR 13 | | 08 MAR 13 | | Q16176 10:53 |

**QUOTE**

SOLD TO: ACCOUNT NO. 53847
CASH-L

SHIP TO: CASH-L

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 64 | JESSE AGUILAR | CASH | TRACY, CA |

| QUANTITY ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 17800143 | MAT PKG | 70.00 | 70.00 | 70.00 |
| 1 | 1 | 0 | 17800144 | CD MAT PKG | 60.00 | 60.00 | 60.00 |
| 1 | 1 | 0 | 15777636 | D16 TRANSMITTE | 69.30 | 69.30 | 69.30 |
| 1 | 1 | 0 | 25928752 | SOP JACK | 80.10 | 80.10 | 80.10 |
| 1 | 1 | 0 | 25928754 | 45 HANDLE | 56.25 | 56.25 | 56.25 |
| | | | **** I N V O I C E Q U O T E - DO NOT PAY **** | | | | |

***THANK YOU FOR YOUR BUSINESS!***

| | |
|---|---|
| PARTS | 335.65 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 28.53 |
| TOTAL | $364.18 |

CUSTOMER'S SIGNATURE
X

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.
To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html.*

TAKAHASHI Business Forms (209) 839-1081

CUSTOMER COPY

TRACY CHEVROLET
JESSE AGUILAR
Parts Consultant
Se Habla Español
400 Auto Plaza Way
Tracy, CA 95304
www.tracychevrolet.com
Phone 209.835.4500
Fax 209.229.7105

TRACY CHEVROLET
AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
FAX: PARTS DEPT.209-229-7105

EMAIL: www.tracychevrolet.com

TRACY CHEVROLET WILL ACCEPT ALL PARTS, WITH THE EXCEPTION OF ELECTRICAL, SOFT TRIM, GLASS AND SPECIAL ORDER ITEMS, WITHIN 15 DAYS OF PURCHASE AND WHEN ACCOMPANIED BY THIS INVOICE. ALL PARTS ACCEPTED FOR RETURN MUST MEET THE MANUFACTURER'S CURRENT PACKAGE GUIDELINES AND ARE SUBJECT TO A 35% RESTOCKING CHARGE. PURCHASES MADE BY CHECK WILL REQUIRE A 15 DAY CLEARING PERIOD PRIOR TO ISSUANCE OF A REFUND CHECK. SPECIAL ORDERED ITEMS NOT PICKED UP WITHIN 90 DAYS WILL BE RETURNED TO REGULAR STOCK.

**SUBJECT TO TERMS AND CONDITIONS LISTED ON REVERSE SIDE.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 12 SEP 13 | | 12 SEP 13 | | Q17686 07:42 |

**QUOTE**

SOLD TO: ACCOUNT NO. 53847
CASH-L

SHIP TO: CASH-L

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 64 | JESSE AGUILAR | CASH | TRACY, CA |

| QUANTITY ORD. | QUANTITY SHIP | QUANTITY B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 15944340 | SOP F-SPOILER | 364.30 | 364.30 | 364.30 |
| | | | **** I N V O I C E | Q U O T E - DO NOT PAY **** | | | |

3-5 wrk days

| | |
|---|---|
| PARTS | 364.30 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 30.97 |
| TOTAL | $395.27 |

CUSTOMER'S SIGNATURE
X

*THANK YOU FOR YOUR BUSINESS!*

**WARNING** Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.
To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html.*

x1pi1 100-1

CUSTOMER COPY

61255

247732

TRACY CHEVROLET
3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.209-833-4554
EMAIL: www.tracychevrolet.com

*INVOICE*

PAGE 1

BAR # ARD 254179
EPA # CAL 000330423

CHIMEN BASSERI
1403 W 12TH ST
TRACY, CA 95376
HOME: BUS:
CELL:510-938-2877

SERVICE ADVISOR: 76 TODD N TANNAHILL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 11 | CHEVROLET HHR | 3GNBACFU7BS658175 | | 43793/43793 | T804 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 01JAN11 IS | | 01JAN2014 | 17:30 26JUL13 | 0.00 | CASH | 26JUL13 |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 07:31 26JUL13 | 09:54 26JUL13 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER STATES CHECK & ADVISE ON NEEDED MAINT
INFO INFORMATION
159 CE 75.00 75.00

TECH INSPECTED & FOUND ALL FLUID LEVELS ARE FULL & RELATIVELY
CLEAN. TECH STATES HE WOULD NOT PERFORM ANY MAINT OTHER THAN OIL
CHANGES UNTIL 60,000 MILES
**********************************************

