# Exhibit 62

CHEVROLET | GM | CHEVROLET SERVICE

# SANBORN CHEVROLET, INC.

1210 South Cherokee Lane / P.O. Box 1057 / Lodi, California 95241-1057
(209) 334-5000 / In Stockton Call (209) 951-7071
DLR # 06526 B.A.R. REG #ARD218471
E.P.A. #CAD054598289

AM CODE | AUTHORIZATION CODE | COMMITMENT NO. | E.S.P. NUMBER | SERVICE INSTALLED PARTS MO. / DAY / YEAR ACCRUED MILEAGE | CROSS REFERENCE

IER NO. 61388

ADVISOR JAMES CROUSON 4103 | TAG NO. 1387 | INVOICE DATE 05/04/16 | INVOICE NO. CTCS266856

MEN BASSERI
W LOCUST ST # 6
I, CA 95240

LICENSE NO. | MILEAGE 60,477 | COLOR / | STOCK NO.

YEAR / MAKE / MODEL 11/CHEVROLET TRUCK/HHR | DELIVERY DATE | DELIVERY MILES

VEHICLE I.D. NO. 3 G N B A C F U 7 B S 6 5 8 1 7 5 | SELLING DEALER NO. | PRODUCTION DATE

F. T. E. NO. | P. O. NO. | R. O. DATE 05/04/16 | REPRINT# 1

CE PHONE 0-938-2877 | BUSINESS PHONE | COMMENTS

& PARTS------------------------------------------------------------------ MO: 60477

25CVZ DRIVEABILITY TECH(S):4108 60.00
CUSTOMER STATES ENGINE WOULD NOT START. ONLY ONE CLICK HEARD
WHEN KEY TURNED. SEVERAL WARNING LIGHTS ON. FINALLY ENGINE
STARTED AFTER TRYING MANY TIMES OVER 15-20 MINUTES.
CK AND ADVISE
COULD NOT CONFIRM NO START CONDITION. SCAN TESTED AND FOUND
LOW VOLTAGE CODES. CHARGED AND TESTED BATTERY-OK. INSPECTED
AND FOUND GROUND CABLE AT CORE SUPPORT LOOSE.
TIGHTENED GROUND CABLE AT CORE SUPPORT. ROAD TESTED AND
RECHECKED. UNABLE TO VERIFY CUSTOMER CONCERN. VEHICLE
OPERATING TO DESIGNED INTENT AT THIS TIME.

JOB # 1 TOTAL LABOR & PARTS 60.00

1CVS TIRE PRESSURE CK TECH(S):4108 0.00
TIRE PRESSURE & INFLATE SERVICE
COMPLETED
TIRE PRESSURES SET TO SPEC.

JOB # 2 TOTAL LABOR & PARTS 0.00

1CVZ-QUIK/SERV 27 POINT INSPECTION TECH(S):4108 0.00
PERFORM 27 POINT OWNER'S CHECK
27 POINT OWNER'S CHECK COMPLETED

JOB # 3 TOTAL LABOR & PARTS 0.00

TE-------------------------------------------------------------
ER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $120.00 (+TAX)

HAVE ANY QUESTIONS - PLEASE CONTACT YOUR
ADVISOR

OU FOR CHOOSING SANBORN CHEVROLET INC.

| | |
|---|---|
| TOTAL LABOR.... | 60.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $ 60.00**

PAID
THANK YOU
SANBORN CHEVROLET, INC.
CASH ☐ CHECK ☐ CREDIT CARD ☒ DEBIT ☐

5/4
2:05
[signature]

CUSTOMER SIGNATURE

OF 1 CUSTOMER COPY [ END OF INVOICE ] 04:20pm

Key Tag 1532

WHITE HHR

N CHEVROLET, INC.

