# Exhibits 63-66

# Filed Under Seal