# Exhibit 69

# Filed Under Seal