# Exhibit 70

G&M AUTOMOTIVE & SMOG CENTER
760-244-3500
15963 Main Street • Hesperia, CA 92345
Join us on facebook

43577

Unit # :

# INVOICE

Work Completed Date : 04/23/2013

Print Date : 04/23/2013

**BENTON, MIKE**
620 AGNES DR
Barstow, CA 92311
Home 760-590-4130 — Office 760-590-4631

2005 Chevrolet - Cobalt
Lic # : - CA
Hat # :
Vin # : 1G1AK52F357618269

Odometer In : 148,505
Odometer Out : 148,525
Ref # :

| Part Description / Number | Qty | Sale | Extended |
|---|---|---|---|
| CATALYTIC CONVERTER OE 22970505 | 1.00 | 548.33 | 548.33 |
| OXYGEN SENSOR PLUG 25509274 | 1.00 | 4.64 | 4.64 |
| FLANGE GASKET 15235773 | 1.00 | 7.83 | 7.83 |
| FLANGE GASKET 15231157 | 1.00 | 12.08 | 12.08 |
| CATALYTIC CONVERTER <CORE> 22970505 | 1.00 | 80.00 | 80.00 |

| Labor Description | Extended |
|---|---|
| SMOG INSPECTION (ENHANCED) | 50.00 |
| PASSED RESET CODES RESET MONITOR NO PENDING CODES AT THIS TIME | |
| SMOG CERT | 8.25 |
| SMOG CERT | |
| I UNDERSTAND THAT ALL EMMISSION SERVICES AND OR ADJUSTMENTS MAY BE DONE ELSEWHERE, I HEREBY WAIVE THAT RIGHT. | |
| SCAN FOR CODES SET MONITORS | 105.00 |
| FOUND CODE P0106 MAP SENSOR OUT OF RANGE RECOMMEND THROTTLE BODY SERVICE. FOUND CODE P0420 CATALYTIC EFFICIENCY FAILED RECOMMEND REPLACE CAT CONVERTER | |
| SERVICE THROTTLE BODY | 52.50 |
| CLEAN DEBRIS BUILD UP ON THROTTLE BODY | |
| REPLACE CATALYTIC CONVERTER | 105.00 |

Written By: VEAL, JIM

Technicians:OLSON, JOSHUA 116

Org. Estimate **$ 113.25** Revisions **$ 0.00** Current Estimate **$ 113.25**

| | |
|---|---|
| Labor: | 312.50 |
| Parts: | 652.88 |
| Sublet: | 8.25 |
| Sub: | 973.63 |
| | ------- |
| Sub: | 973.63 |
| Tax: | 52.23 |
| Total: | 1,025.86 |
| Bal Due: | $1,025.86 |

[ Payments - ]

**By law, you may choose another Licensed Smog Check facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary.**

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

"I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE." SIGNATURE OR INITIAL X

ACCEPTED CREDIT CARDS VISA MasterCard

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE ☐ SAVE ☐ DISCARD

I hereby authorize the repair work to be done along with the necessary material, and hereby grant your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. If automobile is returned to customer before authorized service is performed, a diagnostic and handling charge will be made. I have read and understand the below estimate and terms. I authorize service to be performed including sublet work, and acknowledge receipt of this estimate. CUSTOMER IS HEREBY NOTIFIED THAT THE SAID PROPERTY IS NOT INSURED OF PROTECTED AGAINST LOSS OCCASIONED BY THEFT, FIRE OR VANDALISM WHILE THE PROPERTY REMAINS WITH THE REPAIR GARAGE. NOTICE TO CONSUMBER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE. CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY

G&M AUTOMOTIVE & SMOG CENTER
760-244-3500
15963 Main Street • Hesperia, CA 92345
Join us on facebook

44641
Org. Est. # 076657

Unit # :

# INVOICE

**BENTON, MIKE**
620 AGNES DR
Barstow, CA 92311
Home 760-590-4130 — Office 760-590-4631

Work Completed Date : 07/03/2013
2005 Chevrolet - Cobalt
Lic # : - CA
Hat # :
Vin # : 1G1AK52F357618269

Print Date : 07/03/2013
Odometer In : 151,215
Odometer Out : 151,215
Ref # :

| Part Description / Number | Qty | Sale | Extended |
|---|---|---|---|
| OE GM AC-DELCO OXYGEN SENSOR 213-1693 | 1.00 | 121.89 | 121.89 |

| Labor Description | Extended |
|---|---|
| SCAN FOR CODES<br>FOUND CODE P0420 BANK ONE SENSOR ONE LARGE LEAN FAULT.NEED TO REPLACE. | 0.00 |
| REPLACE UPSTREAM POSITION 1 OXYGEN SENSOR | 75.60 |

G & M AUTOMOTIVE & TOW
15963 MAIN ST
HESPERIA, CA 92345
PHONE #(760) 244-3500

TERMINAL ID.: 71095837
MERCHANT #: 000008597557

DEBIT
############4918 EXP:##/## SWIPED
DEBIT SALE
BATCH: 000216 INV: 000012
Jul 03, 13 15:25
RRN: 318407001425 AUTH: 402074
TRAN SEQ #: 001425

TRACE #: 001425
NETWORK ID: 51
SETTLE DATE: 07/04
TRANSACTION ID: 383184807559918

APPROVAL 402074

TOTAL $207.24

MICHAEL J BENTON

THANK YOU
HAVE A NICE DAY

CUSTOMER COPY

Written By: VEAL, JIM
Org. Estimate $ 207.24

Technicians:HANRAHAN, KEVIN 124

e $ 207.24

| | |
|---|---|
| Labor: | 75.60 |
| Parts: | 121.89 |
| Sublet: | 0.00 |
| Sub: | 197.49 |
| | ------- |
| Sub: | 197.49 |
| Tax: | 9.75 |
| Total: | 207.24 |
| Bal Due: | $207.24 |

[ Payments - ]
**By law, you may choose another Licensed Smog Check facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary.**

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

"I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE." SIGNATURE OR INITIAL X

ACCEPTED CREDIT CARDS VISA MasterCard

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE ☐ SAVE ☐ DISCARD

I hereby authorize the repair work to be done along with the necessary material, and hereby grant your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. If automobile is returned to customer before authorized service is performed, a diagnostic and handling charge will be made. I have read and understand the below estimate and terms. I authorize service to be performed including sublet work, and acknowledge receipt of this estimate. CUSTOMER IS HEREBY NOTIFIED THAT THE SAID PROPERTY IS NOT INSURED OR PROTECTED AGAINST LOSS OCCASIONED BY THEFT, FIRE OR VANDALISM WHILE THE PROPERTY REMAINS WITH THE REPAIR GARAGE. NOTICE TO CONSUMBER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE. CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY HERE OF.