# Exhibits 71-72
# Filed Under Seal