# Exhibit 74

CUSTOMER #: C609910

576650

*INVOICE*

PAGE 1

**RALLY AUTO GROUP, INC.**
**ALL GM MAKES AND MODELS**
39012 Carriage Way, Palmdale, CA 93551
**GM Service Direct: (661) 274-7007**
BAR REG. ARD00003118 CAD983592338
**Sales/Corporate: (661) 947-6000**

DAN WILLIS SHIPLEY
2147 E AVE J8 #99
LANCASTER, CA 93535
HOME:661-733-9033 CONT:661-733-9033
BUS: 213-922-6000 CELL:661-441-2241

SERVICE ADVISOR: 832 LOU SWANSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| DAYTONA,BL | 06 | CHEVROLET HHR | 3GNDA23D16S663630 | 5YAM886 | 126598/126598 | T8837 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 07JAN07 DD | 01MAY06 | | 14:00 07JUL14 | | 119.00 | CASH | 07JUL14 |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 07JUL14 | 07JUL14 | STK:C609910 DLR:39390 ENG:2.2_Liter_DOHC TRN:MX0_AUTO AXL:AUTO |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A 14063(9100400) IGNITION SWITCH RECALL
CAUSE: 14063 RECALL
9100400 14063 - REPLACE IGNITION AND START SWITCH (N/C)
443 WN4 (N/C)
1 23234399 F-CYLINDER KIT
FC: PART#: 23234399 COUNT: 1
CLAIM TYPE: ZFAT
AUTH CODE:

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00
126598 RECALL 14063 TECH 443. REPLACED IGNITION SWITCH .
**************************************************

B 14113(9100495/9100496) REPLACE IGNITION LOCK CYLINDER AND IGNITION KEY
CAUSE: 14113 RECALL
9100495 14113 -REPLACE IGNITION LOCK CYLINDER (N/C)
443 WN4
ADD CUT 2 KEYS AND PERFORM KEY LEARN PROCEDURE (N/C)
443 WN4
FC: PART#: COUNT:
CLAIM TYPE: ZFAT
AUTH CODE:

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00
126598 RECALL 14113 TECH 443. REPLACED IGNITION LOCK CYLINDER AND TWO KEYS .
**************************************************

C CHECK AND SET TIRE PRESSURE TO FACTORY OR AFTERMARKET SPECIFICATION
CTPR CHECK AND SET TIRE PRESSURE TO FACTORY OR AFTERMARKET SPECIFICATION (N/C)
256 IN27
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00
126598 CHECK TIRES PRESSURE FRT AND REAR 30PSI
**************************************************

# THANK YOU

**FOR BRINGING YOUR CAR TO US FOR SERVICE**

If you are happy with our service, please tell your friends & neighbors.

If you are not completely satisfied please call our headquarters at **(661) 947-6000.**

**NOTICE TO CONSUMER**

I acknowledge notice and oral approval of any additional customer or warranty work performed and/or increase in original estimated price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty.

Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INS. / ADJ. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

NOTICE TO CUSTOMER PLEASE READ IMPORTANT INFORMATION ON BACK.

CUSTOMER COPY

CUSTOMER #: C609910

576650

*INVOICE*

PAGE 2

**RALLY AUTO GROUP, INC.**
**ALL GM MAKES AND MODELS**
39012 Carriage Way, Palmdale, CA 93551
**GM Service Direct: (661) 274-7007**
BAR REG. ARD00003118 CAD983592338
**Sales/Corporate: (661) 947-6000**

DAN WILLIS SHIPLEY
2147 E AVE J8 #99
LANCASTER, CA 93535
HOME:661-733-9033 CONT:661-733-9033
BUS: 213-922-6000 CELL:661-441-2241

SERVICE ADVISOR: 832 LOU SWANSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| DAYTONA,BL | 06 | CHEVROLET HHR | 3GNDA23D16S663630 | 5YAM886 | 126598/126598 | T8837 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 07JAN07 DD | 01MAY06 | | 14:00 07JUL14 | | 119.00 | CASH | 07JUL14 |

| R.O. OPENED | BOOKED | OPTIONS: |
|---|---|---|
| 07JUL14 | 07JUL14 | STK:C609910 DLR:39390 ENG:2.2_Liter_DOHC TRN:MX0_AUTO AXL:AUTO |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL
D RENTAL - P.O. #____________________________________. OK PER MIKE VIA JEFF FOR
CUSTOMER TO GET RENTAL
CAUSE: RENTAL
RENTAL RENTAL - P.O.
#____________________________________
111 WN4 (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE D: 0.00
126598 IGNITION RECALL, KEY STICKING, VEHICLE DROPPED OFF 07.07,
RENTAL VEHICLE PICKED UP 07.07 8:10 AM (APX), RECALL PERFORMED 07.07,
CUSTOMER NOTIFIED VEHICLE READY 07.07, RENTAL RETURNED AND CUSTOMER
VEHICLE PICKED UP 07.07 PM
*************************************************

# THANK YOU

**FOR BRINGING YOUR CAR TO US FOR SERVICE**

If you are happy with our service, please tell your friends & neighbors.

If you are not completely satisfied please call our headquarters at **(661) 947-6000.**

**NOTICE TO CONSUMER**

I acknowledge notice and oral approval of any additional customer or warranty work performed and/or increase in original estimated price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty.

[signature: Dan Shipley]
Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INS. / ADJ. | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

NOTICE TO CUSTOMER PLEASE READ IMPORTANT INFORMATION ON BACK.

CUSTOMER COPY