# Exhibits 75-83
# Filed Under Seal