# Exhibits 85-87
# Filed Under Seal