# Exhibit 88

04

# Contract Registration

GMPP XX | MRP | Medium Duty | GM Cert | MRP Cert | MRP LW

**Vehicle Information**

VEHICLE IDENTIFICATION NUMBER (must be 17 characters): 1 G 1 A L 5 2 F 7 5 7 5 5 0 8 0 1

AGREEMENT PURCHASE DATE: 04/15/05

YEAR: 2005 | MAKE: CHEVROLET | MODEL: COLBALT | CURRENT ODOMETER: 7 | 4 WHEEL DRIVE

**Customer**

FIRST NAME: CRYSTAL | M.I.: S | LAST NAME: HARDIN | FLEET | GM EMPLOYEE

NAME OF BUSINESS OR MUNICIPALITY

AREA CODE & PHONE NUMBER: (831) 359-8100

MAILING ADDRESS (must include apt. or suite #, if applicable): 189 ARCADIA AVE. | CITY: SANTA CLARA | STATE: CA | ZIP CODE: 95051

**Dealer**

The Agreement provider is authorized to charge my account for the cost of the Agreement(s) and my share of any subsequent cancellation(s).

DEALER NAME: CHASE CHEVROLET CO., INC. | DEALER CODE (Required): 06124 | PROMOTION CODE

ADDRESS: P.O. BOX 8349 | CITY: STOCKTON | STATE: CA | ZIP CODE: 95208

**Lienholder**

GMAC OR SPP OR NAME: GMAC

ADDRESS: P.O. BOX 8120 | CITY: COCKEYSVILLE | STATE: MD | ZIP CODE: 21030

**Plan Coverage and Price**

| LEASE | RETAIL | MAJOR GUARD | VALUE GUARD | BASIC GUARD | SMART PROTECTION | MD-PT + | MD-E&T | MD-BASIC |
|---|---|---|---|---|---|---|---|---|
| | XX | XX | | | | | | |

## MECHANICAL TERM

**THE TERM OF THIS AGREEMENT MAY INCLUDE ALL OR PART OF THE TERM OF THE NEW VEHICLE LIMITED WARRANTY IF STILL IN EFFECT.**

NEW XX — The term of your Agreement will begin on the Agreement purchase date and odometer mileage at the Agreement purchase date. The term of your Agreement will end at the earlier of the time and mileage option you have selected. **Your deductible is referenced below.**

USED — The term of your Agreement will begin on the Agreement purchase date and odometer mileage at the Agreement purchase date. The term of your Agreement will end at the earlier of the time and mileage option you have selected. **Your deductible is referenced below.**

VEHICLE IN SERVICE DATE (In-Warranty vehicles): 04/15/05 | TERM-MO./MI. (IN 000'S): 60/100 | DEDUCTIBLE (Required): $0 $50 $100 XX $200 | PRICE: 1,605.00

MAINTENANCE TERM The term of your Smart Care will begin on the Agreement purchase date and odometer mileage at the Agreement purchase date. The term of your Smart Care will end at the earlier of the time and mileage option you have selected. The term of your Goodwrench Care will be based on the specified number of services listed herein and performed within 4 years of the Agreement purchase date. | SMART CARE | TERM-MO./MI. (IN 000'S): / | GOODWRENCH CARE | # OF SERVICES | 0.00

SURCHARGES & OPTIONAL COVERAGE (Select all that apply) | BUSINESS | HUMMER | EMERGENCY | SNOWPLOW | TIRE ROAD HAZARD $ | 0.00

By signing this, I agree to all the terms and conditions on this form. I acknowledge that purchase of this Agreement is not required in order to purchase or obtain financing for a motor vehicle. I understand that, upon acceptance of this registration, an Agreement will be mailed to the address indicated above.

CUSTOMER SIGNATURE | DATE: Apr 15 2005

SUBTOTAL .............. $ 1,605.00

TAX .............. $ 0.00

TOTAL .............. $ 1,605.00

Sample Agreements are available online at www.gmprotectionplan.com/agreements.htm

NOTE: IF YOU DON'T RECEIVE YOUR AGREEMENT IN 60 DAYS, CALL 1-800-631-5590

If not submitted by GM Access (CDR), mail to National Mechanical Service Center, P.O. Box 6855, Chicago, IL 60680-6855. In Arizona, the service company is GMAC Service Agreement Corp. In Florida, the insurer is MIC Property and Casualty Insurance Corporation, P.O. Box 5074, Southfield, MI 48086. FL Lic. #9299.

