# Exhibit 90
# Filed Under Seal