# Exhibit 96

CORMIER
2201 EAST 223RD STREET
CARSON, CA 90810
(310) 830-5100

ASE CERTIFIED — AUTOMOTIVE SERVICE EXCELLENCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 70548 | ADVISOR G.C. | 427 | TAG NO. G883 | | | INVOICE DATE 03/25/10 | INVOICE NO. CVCS323612 |
| JAVIER MALAGA<br>422 PERSHING DR<br>PLAYA DEL REY, CA 90293-7742 | LABOR RATE | LICENSE NO. 5PHV639 | MILEAGE | 53,382 | | COLOR BLUEGRAY/ | STOCK NO. |
| | YEAR / MAKE / MODEL 06/CHEVROLET/COBALT | | | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 G 1 A K 5 5 F 8 6 7 6 5 2 8 8 3 | | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | | P.O. NO. | | | R.O. DATE 03/25/10 | |
| RESIDENCE PHONE 310-822-2965 | BUSINESS PHONE | COMMENTS | | | | | MO: 53382 |

TOTALS-----------------------------------------------------------------------------------------------

PARTS DESIGNATED WITH AN
ASTERISK (*) INDICATES
LIFETIME GUARANTEE-APPLIES
FOR CUSTOMER PAY REPAIRS
**************************

| | |
|---|---|
| TOTAL LABOR.... | 205.95 |
| TOTAL PARTS.... | 134.46 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 13.11 |
| **TOTAL INVOICE $** | **353.52** |

CUSTOMER SIGNATURE

PAID
MAR 25 2010
BY: DISCOVER
@

B.A.R. REG. # ARD001125 • E.P.A. # CAD981970635

The Reynolds and Reynolds Company ERAINTSI4E GQ501357 Q (10/09)

PAGE 2 OF 2 CUSTOMER COPY [ END OF INVOICE ] 11:09am

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

**NOTICE TO CUSTOMER: PLEASE READ IMPORTANT INFORMATION ON BACK**

JAVIER MALAGA

*YOUR NEXT SERVICE IS DUE AT*
**57132 MILES**
**MINOR SERVICE**

Includes:
- Inspect, Service and Adjust Brakes
- Rotate Tires
- Oil and Filter Change
- Lube chassis fittings if required
- Fluids Inspected and Replenished including Transmission, Brakes, Clutch, Coolant and more

12 Visual Inspections including
- Tires
- Belts
- Shocks and Absorbers
- Cooling system for leaks
- Hoses
- Road Test and Quality Control
- Air Filter and more

Dealership Name CORMIER CHEVROLET — Repair Order No. CVCS323612 sita

JAVIER MALAGA

*We appreciate your business!*

***HAVE A NICE DAY***

Dealership Name CORMIER CHEVROLET — R.O. / Invoice No. CVCS323612 — M3

Personalize your CHEVROLET AT THE CORMIER CHEVROLET
***PARTS BOUTIQUE***
*VISIT OUR ACCESSORIES CENTER FOR A COMPLETE ARRAY OF FACTORY AND AFTERMARKET ACCESSORIES*
***NEW PARTS DEPARTMENT HOURS***
***MONDAY - FRIDAY***
***8:00 AM - 6:00 PM***

R.O./Invoice No. CVCS323612 L1

GENERAL MOTORS (DEALER) SERVICE REPLACEMENT PARTS AND ACCESSORIES WARRANTY

General Motors Corporation warrants only to Dealer that it will pay Dealer for repair or replacement of any defective or malfunctioning Part or Accessory as follows:

WARRANTY COVERAGE

Passenger Cars, Light and Medium Duty Trucks
(Except TopKick and Kodiak)

Dealer Installed – 12 months or 12,000 miles, whichever occurs first, from date of installation.

Sold Over-The-Counter – 12 months from the date of sale by Dealer.

TopKick and Kodiak Medium Duty Trucks

All TopKick and Kodiak medium duty truck Parts and Accessories - 12 months from the date of sale or installation by Dealer.

WARRANTY DOES NOT COVER

- Conditions resulting from negligence, alteration, accident or use for which the Part or Accessory was not designed or approved by General Motors;
- Parts and Accessories used in racing or other competition;
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss;
- Damage due to the lack of maintenance or use of wrong fuel, oil, or lubricants;
- On Over-The-Counter sales, labor reimbursement for removal of the malfunctioning Part or Accessory from the vehicle and reinstallation.

