# Exhibit 97

CORMIER
2201 EAST 223RD STREET
CARSON, CA 90810
(310) 830-5100

ASE CERTIFIED AUTOMOTIVE SERVICE EXCELLENCE

| CUSTOMER NO. 70548 | ADVISOR GARY C. GURREN 427 | TAG NO. 521 | INVOICE DATE 05/16/07 | INVOICE NO. CVCS266256 |
|---|---|---|---|---|
| JAVIER MALAGA<br>422 PERSHING DR<br>PLAYA DEL REY, CA 90293-7742 | LABOR RATE / LICENSE NO. 5PHV639 | MILEAGE 25,696 | COLOR BLUEGRAY/ | STOCK NO. |
| | YEAR / MAKE / MODEL 06/CHEVROLET/COBALT | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 G 1 A K 5 5 F 8 6 7 6 5 2 8 8 3 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 05/16/07 | |
| RESIDENCE PHONE 310-822-2965 / BUSINESS PHONE | COMMENTS | | | MO: 25696 |

```
LABOR & PARTS-----------------------------------------------------------------------
J# 1 15CVZ          15A DEPARTMENT         TECH(S):128                WARRANTY
                CHECK AT TIMES IGNITION KEY WILL BIND WHEN TURNING ON
                AND AT TIME WILL NOT TURN TO LOCK TO GET KEY OUT
                WORN KEY AND ALSO SHIFTER INTERMITTENT OPENCAUSING SHIFT
                INTERLOCK NOT TO RELESE
                REPLACE SHIFTER ASSEMBLY AND ONE NEW KEY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
JOB # 1       1      15926820          CONTROL 4.004                          WARRANTY
JOB # 1       1      22706232          HANDLE 4.006                           WARRANTY
JOB # 1       1      89024363          KEY 2.187                              WARRANTY
JOB # 1       1      KEYCODE           CODE CUT KEY                           WARRANTY
                                              JOB #  1 TOTAL PARTS            0.00

                                       JOB #  1 TOTAL LABOR & PARTS           0.00
--------------------------------------------------------------------------------------
G.O.G. & SUPPLIES-------------------------------------------------------------------
JOB # 1          FREIGHT (PARTS)                                              WARRANTY
                                                    TOTAL - GOG               0.00

ESTIMATE----------------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF      $0.00 (+TAX)
TOTALS------------------------------------------------------------------------------

PARTS DESIGNATED WITH AN                            TOTAL LABOR....           0.00
ASTERISK (*) INDICATES                              TOTAL PARTS....           0.00
LIFETIME GUARANTEE-APPLIES                          TOTAL SUBLET...           0.00
FOR CUSTOMER PAY REPAIRS                            TOTAL G.O.G....           0.00
                                                    TOTAL MISC CHG.           0.00
                                                    TOTAL MISC DISC           0.00
                                                    TOTAL TAX......           0.00
                                                                           --------
```

**TOTAL INVOICE $ 0.00**

POSTED
MAY 1 ~ 2007
Cormier Chevrolet

CUSTOMER SIGNATURE

B.A.R. REG. # AA001125 • E.P.A. # CAD981970635

Reynolds and Reynolds ERAINTSI14E GQ501357 Q (04/06)

PAGE 1 OF 1 CUSTOMER COPY [ END OF INVOICE ] 12:01pm

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

**NOTICE TO CUSTOMER: PLEASE READ IMPORTANT INFORMATION ON BACK**

JAVIER MALAGA

***YOUR NEXT SERVICE IS DUE AT***

**28696 MILES**

**EXPRESS SERVICE LUBE**

Includes:
- Oil and Filter Change
- Change Filter
- Replace Engine Oil
- Lube chassis fittings if necessary
- Fluids Inspected and Replenished including Transmission, Brakes, Clutch, Coolant and more

11 Visual Inspections including
- Tires
- Belts
- Shocks and Absorbers
- Cooling system for leaks
- Hoses
- Exhaust
- Air Filter and more

