# Exhibit 98
# Filed Under Seal