# Exhibits 100-101
# Filed Under Seal