# Exhibit 102

ED DENA'S
AUTO CENTER

August 23, 2010

Santiago Cisneroz Orosco
PO Box 10838 1233 E Franklin
Earlimart, CA 93219-0838

Dear Santiago,

Can you believe it has been a full year since you purchased your Chevrolet Camaro? I hope this year has been a good one for you. Please remember that at our dealership your satisfaction is our number one priority.

If there is anything I can do to make your experience here more pleasant, please do not hesitate to let me know.

Kind regards,

Aaron Moore

1500 W. EL MONTE WAY • DINUBA, CALIFORNIA 93618 • (559) 591-5000
www.eddenasautocenter.com