# Exhibit 103

STATE OF CALIFORNIA DMV DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

THIS VALIDATED REGISTRATION CARD OR A FACSIMILE COPY IS TO BE KEPT WITH THE VEHICLE FOR WHICH IT IS ISSUED. THIS REQUIREMENT DOES NOT APPLY WHEN THE VEHICLE IS LEFT UNATTENDED. IT NEED NOT BE DISPLAYED. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IF YOU DO NOT RECEIVE A RENEWAL NOTICE, USE THIS FORM TO PAY YOUR RENEWAL FEES OR NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE PLANNED NON-OPERATIONAL STATUS (PNO) OF A STORED VEHICLE. RENEWAL FEES MUST BE PAID ON OR BEFORE THE REGISTRATION EXPIRATION DATE OR PENALTIES WILL BE DUE PURSUANT TO CALIFORNIA VEHICLE CODE SECTIONS 9552 - 9554.

EVIDENCE OF LIABILITY INSURANCE FROM YOUR INSURANCE COMPANY MUST BE PROVIDED TO THE DEPARTMENT WITH THE PAYMENT OF RENEWAL FEES. EVIDENCE OF LIABILITY INSURANCE IS NOT REQUIRED WITH REGISTRATION RENEWAL OF OFF-HIGHWAY VEHICLES, TRAILERS, VESSELS, OR IF YOU FILE A PNO ON THE VEHICLE.

WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.

************** DO NOT DETACH - REGISTERED OWNER INFORMATION **************

STATE OF CALIFORNIA DMV DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

REGISTRATION CARD VALID FROM: 08/02/2009 TO: 08/02/2010

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|
| CHEV | 2010 | 2009 | HL | 120 | 69 | THXOFCR |

| BODY TYPE MODEL | MP | MO | VEHICLE ID NUMBER |
|---|---|---|---|
| CP | G | QX | 2G1FB1EV6A9103938 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| AUTOMOBILE | 10/12/09 | 54 | 10/12/09 | 8 | X0720325 |

PR EXP DATE: 08/02/2010

REGISTERED OWNER
OROSCO SANTIAGO CISNEROZ
1233 E FRANKLIN
PO BX 10838

EARLIMART
CA 93219

MISC#: 1013

AMOUNT PAID
$NFEE

AMOUNT DUE
$ NONE

AMOUNT RECVD
CASH :
CHCK :
CRDT :

LIENHOLDER
KINGS FCU
1415 W LACEY

HANFORD
CA 93230

H01 615 04 0000000 0013 CS H01 101209 69 THXOFCR 938