# Exhibits 104-106
# Filed Under Seal