# Exhibit 107

20E62117CA1009390N021202610783

# INSURANCE IDENTIFICATION CARD

STATE: **CALIFORNIA**

COMPANY:
**21st Century Insurance Company**

POLICY NO: **212 02 61** COMPANY NO: **12963**

EFFECTIVE DATE: **07/26/14** EXPIRATION DATE: **01/26/15**

VEHICLE IDENTIFICATION NUMBER: **1G1AD5F55A7172941** YEAR: **10**

MAKE/MODEL: **CHEVROLET COBALT LT**

INSURED:
**DAVID C PADILLA**
**FLORENTINA G PADILLA**
**1487 LLOYD THAYER CIR**
**STOCKTON, CA 95206**

AGENCY/COMPANY ISSUING CARD:
**21st CENTURY INSURANCE**
**21ST CENTURY PLAZA**
**P.O. BOX 15510**
**WILMINGTON, DE 19850-5510**

THIS POLICY MEETS MINIMUM COVERAGES REQUIRED BY LAW IN SECTION 16056.
SEE IMPORTANT NOTICE ON REVERSE SIDE

ID-CA (1/10)