# Exhibits 108-112 Filed Under Seal