# Exhibit 115

# Filed Under Seal