# Exhibit 116

Nº 5250

**MOBILE LOCK & KEY SERVICE**
1638 W. WASHINGTON BLVD., LOS ANGELES, CA 90007
Phone **(323) 730-1095**

Customer's Order No. ________ Date 02-02 19 2014

Name Esperaza Ramirez

Address 1962 S. Corning St. LA.

| SOLD BY | CASH | C. O. D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Key By Code | | |
| | Key By Impression | | |
| | Lock Repair | | |
| | Duplicates | | |
| 1 | Labor Saturno A Service | | |
| 1 | Saturno 2007 | | 200 00 |
| 1 | Switch #64496106 | | |
| | | | |
| | TAX | | 00 |
| | TOTAL | | $200 |

J. B. Rec'd by

*Thank You*