# Exhibit 117

MARTIN AUTOMOTIVE GROUP

GMC I-CAR

EPA # CAD 007873383

12101 WEST OLYMPIC BLVD., LOS ANGELES, CA 90064
(310) 820-3611 - EXT. 318 FOR APPOINTMENT - PARTS (310) 820-9726

BAR # ARD-123227

RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 00CDZWWS | WINDSHIELD WIPER SER | MI | 0.00 | 00CDZSB | SERVICE ENG. BELTS | MI | 0.00 |
| 03CDZFEA | ALIGNMENT CHECK/ADJ | MI | 0.00 | 05CDZBI | BRAKE INSPECTION | MI | 0.00 |
| 08CDZ16 | A/C EVAP SERVICE | MI | 0.00 | 02CDZ16 | A/C EVAP SERVICE | MI | 0.00 |

SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/05/13 | 496597X | 100626 | 5256 | 6997 | C | 00CDA.REMOVE | REMOVE ITEMS |
| | | | | 6576 | C | 00CDCSAIRCHECK | TIRE PRES CHECK |
| | | | | 6576 | I | 03CDZ | *SUSPENSION/STEERING |
| | | | | 6576 | W | 03CDZPS | POWER STEERING |
| | | | | 6576 | C | 93CDZYBRAKE | BRAKES YELLOW |
| | | | | 6576 | C | 93CDZRTIRE | TIRES RED |

SALESPERSON NO.

S E R V I C E

STATE REG# AB-123227

| Field | Value |
|---|---|
| VEHICLE I.D. NO. | 1G8AJ55F07Z127942 |
| YEAR/MAKE/MODEL | 07/SATURN/ION |
| PRODUCTION DATE | |
| STOCK NO. | |
| LICENSE NO. | 5YVH677 |
| R. O. NO. | 700387 |
| CUSTOMER | ESPERANZA RAMIREZ<br>1962 SO. CORNING<br>LOS ANGELES, CA 90034 |
| CUSTOMER NO. | 120449 |
| SERVICE CONTRACT | |
| DELIVERY DATE | |
| DELIVERY MILES | |
| SELLING DEALER NO. | |
| R. O. DATE | 04/13/17 |
| COLOR | SILVER/ |
| CONTRACT NO. | |
| EXPIRATION DATE | |
| EXPIRATION MILES | |
| TAG NO. | 2110 |
| TURBO | |
| M/MC | CDZZ |
| AIR COND. | |
| P.S. | |
| TRANS | |
| MILEAGE | 138,881 |
| ADVISOR NO. | 5199 |
| ADVISOR | MARLENE BOBROWSKY |
| RESIDENCE PHONE | 310-621-5760 |
| BUSINESS PHONE | |
| TIME RECEIVED | 10:31am |
| DATE/TIME PROMISED | 04/15/17 10:48am |
| PRIORITY | 4 |
| LABOR RATE | |
| APPOINTMENT | ☐ Yes ☒ No |

CELL: 310-621-5760

JOB

ORIGINAL CUSTOMER ESTIMATE: TOTAL 0.00

X ______________________________

1 **W** 08CDZ ****CHASSIS ELECTRICAL***
**PRODUCT SAFTEY RECALL 14113 REPLACE IGNITION LOCK CYLINDER AND IGNITION**

2 **W** 08CDZ2 ****CHASSIS ELECTRICAL***
**PRODUCT SAFTEY RECALL 14063 IGNITION SWITCH REPLACEMENT**

3 **C** 00CDA.REMOVE ***REMOVE ITEMS***
**Please remove all personal valuables from vehicle as MARTIN AUTOMOTIVE GROUP will not be responsible for any lost/stolen items or damage to items left in vehicle.**

.
.
.

**SIGNATURE ............................................**

4 **C** 00CDCSAIRCHECK ***TIRE PRES CHECK***
**PERFORM TIRE PRESSURE INSPECTION**
**TIRE PRESSURES MUST BE RECORDED ON CORRECTION LINE**

GQ503650 Q (11/16)

The Reynolds and Reynolds Company ERAINTWO2E

 [CONTINUED ON NEXT PAGE] 

MARTIN
AUTOMOTIVE GROUP

GMC

I-CAR

EPA # CAD 007873383

12101 WEST OLYMPIC BLVD., LOS ANGELES, CA 90064
(310) 820-3611 - EXT. 318 FOR APPOINTMENT - PARTS (310) 820-9726

BAR # ARD-123227

RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 00CDZWWS | WINDSHIELD WIPER SER | MI | 0.00 | 00CDZSB | SERVICE ENG. BELTS | MI | 0.00 |
| 03CDZFEA | ALIGNMENT CHECK/ADJ | MI | 0.00 | 05CDZBI | BRAKE INSPECTION | MI | 0.00 |
| 08CDZ16 | A/C EVAP SERVICE | MI | 0.00 | 02CDZ16 | A/C EVAP SERVICE | MI | 0.00 |

SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/05/13 | 496597X | 100626 | 5256 | 6997 | C | 00CDA.REMOVE | REMOVE ITEMS |
| | | | | 6576 | C | 00CDCSAIRCHECK | TIRE PRES CHECK |
| | | | | 6576 | I | 03CDZ | *SUSPENSION/STEERING |
| | | | | 6576 | W | 03CDZPS | POWER STEERING |
| | | | | 6576 | C | 93CDZYBRAKE | BRAKES YELLOW |
| | | | | 6576 | C | 93CDZRTIRE | TIRES RED |

SALESPERSON NO.

S E R V I C E

STATE REG# AB-123227

| Field | Value |
|---|---|
| VEHICLE I.D. NO. | 1G8AJ55F07Z127942 |
| YEAR/MAKE/MODEL | 07/SATURN/ION |
| PRODUCTION DATE | |
| STOCK NO. | |
| LICENSE NO. | 5YVH677 |
| R. O. NO. | 700387 |
| CUSTOMER NO. | 120449 |
| SERVICE CONTRACT | |
| DELIVERY DATE | |
| DELIVERY MILES | |
| SELLING DEALER NO. | |
| R. O. DATE | 04/13/17 |
| COLOR | SILVER/ |
| CONTRACT NO. | |
| EXPIRATION DATE | |
| EXPIRATION MILES | |
| TAG NO. | 2110 |
| TURBO | |
| M/MC | CDZZ |
| AIR COND. | |
| P.S. | |
| TRANS | |
| MILEAGE | 138,881 |
| ADVISOR NO. | 5199 |
| ADVISOR | MARLENE BOBROWSKY |

ESPERANZA RAMIREZ
1962 SO. CORNING
LOS ANGELES, CA 90034

RESIDENCE PHONE: 310-621-5760
BUSINESS PHONE:

TIME RECEIVED: 10:31am
DATE/TIME PROMISED: 04/15/17 10:48am
PRIORITY: 4

APPOINTMENT
☐ Yes
☒ No

LABOR RATE

CELL: 310-621-5760

JOB

5 I 00CDZ-VI ***VEHICLE INSPECTION***
**PERFORM MULTI-POINT VEHICLE INSPECTION**

GQ503650 Q (11/16)

The Reynolds and Reynolds Company ERAINTWO2E



CUSTOMER COPY

700387

ELPLNTFF00016821