# Exhibit 118

Home

Welcome back, Esperanza | Log Out

Plan Name: **NATL ACADEMY OF ARTS & SCIENCE 401K - $15,735.12** As of 09/03/2014 View A Statement

Print

Summary | My Investments | Contributions | **Loans & Withdrawals** | Account Activity | Research Investments

Because there is no loan amount available, you can not request a loan at this time.

Because the plan's minimum loan request amount exceeds the loan amount available to you, you cannot request a loan at this time.

**Retirement Goals** | Make Changes

**Retirement Age:** 65
**Target % of Current Income:** 80.00%
**Assumed Rate of Return:** 6.00%

**Account Settings** | Actions
**Model Portfolio:** --

**Loan Information** | Calculate a Loan Payoff Amount

**Outstanding Loan Balance** $4,171.32 **Estimated Available Loan Amount** $0.00

| Loan ID | Outstanding Principal Loan Balance | Expected Payment Frequency | Expected Loan Payment Amount | Maturity Date | Status | Next Expected Payment Date | Repayment Method | |
|---|---|---|---|---|---|---|---|---|
| 1 | $1,522.46 | Bi-weekly | $38.45 | 03/24/2016 | Active | 09/11/2014 | Payroll | — 4,500.00 original amount |
| 2 | $0.00 | Bi-weekly | $20.08 | 08/29/2013 | Close-Out | | Payroll | |
| 2 | $2,648.86 | Bi-weekly | $100.37 | 09/10/2015 | Active | 09/11/2014 | Payroll | — 5,000.00 original amount. |

**Withdrawal Information** | Request a Withdrawal | View Available Amounts

| Distribution Type | Request ID | Request Date | Request Amount | Distribution Status |
|---|---|---|---|---|

**There is no withdrawal history.**

[redacted]