# Exhibit 119

NATIONAL ACADEMY OF ARTS & SCIENCE
ATTENTION: ALI ARENBERG
PERSONAL & CONFIDENTIAL
3030 OLYMPIC BLVD
SANTA MONICA CA 90404

ESPERANZA RAMIREZ
PO BOX 341411
LOS ANGELES CA 90034-9411

## How has my account changed?

| | This Period 1/1/11 - 3/31/11 | Year-to-Date 1/1/11 - 3/31/11 |
|---|---|---|
| Beginning Balance | $9,696.52 | $9,696.52 |
| Contributions | 320.88 | 320.88 |
| Loan Payments | 0.00 | 0.00 |
| Withdrawals | -4,500.00 | -4,500.00 |
| Fees | 0.00 | 0.00 |
| Exchange/Other | 0.00 | 0.00 |
| Dividends/Capital Gains/Other Earnings | 23.15 | 23.15 |
| Change in Value | 188.85 | 188.85 |
| Ending Balance | $5,729.40 | $5,729.40 |
| **Total Vested Balance on 3/31/11** | | **$4,926.39** |
| Outstanding Loan Balance | | $4,500.00 |

Your total account balance equals your ending balance plus your outstanding loan balance shown above.

**What is my personal performance?**

| | |
|---|---|
| Quarter-to-Date | 2.11% |
| Year-to-Date | 2.11% |
| 1 Year | 6.87% |
| 3 Year | 4.37% |
| 5 Year | N/A |

Return date as of 3/31/11

Are you retirement ready? Or do you need to increase your contributions to the plan? Visit thehartford.com/retirementplans/access to find out. Use the retirement calculator to determine your goals and make sure you're saving enough to reach them.

Results represent a simplified total return. Three and five year period rates are annualized. The calculation is based on the date your account opened or transferred to the current recordkeeping system. Results are calculated at the month end prior to the date the statement is issued.

## Hypothetical account value at retirement

| | |
|---|---|
| **Hypothetical account value at retirement age:** | **$137,234.04** |
| **Hypothetical monthly retirement income:** | **$892.29** |

**This illustration is hypothetical in nature and is not a projection of future values of your account.** Nor does it represent a guarantee of a stated or projected income. Your account balance will continue to be subject to fees, gains and/or losses experienced as a result of its investments before, at and after retirement. Please note that the hypothetical does not include any other assets, investments, or income you may have. Your final account balance and income at retirement will be different, based on your actual contributions, rate of return, deductions for any applicable fees/expenses/adjustments and retirement date. Assumptions: You retire at age 67 and receive monthly distributions until age 85. Contributions made over the last 12 months continue annually until age 67. The projections reflect contributions recorded on this recordkeeper's system. Your account grows at an assumed pre-retirement annual interest rate of 6%, and a post retirement annual interest rate of 4% both compounded monthly, without regard to actual fees and expenses. The balance used for your projection was your entire account balance as of the month end date that falls on or immediately precedes the Run Date.

**What is my account value?**
**$5,729.40**
as of 3/31/11

NATL ACADEMY OF ARTS & SCIENCE 401K
**Plan Number:** 660500130
**Date of Hire:** 12/5/2005

## Where can I go for help?

**Your Financial Professional**
STEVE APPLEBAUM
UBS Financial Services Inc

stephen.applebaum@ubs.com

**thehartford.com/retirementplans/access**
Online account access and transactions are available anytime through Retirement Access.

**1-800-854-0647**
Retirement Plan Information Line offers automated information/transactions & customer service.

**Did you know...**
Please be aware that we are scheduled to perform a system update starting Wednesday, May 25, 2011 at 4:00 PM ET. During this system update, the automated phone system and website will be available; however, you will not be able to process financial transactions. We anticipate the system update to be complete starting at 4:00 PM ET, Friday, May 27, 2011.

541410

THE HARTFORD

RSI..*52100*.0898415010.57405.57405.TRCMFS02.PRTH0888888888660500130.00000003280000000001