# Exhibit 121

# IMPORTANT SAFETY RECALL

May 2014

William L. Rukeyser
805 Oak Ave.
Davis, CA 95616-3630

Dear William L. Rukeyser:

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that one or more defects as described below which relate to motor vehicle safety exists in certain 2008-2010 model year (MY) Chevrolet Cobalt, 2008-2011 MY Chevrolet HHR, 2008-2010 MY Pontiac Solstice, 2008-2010 MY Pontiac G5, and 2008-2010 MY Saturn Sky vehicles. As a result, GM is conducting a recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

## IMPORTANT

- This notice applies to your 2008 model year Chevrolet Cobalt, **VIN 1G1AK58F587257638**.
- Parts needed for the recall repairs are becoming available for dealers to order. Please contact your GM dealer to schedule an appointment to have the recall repairs performed on your vehicle.
- **Until the recall repairs have been performed, it is very important that you remove all items from your key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring. Also, when exiting your vehicle, always make sure your vehicle is in "Park", or in the case of a manual transmission, put the transmission into reverse gear. Always set the parking brake.**
- The recall repairs will be performed for you at **no charge**.

**Why is your vehicle being recalled?**

GM records indicate a defective Ignition & Start Switch or a kit containing a defective Ignition & Start Switch may have been installed in some 2008-2010 MY Chevrolet Cobalt, 2008-2011 MY Chevrolet HHR, 2008-2010 MY Pontiac Solstice, 2008-2010 MY Pontiac G5, and 2008-2010 MY Saturn Sky vehicles.

If your vehicle has the defective Ignition & Start Switch, there is a risk, under certain conditions, that your ignition switch may move out of the "run" position, resulting in a partial loss of electrical power and turning off the engine. This risk increases if your key ring is carrying added weight (such as more keys or the key fob) or your vehicle experiences rough road conditions or other jarring or impact related events. If the ignition switch is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury or fatality.

GM

Some of these vehicles may also have a condition in which the ignition key may be removed when the ignition is not in the "Off" position. If the ignition key is removed when the ignition is not in the "Off" position, unintended vehicle motion may occur: (a) for an automatic transmission, if the transmission is not in "Park"; or (b) for a manual transmission, if the parking brake is not engaged and the transmission is not in reverse gear. This could result in a vehicle crash and occupant or pedestrian injuries.

**Until the recall repairs have been performed, it is very important that you remove all items from your key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from your key ring. Also, when exiting your vehicle, always make sure your vehicle is in "Park", or in the case of a manual transmission, put the transmission into reverse gear. Always set the parking brake.**

**What will we do?**

Whether or not your ignition switch has been previously serviced, GM will replace the ignition switch on your vehicle. This measure is being taken in an abundance of caution, to make sure all defective ignition switches have been removed from all vehicles.

Your GM dealer will replace the ignition switch on your vehicle whether it is the original switch or a replacement. For vehicles that have not previously had an ignition cylinder replacement under warranty, dealers will replace the ignition cylinder. Dealers will also cut and if necessary re-learn two ignition keys for each vehicle. This service will be performed for you at **no charge**. Because of scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 90 minutes.

If required, your GM dealer will provide you with some form of courtesy transportation at no charge while your vehicle is at the dealership for this repair.

**What should you do?**

You should contact your GM dealer to arrange a service appointment as soon as possible. As part of the repairs to your vehicle, your GM dealer will provide you with two new keys with a round hole (rather than a slot) on new 13mm (1/2") key rings. These components are specifically designed to work together for your safety. Please provide to your dealer all of your current slotted keys.

**Until the recall repairs have been performed, it is very important that you remove all items from your key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from your key ring. Also, when exiting your vehicle, always make sure your vehicle is in "Park", or in the case of a manual transmission, put the transmission into reverse gear. Always set the parking brake.**

**After the repairs, only use the new round hole keys and rings that have been provided to you by your dealer. Destroy any old slotted keys you still have that have not been turned into your GM dealer. Your GM dealer will provide replacement keys for your vehicle free of charge for the life of the vehicle. If you obtain an ignition key**

**elsewhere, always use a key of the exact same design as the repair key, including the shape and size and with only a round key hole.**

**Did you already pay for this repair?**

**Even though you may have already had the ignition switch replaced, you will still need to take your vehicle to your dealer to have the switch replaced.** If you have paid to have your vehicle's ignition switch or ignition cylinder replaced, please complete the enclosed reimbursement form and present it to your dealer with all required documents. Working with your dealer will expedite your request, however, if this is not convenient, you may mail the completed reimbursement form and all required documents to Reimbursement Department, PO Box 33170, Detroit, MI 48232-5170. The completed reimbursement form and required documents must be presented to your dealer or received by the Reimbursement Department by June 30, 2015, unless state law specifies a longer reimbursement period.

**Do you have questions?**

If you have questions or concerns that your dealer is unable to resolve, please contact the Chevrolet Customer Assistance Center at 1.800.222.1020 (TTY 1.800.833.2438).

If after contacting your dealer and the Customer Assistance Center, you are still not satisfied we have done our best to remedy this condition without charge and within a reasonable time, you may wish to write the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC 20590, or call the toll-free Vehicle Safety Hotline at 1.888.327.4236 (TTY 1.800.424.9153), or go to http://www.safercar.gov. The National Highway Traffic Safety Administration Campaign ID Numbers for these recalls are 14V047 and 14V171.

Federal regulation requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

For additional information regarding this recall, please go to www.gmignitionupdate.com.

Jim Moloney
General Director – Customer & Relationship Services

Enclosure
GM Recall Bulletin Numbers: 14092 and 14113 or 14133