# Exhibits 122-134
# Filed Under Seal