# Exhibit 135

Chris Auffenberg
FARMINGTON MO

Valley Creek Dr. P.O.Box 788
Farmington, MO 63640
(573) 756-5776

**Supplies and Misc charges:** A standard charge is included for supplies and/or hazardous waste disposal (if applicable) used on your vehicle. Supply items are: Nuts, Bolts, Washers, Tape, Pins, Aero Spray, Shellac, Solvent, Rags, Carburetor Cleaner, Towels, Solder, Battery Cleaner, Wire, Window Sealer, etc.
**To our customers:** we have found that it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. To do so would considerably add to our cost and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be a percentage of the total labor charge, plus a surcharge included on all invoices where repairs involve the generation of hazardous waste and its liability, up to a maximum of $24.98. This will be shown in the lower right corner of repair order. Experience has shown that our charge covers the lowest minimum of these items resulting in savings to our customers.
The environment we all live in is important to Chris Auffenberg Chevrolet Buick GMC. This dealership intends to contribute in anyway it can to help keep our air, land and water clean and pure. Due to State and Federal environmental regulations and the long term liability regarding hazardous waste processing, R-12 refrigerant recover recycling, etc. The Environmental Protection Agency considers the following items as hazardous waste and requires specialized handling for them. These items include (but not limited to) the following: engine oil, transmission oil, differential fluid, brake fluid, cleaning solvents, paint, paint thinner, R-12 refrigerant, anti-freeze, etc. Thank you for helping Chris Auffenberg Chevrolet Buick GMC in our effort to protect one of our most precious resources, our environment.

If diagnostic tests are required a charge equal to the labor time incurred will be added to the repair bill.
I give my power of attorney to the seller for the purpose of endorsing any insurance checks and second party checks to pay for the repairs below. All deductibles must be paid upon delivery of the vehicle by cash, Mastercard, Visa, American Express, Discover or cashier's check.

28056AKE

, AKERS
3069 SEABOURNE
BELGRADE MO 63622

| VEHICLE IDENTIFICATION | MILEAGE OUT | DATE OUT | INVOICE NO. |
|---|---|---|---|
| 3GNCA23BX9S540309 | 123732 | 01/13/14 | 28056 |

| YEAR | MAKE | MODEL | COLOR | TAG NO. |
|---|---|---|---|---|
| 09 | CHEVROLET | HHR | SILV ICE M | 00000 |

| CUST.NO. | LICENSE | HOME PHONE | WORK PHONE | STOCK NO. | PROD.DATE | SERV.ADV. | TERMS |
|---|---|---|---|---|---|---|---|
| 22674 | | 573-766-1405 | - - | 2154 | 00/00/00 | 302 | CASH |

| CUST.LABOR RATE | DELIV.DATE | DELIV.MILES | MILEAGE IN | DATE IN | IN-SERV DATE | |
|---|---|---|---|---|---|---|
| | 09/30/09 | 125 | 123732 | 01/13/14 | 00/00/00 | 2.2L L4 MPI DOHC 16V |

WE OFFER A *FREE SHUTTLE SERVICE WITHIN A 10 MILE RADIUS*
OIL CHANGE SPECIAL IS $33.95 + MISC CHARGE AND SALES TAX
*UP TO 5 QUARTS OIL, EXL DIESEL* INC 27 POINT INSPECTION

WE APPRECIATE THE OPPORTUNITY TO SERVICE YOUR VEHICLE.
AS A GOODWRENCH DEALER, PARTS MARKED WITH (*) INDICATE A
LIFETIME GUARANTEE,APPLIES ON CUSTOMER PAY REPAIRS ONLY.

LINE OP.CODE FAIL-CD TECH. HOURS/QTY TYPE AMOUNT

A
Com STEERING CUSTOMER STATES POWER STEERING LIGHT COMES ON, LOOSES POWER STEERING
Cau C0475 STORED IN HISTORY. SI STATES TO REPLACED P/S MOTOR. AFTER REPLACEMENT IF CODE RESETS TO REPLACED COLUMN.
Cor REPLACED POWER STEERING MOTOR AND RETEST-OK
09 A16 C 150.66
19257875 MOTOR KIT 1 C 128.46
Line Total..... 279.12

B
Com ELECTRICAL CUSTOMER STATES SHIFTER LIGHTS INOP AT TIMES
Cau CHECKED SYSTEM
Cor OPERATINGNORMALLY AT THIS TIME. HEADLAMPS MUST BE ON FOR LIGHTS TO WORK.
23 A16
Line Total.....

C
Com ELECTRICAL CUSTOMER STATES PASSENGER HIGH BEAM HEADLAMP INOP
Cau BULB BLOWN
Cor REPLACED RIGHT HIGH BEAM HEADLAMP BULB
23 A16 C 20.00
15203303 BULB 1 C 32.98
Line Total..... 52.98

CUSTOMER COPY - PAGE 01

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

5737661405 p.5