# Exhibits 136-139
# Filed Under Seal