# Exhibit 140

63 314 638 1600 (636-392-2450)

# BUYER'S ORDER

**Dealer/Seller Name and Address**
South County Auto Center
5745 Westwood Dr
Weldon Spring, MO 63304

(636) 300-4242

**Buyer/Co-Buyer Name(s) and Address(es)**
Cindy F. Hawkins and Scott A Hawkins
1581 Kenmon Court
Pevely, MO 63070

(636) 633-0716

Stock No. J2066A
Contract No. 523
Salesperson J Ruane

Date 7/23/2013
App No.

## Vehicle Information

☐ New ☒ Used ☐ Demo
Year 2010
Make Chevrolet
Model Cobalt
Body Style Sedan
VIN 1G1AF5F5XA7218189
Other
Lic. No.
Odometer Reading 52334
Color Red

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

## Trade-In Information

**Trade-in 1**
Year
Make
Model
Body Style
VIN
Lienholder Name
Address
Lic. No.
Odometer Reading
Color
Phone
Payoff good through
Approved
Payoff N/A

**Trade-in 2**
Year
Make
Model
Body Style
VIN
Lienholder Name
Address
Lic. No.
Odometer Reading
Color
Phone
Payoff good through
Approved
Payoff N/A

## Itemization of Sale

| | |
|---|---|
| 1. Vehicle Sales Price | $ 12920.00 |
| 2. Sales Tax | $ N/A |
| 3. Subtotal (Add lines 1 + 2) | $ 12920.00 |
| Title, License & Other Fees | |
| 4. Administrative Fee | $ 199.00 |
| 5. License | $ N/A |
| 6. Registration | $ N/A |
| 7. Title | $ N/A |
| 8. Filing | $ N/A |
| 9. Other | $ N/A |
| 10. Lender Processing | $ N/A |
| 11. | $ N/A |
| 12. | $ N/A |
| 13. | $ N/A |
| 14. | $ N/A |
| 15. Total Other Fees (Add lines 4 through 14) | $ 199.00 |
| Additional Products | |
| 16. ASC Warranty | $ 880.00 |
| 17. | $ N/A |
| 18. | $ N/A |
| 19. | $ N/A |
| 20. | $ N/A |
| 21. | $ N/A |
| 22. | $ N/A |
| 23. | $ 880.00 |
| 24. Total Products (Add lines 16 through 23) | $ 13999.00 |
| 25. Cash Sale Price (Add lines 3 + 15 + 24) | $ N/A |
| 26. Trade-in Allowance | $ N/A |
| 27. Less Payoff | $ N/A |
| 28. Net Trade Allowance (Line 26-27) | $ N/A |
| 29. Cash Down Payment | $ N/A |
| 30. Deferred Down Payment | $ N/A |
| 31. Total Down Payment (Line 28 + 29 + 30) | $ 13999.00 |
| 32. Total Balance Due (Line 25-31) | |

**AN ADMINISTRATIVE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE. THIS NOTICE IS REQUIRED BY LAW.**



1200

1078
11