# Exhibit 141

Jim Trenary Chevrolet Inc.
501 Auto Mall Drive
O'Fallon, MO 63368
Phone: (636) 946-6300
Fax: (636) 949-8015
www.jimtrenary.com

JIM TRENARY AUTOMOTIVE GROUP

**INVOICE ORIGINAL**
**Work Order**
**#162410**
**April 07, 2014**
**Svc.Adv Davis, Kevin M**
**Cust.Ph. (636) 633-0716**
**Tag# 723**


08/29/2014 13:17:59

To: **Cynthia Hawkins**
**1581 Kenmon Ct**
**Pevely** **MO**
**63070**

Year: 2010 **Veh Id: 119857** Unit #:
Make: Chevrolet
Model: COBALT LT SEDAN
Color: Red
V.I.N.#: 1G1AF5F5XA7218189
Date In: 04/07/2014
Out: 08/20/2014
Ext. War: - - ( mo/ ) - D: $0.00
Promised Time: 00/00/0000 00:00:00 AM

License #:
Odo. In: 68,404
Odo. Out:
**Next Service:**
In Service Date: 05/06/2010
Cases: 6
Call When Ready: No

**Case: 1** # 14092 IGNITION SWITCH REPLACEMENT -

| Quantity Description/Correction | Retail | Price | Total |
|---|---|---|---|
| 1.00 23237270 - Cylinder Kit - Warranty | $123.63 | $0.00 | $0.00 |
| | | $0.00 | $0.00 |

# 14092 IGNITION SWITCH REPLACEMENT -
*** - Tech Cause: campaign *** - Tech Comments: replaced ignition switch. - Warranty
*Completed by Tech License #:* (244) — $0.00 $0.00

*Misc* $0.00 **Labor** $0.00 **Parts** $0.00 **Prepaid Parts Amt:** $0.00 **Case Total:** $0.00

**Case: 2** 27 Point Inspection (Includes a free 27 point insp,free fluid top off, tire air pressure check and free exterior car wash)

| Quantity Description/Correction | Price | Total |
|---|---|---|
| | $0.00 | $0.00 |

27 Point Inspection (Includes a free 27 point insp,free fluid top off, tire air pressure check and free exterior car wash) *** - Tech Cause: multi point insp *** - Tech Comments: recommend 4 tires. p205 50r17. four wheel align. - Internal
Completed by Tech License #: (244) — $0.00 $0.00

*Misc* $0.00 **Labor** $0.00 **Parts** $0.00 **Prepaid Parts Amt:** $0.00 **Case Total:** $0.00

**Case: 3** 1 Day Warranty Rental

| Quantity Description/Correction | Price | Total |
|---|---|---|
| | $0.00 | $0.00 |
| 1 Day Warranty Rental - Warranty | | |
| Completed by Tech License #: (244) | $0.00 | $0.00 |
| 164210 - rental car - Warranty | $0.00 | $0.00 |
| 162410A - rental car - Warranty | $0.00 | $0.00 |

*Misc* $0.00 **Labor** $0.00 **Parts** $0.00 **Prepaid Parts Amt:** $0.00 **Case Total:** $0.00