# Exhibits 142-148
# Filed Under Seal