# Exhibits 150-153
# Filed Under Seal