# Exhibit 154

CUSTOMER #: 3142988563 GMPP

558534

*INVOICE*

PAGE 2

CHEVROLET WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:N/A
BUS: CELL:314-954-4480

SERVICE ADVISOR: 550 MIKE MANSFIELD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 51126/51126 | T4077 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | WAIT 06DEC12 | | 0.00 | CASH | 07DEC12 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 15:06 06DEC12 | 15:49 07DEC12 | DLR:NSD ENG:3.5_Liter 1)GMPP 60/54 $200DED 2)EXP6.30.2016 87230MI |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

GMPP MG 60/54 $200.00
DEDUCTIBLE

****************************************
Thank you for selecting Weber Chevrolet
for your service needs...
Unique and Collectible items @
www.weberchevrolet.com
Your Weber Service Team
****************************************

Warrenty# 20275844 2A

PAID

DEC 07 2012

BY: [signature]

GM Goodwrench Service Plus

Thank You!

DISCLAIMER OF WARRANTIES

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. Experience has shown that our average charge covers the barest minimum of these items resulting in a saving to our customers. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 176.86 |
| PARTS AMOUNT | 100.64 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 277.50 |
| LESS | 85.22 |
| SALES TAX | 7.72 |
| PLEASE PAY THIS AMOUNT | 200.00 |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

CUSTOMER COPY

CUSTOMER #: 3142988563

558534

*INVOICE*

CHEVROLET WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:N/A
BUS: CELL:314-954-4480

PAGE 1

SERVICE ADVISOR: 550 MIKE MANSFIELD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 51126/51126 | T4077 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | WAIT 06DEC12 | | 0.00 | CASH | 07DEC12 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 15:06 06DEC12 | 15:49 07DEC12 | DLR:NSD ENG:3.5_Liter 1)GMPP 60/54 $200DED 2)EXP6.30.2016 87230MI |

```
LINE OPCODE TECH TYPE HOURS                         LIST       NET      TOTAL
A OWNER REPORTS WAS TOLD HAS OIL LEAKING--WAS TOLD OIL FILTER HOUSING
      AREA CK ENGINE AREA
CAUSE: CC=0327 FC=4061
     N4585 SENSOR, ENGINE OIL PRESSURE - REPLACE
             478   CPC                                         37.90     37.90
         1 12621649 SENSOR                          23.88      23.88     23.88
     N4585 DIAGNOSTIC TIME
             478   CPC                                         37.90     37.90
PARTS:      23.88  LABOR:     75.80  OTHER:       0.00  TOTAL LINE A:    99.68

 51126 VERIFIED CONCERN. FOUND ENGINE OIL LEAKING AT ENGINE OIL
 PRESSURE SWITCH. REPLACED SWITCH AND VERIFIED CONCERN RESOLVED.
             ****************************************************
B OWNER REPORTS HAS OIL LEAKING TRANSMISSION AREA
CAUSE: CC=0344 FC=4061
     K5397 TRANSMISSION FLUID AUXILIARY COOLER INLET
          PIPE REPLACEMENT
             478   CPC                                        101.06    101.06
         1 15264590 HOSE                            36.52      36.52     36.52
         1 15264597 HOSE                            40.24      40.24     40.24
PARTS:      76.76  LABOR:    101.06  OTHER:       0.00  TOTAL LINE B:   177.82

 51126 VERIFIED CONCERN. FOUND BOTH TRANSMISSION COOLER LINES
 LEAKING. REPLACED BOTH TRANSMISSION COOLER LINES. CLEANED OFF
 UNDERNEATH VEHICLE AND VERIFIED LEAK REPAIRED.
             ****************************************************
C HAS GMPP $200DED ADVISE IF GOING TO TAKE OVER 2HRS FOR RENTAL
     106 LIGHT LINE
             999    CC                                          0.00      0.00
PARTS:       0.00  LABOR:      0.00  OTHER:       0.00  TOTAL LINE C:     0.00

             ****************************************************
```

GM Goodwrench Service Plus

*Thank You!*

**DISCLAIMER OF WARRANTIES**

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. Experience has shown that our average charge covers the barest minimum of these items resulting in a saving to our customers. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

**CUSTOMER COPY**