# Exhibit 155

CUSTOMER #: 3142988563 GMPP

585699

*INVOICE*

CHEVROLET WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:314-298-8563
BUS: CELL:314-954-4480

PAGE 1

SERVICE ADVISOR: 920 KENNETH B WHITEHEAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 62844/62844 | T1512 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | WAIT 04DEC13 | | 0.00 | CASH | 04DEC13 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 15:23 04DEC13 | 16:29 04DEC13 | DLR:NSD ENG:3.5 Liter 1)GMPP 60/54 $200DED 2)EXP6.30.2016 87230MI |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER STATES WAS TOLD BOTH FRONT HUB BEARING ARE BAD
CAUSE: CC=0144 FC=3025
8030921 FRONT WHEEL BEARING AND HUB REPLACEMENT - BOTH SIDES
379 CPC 194.22 194.22
2 88964168 W-(S)HUB 330.57 330.57 661.14
PARTS: 661.14 LABOR: 194.22 OTHER: 0.00 TOTAL LINE A: 855.36
62844 REPLACED BOTH FRONT HUB BEARINGS.
**************************************************

GMPP MG 60/54 $200.00
DEDUCTIBLE

*******************************************
Thank you for selecting Weber Chevrolet
for your service needs...
Unique and Collectible items @
www.weberchevrolet.com
Your Weber Service Team
*******************************************

PAID
DEC 04 2013
BY: V18a

GM Goodwrench Service Plus

Thank You!

**DISCLAIMER OF WARRANTIES**

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. Experience has shown that our average charge covers the barest minimum of these items resulting in a saving to our customers. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 194.22 |
| PARTS AMOUNT | 661.14 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 855.36 |
| LESS | 707.35 |
| SALES TAX | 51.99 |
| PLEASE PAY THIS AMOUNT | 200.00 |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

CUSTOMER COPY