# Exhibit 156

CUSTOMER #: 3142988563 606002

WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:314-298-8563
BUS: CELL:314-954-4480

*INVOICE*

PAGE 1

SERVICE ADVISOR: 920 KENNETH B WHITEHEAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 74485/74485 | T1419 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | 17:30 09SEP14 | | | CASH | 09SEP14 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:44 08SEP14 | 16:13 09SEP14 | DLR:NSD ENG:[illegible] $200DED 2)EXP6.30.2016 87230MI |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES CLICKING NOISE RIGHT SIDE OF DASH
CAUSE: CC=0726 FC=4063
4431420 AIR INLET VALVE ACTUATOR REPLACEMENT
15 CFC 146.95 146.95
1 22754988 (S)ACTUATOR 51.40 46.26 46.26
PARTS: 46.26 LABOR: 146.95 OTHER: 0.00 TOTAL LINE A: 193.21
74485 faulty actuator found noisy fresh air door actuator replaced
and recalibrated all actuators
**************************************************

B COURTESY 27 POINT INSPECTION WITH TIRE TREAD AND BRAKE THICKNESS
RESULTS
CAUSE: PERFORM GM MULTI-POINT INSPECTION
27P COURTESY 27 POINT INSPECTION WITH TIRE TREAD
AND BRAKE THICKNESS RESULTS
15 INT (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00
**************************************************

C** ALTERNATE TRANSPORTATION PROVIDED TO CUSTOMER
CDRAC ALTERNATE TRANSPORTATION PROVIDED TO
CUSTOMER
999 CC 0.00 0.00
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00
**************************************************

GMPP MG 60/54 $200.00
DEDUCTIBLE REPAIRS LESS THAN
DEDUCTIBLE

PAID
SEP 10 2014
BY: V [signature]

****************************************
Thank you for selecting Weber Chevrolet
for your service needs..
Unique and Collectible items @
www.weberchevrolet.com
Your Weber Service Team
****************************************

GM Goodwrench Service Plus

Thank You!

**DISCLAIMER OF WARRANTIES**

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 146.95 |
| PARTS AMOUNT | 46.26 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 193.21 |
| LESS | 0.00 |
| SALES TAX | 3.64 |
| PLEASE PAY THIS AMOUNT | 196.85 |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

CUSTOMER COPY