# Exhibit 157

CUSTOMER #: 3142988563

631455

*INVOICE*

PAGE 1

CHEVROLET WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:314-298-8563
BUS: CELL:314-954-4480

SERVICE ADVISOR: 550 MIKE MANSFIELD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 85467/85467 | T4407 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | WAIT 22JUL15 | | | CASH | 22JUL15 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:42 22JUL15 | 11:46 22JUL15 | DLR:NSD ENG:3.5_Liter 1)GMPP 60/54 $200DED 2)EXP6.30.2016 87230MI |

```
LINE OPCODE TECH TYPE HOURS                                  LIST      NET     TOTAL
A COURTESY 27 POINT INSPECTION WITH TIRE TREAD AND BRAKE THICKNESS
        RESULTS
CAUSE: PERFORM GM MULTI-POINT INSPECTION
     27P COURTESY 27 POINT INSPECTION WITH TIRE TREAD
         AND BRAKE THICKNESS RESULTS
            280  INT                                                       (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:         0.00
 85467 NEEDS WIPER BLADES , TRANSMISSION AMD INDUCTION
            ***************************************************
B CERTIFIED SERVICE - OIL CHANGE WITH FILTER, FOUR TIRE ROTATION - 27
        POINT INSPECTION WITH RESULT SHEET - SPECIAL
     1014 PERFORMED PROFESSIONAL LUBE,OIL,FILTER
         SERVICE INCLUDING 27 POINT VEHICLE
         INSPECTION
            280  CCS                                              25.77     25.77
        1 19210285 (S)FILTER                            8.56       5.50      5.50
        4 12345615 OIL 5W30B                            2.23       2.17      8.68
     9 Tire Rotation and Inspection of Tires. Retorque
         all lug nuts to Factory Specs. Does NOT
         apply to Speciality Vehicles ( Corvette,
         Camaro, D
            280  INT                                                       (N/C)
PARTS:     14.18  LABOR:     25.77  OTHER:      0.00  TOTAL LINE B:        39.95
 85467 LOF , RESET OIL LIGHT , NEW W/SHIELD TAG, FOUR TIRE ROTATION
 TPMS RESET
            ***************************************************
C CK OVER FOR A LONG TRIP
     106 LIGHT LINE
            280  CC                                                0.00      0.00
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE C:         0.00
            ***************************************************
```

GM Goodwrench Service Plus

Thank You!

DISCLAIMER OF WARRANTIES

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER COPY

CUSTOMER #: 3142988563

631455

*INVOICE*

PAGE 2

RONALD ROBINSON
CARDELIA ROBINSON
14 DEPAUL HILLS CT
BRIDGETON, MO 63044-3523
HOME:314-298-8563 CONT:314-298-8563
BUS: CELL:314-954-4480

CHEVROLET WEBER
MISSOURI'S LARGEST CHEVROLET DEALER
12015 OLIVE BLVD.
AT INTERSTATE 270
P.O. BOX 419009
ST. LOUIS, MISSOURI 63141-9009
(314) 567-3300

SERVICE ADVISOR: 550 MIKE MANSFIELD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 10 | CHEVROLET IMPALA | 2G1WB5EK2A1227720 | | 85467/85467 | T4407 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30MAR10 DD | | | WAIT 22JUL15 | | | CASH | 22JUL15 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:42 22JUL15 | 11:46 22JUL15 | DLR:NSD ENG:3.5 Liter 1)GMPP 60/54 $200DED 2)EXP6.30.2016 87230MI |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

*******************************************
Thank you for selecting Weber Chevrolet
for your service needs...
Unique and Collectible items @
www.weberchevrolet.com
Your Weber Service Team
*******************************************

PAID

JUL 22 2015

BY: V/8a

GM Goodwrench Service Plus

Thank You!

DISCLAIMER OF WARRANTIES

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

To our customers: We have found it is not practical to itemize the many miscellaneous supplies and materials used on each repair job. to do so would considerably add to our costs and labor charges. A standard charge for supplies and materials is made on each repair order. The amount of this charge will be 5% of the total labor charge, up to a maximum of $25.00. This will be shown in the totals section of this invoice. A description of some of the materials used in the repair of your vehicle is listed at the bottom of this invoice.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 25.77 |
| PARTS AMOUNT | 14.18 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 39.95 |
| LESS | 0.00 |
| SALES TAX | 1.11 |
| PLEASE PAY THIS AMOUNT | 41.06 |

MISCELLANEOUS SUPPLIES AND MATERIAL: A charge is included for materials and/or hazardous waste disposal (if applicable) used on your vehicle. Material items are: Nuts, bolts, washers, tape, pins, aerospray, shellac, solvent, rags, carburetor cleaner, towels, solder, battery cleaner, wire, window sealer, etc.

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER COPY