# Exhibit 158

# Filed Under Seal