# Exhibit 160

CHASE

59049 102128

## RETAIL INSTALLMENT CONTRACT

Date 05/14/2013

| Buyer (and Co-Buyer) Name(s) and Address(es) (Include County and Zip Code) | Seller (Creditor) Name and Business Address |
|---|---|
| CARISA STEFANO<br>2552 GOLDEN GATE<br>IMPERIAL MO<br>JEFFERSON<br>63052<br><br>MARIO STEFANO<br>2552 GOLDEN GATE<br>IMPERIAL MO<br>JEFFERSON<br>63052 | SINCLAIR BUICK GMC TRUCK INC<br>5655 S. LINDBERGH BLVD<br>ST. LOUIS, MO 63123 |

**WHO IS BOUND:** You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing below, you choose to buy the vehicle on credit under the terms on the front and back of this Contract and are individually liable for any amount due. In this Contract, "we," "us," and "our" mean the Seller named above and, after assignment and acceptance, the Seller's assignee, JPMorgan Chase Bank, N.A., acting on its own or as agent for an affiliated entity (and any subsequent assignee).

**DESCRIPTION OF VEHICLE:** You agree to buy and we agree to sell the following vehicle:

| New, Used or Demo | Year | Weight (lbs.) | Make and Model | Body Type | Vehicle Identification No. | Key No. | Use for Which Purchased |
|---|---|---|---|---|---|---|---|
| USED | 2011 | N/A | CHEVROLET CAMARO | C | 2G1FC1ED4B9157888 | | XX personal<br>__ business<br>__ agricultural<br>__ ____ |

If truck – Describe body, gross vehicle weight and major items of equipment sold:

**NOTICE TO BUYERS OF USED OR DEMONSTRATION VEHICLES:** The information you see on the window form for this vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

FEDERAL TRUTH-IN-LENDING DISCLOSURES

| **ANNUAL PERCENTAGE RATE** | **FINANCE CHARGE** | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ 0.00 |
| 5.89 % | $ 4988.22 | $ 25941.54 | $ 30929.76 | $ 30929.76 |

**PAYMENT SCHEDULE:** Your payment schedule will be 72 monthly payments of $ 429.58 each, due on the same day of each month starting on 06/28/2013.
**PREPAYMENT:** If you pay off this Contract early, you will not have to pay a penalty.
**SECURITY:** You are giving us a security interest in the motor vehicle being purchased.
**LATE FEE:** If a payment is more than 15 days late, you may be charged 5% of the full amount of the installment due, or $25.00, whichever is less, with a minimum charge of $10.00.
**OTHER TERMS:** Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require repayment in full before the scheduled maturity date.

**ITEMIZATION OF THE AMOUNT FINANCED**

1. Cash Price (including any accessories, services, and taxes): ADMIN FEE 75.00 — $ 25236.00
2. Downpayment:
   - A. Net Trade-in — $ -3.04
     Your Trade-in is a 2005 FORD F150 (Year / Make / Model)
   - B. Cash Downpayment — $ N/A
   - C. Total Downpayment (2A + B) — $ 0.00
3. Unpaid Balance of Cash Price (1 – 2C): $ 25236.00
4. Other Charges Including Amounts Paid to Others on Your Behalf:
   - A. Cost of Optional Credit Insurance for the Term(s) Specified in the "Credit Insurance" Paragraph of this Contract Paid to the Insurance Company(s) Named Below:
     Life $ N/A Disability, Accident and Health $ N/A — $ N/A**
   - B. Official Fees Paid to Government Agencies — $ N/A
   - C. Taxes Not Included in Cash Price — $ N/A
   - D. Government License and/or Registration Fees (Itemize) — $ 2.50
   - E. Government Certificate of Title Fees — $ N/A
   - F. Other Charges (Describe who will receive payment and purpose) CHASE NegEquity — $ 3.04
     to GAPWISE for Optional Gap Coverage — $ 700.00**

I request Optional Gap coverage under the terms mentioned in OPTIONAL GUARANTEED AUTO PROTECTION (GAP) COVERAGE Section on the reverse side of this Contract and for the amount shown in Section 4F. If no amount is shown and you have not received a copy of a Gap waiver or insurance policy, there is no Gap coverage.

