# Exhibit 161
# Filed Under Seal