# Exhibit 162

GM GlobalConnect

Michael Simms

October 26, 2016

Update My Profile
Logout

Global Warranty Management: Main > Interface With Customer > View Vehicle Transaction History Detail

INTERFACE WITH CUSTOMER

## View V ransaction History Detail

This screen allows IVH users to view the available information on individual transaction for the VIN selected.

For this vehicle:
→ View Vehicle Summary
→ Service Contract
→ Branded Title
→ Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information
→ Investigate Major Assembly History

### Vehicle Information

VIN: 2G1FC1ED4B9157888 Model: 1EH37-2011 CAMARO 2LT COUPE
Service Contract: Yes Branded Title: No Warranty Block: No PDI Status: Yes
Order Type: 70 - RETAIL - STOCK
Field Actions: 0 Open REQUEST ANOTHER VIN

**Job Card Date: 03/31/2016** **Job Card Number: 318605**

Repair Service Agent: 116527 Odometer Reading: 54,108 MI
SAPAUGH MOTORS, INC. Authorization Code:
1435 MCNUTT RD
HERCULANEUM MO 63048-1521
6369370055

Process Date:
04/04/2016
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-
Job Card Line #: 2 Transaction Adjustment: Cause Code: -
Labour Op 9100787-N140271 - Driver Seat Height Adjuster Bolt Replacement
Causal Part Number
→See other Parts and/or Net Items

**Job Card Date: 09/19/2014** **Job Card Number: 01-40055**

Repair Service Agent: 111324 Odometer Reading: 43,109 MI
JIM BUTLER CHEVROLET, INC. Authorization Code:
759 GRAVOIS BLUFFS BLVD
FENTON MO 63026-7719
6363493222

Process Date:
09/26/2014
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-
Job Card Line #: 1 Transaction Adjustment: Cause Code: -
Labour Op 9100634-N140294 - Remove Key Blades, Attach New Keys and Rings to Fobs and Learn New Keys
Causal Part Number
→See other Parts and/or Net Items

**Job Card Date: 05/17/2013** **Job Card Number: 152923**

Repair Service Agent: 118330
DAVE SINCLAIR BUICK GMC TRUCK
5655 S LINDBERGH BLVD
SAINT LOUIS MO 63123-6994
3148424200

Odometer Reading: 31,888 MI
Authorization Code:

Process Date:
06/14/2013

Transaction Type:
ZREG----Regular Vehicle Transaction

Transaction Expense Category:
Warranty

Customer Complaint Code:
0490-Exterior - Other issues

Job Card Line #: 5 Transaction Adjustment: Cause Code: 6033-Module/Component - Poor Metal Finish/Machining

Labour Op 1011520-Emblem/Nameplate Replacement
Causal Part Number 000000000022761889-EMBLEM,FRT GRL
→See other Parts and/or Net Items

---

**Job Card Date:** 08/10/2012 **Job Card Number:** 128415

Repair Service Agent: 231232
CABLE-DAHMER OF KANSAS CITY
555 W 103RD ST
KANSAS CITY MO 64114-4502
8169410555

Odometer Reading: 20,724 MI
Authorization Code:

Process Date:
08/17/2012

Transaction Type:
ZSSP----Special Sales Programs

Transaction Expense Category:
Special Sales Program

Customer Complaint Code:
-

Job Card Line #: 1 Transaction Adjustment: Cause Code: -

Labour Op Z2283-Dexos Promotion
Causal Part Number
→See other Parts and/or Net Items

---

**Job Card Date:** 10/18/2011 **Job Card Number:** 103985

Repair Service Agent: 231232
CABLE-DAHMER OF KANSAS CITY
555 W 103RD ST
KANSAS CITY MO 64114-4502
8169410555

Odometer Reading: 7,824 MI
Authorization Code:

Process Date:
10/20/2011

Transaction Type:
ZFAT----Field Action Recall

Transaction Expense Category:
Field Action Recall

Customer Complaint Code:
-

Job Card Line #: 2 Transaction Adjustment: Cause Code: -

Labour Op V2434-11160 - Reprogram BCM
Causal Part Number

**Job Card Date:** 02/28/2011 **Job Card Number:** A57888-1

Repair Service Agent: 231232
CABLE-DAHMER OF KANSAS CITY
555 W 103RD ST
KANSAS CITY MO 64114-4502
8169410555

