# Exhibit 163-164
# Filed Under Seal