# Exhibit 165

BOMMARITO WEST COUNTY
15736 Manchester Rd. • ELLISVILLE, MO 63011
Phone 636-391-7200 • 1-800-367-2289
www.bommarito.com

ORDER NOT APPLY WHEN BUYER NOTWITHSTANDING

# BUYER'S ORDER

## DEAL # 46766 CUST # 129974

...G TRUST DTD4-8-99

DATE 02/22/2010

...ESTRIDGE OAKS DR

SALESMAN NICHOLAS E. BORGER

CITY ...ER STATE MO ZIP 63040

HOME PHONE (636)458-3498 BUSINESS PHONE:

CELL PHONE: EMAIL crtinen@sbcglobal.net

I hereby agree to purchase from you under the terms and conditions specified, the following: ☒ NEW ☐ DEMO

| MAKE | YEAR | MODEL | BODY | ☐ AUTO / ☐ MANUAL | TRIM / LEVEL | DELIVERY DATE | STOCK NO. |
|---|---|---|---|---|---|---|---|
| GMC | 2010 | ACADIA | | XX | 4DR FWD | FEB 22nd 20 10 | 70040 |

| VEHICLE I.D. NO. | CYL. | COLOR EXT. | COLOR INT. | MILEAGE |
|---|---|---|---|---|
| 1GKLRKED4AJ127022 | 6 | QUICKSILV MET | LT TITAN P | 44 |

| | |
|---|---|
| MSRP | 31881.27 |
| * DEALER INSTALLED OPTIONS - NON OEM: | |

| | | |
|---|---|---|
| SALE PRICE OF VEHICLE | $ | 31881.27 |
| USED VEHICLE ALLOWANCE | $ | N/A |
| SALE PRICE TRADE DIFFERENCE | $ | 31881.27 |
| BALANCE OWED TO | $ APPROX. | N/A |
| DEPOSIT | $ | N/A |
| CASH ON DELIVERY | $ | N/A |
| REBATE CSR | | 1000.00 |
| REBATE AZT | $ | 1000.00 |
| REBATE FROM CREDIT CARD RFB3,4,5 | | 2000.00 |
| *ADMINISTRATIVE FEE | | 199.00 |
| | | |
| EXTENDED SERVICE CONTRACT | | |
| BALANCE DUE ON DELIVERY | | 28080.27 |

DESCRIPTION OF TRADE-IN

| YEAR | MAKE | MODEL | COLOR | BODY TYPE |
|---|---|---|---|---|
| VIN | | | MILEAGE | |

VEHICLE INVOICE

209493

BUICK PONTIAC GMC

Bommarito
WEST COUNTY
P.O. Box 392 15736 Manchester Rd.
ELLISVILLE, MISSOURI 63011
(636) 391-7200 • www.bommarito.com

ISUZU MAZDA INFINITI

SOLD TO: TINEN LIVING TRUST DTD4-8-99

DATE 02/22/10

ADDRESS: 16935 WESTRIDGE OAKS DR GROVER MO 63040

SALESMAN NICHOLAS E. BORGER

MILES: 44

| MAKE | MODEL | NEW OR USED | VIN | KEY NO. |
|---|---|---|---|---|
| GMC | 2010 ACADIA | NEW | 1GKLRKED4AJ127022 | |

STOCK No. 70040

| | |
|---|---|
| PRICE OF VEHICLE | 31881.2 |
| OPTIONAL EQUIP. & ACCESS. CONSUMER SERVICE | 199.( |
| SALES TAX | |
| LICENSE AND TITLE | |
| TOTAL CASH PRICE | 32080.2 |
| FINANCING | |
| INSURANCE | |
| TOTAL TIME PRICE | 32080.2 |
| SETTLEMENT REBATE TOTAL | 4000.( |
| DEPOSIT | |
| CASH ON DELIVERY | |
| TRADE-IN | |
| LESS LIEN | |
| TYPE | |
| VIN | |
| PAYMENTS 1 mths 28080.27 | |
| JOHN D. VENEZIA | 28080.2 |
| TOTAL | 32080.2 |

INSURANCE COVERAGE INCLUDES

☐ FIRE AND THEFT ☐ PUBLIC LIABILITY-AMT.
☐ COLLISION-AMT. DEDUCT. ☐ PROPERTY DAMAGE-AMT.

OPTIONAL EQUIPMENT AND ACCESSORIES

| GROUP | DESCRIPTION | PRICE |
|---|---|---|
| | CSR | 1000.00 |
| | AZT | 1000.00 |
| | AZR | 1000.00 |
| | OVERAGE | 1000.00 |
| | TOTAL: | 4000.00 |

Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with sale of parts named herein.

(636) 458-3498