# Exhibit 166-168
# Filed Under Seal