# Exhibit 169

SATURN
A Jay Wolfe Organization

925 N. Rawhide Dr.
Olathe, KS 66061
Phone: 913-829-4004
www.saturnofolathe.com

1500 South Outer Road
Blue Springs, MO 64015
Phone: 816-224-5511
www.saturnofbluesprings.com

9550 NW Prairie View Rd.
Kansas City, MO 64153
Phone: 816-587-7005
www.saturnoftiffanysprings.com

SOLD TO: PATRICE L WITHERSPOON
ADDRESS: 7217 NORTON AVE
CITY STATE: KANSAS CITY, MO 64132

**CONTRACTUAL DISCLOSURE STATEMENT:**
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

| YEAR | MAKE | NEW-USED | MODEL OR SERIES | SERIAL NUMBER | MILES |
|---|---|---|---|---|---|
| 2006 | SATURN | N | ION 2 SDN | 1G8AJ55FX6Z141670 | 25 |

**APPLIES TO NEW VEHICLES ONLY:**
**This car sold as per specifications and equipment listed on manufacturers label affixed to the window of this car on delivery, EXCEPT**

N79-
30Z

| DATE | INVOICE NO. | STOCK NO. | SOURCE |
|---|---|---|---|
| 11/07/05 | 29340 | 6 6 1 6 2 | |

SALESMAN: ENCARNACION, JOHNNY A E

| DESCRIPTION | SALE AMOUNT |
|---|---|
| SELLING [redacted] | 14,998.38 |
| ADDED VA[redacted] | 169.00 |
| PROCESSI[redacted] | 75.00 |
| WHOLESALE / USED TRUCKS RETAIL / WHOLESALE [redacted] | [redacted] |
| SLS TAX | N/A |
| TOTAL CASH PRICE | 15,242.38 |
| ANNUAL PERCENTAGE RATE 3.90 | |
| FINANCE CHARGE | 1,585.82 |
| CREDIT LIFE & A.H. INS | N/A |
| DEFERRED PAYMENT PRICE | 16,828.20 |
| DEPOSIT RECEIPT # | N/A |
| CASH RECEIPT # | N/A |
| | N/A |
| USED CAR ALLOWANCE (NET) | N/A |
| TOTAL OF PAYMENTS | 16,828.20 |
| TOTAL | 16,828.20 |
| | [redacted] |

LIENHOLDER: JP MORGAN CHASE BANK NA
PO BOX 29214
PHOENIX, AZ 850389214

I have examined said vehicle and found it to be exactly as represented as to age, model, equipment, condition, and value.
I agree that no verbal agreement, understanding, or representations, made by anyone, expressed or implied, shall be binding upon this store.
Notice to buyer: Do not sign this invoice before you read it, if it contains blank spaces. You are entitled to a copy of the invoice you sign. Buyer states that the amounts shown on this invoice were quoted to him before he agreed to the sale.
I understand that liability insurance coverage which would protect me under the Kansas Automobile Injury Reparations Act is not included in my purchase of the herein described motor vehicle.

Patrice Witherspoon
BUYER

CO-BUYER

BY

| TRADE IN | | | | TOTAL TIME PRICE TO BE PAID IN | | |
|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | SERIAL NO. | NO. OF PAYMENTS | AMOUNT OF PAYMENT | BEGINNING |
| | | | | 60 | 280.47 | 12/22/05 |
| N/A | N/A | | N/A | | MONTHLY | |
| ALLOWANCE | AMT. OWING | | NET ALLOWANCE | OWED TO | PAYMENTS TO BE MADE | |

Reynolds and Reynolds