# Exhibit 170-172
# Filed Under Seal