# Exhibit 173

MOLLE Chevrolet
Authorized Provider
SATURN
GM

411 MOCK AVENUE
BLUE SPRINGS, MO. 64014
PHONE (816) 229-8800
www.mollechevrolet.com

SERVICE 229-2980 BODY SHOP 229-2988 PARTS 229-4922

WE CARE

CELL: 816-377-3218

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 186193 | RANDY MILLER 39 | 195 | 11/18/11 | CVCS107217 |

PATRICE WITHERSPOON
2405 SW 11TH ST
LEE'S SUMMIT, MO 64081

pspoon74@att.net

RESIDENCE PHONE: 816-377-3218
BUSINESS PHONE:

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 86,537 | GREEN/ | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 06/SATURN/ION/4DR SDN 2 AT | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 G 8 A J 5 5 F X 6 Z 1 4 1 6 7 0 | | |

| FTE NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 11/18/11 |

COMMENTS:

LABOR & PARTS---------------------------------------------------

J# 1 08CVZ *STEERING TECH(S):300 WARRANTY
SPECIAL POLICY 10187-P/S MOTOR ASSIST, CUSTOMER IS
HAVING PROBLEM
RECALL
REPLACED POWER STEERING MOTOR.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
JOB # 1 1 19257875 MOTOR KIT 6.605 WARRANTY
JOB # 1 TOTAL PARTS 0.00
JOB # 1 TOTAL LABOR & PARTS 0.00

TOTALS-----------------------------------------------------------

[]CASH []CHECK []CHARGE []MC []VISA []GMPP []AMXP

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

ALL REPAIRS PARTS & LABOR ARE COVERED FOR 12 MONTHS OR 12 THOUSAND MILES WHICH EVER OCCURS FIRST, EXCLUDES ALIGNMENTS.

IF YOU RECEIVE A CUSTOMER SATISFACTION SURVEY FROM CHEVROLET PLEASE FILL IT OUT "COMPLETELY SATISFIED"
IF YOU CANNOT FILL IT OUT "COMPLETELY SATISFIED"
CONTACT MIKE BRADLEY OR GREGG SHULL WITH YOUR CONCERNS.
THANK YOU!!

MOLLE CHEVROLET(816)229-2980

CUSTOMER SIGNATURE

**NO REFUND WITHOUT THIS INVOICE**

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The Seller Molle Chevrolet, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Molle Chevrolet, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.