# Exhibit 174

MOLLE Chevrolet SATURN Authorized Provider GM

411 MOCK AVENUE
BLUE SPRINGS, MO. 64014
PHONE (816) 229-8800
www.mollechevrolet.com

SERVICE 229-2980 BODY SHOP 229-2988 PARTS 229-4922

WE CARE

CELL: 816-377-3218

| CUSTOMER NO. 186193 | ADVISOR ALFRED TERRYBERRY 94 | TAG NO. 882B | INVOICE DATE 02/06/13 | INVOICE NO. CVCS195748 |
|---|---|---|---|---|
| PATRICE WITHERSPOON<br>2405 SW 11TH ST<br>LEE'S SUMMIT, MO 64081 | LABOR RATE / LICENSE NO. | MILEAGE 110,513 | COLOR GREEN/ | STOCK NO. |
| | YEAR MAKE MODEL 06/SATURN/ION/4DR SDN 2 AT | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1G8AJ55FX6Z141670 | | SELLING DEALER NO. | PRODUCTION DATE |
| pspoon74@att.net | F.T.E. NO. | F.O. NO. | R.O. DATE 02/06/13 | |
| RESIDENCE PHONE 816-377-3218 / BUSINESS PHONE | COMMENTS | | | |

LABOR & PARTS
J# 1 18CVZ *ENGINE PERFORMANCE TECH(S):300 276.00
CAR WOULD NOT START TOW IN ADVISE
NO CRANK LIGHTS ON DASH SCAN TEST
PERFOM THEFT LEARN & SIGN SWITCH

PARTS------QTY---FP-NUMBER--------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
JOB # 1 1 10392423 SWITCH 2.188 62.05 62.05 62.05
JOB # 1 TOTAL PARTS 62.05

JOB # 1 TOTAL LABOR & PARTS 338.05

J# 2 04CVZSRVCLINIC FREE MULTIPOINT INSP TECH(S):300 0.00
PERFORM FREE SERVICE INSPECTION
PERFORMED FREE VEHICLE CHECK OVER

PARTS------QTY---FP-NUMBER--------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
JOB # 2 TOTAL PARTS 0.00

JOB # 2 TOTAL LABOR & PARTS 0.00

MISC------CODE--------DESCRIPTION--------------------------CONTROL NO---------
JOB # A AF ADMIN FEE 0.99
JOB # A A SHOP SUPPLIES 27.04
TOTAL - MISC 28.03

COMMENTS
WAITER 1-816-377-2536 DORTHY

TOTALS

[]CASH []CHECK []CHARGE []MC []VISA []GMPP []AMXP

| | |
|---|---|
| TOTAL LABOR.... | 276.00 |
| TOTAL PARTS.... | 62.05 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 28.03 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 7.18 |
| **TOTAL INVOICE $** | **373.26** |

ALL REPAIRS PARTS & LABOR ARE COVERED FOR 12 MONTHS OR 12 THOUSAND MILES WHICH EVER OCCURS FIRST,EXCLUDES ALIGNMENTS.

IF YOU RECEIVE A CUSTOMER SATISFACTION SURVEY FROM CHEVROLET PLEASE FILL IT OUT "COMPLETELY SATISFIED" IF YOU CANNOT FILL IT OUT "COMPLETELY SATISFIED" CONTACT MIKE BRADLEY OR GREGG SHULL WITH YOUR CONCERNS. THANK YOU!!

MOLLE CHEVROLET(816)229-2980

DISC 2-6

CUSTOMER SIGNATURE

**NO REFUND WITHOUT THIS INVOICE**

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The Seller Molle Chevrolet, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Molle Chevrolet, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.