# Exhibit 175

**MOLLE Chevrolet**

411 MOCK AVENUE
BLUE SPRINGS, MO. 64014
PHONE (816) 229-8800
www.mollechevrolet.com

SATURN Authorized Service Provider

GM

SERVICE 229-2980 BODY SHOP 229-2988 PARTS 229-4922

CELL: 816-377-3218

| | | | |
|---|---|---|---|
| CUSTOMER NO. 186193 | ADVISOR RONALD WIGGANS 971 | TAG NO. 848 | INVOICE DATE 07/16/13 |
| | | | INVOICE NO. CVCS227252 |
| PATRICE WITHERSPOON<br>2405 SW 11TH ST<br>LEE'S SUMMIT, MO 64081 | LABOR RATE / LICENSE NO. / MILEAGE 114,000 | COLOR GREEN/ | STOCK NO. |
| | YEAR/MAKE/MODEL 06/SATURN/ION/4DR SDN 2 AT | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 G 8 A J 5 5 F X 6 Z 1 4 1 6 7 0 | SELLING DEALER NO. | PRODUCTION DATE |
| pspoon74@att.net | F.T.E. NO. / P.O. NO. | R.O. DATE 07/15/13 | |
| RESIDENCE PHONE 816-377-3218 / BUSINESS PHONE | COMMENTS | | |

LABOR & PARTS

IGN KEY WILL NOT SHUT OFF
R & R LOCK CYLINDER & HOUSING-RECODE & INSTALL
NEW LOCK CYLINDER

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE | UNIT PRICE | |
|---|---|---|---|---|---|---|
| JOB # 1 | 1 | 20869121 | CYLINDER 2.188 Y | 109.08 | 90.90 | 90.90 |
| | | | | JOB # 1 TOTAL PARTS | | 90.90 |
| | | | | JOB # 1 TOTAL LABOR & PARTS | | 256.85 |

LUBE,OIL&FILTER SERVICE
CHECK ALL TIRE PRESSURES AND FLUID LEVELS
PERFORM LUBE, OIL AND FILTER
CHECK ALL FLUID LEVELS AND TIRE PRESSURES

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE | UNIT PRICE | |
|---|---|---|---|---|---|---|
| JOB # 2 | 1 | 12605566 | FILTER 1.836 Y | 6.45 | 6.45 | 6.45 |
| | | | | JOB # 2 TOTAL PARTS | | 6.45 |
| | | | | JOB # 2 TOTAL LABOR & PARTS | | 14.70 |

| G.O.G. & SUPPLIES | | | | |
|---|---|---|---|---|
| JOB # 2 | 5.0 ENGINE OIL | @ 2.650 | /UNIT | 13.25 |
| | | | TOTAL GOG | 13.25 |

| MISC | CODE | DESCRIPTION | CONTROL NO | |
|---|---|---|---|---|
| JOB # A | AF | ADMIN FEE | | 0.99 |
| JOB # A | A | SHOP SUPPLIES | | 27.16 |
| JOB # 1 | AP | AUTO PILOT COUPON | | 13.98- |
| | | | TOTAL - MISC | 14.17 |

COMMENTS
3773218

NO REFUND WITHOUT THIS INVOICE

DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are those made by the manufacturer. The Seller Molle Chevrolet, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Molle Chevrolet, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Visa 7-16

