# Exhibits 176-184

# Filed Under Seal