# Exhibit 185

# MORITZ KIA

FT. WORTH

8501 I-30 WEST
FORT WORTH, TEXAS 76116
(817) 560-6000

## SALES AGREEMENT

Tag No. ____

Date 12/17/11

DEAL# 140673
CUST# 307641
STK# X013510A

☐ NEW (______ miles)
☐ NEW-DEMO (______ miles)
XX ☐ USED ( 79630 miles)

STOCK NO. X013510A

PURCHASER'S NAME DAWN FULLER OFFICE PHONE (817)224-1803

STREET ADDRESS 2100 CYPRESS CLUB APT 9224 RES. PHONE (817)861-6413

CITY ARLINGTON COUNTY TARRANT STATE TX ZIP 76010

YR 2008 MK CHEVROLET MOD IMPALA CLR BEIGE S.N. 2G1WT58K681244605

TRADE IN:

YEAR ____ MAKE ____ MODEL ____ TAG NO. ____

VALIDATION NO. ____ DATE ____

SERIAL NO. ____ STATE ____

AMOUNT OF PAYOFF N/A N/A ACCT.# ____

| | |
|---|---|
| CASH SALE PRICE | 9895.00 |
| NON-FACTORY INSTALLED EQUIP. | N/A |
| | |
| | |
| | |
| | |
| TOTAL RETAIL PRICE | 9895.00 |
| TRADE-IN ALLOWANCE | N/A |
| TRADE DIFFERENCE | 9895.00 |
| CUSTOMER SERVICE | N/A |
| SUB-TOTAL | 9895.00 |
| STATE SALES TAX | 618.44 |
| DEALER'S INVENTORY TAX | 23.30 |
| TITLE REG. FEE 33.00 STATE INSP 39.75 | 72.75 |
| TEMP TAG FEE | 5.00 |
| INSURANCE REGISTRATION FEE | 2.00 |
| ROAD AND BRIDGE FEE | 10.00 |
| DOCUMENTARY FEE | 145.00 |
| LICENSE FEE | 53.25 |
| SUB-TOTAL | 10824.74 |
| AMOUNT OWED ON TRADE-IN | N/A |
| TOTAL AMOUNT DUE | 10824.74 |
| DOWN PAYMENT | N/A |
| | |
| VSC ($ ) | N/A |
| BALANCE OWED | 10824.74 |
| LIEN HOLDER | |
| ADDRESS | |
| CITY, STATE ZIP | |

### ② DISCLAIMER OF WARRANTIES

The purchased Vehicle is being sold AS IS, and Seller hereby EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The above described vehicle sold by Seller is sold AS IS, without either express or implied warranties of any kind by Seller, including warranties of merchantability or fitness, and Purchaser will bear the entire expense of repairing or correcting any defects that presently exist or that may occur in the vehicle, UNLESS A WRITTEN WARRANTY BY, OR SERVICE CONTRACT WITH SELLER COVERING THE DESCRIBED VEHICLE IS DELIVERED TO PURCHASER IN CONJUNCTION WITH OR WITHIN 90 DAYS FOLLOWING THE TIME OF SALE, but such vehicle or any of its component parts may be subject to warranty by the manufacturer thereof. AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE PURCHASED VEHICLE. THE SELLER ASSUMES NO RESPONSIBILITIES FOR ANY REPAIRS REGARDLESS OF ANY ORAL STATEMENTS ABOUT THE PURCHASED VEHICLE. The only warranties with respect to the Purchased Vehicle are those made by the manufacturer thereof.

**The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor collector, is not a tax imposed on a consumer by the government and is not required to be charged by the dealer to the consumer.**

### ① VEHICLE SALE

(a) Subject to the provisions hereof and in consideration for the payment of the purchase price (the "Purchase Price"), the purchaser ("Purchaser") identified above agrees to sell the vehicle (the "Purchaser Vehicle") described above.

(b) Purchaser hereby sells, assigns, and transfers to Seller the "Trade-in Vehicle" described above. Purchaser acknowledges that the Payoff on the Trade-in Vehicle (the "Payoff Amount") set forth above is an estimate, and in the event the actual Payoff Amount is greater, Purchaser shall pay in cash to Seller the Difference between the actual Payoff Amount and the estimated Payoff Amount on or before three (3) days after Seller notifies Purchaser of such difference.

⑦ A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

⑦ UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTATACIÓN EN RELACIÓN CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

ASB-0-46739 American Solutions For Business (Rev. 4/10)

AS BUYER OF THE ABOVE DESCRIBED VEHICLE, I UNDERSTAND AND AGREE THAT THE SELLER MAY MAKE A PROFIT ON THE SALE OF THE VEHICLE, ANY ADD-ON EQUIPMENT, INSURANCE PRODUCT, FINANCING, WARRANTY OR SERVICE CONTRACT, REPAIR, OR ANY OTHER PRODUCT OR SERVICE SOLD BY SELLER.

X [signature] / N/A [signature]

PURCHASER'S SIGNATURE DATE ACCEPTED BY DATE SALESPERSON DATE