# Exhibit 186

# IMPORTANT SAFETY RECALL

August 2014

Dawn Fuller
2100 Cypress Club Dr., Apt. 9224
Arlington, TX 76010-8641

Dear Dawn Fuller:

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect which relates to motor vehicle safety exists in your 2008 model year Chevrolet Impala. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

## IMPORTANT

- This notice applies to your 2008 model year Chevrolet Impala, **VIN 2G1WT58K681244605**.
- Your vehicle is involved in GM recall 14299.
- **Until the recall has been performed, it is very important that you remove all items from your key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.**
- PARTS ARE NOT CURRENTLY AVAILABLE, but when parts are available, we will notify you to schedule an appointment with your GM dealer for this repair.
- The recall repairs will be performed for you at **no charge**.

**Why is your vehicle being recalled?**

If the key ring is carrying added weight and the vehicle goes off road or experiences some other jarring event, it may unintentionally move the key away from the "run" position. If this occurs, engine power, power steering and power braking will be affected, increasing the risk of a crash. If the ignition switch is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury or fatality.

GM

**What will we do?**

PARTS ARE NOT CURRENTLY AVAILABLE, but when parts are available, your GM dealer will install two 13mm key rings and key insert into all ignition keys. This service will be performed for you at **no charge**. Because of scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 15 minutes.

We are working as quickly as possible to obtain parts. We will send you another letter as soon as parts are available so that you can schedule an appointment with your dealer to have your vehicle repaired.

**What should you do?**

When we notify you that parts are available, you should contact your GM dealer to arrange a service appointment. **In the meantime, it is very important that until the recall has been performed, you remove all items from your key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.**

**Do you have questions?**

If you have questions or concerns that your dealer is unable to resolve, please contact the Chevrolet Customer Assistance Center at 1.800.222.1020 (TTY 1.800.833.2438).

If after contacting your dealer and the Customer Assistance Center, you are still not satisfied we have done our best to remedy this condition without charge and within a reasonable time, you may wish to write the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC 20590, or call the toll-free Vehicle Safety Hotline at 1.888.327.4236 (TTY 1.800.424.9153), or go to http://www.safercar.gov. The National Highway Traffic Safety Administration Campaign ID Number for this recall is 14V355.

Federal regulation requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

Jim Moloney
General Director – Customer & Relationship Services

GM Recall Number: 14299