# Exhibits 187-190 Filed Under Seal