# Exhibits 194-199
# Filed Under Seal