# Exhibit 200

# [Peddle] Sold Receipt: 2005 Chevrolet Cobalt

Yesterday at 2:24 PM

---

## You're all set!

Your vehicle has successfully sold with Peddle! Don't hesitate to contact us with any additional questions and please keep us in mind the next time you or someone you know is selling a car!

**The summary below is for your records**

| | |
|---|---|
| **Vehicle**<br>2005 Chevrolet Cobalt<br>1G1AK52F357618269 | **Seller**<br>Sylvia Benton<br>(760) 957-7857 |
| **Owner**<br>Michael and Sylvia Benton | **Payee**<br>Sylvia Benton |

**Vehicle**
2005 Chevrolet Cobalt
1G1AK52F357618269

**Seller**
Sylvia Benton
(760) 957-7857

---

**Owner**
Michael and Sylvia Benton

**Payee**
Sylvia Benton

---

**Offer**
4795213
Sold for $165
Accepted on 8/24/18

**Buyer**
Peddle
111 West 6th Street Suite 300
Austin,TX 78701

---

**Sold on 8/28/18**

Payment of $165 was made upon the receipt of your vehicle.

**Final Steps**

---

To wrap things up, log in to your account to review the final steps you should take now that your vehicle has been sold and don't forget to leave us feedback!

Log in to your account

Sent from Peddle HQ in Austin, TX • Facebook • Twitter

Peddle

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|

CHECK NO. DATE

Call #: 1737187
Vehicle Info: 2005 Chevrolet Cobalt 1G1AK52F357618269
Pickup At: 620 Agnes Dr,Barstow,CA,92311,SYLVIA BENTON
Drop At: 3760 Pyrite Street,Riverside,CA,92509,Riverside
Check #9159901
Advance Charges: 165.00

TOTALS

**IST SOLUTION - NORTH HOLLYWOOD** ph. 800-921-4478

IAA INSURANCE AUTO AUCTIONS

**Stock #: 23169876** **Batch #: 3309396** **IAA Tow Bill - (A) 24782030**

**Pick Up From:**
SYLVIA BENTON
620 Agnes Dr,
Barstow, CA 92311
County: San Bernardino
(760) 957-7857

# 8 to 12

**Deliver To:**
Riverside
3760 Pyrite Street,
Riverside, CA 92509
County: Riverside
0

**Location Hours:** Hours of Operation have not been verified.

## TOWER INFO

**Tower:** IST Solutions Inc. 135
**Driver:** **Dispatcher:** Kacy Kaye
**Tow Zone:** 5 **Mileage:** 83 **Towable:** Yes/FWD
**Loss Type:** Other
**Primary Damage:** Unknown
**Secondary Damage:**

**Vehicle:** 2005 CHEVROLET COBALT
**Exterior Color:** **Keys:** Yes
**Assignment Date/Time:** 8/24/2018 / 7:03PM
**Release Date/Time:** 8/27/2018 / 9:28AM
**Dispatch Date/Time:** 8/27/2018 / 11:40AM
**Due Date/Time:** 8/28/2018 / 9:27AM

## PICKUP INFO

| | |
|---|---|
| Administrative Fee | 165.00 |
| Tax Amount | 0.00 |
| Total | 165.00 |

**Payment Method:** Tower Check
**Pay At:** 620 Agnes Dr
**Storage Start:** 8/24/2018
**Storage End:** 8/28/2018

**Release Contact:**
**Call First?:** Yes
**Blocked In?:** No
**Reference:** 0

**Tower Notes:** NOTIFY OWNER IF YOU CANT MEET PICKUP TIME AND DATE 8/28 TUES 8-12 *CALL 760-957-7857 ONE HR PRIOR TO ARRIVAL *LOC: DRIVEWAY *1 REAR DRIVER FLAT TIRE *NO DAMAGES *EXCHANGE CA TITLE & KEYS WITH $165 AND TOW RECEIPT (NO TITLE, NO PICKUP)

<IAAI TOW 23581615#64594245 TOWDOCO>

## SALVAGE PROVIDER INFO

**Provider:** Peddle, LLC - w/c CFF ACH
**Adjuster:** Lakeisha Turner

**Owner:** MICHAEL AND SYLVIA BENTON
**Claim:** 4795213

## CHECK IN

**Last 6 of VIN:** 618269 **VIN is:** OK / Missing / Damaged / Altered

**Odo. Probed:** Y / N **Plate #:** **State:** **No. of Plates:** **Exterior Color:**
**Odometer:** Actual / Exceeds Mech.Limits / Not Actual / Burnt / Broken / Inoper.Digital / Exempt / Missing
**Primary Damage:** **Secondary Damage:** **Condition:** C / P / F / B
**Starts:** Y / N / Jump / Can't Test **Run & Drive:** Y / N **Shrink Wrap:** Y / N

**Interior:**

| | |
|---|---|
| Radio Face Plate | Y / N |
| Radio | P / M / NA |
| CD Player | P / M / NA |
| CD Changer | P / M / NA |
| Cassette | P / M / NA |
| DVD Player | P / M / NA |
| DVD Screen | P / M / NA |
| Navigation | P / M / U / NA |
| Driver Airbag | D / I / M / N |
| Passenger Airbag | D / I / M / N |
| Lt Side Airbag | D / I / M / N |
| Rt Side Airbag | D / I / M / N |

**Exterior:**

| | |
|---|---|
| Teardown | Y / N |
| Headlamps | P / M / NA |
| Tail Lamps | P / M / NA |
| Decklid/Tailgate | P / M / NA |
| # of Wheels ___ | # of Tires ___ |
| Wheel Type | Standard / Alloy / Custom / Missing |
| Spare | P / M / U / NA |

**Mechanical:**

| | |
|---|---|
| Battery | P / M / D / NA |
| Engine | P / M / D / NA |
| Transmission | P / M / D / NA |

**Other:**

| | |
|---|---|
| Keys | P / M / NA |
| Key Fob | P / M / NA |
| Make Keys | Y / N |
| Front Bumper Covers | Y / N |
| Rear Bumper Covers | Y / N |

**Other Missing Parts:**

**Personals:**

**Date Of Pick Up:**
**Time Of Pick Up:** Shop Initial : ________ Tower Initial : ________

**Drop-off Date:**
**Drop-off Time:**

IAA Doc: RP050.00