# Exhibit 201
# Filed Under Seal