# Exhibit 202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE: GENERAL MOTORS LLC
IGNITION SWITCH LITIGATION                14 MD 2543 (JMF)

------------------------------x
ROBERT SCHEUER,

Plaintiff,

v.                                        14 Cv. 8176 (JMF)

GENERAL MOTORS LLC,

Defendant.

------------------------------x

New York, N.Y.
January 19, 2016
8:52 a.m.

Before:

HON. JESSE M. FURMAN,

District Judge

APPEARANCES

HAGGENS BERMAN SOBOL SHAPIRO LLP
Attorneys for Plaintiffs
BY: STEVE W. BERMAN

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Attorneys for Plaintiffs
BY: KENNETH BYRD

HILLIARD MUNOZ GONZALES LLP
Attorneys for Plaintiffs
BY: ROBERT HILLIARD
RUDY GONZALES
JOHN MARTINEZ

witnesses, and in the last substantive paragraph of his opinion he made clear that with respect to other witnesses who had knowledge of the facts and circumstances in the case, that he would follow his usual practice of doing precisely what I am doing and having both sides play their designations at the same time.

I think I have told the jury that there is a process for both sides to choose portions of depositions to play, and in that regard there's no prejudice, so I decline to revisit or reconsider that.

Let me give you my rulings and to address the Fedullo exhibit dispute.

First, upon reflection, I am persuaded by New GM that it can admit the VTTI report, albeit not for the truth of the matter, solely for purposes of showing what effects, if any, the report had on New GM's conduct upon receiving the report.

In that regard, let me say that I agree with plaintiffs that it's not admissible, and New GM cannot argue from it, that it has any bearing on New GM's conduct in the spring of 2014 because it's not New GM's subsequent conduct, and it obviously didn't exist in the spring of 2014. But I am persuaded that, through Mr. Hilliard's opening through the complaint, which obviously defines the scope of the plaintiff's claims in this case, that plaintiff has put in issue New GM's conduct after the accident, has essentially made an argument