# Exhibit 203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | No. 14-MD-2543 (JMF) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**<u>DECLARATION OF DOLORES PETERSON</u>**

I, DOLORES PETERSON, declare as follows:

1. I am over the age of eighteen, I have personal knowledge of the facts set forth below, and I could and would competently testify to these facts if called to do so.

2. My father is Santiago Orosco, a plaintiff in this case. He purchased a 2010 Chevrolet Camaro for my use.

3. At some point I took the Camaro to Delano Chevrolet Buick GMC dealership for service and the service man mentioned that there was a recall on the car, but he told me he would call me to schedule the repair. He made it seem like the recall repair was not a big deal. He never called me to schedule the repair. During the time I was driving and using the car, I never declined any recall repairs.

4. I was driving the Camaro one day on the freeway when suddenly, without warning, everything turned off, including the engine. The car just died. I steered it off to the side of the road as best as I could. The steering felt like it was locked up. I do not recall looking at the key position after the shutdown. I immediately called my father and told him what happened. He asked me to restart the car and so I did. I was able to drive it home. I do not remember the date of this incident but I believe it was in 2016 and I know it was wintertime. It is possible my knee made contact with the key or key chain, but I cannot specifically remember if it did because everything happened so fast.

5. After this shutdown incident, I drove the Camaro home and parked it in the garage. I never drove it again because I was afraid it was going to shut down on me.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2018 at Wasco, California.

DOLORES PETERSON