UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | No. 14-MD-2543 (JMF)<br>No. 14-MC-2543 (JMF)<br><br>Hon. Jesse M. Furman |
| This Document Relates to:<br><br>ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF SEALED/REDACTED FILING**

Pursuant to Your Honor's Individual Rules and Practices 6(B), MDL Order No. 77 § X, and MDL Order No. 133, Counsel for the Economic Loss Plaintiffs hereby give notice of filing, temporarily under seal:

1) Plaintiffs' Opposition to General Motors LLC's Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs;
2) Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Plaintiffs' Opposition to GM's Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs;
3) Plaintiffs' Response to Defendant General Motors LLC's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment;
4) Exhibits 1-40, 47-53, 56-57, 63-66, 69, 71-72, 75-83, 85-87, 90, 93-94, 98, 100-101, 104-106, 108-112, 115, 122-134, 136-139, 142-148, 150-153, 158, 161, 163-164, 166-168, 170-172, 176-184, 187-190, 194-199, and 201 to the Declaration of Steve W. Berman in Support of: (1) Plaintiffs' Statement of Undisputed Material Facts

Pursuant to Local Rule 56.1 in Support of Plaintiffs' Opposition to GM's Motion for Summary Judgment Against the Bellwether Economic Loss Plaintiffs; and (2) Plaintiffs' Response to Defendant General Motors LLC's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment; and

5) Plaintiffs' Memorandum of Law in Opposition to General Motors LLC's Motion to Exclude Plaintiffs' Expert Opinions Under *Daubert* and Federal Rules of Evidence 702.

The information that the Economic Loss Plaintiffs seek leave to seal is privileged and confidential.

DATED: September 21, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *\/s/ Steve W. Berman*

Steve W. Berman
*steve@hbsslaw.com*
Sean R. Matt
*sean@hbsslaw.com*
Andrew M. Volk
*andrew@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

DATED: September 21, 2018

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *_/s/ Elizabeth J. Cabraser_*
Elizabeth J. Cabraser
*ecabraser@lchb.com*
Steven E. Fineman
*sfineman@lchb.com*
Rachel Geman
*rgeman@lchb.com*
Annika K. Martin
*akmartin@lchb.com*
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Co-Lead Counsel with Primary Focus on Economic Loss Cases*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 21, 2018, which will send notification of such filing to the e-mail addresses registered.

*/s/ Steve W. Berman*
Steve W. Berman