# Exhibit A

## EXHIBIT A: LIST OF NAMED PLAINTIFFS

## PLAINTIFFS WITH ALL CLAIMS

| Name | Vehicle | Recall(s) | Purchase Info | Warr-anty | Still Own | Miles Driven | Claims Manifest Defect | Claims Lost Earnings |
|---|---|---|---|---|---|---|---|---|
| **California** | | | | | | | | |
| Basseri, Chimen | 2011 Chevrolet HHR | 14v047 (Cobalt/Ion Ignition Switch) | 3/5/2013 (Used) | Y | Y | 26,000 (37,000 at purchase) | N | N |
| Cereceres, Kellie | 2012 Chevrolet Traverse | 14v118 (SIAB) | 6/18/2012 (New) | Y | Y | 80,000 | Y | N |
| Orosco, Santiago | 2010 Chevrolet Camaro (Old GM) | 14v346 (Camaro Key Rotation) | 8/1/2009 (New) | Y | N - Sold August 2016 | 145,000 | Y | N/A (No recall repair) |
| Padilla, David | 2010 Chevrolet Cobalt (New GM) | 14v047 (Cobalt/Ion Ignition Switch) 14v153 (EPS) | April 2010 (New) | Y | N - Sale date unknown | 20,000 | Y | N |
| Thomas, Michelle | 2005 Buick Lacrosse | 14v355 (Key Rotation) | 12/9/2010 (Used) | N | Y | 121,000 (72,000 at purchase) | Y | N |
| **Missouri** | | | | | | | | |
| Akers, Brad | 2009 Chevrolet HHR (Old GM) | 14v047 (Cobalt/Ion Ignition Switch) 14v153 (EPS) | Nov 2009 (New) | Y | Y | 177,777 | Y | Y |
| Hamilton, Deloris | 2000 Oldsmobile Alero | 14v400 (Key Rotation) | 2/24/2012 (Used) | N | N - Gifted 4/1/2016 | 165,000 total (including prior owner) | N | N/A (No recall repair) |
| Hawkins, Cynthia | 2010 Chevrolet Cobalt (New GM) | 14v047 (Cobalt/Ion Ignition Switch) 14v153 (EPS) | 7/23/2013 (Used) | N | Y | 48,000 (52,000 at purchase) | N | N |

| Name | Vehicle | Recall(s) | Purchase Info | Warr-anty | Still Own | Miles Driven | Claims Manifest Defect | Claims Lost Earnings |
|---|---|---|---|---|---|---|---|---|
| Robinson, Ronald | 2010 Chevrolet Impala | 14v355 (Key Rotation) | June 2011 (Used) | N | Y | 80,000 (25,000 at purchase) | N | N |
| Stefano, Mario | 2011 Chevrolet Camaro | 14v346 (Camaro Key Rotation) | 5/14/2013 (Used) | Y | Y | 25,000 (32,000 at purchase) | Y | N |
| Tinen, Christopher | 2010 GMC Acadia (New GM) | 14v118 (SIAB) | 2/22/2010 (New) | Y | N - Sold April 2012 | 52,000 | Y | N/A (No recall repair) |
| **Texas** | | | | | | | | |
| Al-ghamdi, Gareebah | 2004 Chevrolet Impala | 14v400 (Key Rotation) | 9/7/2009 (Used) | N | N - Sold April 2017 | 100,000 (80,000 at purchase) | Y | N/A (No recall repair) |
| Bacon, Dawn | 2006 Cadillac CTS | 14v394 (Cadillac Key Rotation) | Sept 2012 (Used) | N | Y | 40,000 (160,000 at purchase) | Y | N/A (No recall repair) |
| Fuller, Dawn | 2008 Chevrolet Impala | 14v355 (Key Rotation) | 12/17/2011 (Used) | Y | Y | 95,000 (79,630 at purchase) | N | N |
| Graciano, Michael | 2007 Chevrolet Cobalt | 14v047 (Cobalt/Ion Ignition Switch) | 10/17/2011 (Used) | N | Y | 58,000 (44,000 at purchase) | Y | N |
| McClellan, Lisa | 2005 Chevrolet Malibu Maxx | 14v153 (EPS) | 11/22/2010 (Used) | N | N - Sold April 2012 | Under 10,000 (60,000 at purchase) | Y | N/A (No recall repair) |

## SUCCESSOR LIABILITY PLAINTIFFS

| Name | Vehicle | Recall(s) | Purchase Info | Warr-anty | Still Own | Miles Driven | Claims Manifest Defect | Claims Lost Earnings |
|---|---|---|---|---|---|---|---|---|
| **Missouri** | | | | | | | | |
| Robinson, Kenneth | 2008 Pontiac G5 | 14v047 (Cobalt/Ion Ignition Switch) | 9/7/2008 (New) | Y | N - Sold May 2013 | 88,000 | Y | N/A (No recall repair) |
| Witherspoon, Patrice | 2006 Saturn Ion | 14v047 (Cobalt/Ion Ignition Switch) | 2005 (New) | Y | Y | 165,000 | Y | N |

## BANKRUPTCY-CLAIM-FRAUD PLAINTIFFS

| Name | Vehicle | Recall(s) | Purchase Info | Warranty | Still Own | Claims Manifest Defect |
|---|---|---|---|---|---|---|
| **California** | | | | | | |
| Patricia Barker | 2005 Saturn Ion | 14v047 (Cobalt/Ion Ignition Switch) | March, 2005 (New) | Y | Y | Y |
| Michael & Sylvia Benton | 2005 Chevrolet Cobalt | 14v047 (Cobalt/Ion Ignition Switch) | 1/10/2009 (Used) | N | Y | Y |
| Kimberly Brown | 2006 Chevrolet HHR | 14v047 (Cobalt/Ion Ignition Switch) | 1/7/2007 (New) | Y | Y | Y |
| Crystal Hardin | 2005 Chevrolet Cobalt | 14v047 (Cobalt/Ion Ignition Switch) 14v153 (EPS) | 5/17/05 (New) | Y | Y | Y |
| Javier Malaga | 2006 Chevrolet Cobalt | 14v047 (Cobalt/Ion Ignition Switch) | 12/8/06 (Used) | Y | N - Sold July 30, 2016 | N |
| Winifred Mattos | 2007 Pontiac G5 | 14v047 (Cobalt/Ion Ignition Switch) | April 2007 (New) | Y | Y | N |
| Esperanza Ramirez | 2007 Saturn Ion | 14v047 (Cobalt/Ion Ignition Switch) | 3/13/07 (New) | Y | Y | N |
| William Rukeyser | 2008 Chevrolet Cobalt | 14v047 (Cobalt/Ion Ignition Switch) | 9/4/08 (New) | Y | Y | N |

| Name | Vehicle | Recall(s) | Purchase Info | Warranty | Still Own | Claims Manifest Defect |
|---|---|---|---|---|---|---|
| **Texas** | | | | | | |
| Shenyesa Henry | 2004 Saturn Ion | 14v047 (Cobalt/Ion Ignition Switch) | 2003 (New) | Y | N - Donated 2016 | Y |
| Lisa Simmons | 2007 Saturn Ion | 14v047 (Cobalt/Ion Ignition Switch)[1] | 2007 (New) | Y | Y | N |

[1] The Barker, Henry, and Simmons plaintiffs' vehicles also were subject to the EPS Assist recall, but those recalls are not part of their Bankruptcy Claim Fraud counts, which are limited to claims based on the Delta Ignition Switch recall. 5ACC ¶ 959.