# Exhibit B

## EXHIBIT B: NAMED PLAINTIFFS' REASONS FOR PURCHASE

| Name | |
|---|---|
| **California** | |
| Barker, Patricia | • "I went in [to the dealership] specifically to replace a [Saturn SL1] that had saved my life. I even sent a letter to Saturn about the accident. I would never have bought that car, if that guy had said, well, you know, it's an okay car, but it will get you around. I told him specifically I wanted a car that was as safe as that Saturn and as reliable as that Saturn, okay? . . . The gentleman that sold me the car -- I'm fine -- told me the car I was buying was safe, well built, reliable, easy maintenance, all the things I was looking for that I had in the SL1. If I'd had any doubts I never would have purchased that car." (Ex. 69, 2/27/17 P. Barker Dep. Tr. at 178:9-24) |
| Basseri, Chimen | • "Q. How did you decide to buy a 2011 HHR from Valencia of Nissan of Valencia? Sorry.<br><br>A. I was looking through the cars.com, you know, locally, but that's the only place that there was a 2011 white HHR, and we wanted to buy that car because we wanted to buy the car. You know, me and my fiancé, we liked the car.<br><br>Q. It was a cool-looking car, right?<br><br>A. Yeah, it is.<br><br>Q. It has like a muscle car look from a bygone era, right?<br><br>A. Yeah. It looks like the old Nomads, Chevy Nomads, and it's an SUV. It's a nice car." (Ex. 71, 11/22/17 C. Basseri Dep. Tr. at 109:2-14) |
| Benton, Michael | • The salesman told the Bentons the vehicle "was a dependable car, good gas saver, and that's what we wanted since I had to drive 80 miles a day, and based on that, we bought it. … He -- he said it was a safe car. … Gas efficient." (Ex. 116, 2/28/17 M. Benton Dep. Tr. at 66:2-21) |
| Benton, Sylvia | • "Q. And why did you decide to purchase the Cobalt?<br><br>A. Because the salesperson said it was a good car to drive. We wanted something reliable that was a good price for us, since we had just went through bankruptcy. So we needed a car that was safe and reliable." (Ex. 122, 2/28/17 S. Benton Dep. Tr. at 48:11-17) |

7

| Name | |
|---|---|
| | • "We're looking for a car that's -- that's a gas saver, safe, and a nice -- nice little car. That's it." (*Id*. at 50:23-25) |
| Brown, Kimberly | • "Q. [T]he reasons you purchased this particular HHR is because [plaintiff's husband] liked the car and that you were told it was a good, safe, reliable car, and because it was good on gas mileage; is that right?<br><br>A. Yes." (Ex. 87, 4/24/17 K. Brown-Shipley Dep. Tr. at 35:7-17) |
| Cereceres, Kellie | • "Both Ms. Cereceres and her husband were loyal GM customers, and, initially, they were very impressed with the Traverse after renting one for a weekend a few years ago. . . . [They] chose this vehicle, in part, because its safety and reliability was important to them." (Ex. 55, 12/18/17 K. Cereceres Dep. Tr. at 26:17-27:11) |
| Hardin, Crystal | • "Yes, I did purchase [the Cobalt] in April of 2005. Why? The ad on television caught my eye and I wanted a new vehicle." …<br><br>"Q. So you saw a TV ad where the Cobalt was racing a new Corvette on a racetrack and the Cobalt won?<br><br>A. Uh-huh.<br><br>Q. And that's why you bought the vehicle?<br><br>A. Yeah. … What I found to be catchy is you have such a classic car, being the Corvette, to the new snazzy car, and the way that they just for me put the classic with the new and had the new win just kind of made me feel important. That was what drew me to buy the car<br><br>Q. Okay. Were you looking at any other vehicles other than the Cobalt when you purchased it?<br><br>A. No. The ad sold me." (Ex. 131, 3/2/17 C. Hardin Dep. Tr. at 124:8-125:6) |
| Malaga, Javier | • Q. "Any why did you buy the subject vehicle?<br><br>A. I needed some new wheels for -- I was changing jobs, and I was supposed to be doing some sales. So I needed some reliable, safety wheels, you know, to be able to take potential customers, go visit them and maybe take them |

