# Exhibit C

## EXHIBIT C: INFORMATION SOURCES NAMED PLAINTIFFS CONSIDERED

| Name | |
|---|---|
| **California** | |
| Barker, Patricia | • "At the dealership when purchasing the car, I saw [JD Power] awards about the safety and reliability of GM vehicles displayed prominently in the waiting room." (Ex. 69, 2/27/17 P. Barker Dep. Tr. at 172:19-173:9)<br>• At the dealership, Barker saw two or three promotional posters and a looped set of TV advertisements, but does not recall their specific content and "[is] not claiming they were false." (*Id.* at 173:12-177:14)<br>• "The gentleman that sold me the car [] told me the car I was buying was safe, well built, reliable, easy maintenance, all the things I was looking for that I had in the [Saturn] SL1." (*Id.* at 178:19-22) |
| Basseri, Chimen | • "I was looking through the cars.com, you know, locally." (Ex. 71, 11/22/17 C. Basseri Dep. Tr. at 109:2-5)<br>• "I saw several general advertisements from GM both on television and online guaranteeing good, reliable cars. . . . I can't remember [the content of any of those advertisements]." (Id. at 106:16-25) |
| Benton, Michael | • M. Benton did not do "any shopping or investigation on the Internet" or "any kind of research at all" before purchasing the vehicle. (Ex. 116, 2/28/17 M. Benton Dep. Tr. at 57:8-15)<br>• "The only thing we went by was what we were -- the commercials that we saw on TV about the Chevy, you know, and its reliability and safety." (*Id.* at 57:15-17)<br>• "The salesman [] was telling us how good the car was . . . That it was a dependable car, good gas saver, and that's what we wanted[.]" (*Id*. at 66:2-21) |
| Benton, Sylvia | • S. Benton "had seen ads on the Cobalt," but did not "[review] anything on the internet or review any magazines or periodicals or documents." (Ex. 122, 2/28/17 S. Benton Dep. Tr. at 47:24-48:10)<br>• "[T]he salesperson said it was a good car to drive." (*Id.* at 48:11-17) |
| Brown, Kimberly | • Plaintiff "[does not] recall reviewing or seeing any advertisements or brochures related to the HHR prior to purchasing the HHR" and "did not look up any information on the HHR on the Internet before purchasing the car." (Ex. 87, 4/24/17 K. Brown-Shipley Dep. Tr. at 35:24-36:6) |

| **Name** | |
|---|---|
| | • Plaintiff's husband "liked the car." (*Id.* at 32:20-25) |
| Cereceres, Kellie | • After Plaintiff "saw several Traverse advertisements come on," she said "[t]hat's the vehicle I'm going to get," but she does not recall the content of those advertisements. (Ex. 55, 12/18/17 K. Cereceres Dep. Tr. at 94:21-96:4) |
| Hardin, Crystal | • Plaintiff "didn't do any price comparisons on the Cobalt prior to purchasing it" and "didn't do [] any online research" or any other research." (Ex. 131, 3/2/17 C. Hardin Dep. Tr. at 140:8-142:17)<br><br>• Plaintiff "saw a TV ad where the Cobalt was racing a new Corvette on a racetrack and the Cobalt won[.]" (*Id.* at 124:8-11) |
| Malaga, Javier | • Plaintiff "did [not] do any online research to compare the brands" or "spend any time gathering information on potential vehicles to purchase before visiting the car dealership[.]" (Ex. 95, 3/24/17 J. Malaga Dep. Tr. at 57:6-12) |
| Mattos, Winifred | • Plaintiff "hadn't done any research on the G5" before purchase. (Ex. 132, 3/3/17 W. Mattos Dep. Tr. at 30:5-12)<br><br>• "And during this process I contacted my mechanic and told him what I was going to, and he said call me and let me know and I'll help you through it, which he did." (*Id.* at 26:12-22) |
| Orosco, Santiago | • Plaintiff consulted Consumer Reports when researching the vehicle purchase, but did not reference any other consumer guides, did not "do any online research to compare the vehicles [he was] considering purchasing," and "never visited the Chevrolet or the General Motors website prior to purchasing the subject vehicle." (Ex. 47, 3/9/17 S. Orosco Dep. Tr. at 63:8-67:3)<br><br>• Plaintiff recalls the salesman stating, "[T]his is one of the safest cars you can get for your daughter and is very reliable. We redesigned the old Camaro and made the new Camaro better and safer." (*Id.* at 73:25-74:13) |
| Padilla, David | • "Q. The only sort of research that you did before you decided to buy the Cobalt --<br><br>A. No, I never been that way. I drove it. I liked it and I have never -- I have never asked anything about the engine. I trust the people. Let's put it that way." (Ex. 64, 2/17/17 D. Padilla Dep. Tr. at 32:6-11) |