EST: 75.00 26JUL13 07:31 SA: 76

thanks for choosing the NEW TRACY CHEVROLET
for your parts and service needs
If this visit was for a warranty repair, the
Factory may send you a survey. If for any
reason you cannot answer completely
satisfied on the survey, please call
the Service Manager @ 209-835+4500 x217

PAID
JUL 26 2013
BY: [signature]

TRACY CHEVROLET
ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

ORIGINAL ESTIMATE: $ ____

FINAL REVISED ESTIMATE: $ ____

| DATE | TIME | PHONE # | AUTHORIZED | ADDITIONAL AMOUNT | REVISED TOTAL |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE.

I ACKNOWLEDGE RECEIPT OF VEHICLE AND I HAVE RECEIVED A COPY OF THIS INVOICE.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 75.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 75.00 |
| ADJUSTMENTS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 75.00 |

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.) For further information about Proposition 65: http://www.oehha.org/prop65.html.

CUSTOMER COPY

# TRACY CHEVROLET

3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
FAX: PARTS DEPT.209-229-7105

EMAIL: www.tracychevrolet.com

TRACY CHEVROLET WILL ACCEPT ALL PARTS, WITH THE EXCEPTION OF ELECTRICAL, SOFT TRIM, GLASS AND SPECIAL ORDER ITEMS, WITHIN 15 DAYS OF PURCHASE AND WHEN ACCOMPANIED BY THIS INVOICE. ALL PARTS ACCEPTED FOR RETURN MUST MEET THE MANUFACTURER'S CURRENT PACKAGE GUIDELINES AND ARE SUBJECT TO A 35% RESTOCKING CHARGE. PURCHASES MADE BY CHECK WILL REQUIRE A 15 DAY CLEARING PERIOD PRIOR TO ISSUANCE OF A REFUND CHECK. SPECIAL ORDERED ITEMS NOT PICKED UP WITHIN 90 DAYS WILL BE RETURNED TO REGULAR STOCK.

**SUBJECT TO TERMS AND CONDITIONS LISTED ON REVERSE SIDE.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 10 SEP 13 | | 10 SEP 13 | 10 SEP 13 | 42580 | 07:41 |

**PREPAID**

SOLD TO: ACCOUNT NO. 61255

CHIMEN BASSERI
1403 W 12TH ST
TRACY, CA 95376
(510) 938-2877

SHIP TO:

BASSERI,CHIMEN
1403 W 12TH ST
TRACY, CA 95376

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 64 | JESSE AGUILAR | CASH | TRACY, CA |

| QUANTITY ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 12563914 | SOP INSULATOR | 6.24 | 3.47 | 6.94 |
| | | | | *** ABOVE PART IS PREPAID *** | | | |

PAID SEP 10 2013 BY

*THANK YOU FOR YOUR BUSINESS!*

| | |
|---|---|
| PARTS | 6.94 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.59 |
| | |
| TOTAL | $7.53 |

CUSTOMER'S SIGNATURE
X

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.
To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html.*

x1pil 100 1

CUSTOMER COPY

247732

TRACY CHEVROLET
3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.209-833-4554
EMAIL: www.tracychevrolet.com

BAR # ARD 254179
EPA # CAL 000330423

CUSTOMER #:61255

WORKORDER

PAGE 1

CHIMEN BASSERI
1403 W 12TH ST
TRACY, CA 95376
HOME: BUS:
CELL:510-938-2877

SERVICE ADVISOR: 76 TANNAHILL,TODD N

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | TAG |
|---|---|---|---|---|---|---|
| WHITE | 11 | CHEVROLET HHR | 3GNBACFU7BS658175 | | 43793/ | T804 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 01JAN11 IS | | 01JAN2014 | 17:30 26JUL13 | 0.00 | CASH | |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 26JUL2013 07:31 | | |

LINE OP CODE TECH. TYPE DESCRIPTIONS/INSTRUCTIONS
# A CE CUSTOMER STATES CHECK & ADVISE ON NEEDED MAINT
EST: MISC 75.00 TOTAL 75.00

*************************************************************

Preliminary Estimate : $75.00

*************************************************************

THANK YOU

## THIS IS NOT AN INVOICE

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

'ECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT. PLEASE READ REVERSE SIDE.