/ P.O. Box 1057 / Lodi, California 95241-1057
9) 334-5000 / In Stockton Call (209) 951-7071
6526 B.A.R. REG #ARD218471
E.P.A. #CAD054598289

| PROGRAM CODE | AUTHORIZATION CODE | COMMITMENT NO. | E.S.P. NUMBER | SERVICE INSTALLED PARTS MO. / DAY / YEAR ACCRUED MILEAGE | CROSS REFERENCE |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CUSTOMER NO. 61388 | ADVISOR KEVIN MIDDLETON 4201 | TAG NO. 1532 | INVOICE DATE 08/11/16 | INVOICE NO. CTCS271903 |
| CHIMEN BASSERI<br>405 W LOCUST ST # 6<br>LODI, CA 95240<br><br>NONE | LICENSE NO. | MILEAGE 62,647 | COLOR / | STOCK NO. |
| | YEAR / MAKE / MODEL 11/CHEVROLET TRUCK/HHR | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 3 G N B A C F U 7 B S 6 5 8 1 7 5 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R. O. DATE 08/11/16 | |
| RESIDENCE PHONE 510-938-2877 / BUSINESS PHONE | COMMENTS | | | |

MO: 62647

```
LABOR & PARTS------------------------------------------------------------------
J# 1 35CVZ        ACCESSORIES                   TECH(S):5056              WARRANTY
          CUST STATES REMOTE INOP. REPLACE AND PROGRAM AS NEC. ADVISE
          COMPLETED

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
JOB # 1      1     15777636            TRANSMITT 16.345                      WARRANTY
                                              JOB #  1 TOTAL PARTS           0.00

                                         JOB #  1 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------------
J# 2 01CVS        TIRE PRESSURE CK              TECH(S):5056              WARRANTY
          TIRE PRESSURE & INFLATE SERVICE
          COMPLETED

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                              JOB #  2 TOTAL PARTS           0.00

                                         JOB #  2 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------------
MISC------CODE--------DESCRIPTION--------------------------CONTROL NO---------
JOB # 1          MIC  MIC CLAIM                               271903-1      25.83
                                                          TOTAL - MISC      25.83

ESTIMATE-----------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF    $120.00 (+TAX)
TOTALS-------------------------------------------------------------------------

IF YOU HAVE ANY QUESTIONS - PLEASE CONTACT YOUR      TOTAL LABOR....        0.00
SERVICE ADVISOR                                      TOTAL PARTS....        0.00
                                                     TOTAL SUBLET...        0.00
THANK YOU FOR CHOOSING SANBORN CHEVROLET INC.        TOTAL G.O.G....        0.00
                                                     TOTAL MISC CHG.       25.83
                                                     TOTAL MISC DISC        0.00
                                                     TOTAL TAX......        0.00
                                                                          -------
```

**TOTAL INVOICE $ 25.83**

PAID
THANK YOU
SANBORN CHEVROLET, INC.
CASH ☐ CHECK ☐ CREDIT CARD ☒ DEBIT ☐

CUSTOMER SIGNATURE

 CUSTOMER COPY [ END OF INVOICE ] 08:59am

The Reynolds and Reynolds Company ERAINTINVE GG514660 Q (08/15)

CHEVROLET | GM | CHEVROLET SERVICE

Certified Service

# SANBORN CHEVROLET, INC.

1210 South Cherokee Lane / P.O. Box 1057 / Lodi, California 95241-1057
(209) 334-5000 / In Stockton Call (209) 951-7071

RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 05/04/16 | 266856 | 60477 | 4103 | 4108 | C | 25CVZ | DRIVEABILITY |
| | | | | 4108 | C | 01CVS | TIRE PRESSURE CK |
| 02/08/16 | 262652 | 59286 | 5057 | 4108 | C | 01CVZ-QUIK/SERV | 27 POINT INSPECTION |
| | | | | 4118 | W | 02CVZ | ENGINE MECHANICAL |
| 06/09/14 | 235396 | 50683 | 4103 | 4118 | C | 01CVS | TIRE PRESSURE CK |
| | | | | 4255 | W | 49CVZ | RECALLS/CAMPAIGNS |

SALESPERSON NO.