© 2003 General Motors Corporation. All Rights Reserved.

Litho U.S.A. 10/03 701ALL4

CUSTOMER COPY

## Eligibility

YOUR VEHICLE IS INELIGIBLE FOR THIS AGREEMENT IF ANY OF THE FOLLOWING ARE TRUE:

1. The vehicle has a gross vehicle weight rating (GVWR) of more than 14,000 lbs. and is ineligible for Medium Duty coverage.
2. The vehicle is being used for daily rental or as a limousine, taxi, shuttle service, tow truck/vehicle carrier, carpet cleaning van/truck or to transport people for a fee.
3. The vehicle manufacturer's New Vehicle Limited Warranty covering the vehicle has been voided (applies only to Agreements purchased during the term of such warranty).
4. The vehicle has received modifications that do not meet manufacturer's specifications, including, but not limited to, modifications to permit trailering, towing, carpet cleaning or snowplowing, lift kits, high performance engine modification or belt driven power take-off.
5. The vehicle is being used in [illegible] (does not apply to vehicles specifically identified on the contract registration as Business, Emergency or Snowplow).
6. Vehicles that are delivered from the factory as incomplete and subsequently upfitted or structurally modified are not eligible for Mechanical or Maintenance coverage.

## Eligibility Medium Duty Truck

Vehicles eligible are W, T and C Series Medium Duty Trucks. Agreement must be purchased within the first 7 Months and 8,000 Miles from the in-service warranty start date.

## Provisions

1. This Agreement is not responsible for a failure or claim covered by any warranty, vehicle manufacturer recall or guarantee issued by the vehicle manufacturer or a repairer.
2. The GM Certified Implied Warranty, [illegible] Certified Implied Warranty, and the [illegible] Certified Warranties are provided to the customer at no additional charge.
3. All Agreements end at the earlier of the months or miles selected.

## Cancellation Provisions

Any lienholder/lessor identified on the front of this form is authorized:

1. To receive refund for credit to the applicable account in the event the customer requests cancellation of this Agreement.
2. To cancel this Agreement and receive refund for credit to the applicable account in the event:
   (A) the vehicle is a total loss; or
   (B) the customer defaults in the obligation to the lienholder/lessor, unless the customer is a resident of New York and the default is on a credit card obligation, in which case this Agreement may not be canceled.

## Washington Disclosure Notice

**Pursuant to Washington Statutes 48.96.045:**

By signing this disclosure notice, I acknowledge that I have been provided a sample copy of the Agreement text for review. I have read and understand the following:

1. The Contract Registration, which outlines the coverage, deductible, and term/mileage plan selected.
2. Coverage Agreement section, **"WHAT THIS AGREEMENT COVERS,"** which outlines the repairs and services covered under this Agreement.
3. Coverage Agreement section, **"WHAT THIS AGREEMENT DOES NOT COVER,"** which outlines repairs, services and conditions not covered under this Agreement.
4. Coverage Agreement section, **"YOUR RESPONSIBILITIES,"** which outlines my responsibilities to maintain the vehicle.
5. Coverage Agreement section, **"CLAIM PROCEDURES,"** which explains my responsibilities in the event of a failure and how to submit a claim.
6. Coverage Agreement section, **"LIMIT OF LIABILITY,"** which outlines your limit of liability in the event of a claim.
7. Coverage Agreement section, **"APPRAISAL OF LOSS,"** which outlines the procedure for appraisal of loss.
8. Coverage Agreement section, **"AGREEMENT CANCELLATION AND REFUNDS,"** which outlines cancellation and refund procedures.
9. Coverage Agreement section, **"STATE DISCLOSURE,"** which explains that the implied warranty of merchantability on the motor vehicle is not waived if this Agreement is purchased within ninety (90) days of the purchase date of the motor vehicle from a provider who also sold the motor vehicle covered by the Agreement.

Customer Initials or Signature

© 2003 General Motors Corporation. All Rights Reserved.
Litho U.S.A. 10/03 701ALL4