DEALER REPAIRS

The selling Dealer or any Dealer handling the vehicle line may perform the repairs or replacements covered under this warranty. These repairs or replacements are to be performed within a reasonable time following delivery of the malfunctioning Part or Accessory to the Dealer's place of business. The Dealer must obtain the purchaser's copy of the original sales slip on counter sales, or a copy of the repair order on Dealer installations, to validate date of purchase and vehicle mileage, as applicable.

OTHER TERMS

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES OF ANY KIND EXPRESS OR IMPLIED, INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO SUCH PARTS AND ACCESSORIES. THE PAYMENT FOR REPAIR OR REPLACEMENT IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY. GENERAL MOTORS SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, (FOR OTHER THAN INJURY TO THE PERSON RESULTING FROM BREACH OF THIS WRITTEN WARRANTY. GENERAL MOTORS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY OTHER OBLIGATION IN CONNECTION WITH SUCH PARTS OR ACCESSORIES.

GM Goodwrench Service Plus

Lifetime Service Guarantee - Limited Warranty

General Motors warrants to the original retail purchaser of a GM Goodwrench Service Plus paid repair, that the original installing Dealer will repair or replace any ELIGIBLE PART(S) shown on the IDENTIFIED REPAIR ORDER (R.O. # - SEE BACK OF THIS FOLDER) that fails or wears out in normal use and service. In such cases, repair or replacement of the covered part(s) by the Dealer will be made with a new or remanufactured genuine GM Part(s) free of charge to the original purchaser - including labor. This warranty will remain in effect for as long as the original purchaser owns the GM passenger car or light truck (Series 10-30) on which the part(s) was originally installed.

If a genuine GM Part is no longer available, General Motors reserves the right to refund the money originally paid by the purchaser for the covered part(s) and related labor.

**The Original Purchaser's Only Obligations Are:**

- Return the vehicle to the original servicing GM Goodwrench Service Plus Dealer as identified on the repair order.
- Provide the Dealer this limited warranty and the purchaser's copy of the original repair order, showing the Dealer had replaced an ELIGIBLE PART(S) at an earlier date.

**This Warranty Does Not Cover:**

- Failure caused by negligence, alteration, accident or use for which the part(s) was not designed or approved by General Motors.
- Parts repaired or replaced under any applicable new or used vehicle warranty.
- Parts used in commercial applications (e.g., police cars, taxis, daily rental car fleets and other for-hire vehicles), racing or other competition.
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss.
- Damage due to the lack of maintenance or use of wrong fluids, refrigerant, fuel, oil or lubricants.
- Incomplete repairs performed at the customer's request, or repairs made with Non-GM Parts.

Other Terms:

ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THESE PARTS IS LIMITED IN DURATION TO THAT OF THIS WRITTEN WARRANTY. THE REMEDY PROVIDED ABOVE IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY.

Some states do not allow any limitation on the duration of an implied warranty or the exclusion or limitation of incidental or consequential damages; the above limitations or exclusions may not therefore apply to you. This warranty provided specific legal rights; you may also have other rights depending on the state in which you reside.

**Eligible GM Parts List:**

- ☐ Air Conditioning Condensers
- ☐ Air Conditioning Compressors
- ☐ Air Conditioning Accumulators
- ☐ CV Joint/Boot Seal Kits
- ☐ EGR Valves
- ☐ Fuel Pumps
- ☐ Fuel Injectors
- ☐ Ignition Coils
- ☐ Ignition Wire Sets
- ☐ Ignition Modules
- ☐ Individual Ignition Wires
- ☐ New/Remanufactured Starter Motors
- ☐ New/Remanufactured Generators
- ☐ Oxygen Sensors
- ☐ Shock Absorbers/Struts
- ☐ Throttle Body Injectors
- ☐ Water Pumps

Your dealer has checked off the part(s) covered for this repair indicated on reverse side.

**Important:**

KEEP THIS WARRANTY AND REPAIR ORDER WITH YOUR OWNER'S MANUAL AND OTHER GLOVE COMPARTMENT LITERATURE.