Dealership Name CORMIER CHEVROLET — Repair Order No. CVCS266256

JAVIER MALAGA

*We appreciate your business!*

***HAVE A NICE DAY***

Dealership Name CORMIER CHEVROLET — R.O. / Invoice No. CVCS266256

M3

Personalize your CHEVROLET AT THE **CORMIER** CHEVROLET ***PARTS BOUTIQUE***

*VISIT OUR ACCESSORIES CENTER FOR A COMPLETE ARRAY OF FACTORY AND AFTERMARKET ACCESSORIES*

***NEW PARTS DEPARTMENT HOURS***
***MONDAY - FRIDAY***
***8:00 AM - 6:00 PM***

R.O./Invoice No. CVCS266256 L1

## GENERAL MOTORS (DEALER) SERVICE REPLACEMENT PARTS AND ACCESSORIES WARRANTY

General Motors Corporation warrants only to Dealer that it will pay Dealer for repair or replacement of any defective or malfunctioning Part or Accessory as follows:

### WARRANTY COVERAGE

Passenger Cars, Light and Medium Duty Trucks
(Except TopKick and Kodiak)

Dealer Installed – 12 months or 12,000 miles, whichever occurs first, from date of installation.

Sold Over-The-Counter – 12 months from the date of sale by Dealer.

TopKick and Kodiak Medium Duty Trucks

All TopKick and Kodiak medium duty truck Parts and Accessories - 12 months from the date of sale or installation by Dealer.

### WARRANTY DOES NOT COVER

- Conditions resulting from negligence, alteration, accident or use for which the Part or Accessory was not designed or approved by General Motors;
- Parts and Accessories used in racing or other competition;
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss;
- Damage due to the lack of maintenance or use of wrong fuel, oil, or lubricants;
- On Over-The-Counter sales, labor reimbursement for removal of the malfunctioning Part or Accessory from the vehicle and reinstallation.

### DEALER REPAIRS

The selling Dealer or any Dealer handling the vehicle line may perform the repairs or replacements covered under this warranty. These repairs or replacements are to be performed within a reasonable time following delivery of the malfunctioning Part or Accessory to the Dealer's place of business. The Dealer must obtain the purchaser's copy of the original sales slip on counter sales, or a copy of the repair order on Dealer installations, to validate date of purchase and vehicle mileage, as applicable.

### OTHER TERMS

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES OF ANY KIND EXPRESS OR IMPLIED, INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO SUCH PARTS AND ACCESSORIES. THE PAYMENT FOR REPAIR OR REPLACEMENT IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY. GENERAL MOTORS SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, (FOR OTHER THAN INJURY TO THE PERSON RESULTING FROM BREACH OF THIS WRITTEN WARRANTY. GENERAL MOTORS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY OTHER OBLIGATION IN CONNECTION WITH SUCH PARTS OR ACCESSORIES.

## GM Goodwrench Service Plus

**Lifetime Service Guarantee - Limited Warranty**

General Motors warrants to the original retail purchaser of a GM Goodwrench Service Plus paid repair, that the original installing Dealer will repair or replace any ELIGIBLE PART(S) shown on the IDENTIFIED REPAIR ORDER (R.O. # - SEE BACK OF THIS FOLDER) that fails or wears out in normal use and service. In such cases, repair or replacement of the covered part(s) by the Dealer will be made with a new or remanufactured genuine GM Part(s) free of charge to the original purchaser - including labor. This warranty will remain in effect for as long as the original purchaser owns the GM passenger car or light truck (Series 10-30) on which the part(s) was originally installed.

If a genuine GM Part is no longer available, General Motors reserves the right to refund the money originally paid by the purchaser for the covered part(s) and related labor.

**The Original Purchaser's Only Obligations Are:**

- Return the vehicle to the original servicing GM Goodwrench Service Plus Dealer as identified on the repair order.
- Provide the Dealer this limited warranty and the purchaser's copy of the original repair order, showing the Dealer had replaced an ELIGIBLE PART(S) at an earlier date.

**This Warranty Does Not Cover:**

- Failure caused by negligence, alteration, accident or use for which the part(s) was not designed or approved by General Motors.
- Parts repaired or replaced under any applicable new or used vehicle warranty.
- Parts used in commercial applications (e.g., police cars, taxis, daily rental car fleets and other for-hire vehicles), racing or other competition.
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss.
- Damage due to the lack of maintenance or use of wrong fluids, refrigerant, fuel, oil or lubricants.
- Incomplete repairs performed at the customer's request, or repairs made with Non-GM Parts.