Buyer's and Co-Buyer's Initials X [initials] X [initials]

G. Total Other Charges and Amounts Paid to Others on Your Behalf
(4A + B + C + D + E + F) $ 705.54

5. Amount Financed – Unpaid Balance (3 + 4G): $ 25941.54

** We may retain, or receive, a portion of these amounts.

**PROMISE TO PAY:** You promise to pay us the Amount Financed shown above, plus a Finance Charge determined by applying a daily rate of 1/365th of the Annual Percentage Rate shown above to the unpaid balance of the Amount Financed each day.

**PAYMENTS BEFORE OR AFTER DUE DATE:This is a simple interest Contract. This means that the amount of the Finance Charge shown above may vary depending upon when your payments are received.** If no late charge and/or returned check charge is owed, we credit each payment first to accrued Finance Charge and then to the unpaid balance of the Amount Financed. If a late charge and/or returned check charge is owed, we credit each payment first to accrued Finance Charge, then to the scheduled unpaid balance of the Amount Financed, then to unpaid late charge and/or returned check charge, and then to the unpaid balance of the Amount Financed. We compute your Finance Charge each day on the unpaid balance of the Amount Financed. The earlier you make payments before their due dates, the less Finance Charge you will owe. The later you make payments after they are due, the greater the Finance Charge. We will send you a check for any amount owed you (if it is $1.00 or more) after you make your last payment: we will advise you of any additional amount owed (if it is $1.00 or more).

**LOCATION OF VEHICLE:** The vehicle will be kept at the above address of the Buyer, unless another address is listed:

2552 GOLDEN GATE, IMPERIAL, MO 63052

(Street and Town)

**CREDIT INSURANCE: Credit life and credit disability, accident and health insurance are not required to obtain credit** and will not be provided under this Contract unless you sign for them and agree to pay the additional cost. The policies or certificates issued by the Company(s) named will describe the terms and conditions in further detail.

If you want the following insurance, sign below:

☐ Life ( ☐ Buyer ☐ Co-Buyer ☐ Both) at a premium of $ N/A for a term of N/A.

Credit life insurance will pay your debt on this Contract up to $ ______.

☐ Disability, Accident and Health (Buyer Only) at a premium of $ N/A for a term of N/A.

Credit disability, accident and health insurance will pay your debt on this Contract up to $ ______.

The name of the insurer is N/A of N/A.

Name — Home Office Address

N/A — Buyer Signature — Date

N/A — Co-Buyer Signature — Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

**PROPERTY INSURANCE:** Insurance coverage for loss or damage to the vehicle (collision, fire and theft) is required and you have the option of furnishing the required insurance either through your existing policies or you may purchase equivalent insurance coverage through anyone you wish acceptable to us. If you elect to purchase this coverage through the Seller, it will be furnished by N/A for the initial term of N/A **at a premium of** N/A **, but such charge is not included in this Contract.**

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.**

**NOTICE TO THE BUYER: DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND TO OBTAIN A PARTIAL REFUND OF THE TIME PRICE DIFFERENTIAL.**

**BY SIGNING THIS CONTRACT, YOU ACKNOWLEDGE THAT IT CONTAINS AN "AGREEMENT TO ARBITRATE DISPUTES" ON THE REVERSE SIDE, THAT YOU HAVE READ IT AND AGREE TO ITS TERMS.**

**IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.**

**You signed this Contract and received a completely filled-in copy on the date of this Contract.**

Buyer Signs [signature] Co-Buyer Signs [signature]

Seller (Creditor) Signs* SINCLAIR BUICK GMC TRUCK INC By [signature] Title F&I

**OTHER OWNERS:** An "other owner" is a person whose name is on the title to the vehicle but, unlike a buyer or co-buyer, does not have to pay the debt. The other owner grants to us a security interest in the property specified in the "Security Interest" paragraph of this Contract and consents to the security interest granted by the buyer and co-buyer, if any.

Other Owner Signs ______ Address ______

***By signing here, the Seller agrees to the terms of this Contract and assigns this Contract to Seller's assignee under the terms agreed to by Seller and Seller's assignee.**

**FORM NO. CAFR-MISSOURI Rev. 2/05** Ptg. 2/12

© 2005 JPMorgan Chase Bank, N.A.