Odometer Reading: 13 MI
Authorization Code:

Process Date:
04/07/2011
Transaction Type:
ZPDI----Pre-Delivery Inspection
Transaction Expense Category:
Pre-Delivery Inspection
Customer Complaint Code:
-

Job Card Line #: 1 Transaction Adjustment: Cause Code: -
Labour Op Z6999-PDI Related Fluid Adds
Causal Part Number
→See other Parts and/or Net Items

**Job Card Date:** 02/09/2011 **Job Card Number:** A57888

Repair Service Agent: 231232
CABLE-DAHMER OF KANSAS CITY
555 W 103RD ST
KANSAS CITY MO 64114-4502
8169410555

Odometer Reading: 1 MI
Authorization Code:

Process Date:
02/09/2011
Transaction Type:
ZPDI----Pre-Delivery Inspection
Transaction Expense Category:
Pre-Delivery Inspection
Customer Complaint Code:
-

Job Card Line #: 1 Transaction Adjustment: Cause Code: -
Labour Op Z7000-Pre-Delivery Inspection - Base Time
Causal Part Number

Global Warranty Management: Site Map
Privacy Policy | Terms of Use

© 2005 General Motors. All rights reserved.

# Repair Order Details

Mario Stefano
2552 GOLDEN GATE DR
IMPERIAL, MO 63052

11 CHEVROLET CAMARO LT
VIN: 2G1FC1ED4B9157888

RO 40055

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Serv. Adv. | HAUSMANN, KIM | | | Invoice Version | C | | |
| RO Date | 09/19/2014 | Mileage In | 43,109 | Invoice Date | 09/26/2014 | Mileage Out | 43,109 |
| Pay Method | Cash | G/L Group | 1 | Shop Charge? | N | Warr. Type | C |
| Customer Control No. | | Warr. Auth. No. | | Serv.Cont. Deduct. | $0.00 | Warr. Deduct. | $0.00 |
| Discount Coupon Amount | $0.00 | Sales Tax? | Y | Charge 1? | N | Charge 2? | N |

## Line A

**Op-Code: 9100634** **Type: Warranty** **Pay Rate:**

Complaint: Type: ZPSR - Product Safety Recall Release Date: 06/30/2014 N140294 -Remove Key Blades, Attach New Keys and Rings to Fobs and Learn New Keys Please have tech evaluate and then use F9 campaign to select the correct op.

Cause: recall

Correction: N140294 - Remove Key Blades, Attach New Keys and Rings to Fobs and Learn New Keys

| TECH | NAME | BILL. HOURS | ACT. HOURS | COST | SELL PRICE |
|---|---|---|---|---|---|
| A53 | HEATH, EDWARD | 0.5 | 0.0 | $12.93 | $63.05 |
| | | | | Labor Total | $63.05 |

| PART | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 23257735 | KEY | 1 | $59.14 | $59.14 |
| | | | Parts Total | $59.14 |
| | | | Line Total | $122.19 |

## Line B

**Op-Code: MPVI** **Type: Internal** **Pay Rate:**

Complaint: PERFORM GM CERTIFIED SERVICE MULTI-POINT INSPECTION

Correction: Performed 27 Certified Multipoint Inspection Topped Off All Fluids, Check Brakes, Check Belts, Check Belts.

| TECH | NAME | BILL. HOURS | ACT. HOURS | COST | SELL PRICE |
|---|---|---|---|---|---|
| A53 | HEATH, EDWARD | 0.0 | 0.0 | $0.00 | $0.00 |
| | | | | Labor Total | $0.00 |
| | | | | Line Total | $0.00 |

### Summary of Charges

**War/Int/SvCont Charges**

| Payable | Type | Acct No. | Cost | Amount |
|---|---|---|---|---|
| Labor | Warranty | 462 | $12.93 | $63.05 |
| Parts | Warranty | 480 | $42.24 | $59.14 |
| | | | $55.17 | $122.19 |

| Receivable | Control No. | Acct No. | Amount |
|---|---|---|---|
| Warranty | 40055 | 263 | $122.19 |
| | | | $122.19 |

**Charges for STEFANO;MARIO**

| Payable | Acct No. | Cost | Amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

| Receivable | Control No. | Acct No. | Amount |
|---|---|---|---|
| | | | $0.00 |