816-229-8800
MO[illegible]E CHEVROLET INC
411 MOCK AVE
BLUE SPRINGS MO 64014

TERMINAL I.D.: 1949
MERCHANT #: 39774

VISA ITEM #: 845
SWIPE
SALE

INVOICE: 41309619
DATE: [illegible] 2013 TIME: 17:28
AUTH NO: 82772B

TOTAL $310.04

PATRICE L WITHERSPOON
CUSTOMER COPY

 [CONTINUED ON NEXT PAGE] 04:32pm

Best Graphics (515) 841-1600 08/10

P.002 SSA KCTSC MAY-09-2017 12:22
11:33:35 2017-05-09 2

**MOLLE Chevrolet**

SATURN Authorized Service Provider

GM

411 MOCK AVENUE
BLUE SPRINGS, MO. 64014
PHONE (816) 229-8800
www.mollechevrolet.com

SERVICE 229-2980 BODY SHOP 229-2988 PARTS 229-4922

CELL: 816-377-3218

| | | | |
|---|---|---|---|
| CUSTOMER NO. 186193 | ADVISOR RONALD WIGGANS 971 TAG NO. 848 | INVOICE DATE 07/16/13 | INVOICE NO. CVCS227252 |
| PATRICE WITHERSPOON<br>2405 SW 11TH ST<br>LEE'S SUMMIT, MO 64081 | LABOR RATE / LICENSE NO. / MILEAGE 114,000 | COLOR GREEN/ | STOCK NO. |
| | YEAR / MAKE / MODEL 06/SATURN/ION/4DR SDN 2 AT | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO 1 G 8 A J 5 5 F X 6 Z 1 4 1 6 7 0 | SELLING DEALER NO. | PRODUCTION DATE |
| pspoon74@att.net | F.T.E. NO. / P.O. NO. | R.O. DATE 07/15/13 | |
| RESIDENCE PHONE 816-377-3218 / BUSINESS PHONE | COMMENTS | | |

TOTALS

[]CASH []CHECK []CHARGE []MC []VISA []GMPP []AMXP

| | |
|---|---|
| TOTAL LABOR | 174.20 |
| TOTAL PARTS | 97.35 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 13.25 |
| TOTAL MISC CHG. | 28.15 |
| TOTAL MISC DISC | 13.98 |
| TOTAL TAX | 11.07 |
| **TOTAL INVOICE $** | **310.04** |

ALL REPAIRS PARTS & LABOR ARE COVERED FOR 12 MONTHS OR 12 THOUSAND MILES WHICH EVER OCCURS FIRST. EXCLUDES ALIGNMENTS.

IF YOU RECEIVE A CUSTOMER SATISFACTION SURVEY FROM CHEVROLET, PLEASE FILL IT OUT "COMPLETELY SATISFIED"
IF YOU CANNOT FILL IT OUT "COMPLETELY SATISFIED"
CONTACT MIKE BRADLEY OR GREGG SHULL WITH YOUR CONCERNS.
THANK YOU!!

MOLLE CHEVROLET(816)229-2980

CUSTOMER SIGNATURE

**NO REFUND WITHOUT THIS INVOICE**

DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are those made by the manufacturer. The Seller Molle Chevrolet, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Molle Chevrolet, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

PAGE 2 OF 2 CUSTOMER COPY [ END OF INVOICE ] 0432pm

Best Graphics (816) 842-2600 06/10

MAY-09-2017 12:22 SSA KCTSC P.003
11:33:35 2017-05-09 3

**PATRICE WITHERSPOON** **07/03/14**

CREATED BY: SARAH

REIMBURSE FOR RECALL

| ACCT# | AMOUNT | CTRL# | PO# | DESC |
|---|---|---|---|---|
| 246 | 310.04 | 299667 | 222434 | REIMBURSE FOR RECALL |

| REMITTANCE ADVICE<br>DETACH AND RETAIN | **MOLLE CHEVROLET, Inc.**<br>BLUE SPRINGS, MO. 64014 | CHECK NO.<br>**118327** | **NET AMOUNT** | **$310.04** |
|---|---|---|---|---|

BEST GRAPHICS, INC 816-941-1800 RO# 52598 07/12

MAY-09-2017 12:23 SSA KCTSC P.004

11:33:35 2017-05-09 | 4

NAME

**PATRICE WITHERSPOON** **06/25/14**

CREATED BY: SARAH

REIMBURSE ON RECALL

| ACCT# | AMOUNT | CTRL# | PO# | DESC |
| --- | --- | --- | --- | --- |
| 246 | 373.26 | 296628 | 222001 | REIMBURSE ON RECALL |

| REMITTANCE ADVICE DETACH AND RETAIN | MOLLE CHEVROLET, Inc. BLUE SPRINGS, MO. 64014 | CHECK NO. 118226 | NET AMOUNT | $373.26 |
| --- | --- | --- | --- | --- |

BEST GRAPHICS, INC. 816-841-1600 BO# 52586 0/12

P.005 SSA KCTSC MAY-09-2017 12:23

11:33:35 2017-05-09 5