7

<table>
<tr><th>Name</th><th></th></tr>
<tr><td></td><td>to business lunches. So I thought I needed -- my car was really run down, so I needed something different.” (Ex. 132, 3/24/17 J. Malaga Dep. Tr. at 50:16-24)</td></tr>
<tr><td>Mattos, Winifred</td><td><ul><li>“I wanted something new, something safe, something with … better mileage than what I was driving, and it was a pretty-looking car . . . [W]e were talking about getting an American-made car … .” (Ex. 89, 3/3/17 W. Mattos Dep. Tr. at 28:20-29:6)</li><li>“I was just interested in getting an American-made car.” (Id. at 29:7-11)</li></ul></td></tr>
<tr><td>Orosco, Santiago</td><td><ul><li>“My daughter wanted the car, and once a young lady makes up her mind, it really doesn’t make a difference what you think. . . . [S]he saw a Camaro, brand new Camaro, and that’s all it took once she saw it on the showroom floor. . . . [I]t was cool, those were her words. . . . She just -- she just had Camaro in her eyes, that was it.” (Ex. 47, 3/9/17 S. Orosco Dep. Tr. at 53:23-55:14)</li><li>Safety was “one of [plaintiff’s] concerns” when picking out a vehicle for purchase, but “safety was not one of [plaintiff’s daughter’s] concerns.” (Id. at 56:6-11.)</li></ul></td></tr>
<tr><td>Padilla, David</td><td><ul><li>“Q. When you purchased the 2010 Chevy Cobalt why did you pick that car over the other two or three?<br><br>A. Told me it is a good buy. He says, ‘It is in good shape.’ It wasn’t. Later I found out, but he told me it was and I believed him. But he was honest. He said, ‘Get it in here.’ He says, ‘There is something wrong with it.’<br><br>…<br><br>Q. Do you recall specifically what [the dealer’s salesperson] told you about the Chevy Cobalt when you spoke with him on the day that you purchased it?<br><br>A. No. I really -- I liked it and I bought it. I didn’t ask no questions on it.<br><br>…<br><br>Q. How much time did you spend shopping around before you purchased the Cobalt?</li></ul></td></tr>
</table>

7

| Name | |
|---|---|
| | A. Not much time. When [the dealer's salesperson] called me he had the car there. I liked it. I went and bought it.<br><br>Q. Maybe a couple of days?<br><br>A. I didn't do no shopping for that one. I -- I purchased it when he suggested it." (Ex. 64, 2/17/17 D. Padilla Dep. Tr. at 29:17-23, 30:10-14, 31:19-25) |
| Ramirez, Esperanza | • "I wanted an affordable car . . . and I wanted a safe car. . . . Something I did not mechanically -- have to fix. . . . I specifically said I needed to -- to have a car that would last me. . . . Reliable." (Ex. 70, 3/3/17 E. Ramirez Dep. Tr. at 59:21-60:14) |
| Rukeyser, William | • "Q. Okay. Mr. Rukeyser, why did you buy the subject vehicle?<br><br>A. "… [Based] on a number of factors, including advertising that we had seen in a number of media, having driven a similar model, a rental vehicle for work, and on the basis of advertising that was put in front of me, including GM Websites or Website pages, it appeared that were were getting a car of -- of the size that we wanted that was going to be safe and reliable and would provide good commuting and pleasure driving." (Ex. 137, 3/17/17 W. Rukeyer Dep Tr. at 83:18-84:4)<br><br>• "[W]e wanted a four-door . . . vehicle for ease of getting in and out, one that was safe and reliable, had decent gas mileage, and that would provide us good service both for commuting and pleasure driving." (*Id.* at 84:5-13) |
| Thomas, Michelle | • "Q. Why did you buy the LaCrosse in 2010?<br><br>A. I bought the LaCrosse, one, because I needed a new car; two, I had did some research through some advertisements that I'd seen, and I liked how it was spacious on the inside, a smooth ride, and from what I had saw, they were safe and reliable forms of transportation. And I found one for the right price, so I bought it." (Ex. 138, 3/21/17 M. Thomas Dep. Tr. at 36:13-37:7) |
| **Missouri** | |
| Akers, Brad | • "I ended up just sticking with a 2009 Chevy HHR because I knew [plaintiff's grandmother] could get into it. That was one of the reasonings. And one of the other reasonings was because of the salesperson at the dealership was . . . kind of touting or bragging about the safety features that the HHR had versus maybe the Kia Sportage. So that was another contributing factor was not only what the dealership said but I had also I believe seen an advertisement in some auto magazine in a doctor's office while I was waiting about the different ratings of cars, |