| **Name** | |
|---|---|
| | • Plaintiff did not "ever review any brochures about the Cobalt, did not "review any information about the Cobalt that might have been in car magazines," and did not review "any GM ads" or "any information provided by GM on the Internet" before purchasing the vehicle. (*Id.* at 32:12-33:5.)<br>• An independent dealer's salesperson "told [Plaintiff] it is a good buy." (*Id.* at 29:17-23) |
| Ramirez, Esperanza | • Plaintiff did not "do any research about the 2007 Saturn ION[.]" (Ex. 70, 3/3/17 E. Ramirez Dep. Tr. at 152:11-14)<br>• A salesperson "brought up the Saturn ION and said to me that that was a good car and it would -- it would last, you know, it was a good car." (*Id.* at 60:21-61:2) |
| Rukeyser, William | • "I certainly looked at -- at advertising and company Websites. I don't know if you'd call that research. But I -- I certainly looked online, at print advertising, and also I wasn't looking for it, but I certainly was exposed to broadcast advertising as well." (Ex. 137, 3/17/17 W. Rukeyser Dep. Tr. at 89:13-21) |
| Thomas, Michelle | • In addition to consulting Kelley Blue Book, "I looked online on craigslist; looked through my e-mail, if I had ads from any car companies; looked at Autotrader. And that's all. . . . I needed a car fast, so I didn't really have time to, like, do anything else." (Ex. 138, 3/21/17 M. Thomas Dep. Tr. at 45:15-46:16)<br>• "My boyfriend's brother had a Buick LaCrosse, and I liked it. And my grandmother, before she passed away, she had a Buick. It wasn't a LaCrosse, but she did have a Buick." (*Id.* at 73:4-19) |
| **Missouri** | |
| Akers, Brad | • Plaintiff "[doesn't] recall the specific statements that [the salesperson] made" about safety features; he also recalls seeing an unspecified auto magazine advertisement that listed safety ratings and "focused my mind on looking at [the HHR]." (Ex. 48, 3/23/17 B. Akers Dep. Tr. at 51:23-52:13; 55:10-56:20)<br>• A salesperson "was kind of touting or bragging about the safety features that the HHR had versus maybe the Kia Sportage." (*Id.* at 50:6-13) |
| Hamilton, Deloris | • Plaintiff is "not claiming that [she] relied on any advertisements or marketing materials by New GM when [she] purchase[d] [her] 2000 Alero." (Ex. 39, 3/13/17 D. Hamilton Dep. Tr. at 137:15-19) |

| **Name** | |
|---|---|
| | • "[B]efore purchasing the vehicle [plaintiff] had done no research on this vehicle" (*Id.* at 84:3-7)<br><br>• A salesperson told Plaintiff the 2000 Alero was a "good" and "reliable" vehicle. (*Id.* at 85:1-13) |
| Hawkins, Cynthia | • Plaintiff looked at Kelley Blue Book "[f]or gas mileage" and possibly a JD Power publication, but "didn't look at any General Motors brochures or materials about vehicle" or the Chevrolet Web site. (Ex. 99, 3/24/17 C. Hawkins Dep. Tr. at 48:6-24)<br><br>• Plaintiff "ha[d] a conversation with the salesperson about the Cobalt." (*Id.* at 35:13-17) |
| Robinson, Kenneth | • Plaintiff relied on the recommendation of a friend who allegedly worked at GM because "we figured he worked with GM and he would know, if you work for a company you know what's good and what is bad." (Ex. 49, 5/9/17 K. Robinson Dep. Tr. at 42:2-5) Plaintiff "did not do any [other] research on the vehicle" and did not rely on any GM advertisements. (*Id.* at 47:22-24, 113:13-19)<br><br>• A salesperson told Plaintiff and his wife "about the safety features on the car." (*Id.* at 40:4-16) |
| Robinson, Ronald | • Prior to purchasing the vehicle, plaintiff "viewed e-mail advertising highlighting the quality of the GM product," but does not know there was "anything untruthful in that advertising." (Ex. 50, 3/21/17 R. Robinson Dep. Tr. at 33:22-34:12)<br><br>• Plaintiff consulted with his brother-in-law regarding the vehicle's price and "[m]aybe Kelley Blue Book and maybe some of the online car, used car sites." (*Id.* at 36:5-9, 60:18-23) |
| Stefano, Mario | • Plaintiff did no research before purchasing the vehicle and characterized the purchase as "[c]ompletely impulse." (Ex. 51, 4/14/17 M. Stefano Dep. Tr. at 61:24-62:23) |
| Tinen, Christopher | • Plaintiff believes certain unspecified GM advertisements "touting the dependability and performance" of GM vehicles "helped in validating my research and all the other personal touches in research." (Ex. 52, 4/13/17 C. Tinen Dep. Tr. at 117:14-118:5)<br><br>• "I did some preliminary research in the Sunday paper about car prices. I also did some research on the Internet with regards to dependability, features and benefits," including the GM Web site. (*Id.* at 29:25-30:6) |