egistered vehicle owner, hereby authorizes the repair work herein set forth to be done along with the necessary material and agree that you are not ble for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your 's permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express 's lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. I hereby appoint TRACY CHEVROLET as my attorney in mpower you to neg- otiate and cash any draft or instrument issued in payment of this repair order by any third party in my name and to sign my to. Receipt of vehicle described herein for repair or alteration is hereby acknowledged by dealer, Said customer is hereby noti- fied that the said r its contents, is not insured or protected to the amount of actual cash value thereof, or otherwise, by the undersigned dealer against loss by theft, fire or vandalism while the property remains with the dealer. Customer states no articles of personal property have been left in the vehicle, er is not responsible for inspection thereof. Cust- omer will be responsible for payment of reasonable attorney fees and costs in the event suit is ollection. I authorize warranty work to be performed on my vehicle. In the event that any work performed is not accepted for warranty payment acturer, then I, the customer, will be held responsible for the outstanding balance. This agreement in no way limits your warranty coverage If this occur, then you will receive documentation of denied warranty for your records.

PRELIMINARY ESTIMATE $ WHICH INCLUDES A HAZARDOUS WASTE DISPOSAL FEE OF $

'D BY: X ______________________

'MS: CASH OR APPROVED CREDIT CARDS UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE

ALL PARTS REMOVED WILL BE DISCARDED UNLESS OTHERWISE REQUESTED PRIOR TO BEGINNING WORK. I REQUEST THAT MY PARTS BE SAVED.
☐ SAVE PARTS X ______________________

ALL PARTS ARE NEW UNLESS OTHERWISE SPECIFIED.

| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
|---|---|---|---|---|
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |

LOCATION ______ QUALITY CONTROLLED BY ______ MILES ______

ehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel . When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used ents contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components. ance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*) For further information about Proposition 65: *http://www.oehha.org/prop65.html*

CUSTOMER COPY

# Certified Service

## MULTI-POINT VEHICLE INSPECTION

Name: Basseri  Year/Model: 11 HHR  Date: 7.26

Repair Order #: 247732  VIN (last 8 digits): BS658125  Odometer: 43793  Tag#: ____  License#: ____

Checked and OK | May Require Attention Soon | Requires Immediate Attention

### WIPER BLADES

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| X | | | RF |
| X | | | LF |
| X | | | Rear (if applicable) |
| X | | | Windshield condition |

Cracks____ Chips____

| Checked and OK | Requires Immediate Attention | Item |
|---|---|---|
| | | OnStar active |
| | | Enrolled in OVD |
| | | Enrolled in DMN |

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| | | | Service History Check |
| | | | Air Conditioning Performance |
| | X | | Remaining engine oil life: 35 %  Reset:____ N/A:____ |

### CHECK BATTERY

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| | | | Battery health |
| | | | Battery cables and connections |

### CHECK TIRES AND TREAD DEPTH

☐ Rotation needed ☐ Alignment needed ☐ Balance needed
☐ Rotation performed ☐ Alignment performed ☐ Balance performed

| Tread | LF | LR | RF | RR |
|---|---|---|---|---|
| 8/32 or Greater | | | | |
| 7/32 | | | | |
| 6/32 | X | X | X | X |
| 5/32 | | | | |
| 4/32 | | | | |
| 3/32 or Less | | | | |

ACTUAL: LF ____ LR ____ RF ____ RR ____

(Check body condition) (Check lamps)

Lowest Tread Depth: ____/32

Wear Pattern Damage: ☐ LF ☐ RF ☐ LR ☐ RR

LF PSI@:____ set to: 35 PSI   LR PSI@:____ set to: 35 PSI   RF PSI@:____ set to: 35 PSI   RR PSI@:____ set to: 35 PSI

### CHANGE ENGINE OIL & FILTER ☐ N/A

### CHECK FLUID LEVELS ☒

| OK | FILLED | Item | REQUIRES ATTENTION |
|---|---|---|---|
| X | | Engine oil | |
| X | | Brake fluid reservoir | |
| | | Transmission (if equipped w/dipstick) | X |
| X | | Coolant recovery reservoir | |
| | | Power steering | |
| X | | Windshield washer | |

### CHECK BRAKES/MEASURE FRONT AND REAR LININGS

| Lining | LF | RF | LR | RR |
|---|---|---|---|---|
| 7 mm greater | X | X | | |
| 6 mm | | | X | X |
| 5 mm | | | | |
| 4 mm | | | | |
| 3 mm/less | | | | |
| 2 mm/less | | | | |
| 1 mm/less | | | | |