## S E R V I C E

STATE REG# AB-007500

VEHICLE I.D. NO.: 3GNBACFU7BS658175
YEAR/MAKE/MODEL: 11/CHEVROLET TRUCK/HHR

CHIMEN BASSERI
405 W LOCUST ST # 6
LODI, CA 95240

NONE

RESIDENCE PHONE: 510-938-2877
BUSINESS PHONE:
TIME RECEIVED: 08:25am
DATE/TIME PROMISED: 08/11/16 07:00pm
PRIORITY:

APPOINTMENT: ☐ Yes ☒ No

CUSTOMER NO.: 61388
SERVICE CONTRACT:
PRODUCTION DATE:
STOCK NO.:
LICENSE NO.:
R. O. NO.: 271903
DELIVERY DATE:
DELIVERY MILES:
SELLING DEALER NO.:
R. O. DATE: 08/11/16
COLOR:
CONTRACT NO.:
EXPIRATION DATE:
EXPIRATION MILES:
TAG NO.: 1532
TURBO: | M/MC: CVZZ | AIR COND.: | P. S.: | TRANS: | MILEAGE: 62,647
ADVISOR NO.: 4201
ADVISOR: KEVIN MIDDLETON

REPAIR AUTHORIZATION & VEHICLE DEPOSITARY RECEIPT (AB 409 amending civil code)
I hereby authorize the repair work therein set forth to be done along with the necessary materials and sublet repairs. You and your employees may operate vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and costs. I acknowledge this deposited property is not insured or protected to the amount of actual cash value thereof by the dealer against loss occasioned by theft, fire and vandalism while such property remains with the depositary. I also acknowledge no articles of personal property remains with the depositary. I also acknowledge no articles of personal property have been left in vehicle and the dealer is not responsible for the inspection therefor.

X ____________________

☐ SAVE PARTS

JOB

ORIGINAL CUSTOMER ESTIMATE: TOTAL 120.00

X ____________________

1 **C** 35CVZ **ACCESSORIES**
CUST STATES REMOTE INOP. REPLACE AND PROGRAM AS NEC. ADVISE

2 **C** * 01CVS **TIRE PRESSURE CK**
TIRE PRESSURE & INFLATE SERVICE

A CHARGE FOR HAZARDOUS WASTE DISPOSAL WILL BE ADDED TO CONFORM WITH CITY, STATE, AND FEDERAL REGULATIONS

CHEVROLET | GM | CHEVROLET SERVICE

SANBORN CHEVROLET, INC.
1210 South Cherokee Lane / P.O. Box 1057 / Lodi, California 95241-1057
(209) 334-5000 / In Stockton Call (209) 951-7071

**DLR # 06526 B.A.R. REG #AK-218471**
**E.P.A. #CAD054598289**

**NOTICE TO CONSUMER:**
PLEASE READ IMPORTANT INFORMATION ON BACK.

PRELIMINARY ESTIMATE $ | REVISED ESTIMATE $
I acknowledge notice and oral approval of an increase in the original estimated price.
____________________
(SIGNATURE OR INITIALS)

**TEAR DOWN ESTIMATE:** I UNDERSTAND THAT MY VEHICLE WILL BE REASSEMBLED WITHIN ___ DAYS OF THE DATE SHOWN ABOVE IF I CHOOSE NOT TO AUTHORIZE THE SERVICES RECOMMENDED.

**SERVICE RO.** ☐
**BODY SHOP RO.** ☐

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

**POWER OF ATTORNEY**
The undersigned, hereinafter called "insured", for the consideration of repairs made to "insured's" automobile, does hereby grant to said SANBORN CHEVROLET INC. Insured's power of attorney to sign or endorse any checks and/or drafts made payable to Insured, as settlement for insured's claim for damages to the above described automobile.

X ____________ (DATE) X ____________ (INSURED)

**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.**



CUSTOMER COPY

271903