*Direct any inquiries to:*
General Motors Corporation
Consumer Relations Department
3044 West Grand Boulevard
Detroit, Michigan 48202

1. Customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the dealer.
2. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof.
3. The dealer is not responsible for unavailability of parts or delays in parts shipment beyond dealer's control.
4. Due to the type of service requested some repairs must be sublet.
5. All charges for repairs including labor and materials furnished are due and payable simultaneously with the delivery of the within described vehicle or prior to delivery upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be deemed to have been given upon the deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the reverse side hereof.
6. If the vehicle described herein is not called for within three (3) days after such notice is given, a storage charge of $35.00 per day will be made for each day thereafter.
7. Said Dealer is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt.
8. In addition to any and all other legal remedies available, I authorize Said Dealer to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien, Said Dealer is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles.

   Said expenses for sale shall also include a reasonable attorney's fee, which may be necessarily incurred.
9. If any such charges remain unpaid for thirty (30) days after such request for payment, Said Dealer may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee.
10. Warranty information stated above applies to any repairs performed on Hyundai vehicles.

**A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.**

GO501357 O

# CORMIER

2201 EAST 223RD STREET
CARSON, CA 90810
(310) 830-5100

AUTOMOTIVE SERVICE EXCELLENCE — ASE CERTIFIED

| CUSTOMER NO. 70548 | ADVISOR G.C. 427 | TAG NO. G883 | INVOICE DATE 03/25/10 | INVOICE NO. CVCS323612 |
|---|---|---|---|---|
| JAVIER MALAGA<br>422 PERSHING DR<br>PLAYA DEL REY, CA 90293-7742 | LABOR RATE / LICENSE NO. 5PHV639 | MILEAGE 53,382 | COLOR BLUEGRAY/ | STOCK NO. |
| | YEAR / MAKE / MODEL 06/CHEVROLET/COBALT | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 G 1 A K 5 5 F 8 6 7 6 5 2 8 8 3 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 03/25/10 | |
| RESIDENCE PHONE 310-822-2965 / BUSINESS PHONE | COMMENTS | | | MO: 53382 |

```
LABOR & PARTS------------------------------------------------------------------------
J# 1 09CVZ            15A DEPARTMENT              TECH(S):128                205.95
          CUSTOMER STATES IGNITION KEY BINDS WONT TURN AT TIMES
          WIGGLE KEY AND WILL TURN
          LOCK CYLINDER AND WORN STICKING
          REPLACE LOCK CYLINDER RECODE TO NEW KEY AND PROGRAM

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
JOB # 1      1     20869121            CYLINDER 2.188                    99.99     99.99
JOB # 1      1     20871320            KEY 2.187                         34.47     34.47
                                               JOB #  1 TOTAL PARTS               134.46

                                        JOB #  1 TOTAL LABOR & PARTS              340.41
---------------------------------------------------------------------------------------
J# 2+00CVZ000000      UNDER HOOD INSPECTIO        TECH(S):142                  0.00
          UNDER HOOD INSPECTION AND REVIEW OF TIRES AND BRAKE LITE HAS
          BEEN PERFORMED ON SERVICE DRIVE... ITEMS THAT NEED FURTHER
          REVIEW HAVE BEEN NOTED....
          .
          .

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                               JOB #  2 TOTAL PARTS                 0.00

                                        JOB #  2 TOTAL LABOR & PARTS                0.00
---------------------------------------------------------------------------------------
J# 3+00CVZ0000000     EMAIL                       TECH(S):142                  0.00
          YOUR EMAIL WAS COLLECT TO HELP KEEP YOU INFORMED ABOUT
          RECALLS AND OTHER IMPORTANT INFORMATION ABOUT YOUR
          VEHICLE. YOU WILL ALSO BE RECIEVING OUR SERVICE COUPONS
          THRU EMAIL.
          THANK YOU FOR PROVIDING US WITH YOUR EMAIL ADDRESS

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                               JOB #  3 TOTAL PARTS                 0.00

                                        JOB #  3 TOTAL LABOR & PARTS                0.00
---------------------------------------------------------------------------------------
ESTIMATE-------------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
      ORIGINAL ESTIMATE OF     $50.00 (+TAX)
APPROVED REVISED ESTIMATE (# 1) OF   $433.00 (+TAX) ON 03/25/10 AT 09:30am
BY JAVIER MALAGA          COMMENTS
COMMENTS---------------------------------------------------------------------------
WAITING
CHECK ENGINE LIGHT STAYS ON
```