**Other Terms:**

ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THESE PARTS IS LIMITED IN DURATION TO THAT OF THIS WRITTEN WARRANTY. THE REMEDY PROVIDED ABOVE IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY.

Some states do not allow any limitation on the duration of an implied warranty or the exclusion or limitation of incidental or consequential damages; the above limitations or exclusions may not therefore apply to you. This warranty provided specific legal rights; you may also have other rights depending on the state in which you reside.

### Eligible GM Parts List:

- ☐ Air Conditioning Condensers
- ☐ Air Conditioning Compressors
- ☐ Air Conditioning Accumulators
- ☐ CV Joint/Boot Seal Kits
- ☐ EGR Valves
- ☐ Fuel Pumps
- ☐ Fuel Injectors
- ☐ Ignition Coils
- ☐ Ignition Wire Sets
- ☐ Ignition Modules
- ☐ Individual Ignition Wires
- ☐ New/Remanufactured Starter Motors
- ☐ New/Remanufactured Generators
- ☐ Oxygen Sensors
- ☐ Shock Absorbers/Struts
- ☐ Throttle Body Injectors
- ☐ Water Pumps

Your dealer has checked off the part(s) covered for this repair indicated on reverse side.

**Important:**

KEEP THIS WARRANTY AND REPAIR ORDER WITH YOUR OWNER'S MANUAL AND OTHER GLOVE COMPARTMENT LITERATURE.

*Direct any inquiries to:*
General Motors Corporation
Consumer Relations Department
3044 West Grand Boulevard
Detroit, Michigan 48202

1. Customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the dealer.
2. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof.
3. The dealer is not responsible for unavailability of parts or delays in parts shipment beyond dealer's control.
4. Due to the type of service requested some repairs must be sublet.
5. All charges for repairs including labor and materials furnished are due and payable simultaneously with the delivery of the within described vehicle or prior to delivery upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be deemed to have been given upon the deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the reverse side hereof.
6. If the vehicle described herein is not called for within three (3) days after such notice is given, a storage charge of $25.00 per day will be made for each day thereafter.
7. Said Dealer is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt.
8. In addition to any and all other legal remedies available, I authorize Said Dealer to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien, Said Dealer is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used: first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles.

   Said expenses for sale shall also include a reasonable attorney's fee, which may be necessarily incurred.
9. If any such charges remain unpaid for thirty (30) days after such request for payment, Said Dealer may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee.
10. Warranty information stated above applies to any repairs performed on Hyundai vehicles.

**A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.**

GO501357 O

# CORMIER

2201 EAST 223RD STREET
CARSON, CA 90810
(310) 830-5100

ASE CERTIFIED AUTOMOTIVE SERVICE EXCELLENCE

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 04CVZ006 | TRANS FLUID EXCHANGE | MI | 204.95 | 02CVZ005 | COMPLETE FUEL SYSTEM | MO | 229.95 |
| 00CVZ001 | OIL & FILTER CHANGE | MI | 34.95 | 05CVZ006 | BRAKE FLUID EXCHANGE | MI | 145.95 |
| 06CVZ001 | P/S FLUID EXCHANGE | MI | 139.95 | 00CVZ020 | ROTATE TIRES | MI | 25.95 |
| 08CVZ006 | COOLING SYSTEM FLUSH | MI | 159.95 | 04CVZ010 | VETT CLUTCH FLUID EX | MI | 98.95 |
| 05CVZ006C | EXCHANGE COUPON | MI | 99.95 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 02/15/08 | 283826 | 34521 | 427 | 131 | W | 09CVZ | 15A DEPARTMENT |
| | | | | 131 | W | 09CVZ071 | RECALL |
| 12/31/07 | 281087 | 33394 | 427 | 731 | C | 00CVZ001 | OIL & FILTER CHANGE |
| | | | | 731 | C | 00CVZ-0HOLIDAY | |
| 09/22/07 | 274815 | 30107 | 427 | 144 | W | 02CVZ018 | CHECK ENGINE LIGHT |
| | | | | 144 | C | 02CVZ005 | COMPLETE FUEL SYSTEM |

SALESPERSON NO. SALESMAN NO.