CO-BUYER'S COPY

**OTHER IMPORTANT AGREEMENTS:**

**OWNERSHIP AND RISK OF LOSS:** You agree to pay us all you owe under this Contract even if the vehicle is damaged, destroyed or missing. You agree not to sell, transfer, or remove the vehicle from the United States for more than thirty (30) days without our written permission. You agree not to expose the vehicle to misuse or confiscation. You agree not to rent the vehicle to others or to carry passengers for hire. If we pay any repair bills, storage bills, taxes, fines, or other charges on the vehicle, you agree to repay the amount when we ask for it. You will immediately notify us of any change in your address or the address where the vehicle is regularly located. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn finance charges from the date we paid it at the Annual Percentage Rate in this Contract until payment in full.

**SECURITY INTEREST:** You are giving us a security interest in the vehicle being purchased and any accessories, equipment and replacement parts installed in the vehicle. The security interest also covers: (1) insurance premiums or other products financed in this Contract; (2) proceeds of any insurance policies on the vehicle, and (3) proceeds of any insurance policies on your life or health which are financed in this Contract. These secure payment of all amounts you owe in this Contract and in any transfer, renewal, extension or assignment of this Contract. They also secure your other agreements in this Contract. You will cause or cooperate in causing our security interest (lien) on the vehicle to be shown on the title.

**REQUIRED PHYSICAL DAMAGE INSURANCE:** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this Contract. You will make us loss payee and provide evidence of insurance.

If the vehicle is lost or damaged, you agree that we can use any insurance settlement either to repair the vehicle or to apply to your debt.

**OPTIONAL GUARANTEED AUTO PROTECTION (GAP) COVERAGE:** GAP coverage is not required to obtain credit and you may purchase it from any company you want which is authorized to sell such coverage and is acceptable to the Seller. If you elect to purchase Gap coverage under this Contract, it will be furnished by the Gap company and at the cost stated in Paragraph 4F of the Itemization of the Amount Financed located on the reverse side of this Contract. The contract issued by the Gap company will describe the terms and conditions of this coverage. To purchase Gap coverage under this Contract initial the space provided in Paragraph 4F of the Itemization of the Amount Financed located on the reverse side of this Contract. This coverage will not be provided if you do not initial in the appropriate space provided.

**INSURANCE CHARGES RETURNED TO US:** If any charge for required insurance is returned to us, it may be credited to your account or used to buy similar insurance or insurance which covers only our interest in the vehicle. Any refund on optional insurance or other products financed in this Contract, obtained by us will be credited to your account or returned to you. If insurance charges returned to us are credited to your account, they will be applied to as many of your installments as they will cover, beginning with the final installment.

**DEFAULT:** You are in default if you fail to pay any payment when due or if you break any agreement in this Contract that significantly impairs the prospect that we will be paid.

**REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE:** If you are in default, we can upon written notice to you and subject to your right to cure the default, demand that you pay all you owe on this Contract at once. If you fail to pay, you will be liable for a Finance Charge at the greater of the Annual Percentage Rate that applies to this Contract (but not to exceed the highest rate permitted by law) or the highest rate permitted by law.

**REPOSSESSION OF THE VEHICLE:** Repossession means our taking the vehicle from you. If you default, we can repossess the vehicle upon written notice to you and subject to your rights to cure the default. To take the vehicle we can enter your property, or the property where it is stored, so long as it is done peacefully and the property is not a dwelling where you then reside. If there is any personal property in the vehicle, such as clothing, we can store it for you. Any accessories, equipment or replacement parts will remain with the vehicle.

**GETTING THE VEHICLE BACK AFTER REPOSSESSION:** If we repossess the vehicle, you have the right to get it back (redeem) by paying the entire amount you owe on the Contract (not just past due payments) plus the cost of taking and storing the vehicle and other expenses that the Seller or the Assignee has had. Your right to redeem will end when the vehicle is sold.

**SALE OF THE REPOSSESSED VEHICLE:** We will send you a written notice of sale at least 10 days before selling the vehicle. If you do not redeem the vehicle by the date on the notice, we can sell it. We will use the net proceeds of the sale to pay all or part of your debt.

The net proceeds of sale will be figured this way. Any charges for taking, storing, cleaning, advertising and selling the vehicle, any attorney's reasonable fees, any court costs and any other charges permitted by law will be subtracted from the selling price.