7

| Name | |
|---|---|
| | and the Chevy HHR seemed to rate safety-wise a little higher than a few other cars I was possibly considering that my grandma could ride in." (Ex. 48, 3/23/17 B. Akers Dep. Tr. at 49:20-50:21) |
| Hamilton, Deloris | • "I was looking for a nice car. I was trying to save gas -- car that would save my gas. . . . I was looking for a good condition car, mechanical wise, that I would have any problems, anything breaking down on me, like transmission or motor." (Ex. 39, 3/13/17 D. Hamilton Dep. Tr. at 85:1-20)<br><br>• Hamilton "took [the dealer salesperson's] word that it was safety, that was one-owner. He said it was old lady car. Old lady car, you going to jump on that, it's good, dependable car." (*Id.* at 89:6-8)<br><br>• Hamilton also purchased the vehicle because "it was a safety [sic] and it was in good mechanical condition," her "experience testing driving it," so "I can get me around," because it "[s]aved on gas," and "was in good mechanical condition." (*Id.* at 89:11-90:9) |
| Hawkins, Cynthia | • "[W]hen I saw that car, I'm like that is the car that we should get because it had four doors; it was family-oriented; it was -- that's the reason why I picked that car." (Ex. 99, 3/24/17 C. Hawkins Dep. Tr. at 34:12-15)<br><br>• Q. So the Cobalt was kind of the first vehicle you saw that struck your eye.<br><br>A. Yes." (*Id.* at 34:22-24)<br><br>• "I wanted it to be safe and reliable[.]" (*Id.* at 87:2-13) |
| Robinson, Kenneth | • "Q. Why did you purchase the subject vehicle in particular?<br><br>• A. We had a friend that we went to church with . . . he worked at GM, and at that time they had like a -- GM was offering to the people who worked at GM at the manufacturing company that made the cars like an incentive for like their friends, their family. . . . [I]t was like three to $500. . . . And so we went, checked it out." (Ex. 49, 5/9/17 K. Robinson Dep. Tr. at 39:6-18)<br><br>• Plaintiff purchased the vehicle based on its "color, it was red," its "safety features on the car, about the air bags, about how safe it was," "about the steering . . . how good the steering is," and "gas mileage." (*Id.* at 40:4-20) |

| **Name** | |
|---|---|
| Robinson, Ronald | • "Q. What were you looking for when you went to Enterprise to purchase a vehicle in June of 2011?"<br><br>A. I was looking for low mileage and what I would consider a decent price." (Ex. 50, 3/21/17 R. Robinson Dep. Tr. at 59:23-60:3) |
| Stefano, Mario | • "Q. Mr. Stefano, why did you buy the subject vehicle?<br><br>A. Because it is a vehicle that my wife and I enjoy. We've always enjoyed Camaros. It was everything that she wanted in a car, we thought, and the dealership is somewhere that we frequent for buying our vehicles. So this is our second one buying from there, and our daughter's bought one from there, and you just kind of make a habit of buying from the same place." (Ex. 51, 4/14/17 M. Stefano Dep. Tr. at 55:18-56:2)<br><br>• Plaintiff and his wife were looking specifically for a Camaro that was black or silver, with a certain sized motor, a sunroof, leather, heated seats, the "rally package," remote start, a switchblade key, adjustable seats, adjustable steering wheel, and a stereo package. (*Id.* at 50:7-18; 59:17-60:8) |
| Tinen, Christopher | • "Q. Why did you buy the subject vehicle?<br><br>A. Number one I would say was dependability from a -- I can go out and start every day and not have any questions or concerns, so dependability. Number two, safety. The ratings on the car were touted by this dealer and others to have a great safety record. Third was serviceability. Because it's a GM product, I know I could get it -- if I was in some other city doing a sales call, odds are if I needed service, I could get some serviceability." (Ex. 52, 4/13/17 C. Tinen Dep. Tr. 40:11-24)<br><br>• "Q. Which features were you looking for in purchasing the subject vehicle?<br><br>A. One I recall was the tow package, that there was a tow package. This car was outfitted to be able to tow.<br><br>Q. Anything else that was nonnegotiable, you had to have in the vehicle?<br><br>A. Nothing that come to mind that was, that it was critical." (*Id.* at 38:20-39:3) |
| Witherspoon, Patrice | • "Q. Why did you purchase the 2006 Saturn ION?<br><br>A. I was looking for a larger vehicle for me and my minor daughter, a four door. I was also looking for a US vehicle due to the parts. I figured that would be easier if I had to get a part serviced if it was an American-made, |