| Name | |
|---|---|
| | • Plaintiff conducted research in the newspaper, Kelley Blue Book, dealership websites, and visited at least one auto show. (*Id.* at 29:24-30:6, 31:4, 46:8-12, 47:4-10, 50:17-51:1)<br><br>• A salesperson told Plaintiff about the vehicle's "performance [], dependability, fuel efficiency, safety backed by a warranty and the dealership." (*Id.* at 58:16-21) |
| Witherspoon, Patrice | • Plaintiff "mostly [on] the advertisements that were running at the time about the Saturn made me look into Saturn, and then also I did comparisons to other four-door vehicles in terms of cost." (Ex. 53, 5/31/17 P. Witherspoon Dep. Tr. at 87:8-17)<br><br>• Plaintiff also conducted online research using "Google searches" and the Old GM Web site. (*Id.* at 102:16-104:6)<br><br>• A salesperson told Plaintiff the vehicle was "safe." (*Id.* at 60:5-17) |
| **Texas** | |
| Al-ghamdi, Gareebah | • Plaintiff's family's experience owning Chevrolet vehicles "influence[d] [her] decision to go Impala[.]" (Ex. 16, 5/5/17 G. Al-ghamdi Dep. Tr. at 33:2-15)<br><br>• Plaintiff's research consisted of "browsing online" and visiting dealerships with her stepfather. (*Id.* at 34:3-36:13) |
| Bacon, Dawn | • Plaintiff "did not do any type of research into either the price or other features of the Cadillac prior to purchasing it," though does recall visiting the Cadillac Web site and seeing advertisements indicating the CTS was "first in its class for safety." (Ex. 57, 3/28/17 D. Bacon Dep. Tr. at 30:13-22, 42:24-43:21) |
| Fuller, Dawn | • Plaintiff "didn't do any research" or "rely[] on any GM advertisements" because she was "relying on [her] stepfather's recommendation." (Ex., 15 11/20/17 D. Fuller Dep. Tr. at 85:25-86:8) |
| Graciano, Michael | • Plaintiff did not "do any kind of research" before purchasing the vehicle. (Ex. 18, 5/1/17 M. Graciano Dep. Tr. at 67:10-12)<br><br>• A salesperson told Plaintiff the Cobalt was "a good, safe, reliable vehicle for a teenager." (*Id.* at 64:19-23) |

| **Name** | |
|---|---|
| Henry, Shenyesa | • "Prior to purchasing the Saturn, [plaintiff] did [not] do any type of research" and relied on advertisements regarding "undentable side panels" on the Saturn. (Ex. 139, 3/27/17 S. Henry Dep. Tr. at 37:19-38:5, 38:17-39:13) |
| McClellan, Lisa | • Plaintiff "didn't do any research prior to going to the dealership" and did not otherwise "review any Websites, publications, anything of that kind regarding cars[.]" (Ex. 17, 5/4/17 L. McClellan Dep. Tr. at 41:3-5, 41:20-42:2) |
| Simmons, Lisa | • Plaintiff "didn't do any research on the Saturn Ion prior to purchasing it" and "didn't review any GM advertisements or brochures that lead[*sic*] [her] to buy the 2007 Saturn Ion." (Ex. 140, 6/21/17 L. Simmons Dep. Tr. at 85:5-11)<br><br>• A salesperson told Plaintiff the Ion was "safe and reliable." (*Id.* at 49:5-18) |