ACTUAL: LF 7 RF 7 LR 6 RR 6

Lowest Front Lining 7m  Lowest Rear Lining 6m

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| X | | | Brake system (also including lines, hoses and parking brake) |

### ADDITIONAL CHECKS (Inspect for visible leaks and visual condition)

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| X | | | Fuel system (also including gas cap seating) |
| | X | | Engine, transmission, drive axle, transfer case |
| X | | | Engine cooling system, leak/other |
| X | | | Shocks and struts - also check operation |
| X | | | Belts: engine, power steering and/or V-drive |
| X | | | Hoses: engine, power steering and HVAC |
| X | | | Engine air filter |
| X | | | Passenger Compartment Air Filter |
| X | | | Steering components and steering linkage |
| X | | | CV drive axle boots or driveshafts and U-joints |
| | | | Exhaust system components |
| | | | Body components lubrication |

### Additional Recommended Services

1) Trans fluid has light odor &
2) slightly discolored. rec. trans
3) svc.

Service Consultant:

Technician: 159  No.:

Rec Fuel induction ~~and Throttle~~ service
Both @ 60K.

| Checked and OK | May Require Attention Soon | Requires Immediate Attention | Item |
|---|---|---|---|
| X | | | Restraint system component check |
| X | | | Chassis components lubrication |
| X | | | Drive Axle (leak/other) |
| X | | | Evaporative control system |

0-08 ©2007, Copyright; all rights reserved. CUSTOMER COPY 11/29/10

TRACY CHEVROLET
3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.209-833-4554
EMAIL: www.tracychevrolet.com
BAR # ARD 254179
EPA # CAL 000330423

..TOMER #: 61255

269384

WORKORDER

PAGE 1

HIMEN BASSERI
403 W 12TH ST
RACY, CA 95376

OME: CONT:510-938-2877
US: CELL:510-938-2877

SERVICE ADVISOR: 169 JOUANICOT,ASHLEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | TAG |
|---|---|---|---|---|---|---|
| HITE | 11 | CHEVROLET HHR | 3GNBACFU7BS658175 | | 53840/ | T6296 |

| SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 1JAN11 DD | | 01JAN2014 | 17:30 02JAN15 | 0.00 | CASH | |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 2JAN2015 09:35 | | |

| INE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| A | 27 | | IC | PERFORM GM MULTI-POINT VEHICLE INSPECTION AND ADJUST TIRE PRESSURES. Front______Rear______. |

THANK YOU

**THIS IS NOT AN INVOICE**

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

JBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT. PLEASE READ REVERSE SIDE.

the registered vehicle owner, hereby authorizes the repair work herein set forth to be done along with the necessary material and agree that you are not ponsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your ployees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express chanic's lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. I hereby appoint TRACY CHEVROLET as my attorney in t and empower you to neg- otiate and cash any draft or instrument issued in payment of this repair order by any third party in my name and to sign my me thereto. Receipt of vehicle described herein for repair or alteration is hereby acknowledged by dealer, Said customer is hereby noti- fied that the said perty, or its contents, is not insured or protected to the amount of actual cash value thereof, or otherwise, by the undersigned dealer against loss casioned by theft, fire or vandalism while the property remains with the dealer. Customer states no articles of personal property have been left in the vehicle, d the dealer is not responsible for inspection thereof. Cust- omer will be responsible for payment of reasonable attorney fees and costs in the event suit is ought for collection. I authorize warranty work to be performed on my vehicle. In the event that any work performed is not accepted for warranty payment the manufacturer, then I, the customer, will be held responsible for the outstanding balance. This agreement in no way limits your warranty coverage If this uation does occur, then you will receive documentation of denied warranty for your records.

PRELIMINARY ESTIMATE $ ______ WHICH INCLUDES A HAZARDOUS WASTE DISPOSAL FEE OF $ ______

AUTHORIZED BY: X ______

**TERMS:** CASH OR APPROVED CREDIT CARDS UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE

ALL PARTS REMOVED WILL BE DISCARDED UNLESS OTHERWISE REQUESTED PRIOR TO BEGINNING WORK. I REQUEST THAT MY PARTS BE SAVED.
☐ SAVE PARTS X ______

ALL PARTS ARE NEW UNLESS OTHERWISE SPECIFIED.

| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
|---|---|---|---|---|
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |

LOCATION ______ QUALITY CONTROLLED BY ______ MILES ______

ARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel lancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used rts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components. osted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.) For further information about Proposition 65: http://www.oehha.org/prop65.html

CUSTOMER COPY