B.A.R. REG. # ARD001125 • E.P.A. # CAD981970635

The Reynolds and Reynolds Company ERAINTSI14E GQ501357 Q (10/09)

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 11:09am

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

**NOTICE TO CUSTOMER: PLEASE READ IMPORTANT INFORMATION ON BACK**

JAVIER MALAGA

***YOUR NEXT SERVICE IS DUE AT***

**57132 MILES**

**MINOR SERVICE**

Includes:

- Inspect, Service and Adjust Brakes
- Rotate Tires
- Oil and Filter Change
- Lube chassis fittings if required
- Fluids Inspected and Replenished including Transmission, Brakes, Clutch, Coolant and more

12 Visual Inspections including

- Tires
- Belts
- Shocks and Absorbers
- Cooling system for leaks
- Hoses
- Road Test and Quality Control
- Air Filter and more

Dealership Name CORMIER CHEVROLET — Repair Order No. CVCS323612 sita

JAVIER MALAGA

*We appreciate your business!*

***HAVE A NICE DAY***

Dealership Name CORMIER CHEVROLET — R.O. / Invoice No. CVCS323612 — M3

Personalize your CHEVROLET AT THE **CORMIER** CHEVROLET

***PARTS BOUTIQUE***

*VISIT OUR ACCESSORIES CENTER FOR A COMPLETE ARRAY OF FACTORY AND AFTERMARKET ACCESSORIES*

***NEW PARTS DEPARTMENT HOURS***
***MONDAY - FRIDAY***
***8:00 AM - 6:00 PM***

R.O./Invoice No. CVCS323612 L1

## GENERAL MOTORS (DEALER) SERVICE REPLACEMENT PARTS AND ACCESSORIES WARRANTY

General Motors Corporation warrants only to Dealer that it will pay Dealer for repair or replacement of any defective or malfunctioning Part or Accessory as follows:

### WARRANTY COVERAGE

Passenger Cars, Light and Medium Duty Trucks
(Except TopKick and Kodiak)

Dealer Installed – 12 months or 12,000 miles, whichever occurs first, from date of installation.

Sold Over-The-Counter – 12 months from the date of sale by Dealer.

TopKick and Kodiak Medium Duty Trucks

All TopKick and Kodiak medium duty truck Parts and Accessories - 12 months from the date of sale or installation by Dealer.

### WARRANTY DOES NOT COVER

- Conditions resulting from negligence, alteration, accident or use for which the Part or Accessory was not designed or approved by General Motors;
- Parts and Accessories used in racing or other competition;
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss;
- Damage due to the lack of maintenance or use of wrong fuel, oil, or lubricants;
- On Over-The-Counter sales, labor reimbursement for removal of the malfunctioning Part or Accessory from the vehicle and reinstallation.

### DEALER REPAIRS

The selling Dealer or any Dealer handling the vehicle line may perform the repairs or replacements covered under this warranty. These repairs or replacements are to be performed within a reasonable time following delivery of the malfunctioning Part or Accessory to the Dealer's place of business. The Dealer must obtain the purchaser's copy of the original sales slip on counter sales, or a copy of the repair order on Dealer installations, to validate date of purchase and vehicle mileage, as applicable.

### OTHER TERMS

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES OF ANY KIND EXPRESS OR IMPLIED, INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO SUCH PARTS AND ACCESSORIES. THE PAYMENT FOR REPAIR OR REPLACEMENT IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY. GENERAL MOTORS SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES. (FOR OTHER THAN INJURY TO THE PERSON RESULTING FROM BREACH OF THIS WRITTEN WARRANTY. GENERAL MOTORS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY OTHER OBLIGATION IN CONNECTION WITH SUCH PARTS OR ACCESSORIES.