S E R V I C E

STATE REG# ME001125

| TERMS | VEHICLE I.D. NO. | YEAR/MAKE/MODEL | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R. O. NO. |
|---|---|---|---|---|---|---|
| CASH ☐ CREDIT CARD ☐ CHECK ☐ (PRIOR APPROVAL) OTHER ☐ | 1G1AK55F867652883 | 06/CHEVROLET/COBALT | | | 5PHV639 | 323612 |

JAVIER MALAGA
422 PERSHING DR
PLAYA DEL REY, CA 90293-7742

CUSTOMER NO.: 70548 — SERVICE CONTRACT: — DELIVERY DATE: — DELIVERY MILES: — SELLING DEALER NO.: — R. O. DATE: 03/25/10

COLOR: BLUEGRAY/ — CONTRACT NO.: — EXPIRATION DATE: — EXPIRATION MILES: — TAG NO.: G883

TURBO: — M/MC: CVZZ — AIR COND.: — P. S.: — TRANS: — MILEAGE: 53,382 — ADVISOR NO.: 427 — ADVISOR: G.C.

SAVE REMOVED PARTS FOR CUSTOMER ☐ YES ☐ NO

RESIDENCE PHONE: 310-822-2965 — BUSINESS PHONE:

TIME RECEIVED: 08:36am — DATE/TIME PROMISED: 03/25/10 12:00pm — PRIORITY: 3

LABOR RATE:

APPOINTMENT ☐ Yes ☒ No

I HEREBY AUTHORIZE THE REPAIR WORK TO BE DONE ALONG WITH THE NECESSARY MATERIALS, AND HEREBY GRANT YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE HEREIN DESCRIBED ON STREETS, HIGHWAYS OR ELSEWHERE FOR THE PURPOSE OF TESTING AND OR INSPECTION. ALL LABOR CHARGES ARE FIXED PRICES, AND BEAR NO RELATIONSHIP TO ACTUAL HOURS OF LABOR PERFORMED. ALL REFERENCES HEREIN OR OTHERWISE, INCLUDING ANY POSTING OF LABOR RATES OR FLAT RATE LABOR HOURS ARE FOR INFORMATION ONLY TO INDICATE TO THE CUSTOMER THE BASIS UPON WHICH THE FIXED PRICES WERE ESTABLISHED BUT NEITHER SUCH REFERENCES OR POSTING NOR THE FACT THAT THE ACTUAL HOURS OF LABOR PERFORMED MAY BE MORE OR LESS THAN THE INDICATED FLAT RATE HOURS SHALL HAVE ANY EFFECT WHATSOEVER ON THE FIXED PRICES SO CHARGED.
TERMS ARE CASH ON DELIVERY. ESTIMATES ARE FOR LABOR AND PARTS. STORAGE WILL BE CHARGED 48 HOURS AFTER REPAIRS ARE COMPLETED. NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE BEYOND OUR CONTROL.
PLEASE READ REVERSE SIDE.

X ______________________
CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY HEREOF

JOB

ORIGINAL CUSTOMER ESTIMATE: TOTAL 50.00

X ______________________

**COMMENTS :**
**WAITING**

1 **C** 09CVZ ***15A DEPARTMENT***
**CUSTOMER STATES IGNITION KEY BINDS WONT TURN AT TIMES**
**WIGGLE KEY AND WILL TURN**

**TEARDOWN ESTIMATE:** I understand that my vehicle will be reassembled within ________ days of the date shown above if I choose not to authorize the service recommended.

"By law, you may choose another licensed Smog Check facility to perform any needed repairs or adjustments that the Smog Check test indicates and necessary."

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

**NOTICE:** It is my full understanding that while my vehicle is in CORMIER CHEVROLET/HYUNDAI COMPANY'S care for service, that I will not hold this dealership responsible in case of loss or theft of any articles removed from vehicle. I have been fully advised of my obligation to remove all items before leaving vehicle for service.