If you owe us less than the net proceeds of sale, the difference is owed you, unless someone else has an interest in the vehicle. For example, we may be required to pay a lender who has given you a loan and also taken a security interest in the vehicle.

If you owe more than the net proceeds of sale, to the extent allowed by law you will pay us the difference between the net proceeds of sale and what you owe when we ask for it. If you do not pay this amount when asked, you may also be charged a Finance Charge at the greater of the highest lawful rate or the Annual Percentage Rate that applies to this Contract (but not to exceed the highest rate permitted by law) until you do pay all you owe to us.

**COLLECTION COSTS:** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fees of up to 15% of the then unpaid balance, plus court costs.

**RETURNED CHECK FEE:** To the extent permitted by law, you will be charged a fee of $25.00 for any check, draft, or money order submitted to us for any payment under this Contract which is returned unpaid or not honored by a bank or other depository.

**DELAY IN ENFORCING RIGHTS AND CHANGES OF THIS CONTRACT:** We can delay or refrain from enforcing any of our rights under this Contract without losing them. For example, we can extend the time for making some payments without extending others. Any change in terms of this Contract must be in writing and signed by us. No oral changes are binding. If any provision of this Contract conflicts with applicable law, it will be considered modified to comply with that law and the remaining provisions shall continue.

**WARRANTIES SELLER DISCLAIMS: Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Contract, the Seller makes no warranties, express or implied on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**RIGHT TO OFFSET:** To the extent provided by operation of law, if you are in default, we have the right to pay all or part of the amounts owed under this Contract from any deposits or funds that you have with us without telling you ahead of time.

**CREDIT REPORTING:** We may obtain a consumer credit report from one or more consumer credit reporting agencies (credit bureaus) in connection with your application and as otherwise allowed by applicable law. You agree that we may also verify your employment, income, assets and debts.

**GOVERNING LAW:** This Contract is governed by the applicable laws of the State of Missouri, to the extent that such laws are not preempted by the laws of the United States.

**ORAL AGREEMENTS: Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this Contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this Contract.**

## AGREEMENT TO ARBITRATE DISPUTES

**The following Arbitration Agreement can significantly affect your rights in any dispute with us. Please read it carefully before signing this Contract.**

1. IF EITHER OF US CHOOSES, ANY CLAIM OR DISPUTE BETWEEN US (AS DEFINED BELOW) WILL BE DECIDED BY ARBITRATION AND NOT IN COURT OR BY A JURY TRIAL.
2. IF EITHER OF US CHOOSES TO ARBITRATE, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS OR OTHER REPRESENTATIVE ON BEHALF OF OTHER PERSONS OR AS A CLASS MEMBER OR OTHER REPRESENTED PERSON ON ANY CLASS CLAIM OR OTHER REPRESENTATIVE TYPE OF CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS OR OTHER REPRESENTATIVE ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arise out of or relate to your credit application, this Contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this Contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class or other representative type of action. You expressly waive any right you may have to arbitrate a class or other representative type of action. You may choose any one of the following arbitration organizations: the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017- 4605 (www.adr.org) or the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com). The arbitration shall be conducted in accordance with this Arbitration Agreement and, unless otherwise provided for in this Agreement to Arbitrate Disputes, the rules of the arbitration organization you chose (the "Arbitration Rules"). You may get a copy of the Arbitration Rules by contacting the arbitration organization or visiting its website.

The arbitrator shall be an attorney or retired judge selected in accordance with the Arbitration Rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside. The arbitrator's decision shall be in writing and either party may appeal the arbitrator's decision through the arbitration organization you chose. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $1,500. We will also pay any additional amount of such fees that the arbitrator determines we must pay in order to make this Agreement to Arbitrate Disputes enforceable. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. The arbitrator's award shall be final and binding on all parties, except that the losing party may request a new arbitration if allowed by the Arbitration Rules. This Agreement to Arbitrate Disputes, and any arbitration conducted hereunder, shall be governed by the Federal Arbitration Act (9 U.S.C. § *et. seq.*) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek individual remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This agreement shall survive any termination, payoff or transfer of this Contract. If any part of this Agreement to Arbitrate Disputes, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable.

CAFR-MISSOURI REV. 2/05

© 2005 JPMorgan Chase Bank, N.A.