| Name | |
|---|---|
| | US vehicle. I was also looking for safe and reliable vehicle to get to and from work and to transport my daughter to and from school, as well as her various activities such as dance." (Ex. 53, 5/31/17 P. Witherspoon Dep. Tr. at 86:17-87:7) |
| **Texas** | |
| Al-ghamdi, Gareebah | • "Q. Now, with respect to the Impala that you bought, what made you decide to buy a vehicle at that time in 2009?<br><br>A. My previous vehicle that I had was no longer in working order. I needed something reliable to get to work and school." (Ex. 16, 5/5/17 Al-ghamdi Dep. Tr. at 32:13-18)<br><br>• Al-ghamdi also was influenced by mothers and cousins owning Chevrolets. (*Id.* at 33:2-15) |
| Bacon, Dawn | • "Q. Can you tell me why you purchased this particular CTS?<br><br>A. Well, there are several reasons. One, because it was my grandmother's. Two, because it was supposed to be a safe vehicle. And I liked -- I liked the look of the car." (Ex. 57, 3/28/17 D. Bacon Dep. Tr. at 36:15-20) |
| Fuller, Dawn | • Plaintiff "chose this vehicle in part because the vehicle safety and reliability were important to her." (Ex. 15, 11/20/17 D. Fuller Dep. Tr. at 33:2-16) |
| Graciano, Michael | • "Nothing in specific we were trying to search for. Just something decent, reliable and safe[.]" (Ex. 18, 5/1/17 M. Graciano Dep. Tr. at 56:19-57:1)<br><br>• Graciano testified that by "decent, reliable and safe" he meant that the vehicle was "in good shape" without "a bunch of dents or discoloration"; "something newer"; "something reliable and safe"; "low mileage, good running quality"; a positive perception of the GM brand; and the vehicle having "side impact airbags," "antilock brakes," a "remote start," "traction control," and "had never been in a wreck." (*Id.* at 57:2-61:8)<br><br>• "We were trying to look for something around [$10,000]." (*Id.* at 61:4-16) |
| Henry, Shenyesa | • "Q. Can you explain to me why you ended up purchasing the 2004 Saturn?<br><br>A. The initial reason, because of the undentable panels. So I thought that was pretty cool and different view on that. So I purchased it for that purpose." |

| **Name** | |
|---|---|
| | • Also, the "vehicle was fairly inexpensive." (Ex. 139, 3/27/17 S. Henry Dep. Tr. at 36:22-37:18) |
| McClellan, Lisa | • Plaintiff was looking for "something that was reliable, that could get me to work and back and that I could afford." (Ex. 17, 5/4/17 L. McClellan Dep. Tr. at 40:14-19)<br><br>• "It had low miles on it." (*Id.* at 28:19-21)<br><br>• "I just kind of like to stay with American[.]" (*Id.* at 44:14-19) |
| Simmons, Lisa | • "Q. Why did you choose to buy a 2007 Saturn Ion as opposed to any other vehicle in the market in 2007?<br><br>A. I had previously developed a rapport with the salesman. He was the same salesman who sold me the silver Saturn, the approximately 2000, 2001 model. And so that's why I chose that particular -- actually, the color of the vehicle was red, and I'm more into color and shapes than the maker or whatever else. So that's just it. So I trusted his opinion." (Ex. 140, 6/21/17 L. Simmons Dep. Tr. at 75:13-25) |