## GM Goodwrench Service Plus

**Lifetime Service Guarantee - Limited Warranty**

General Motors warrants to the original retail purchaser of a GM Goodwrench Service Plus paid repair, that the original installing Dealer will repair or replace any ELIGIBLE PART(S) shown on the IDENTIFIED REPAIR ORDER (R.O. # - SEE BACK OF THIS FOLDER) that fails or wears out in normal use and service. In such cases, repair or replacement of the covered part(s) by the Dealer will be made with a new or remanufactured genuine GM Part(s) free of charge to the original purchaser - including labor. This warranty will remain in effect for as long as the original purchaser owns the GM passenger car or light truck (Series 10-30) on which the part(s) was originally installed.

If a genuine GM Part is no longer available, General Motors reserves the right to refund the money originally paid by the purchaser for the covered part(s) and related labor.

**The Original Purchaser's Only Obligations Are:**

- Return the vehicle to the original servicing GM Goodwrench Service Plus Dealer as identified on the repair order.
- Provide the Dealer this limited warranty and the purchaser's copy of the original repair order, showing the Dealer had replaced an ELIGIBLE PART(S) at an earlier date.

**This Warranty Does Not Cover:**

- Failure caused by negligence, alteration, accident or use for which the part(s) was not designed or approved by General Motors.
- Parts repaired or replaced under any applicable new or used vehicle warranty.
- Parts used in commercial applications (e.g., police cars, taxis, daily rental car fleets and other for-hire vehicles), racing or other competition.
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss.
- Damage due to the lack of maintenance or use of wrong fluids, refrigerant, fuel, oil or lubricants.
- Incomplete repairs performed at the customer's request, or repairs made with Non-GM Parts.

**Other Terms:**

ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THESE PARTS IS LIMITED IN DURATION TO THAT OF THIS WRITTEN WARRANTY. THE REMEDY PROVIDED ABOVE IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY.

Some states do not allow any limitation on the duration of an implied warranty or the exclusion or limitation of incidental or consequential damages; the above limitations or exclusions may not therefore apply to you. This warranty provided specific legal rights; you may also have other rights depending on the state in which you reside.

### Eligible GM Parts List:

- Air Conditioning Condensers
- Air Conditioning Compressors
- Air Conditioning Accumulators
- CV Joint/Boot Seal Kits
- EGR Valves
- Fuel Pumps
- Fuel Injectors
- Ignition Coils
- Ignition Wire Sets
- Ignition Modules
- Individual Ignition Wires
- New/Remanufactured Starter Motors
- New/Remanufactured Generators
- Oxygen Sensors
- Shock Absorbers/Struts
- Throttle Body Injectors
- Water Pumps

Your dealer has checked off the part(s) covered for this repair indicated on reverse side.

**Important:**

KEEP THIS WARRANTY AND REPAIR ORDER WITH YOUR OWNER'S MANUAL AND OTHER GLOVE COMPARTMENT LITERATURE.

*Direct any inquiries to:*
General Motors Corporation
Consumer Relations Department
3044 West Grand Boulevard
Detroit, Michigan 48202

1. Customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the dealer.
2. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof.
3. The dealer is not responsible for unavailability of parts or delays in parts shipment beyond dealer's control.
4. Due to the type of service requested some repairs must be sublet.
5. All charges for repairs including labor and materials furnished are due and payable simultaneously with the delivery of the within described vehicle or prior to delivery upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be deemed to have been given upon the deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the reverse side hereof.
6. If the vehicle described herein is not called for within three (3) days after such notice is given, a storage charge of $35.00 per day will be made for each day thereafter.
7. Said Dealer is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt.
8. In addition to any and all other legal remedies available, I authorize Said Dealer to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien, Said Dealer is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles.

   Said expenses for sale shall also include a reasonable attorney's fee, which may be necessarily incurred.
9. If any such charges remain unpaid for thirty (30) days after such request for payment, Said Dealer may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee.
10. Warranty information stated above applies to any repairs performed on Hyundai vehicles.

**A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.**

GO501357 O

CORMIER CHEVROLET
2201 E 223RD ST
LONG BEACH, CA 90810
310-830-5100

Merchant ID: 1949

Ref #: [illegible]

## Sale

XXXXXXXXXXXX3831

DISC Entry Method: Swiped

Total: $ 353.52

03/25/10 11:11:05

Inv #: 000009 Appr Code: 025457

Apprvd: Online Batch#: 000026

Customer Copy

THANK YOU