X ______________________ / /
OWNER SIGNATURE DATE

• HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. **HAZARDOUS WASTE CONSISTS OF: WASTE OILS, SOLVENTS, CARBURETOR CLEANERS, ANTI-FREEZE, BRAKE FLUID TANKS, CONTAMINATED FUEL, OIL FILTERS, ETC.**

**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE**

*Always Bring Your Car Here For Factory Authorized Service*

**COURTESY BUS AVAILABLE FOR LOCAL PICKUP AND DELIVERY AT NO CHARGE**

**We pledge ourselves to your satisfaction. It is our sincere desire at CORMIER CHEVROLET/HYUNDAI COMPANY to provide you with the best service humanly possible. In the event you have any questions your service advisor will be happy to answer them.**

**PRIOR BODY DAMAGE**

Advisor ____________

Customer Int. X ____________



B.A.R. REG. # ARD001125 • E.P.A. # CAD981970635

The Reynolds and Reynolds Company ERAINTWO14E GQ501356 Q (11/08)

PAGE 1 OF 1 CUSTOMER COPY 323612

**NOTICE TO CUSTOMER: PLEASE READ IMPORTANT INFORMATION ON BACK**

JAVIER MALAGA

**FREE SHUTTLE**
*WITHIN 10 MILES*
**OR**
**ENTERPRISE RENTAL CARS AVAILABLE**
*ON-SITE*
**CORMIER CHEVROLET**

Invoice No. 323612

RO-A

JAVIER MALAGA

*We appreciate your business!*

***HAVE A NICE DAY***

Dealership Name: CORMIER CHEVROLET — R.O. / Invoice No. 323612

M3

JAVIER MALAGA

**WE ARE A GOODWRENCH SERVICE PLUS DEALER**
*A NAME YOU CAN TRUST*

- LIFETIME SERVICE GUARANTEE
- COMPETITIVE UP-FRONT PRICING
- CONVENIENT SERVICE HOURS
- GM GOODWRENCH QUICK LUBE PLUS
- COURTESY TRANSPORTATION

*A UNIFORM APPROACH TO SERVICE*

- GM-TRAINED TECHNICIANS
- GENUINE GM PARTS
- DISCOUNTS AND REMINDERS
- NEW OWNER ORIENTATION CLINICS

**WE'VE GOT YOU COVERED**

**CORMIER CHEVROLET**

R.O. / Invoice No. 323612

ro3

## GENERAL MOTORS (DEALER) SERVICE REPLACEMENT PARTS AND ACCESSORIES WARRANTY

General Motors Corporation warrants only to Dealer that it will pay Dealer for repair or replacement of any defective or malfunctioning Part or Accessory as follows:

### WARRANTY COVERAGE

Passenger Cars, Light and Medium Duty Trucks
(Except TopKick and Kodiak)

Dealer Installed – 12 months or 12,000 miles, whichever occurs first, from date of installation.

Sold Over-The-Counter – 12 months from the date of sale by Dealer.

TopKick and Kodiak Medium Duty Trucks

All TopKick and Kodiak medium duty truck Parts and Accessories - 12 months from the date of sale or installation by Dealer.

### WARRANTY DOES NOT COVER

_ Conditions resulting from negligence, alteration, accident or use for which the Part or Accessory was not designed or approved by General Motors.

_ Parts and Accessories used in racing or other competition;

_ Loss of time, inconvenience, loss of use of the vehicle or other economic loss;

_ Damage due to the lack of maintenance or use of wrong fuel, oil, or lubricants;

_ On Over-The-Counter sales, labor reimbursement for removal of the malfunctioning Part or Accessory from the vehicle and reinstallation.

### DEALER REPAIRS

The selling Dealer or any Dealer handling the vehicle line may perform the repairs or replacements covered under this warranty. These repairs or replacements are to be performed within a reasonable time following delivery of the malfunctioning Part or Accessory to the Dealer's place of business. The Dealer must obtain the purchaser's copy of the original sales slip on counter sales, or a copy of the repair order on Dealer installations, to validate date of purchase and vehicle mileage, as applicable.

### OTHER TERMS

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES OF ANY KIND EXPRESS OR IMPLIED, INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO SUCH PARTS AND ACCESSORIES. THE PAYMENT FOR REPAIR OR REPLACEMENT IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY. GENERAL MOTORS SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, (FOR OTHER THAN INJURY TO THE PERSON RESULTING FROM BREACH OF THIS WRITTEN WARRANTY). GENERAL MOTORS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY OTHER OBLIGATION IN CONNECTION WITH SUCH PARTS OR ACCESSORIES.

## GM Goodwrench Service Plus
### Lifetime Service Guarantee - Limited Warranty

General Motors warrants to the original retail purchaser of a GM Goodwrench Service Plus paid repair, that the original installing Dealer will repair or replace any ELIGIBLE PART(S) shown on the IDENTIFIED REPAIR ORDER (R.O. # - SEE BACK OF THIS FOLDER) that fails or wears out in normal use and service. In such cases, repair or replacement of the covered part(s) by the Dealer will be made with a new or remanufactured genuine GM Part(s) free of charge to the original purchaser - including labor. This warranty will remain in effect for as long as the original purchaser owns the GM passenger car or light truck (Series 10-30) on which the part(s) was originally installed.

If a genuine GM Part is no longer available, General Motors reserves the right to refund the money originally paid by the purchaser for the covered part(s) and related labor.

### The Original Purchaser's Only Obligations Are:

- Return the vehicle to the original servicing GM Goodwrench Service Plus Dealer as identified on the repair order.
- Provide the Dealer this limited warranty and the purchaser's copy of the original repair order, showing the Dealer had replaced an ELIGIBLE PART(S) at an earlier date.

### Eligible GM Parts List:

- Air Conditioning Condensers
- Air Conditioning Compressors
- Air Conditioning Accumulators
- CV Joint/Boot Seal Kits
- EGR Valves
- Fuel Pumps
- Fuel Injectors
- Ignition Coils
- Ignition Wire Sets
- Ignition Modules
- Individual Ignition Wires
- New/Remanufactured Starter Motors
- New/Remanufactured Generators
- Oxygen Sensors
- Shock Absorbers/Struts
- Throttle Body Injectors
- Water Pumps

### This Warranty Does Not Cover:

- Failure caused by negligence, alteration, accident or use for which the part(s) was not designed or approved by General Motors.
- Parts repaired or replaced under any applicable new or used vehicle warranty.
- Parts used in commercial applications (e.g., police cars, taxis, daily rental car fleets and other for-hire vehicles), racing or other competition.
- Loss of time, inconvenience, loss of use of the vehicle or other economic loss.
- Damage due to the lack of maintenance or use of wrong fluids, refrigerant, fuel, oil or lubricants.
- Incomplete repairs performed at the customer's request, or repairs made with Non-GM Parts.

### Other Terms:

ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THESE PARTS IS LIMITED IN DURATION TO THAT OF THIS WRITTEN WARRANTY. THE REMEDY PROVIDED ABOVE IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY.

Some states do not allow any limitation on the duration of an implied warranty or the exclusion or limitation of incidental or consequential damages; the above limitations or exclusions may not therefore apply to you. This warranty provided specific legal rights; you may also have other rights depending on the state in which you reside.

Your dealer has checked off the part(s) covered for this repair indicated on reverse side.

**Important:**

KEEP THIS WARRANTY AND REPAIR ORDER WITH YOUR OWNER'S MANUAL AND OTHER GLOVE COMPARTMENT LITERATURE.

*Direct any inquiries to:*
General Motors Corporation
Consumer Relations Department
3044 West Grand Boulevard
Detroit, Michigan 48202

1. Customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the dealer.
2. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof.
3. The dealer is not responsible for unavailability of parts or delays in parts shipment beyond dealer's control.
4. Due to the type of service requested some repairs must be sublet.
5. All charges for repairs including labor and materials furnished are due and payable simultaneously with the delivery of the within described vehicle or prior to delivery upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be deemed to have been given upon the deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the reverse side hereof.
6. If the vehicle described herein is not called for within three (3) days after such notice is given, a storage charge of $25.00 per day will be made for each day thereafter.
7. Said Dealer is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt.
8. In addition to any and all other legal remedies available, I authorize Said Dealer to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. Said Dealer is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles.

   Said expenses for sale shall also include a reasonable attorney's fee, which may be necessarily incurred.
9. If any such charges remain unpaid for thirty (30) days after such request for payment, Said Dealer may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee.
10. Warranty information stated above applies to any repairs performed on Hyundai vehicles.

**A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.**

GO501356 O