# Exhibit D

## EXHIBIT D: NAMED PLAINTIFFS' REVIEW OF ADVERTISEMENTS

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| **California** | | | |
| Barker, Patricia | • Ms. Barker alleges that when she was at the dealership purchasing the subject vehicle, she saw two awards issued by JD Power. When asked what the awards said, she responded "I honestly couldn't tell you. I know that it was an award for some kind of superior -- superior safety and something, I think it was integrity, but I couldn't tell you word for word" (*Id*. at 174:14-18). She did not recall what vehicle the awards were for, saying "No. I would take a leap of faith and say Saturn." (Ex. 69, 2/27/17 P. Barker Dep. Tr. at 174:21-14)<br><br>• She also testified that the dealership "also had a television screen up there and it would have a running loop…this car is rated so and so,…General Motors received this award for the…safety and reliability of the car." (*Id.* at 173:5-18) When asked which products were on the commercials, she said "GM pickup trucks. I think the Cobalt was involved in there. | • Not addressed | • With regard to the dealership advertisements, Ms. Barker testified "I'm not claiming they were false. (*Id.* at 177:11-14)<br><br>• With regard to Saturn television advertisements she alleges to have seen, Ms. Barker testified "I'm not saying that the commercials…were false. I'm saying they were predicated on falsehoods…. All I can tell you is if I see this, it's intended to make me believe the car's safe, okay? It's my belief that the people who put that commercial together or the dealership that had them on believed that the car was safe." (*Id.* at 182:25-183:8)<br><br>• Regarding whether the vehicles actually received the JD Power award, Ms. Barker said "That's not false. They did receive the JD Power pick." (*Id.* at 183:11-15)<br><br>• When asked if there was anything in the advertisements she claims is false, she replied "Yes. The car's unsafe." (*Id.* at 184:3-6) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | They talked about the Saturn, the Impala, I guess. Off the top of my head, I don't remember exactly." (*Id.* at 175:25-176:5) When asked what she recalled about what the advertisements said, she replied "I don't remember specifically. I wasn't in the -- I wasn't in the market for a Cobalt or Impala." (*Id.* at 176:10-14)<br><br>• Ms. Barker testified that she also saw two or three posters at the dealership, the first of which said "Something about being awarded, what's that, Road & Track award for safety for the Saturn." (*Id.* at 176:20-24). She did not recall what it said, nor did she remember what the second or third poster said. (*Id.* at 176:25-177:10) | | |
| Basseri, Chimen | • When asked about the content of the "general advertisements from GM both on television and online guaranteeing good, reliable cars," Ms. Basseri responded "I can't remember." (Ex. 71, 11/22/17 C. Basseri Dep. Tr. at 106:12-25) | • Ms. Basseri alleges that she relied on the advertisements "[b]ecause they were talking about what a good car it was and how good the programs that they had for it were, you know, the different campaigns they have or whatever, and that's what kind of -- and I had had a Ford previously. I had nothing but problems with | • When asked "[y]ou do not allege that any of the general advertisements you saw from GM were false or misleading, correct?" Ms. Basseri answered "That's correct." (*Id.* at 108:16-24) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | | that, so I thought I would try a Chevy." (*Id.* at 108:1-7) | |
| Benton, Michael & Sylvia | • Ms. Benton indicated that she had "seen ads on the Cobalt" before she purchased the vehicle. (Ex. 122, 2/28/17 S. Benton Dep. Tr. at 47:24-48:2)<br><br>• Mr. Benton alleges that "in the weeks and months leading up to us buying the car" "[t]he only thing we went by was what we were -- the commercials that we saw on TV about the Chevy, you know, and its reliability and safety." (Ex. 116, 2/28/17 M. Benton Dep. Tr. at 57:15-23)<br><br>• With regard to the content of the commercials he saw, Mr. Benton testified they were "[a]bout their safety ratings and the economy, good on gas, and…overall safety rating…that it was number one." (M. Benton. at 57:24-58:5). When asked if he could recall a specific statement, he said "No. It's really popped into my mind that it was safe and it was gas -- you know, | • Not addressed for Mr. Benton<br><br>• When asked "you're not aware of any allegation regarding marketing or advertising in the Fourth Amended Consolidated Complaint on which you claim to have relied" Ms. Benton responded "I can't remember right now." (Ex. 122, S. Benton at 61:12-17) | • When asked "Is there a specific statement that you recall seeing in these advertisements that you now claim was an untrue statement?" he answered "Its safety and reliability as a car in whole." (M. Benton at 59:7-11). Mr. Benton agreed that the specific statement he recalls from the advertisement was that the Chevrolet brand "was the consumers' number on pick for safety and reliability." (Ex. 116 M. Benton at 60:14-61:6) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | economy efficient." (M. Benton at 58:6-11)<br><br>• When asked if the advertisement "didn't refer to the Cobalt specifically" he answered "No, sir." (M. Benton at 60:23-25) | | |
| Brown, Kimberly | • When asked "[d]o you recall reviewing or seeing any advertisements or brochures related to the HHR prior to purchasing the HHR?" Ms. Brown answered "No." (Ex. 87, 4/24/17 K. Brown Dep. Tr. at 35:24-36:6)<br><br>• When asked "you don't recall reviewing or seeing any GM advertisements prior to purchasing this car; is that correct?" she answered "[t]hat's correct." (*Id.* at 41:2-5)<br><br>• Ms. Brown subsequently noted in her deposition that she saw a poster of an HHR in the dealership, but when asked whether she had "any recollection of what thatposter actually said," she responded "I -- no. I can't. I can't picture it in my mind." (*Id.* at 122:1-123:3) | • Not Addressed | • Not Addressed |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| Cereceres, Kellie | • Ms. Cereceres testified that she saw television advertisements related to the Traverse, but testified "I don't remember what was exactly stated." (Ex. 55, 12/18/17 K. Cereceres Dep. Tr. at 95:1-7)<br><br>• Ms. Cereceres reviewed a brochure for the Chevrolet Traverse prior to purchasing the vehicle. (*Id.* at 88:4-13) | • Ms. Cereceres testified that the Traverse brochure "greatly" affected her purchase decision "because of the safety issues that were in it -- and, again, it's not in front of me…but at the time when we purchased it, I loved all the safety issue components in it, because I drive it, and I have children in the car and their friends in the car, and so I can't specifically tell you what was in there, and I apologize." (*Id.* at 91:5-24) | • When counsel noted "you don't remember what was said in them; right? So my -- my question is: You are not claiming that there was something specifically stated in those commercials that was not true…correct?" Ms. Cereceres responded "yes." (*Id.* at 95:21-96:4)<br><br>• When asked "Sitting here today, you cannot point to anything in that brochure that wasn't true, to the best of your knowledge; correct?" Ms. Cereceres responded "Because it's not in front of me, correct." (*Id.* at 91:5-8) |
| Hardin, Crystal | • Ms. Hardin testified that she purchased the 2005 Cobalt because "[t]he ad on television caught my eye and I wanted a new vehicle. (Ex.__, 3/2/17 C. Hardin Dep. Tr. at 123:11-14) The advertisement showed a Cobalt racing, and beating, a new Corvette on a racetrack, and Ms. Hardin testified that "[w]hat I found to be catchy is you have such a classic car, being the Corvette, to the new snazzy car, and the way that they just for me put the classic with that new and had the new win just kind of made me feel important. That was what drew me to buy the car…The | • Referring to the advertisement where the Corvette raced the Cobalt, Ms. Hardin testified that "it was the advertisement that sold me on the car." (Id. at 143:1-3). She testified that she "did not rely on any other advertisements." (*Id*. at 146:16-21). | • When asked "[t]he advertisement that you saw of the Cobalt and the Corvette on the racetrack, is there anything in that ad that you believe was not true?" Ms. Hardin said "No." (*Id.* at 145:19-22) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | ad sold me." (*Id.* at 124:8-125:6) | | |
| Malaga, Javier | • Mr. Malaga testified that "[t]he Cobalt itself was never promoted very much by Chevrolet for whatever reason, but I seem to remember some advertising where they would show, you know, the Chevrolet pickups, and they would have a lineup of all their models, Chevrolet, this, this, basically that." (Ex. 95, 3/24/17 J. Malaga Dep. Tr. at 142:23-143:3)<br><br>• He testified that the advertisement "show[ed] them lined up. I guess there was some sort of a campaign sale going on." (*Id.* at 143:11-13). When asked if the ad related to the cost of the vehicle, he said "Yeah, well, in general, you know, reminding people that Chevrolet is there, come and see our cars." (*Id.* at 143:14-19)<br><br>• When asked about the messaging of the advertisement, Mr. Malaga said "I can remember seeing the picture of the cars in a semicircle, 'Chevrolet runs | • When asked how the advertisement affected his purchase decision, Mr. Malaga responded "It really didn't." (*Id.* at 145:11-20 | • Not addressed. |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | deep' or something like that, but the exact nature, I didn't pay much attention to it." (*Id.* at 144:21-145:1)<br>• He does not recall "viewing any advertisements specifically related to the Chevrolet Cobalt." (*Id.* at 143:20-23)<br>• He does not recall anything specific from that advertisement relating to the safety of General Motors vehicles." (*Id.* at 146:17-20) | | |
| Mattos, Winifred | • When asked if there was "[a]ny advertising on the G5 that you were focused on" prior to the purchase of her vehicle, Ms. Mattos answered "No." (Ex. 89, 3/3/17 W. Mattos Dep. Tr. at 30:13-15) | • N/A | • N/A |
| Orosco, Santiago | • When asked if he "review[ed] any GM advertisements or brochures that led [him] to buy the subject vehicle," Mr. Orosco answered "No." (Ex. 47, 3/9/17 S. Orosco Dep. Tr. at 72:4-6) | • N/A | • N/A |
| Padilla, David | • When asked whether he reviewed any brochures about the Cobalt, Mr. Padilla | • N/A | • N/A |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | answered "No." (Ex. 64 , 2/17/17 D. Padilla Dep. Tr. at 32:12-14)<br><br>• When asked whether he reviewed any GM ads before purchasing the Cobalt, Mr. Padilla answered "No. No." (*Id.* at 32:25-33:2) | | |
| Ramirez, Esperanza | • Ms. Ramirez testified that she saw television advertisements "about the Saturn brand" prior to purchasing the subject vehicle, and that "[t]here were different advertisements. There was always the family, the going to the dealer, and then showing the family going and them telling them how safe the care was, you know, just the typical driving. You would see the -- the commercial of families going to get -- purchase the car and doing the every day family errands, and drving your kids around…" (Ex. 70, 3/03/17 E. Ramirez Dep. Tr. at. at 48:7-49:10)<br><br>• She also testified that she "specifically remember[s] seeing Saturn advertisements in Time, Newsweek, and | • When asked why she purchased another Saturn, Ms. Ramirez stated "the advertisements and everything for the new Saturn were still kind of giving you the feeling of like this brand is the continued safe, family car…." (*Id.* at 47:23-48:6). | • Not Addressed |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | People magazines." (*Id.* at 50:22-51:1)<br><br>• Ms. Ramirez testified that she didn't remember the specific model vehicles in the advertisements, and when asked "[s]o none of these ads, as best you can recall, were specific to the Saturn ION, correct?" she responded "Yeah, I don't remember. I just remember the brand." (*Id.* at 51:22-52:3)<br><br>• Ms. Ramirez alleges that she purchased the 2007 ION because she saw advertisements about the safety of the Saturn brand, although she does not recall whether any related specifically to the Ion. (*Id.* at 48:1-6; 51:25-52:3) | | |
| Rukeyser, William | • Mr. Rukeyser alleges that he viewed GM advertisements on the radio, on television, and in print. (Ex. 137, 3/17/17 W. Rukeyser Dep. Tr. at 159:7-161:13)<br><br>• Mr. Rukeyser testified that he did not believe he could identify the advertisements if he saw them again, and remembered the content being | • When asked if he "believe[d] that those ads did in fact influence[d] [his] decision," Mr. Rukeyser answered "Sure." (*Id.* at 163:1-4). When asked if he "remember[ed] any specific representations in any of these ads that were objectively false" he said "The way I recall them, these were | • When asked whether any substance of the advertisement he reviewed was false, he answered "In retrospect?...Certainly. Claims to safety and reliability were proven to be untruthful." (*Id.* at 163:5-11) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | "basically that the Cobalt was a good, solid, reliable, safe family vehicle." (*Id.* at 162:1-12) | general claims." (*Id.* at 163:17-164:14). | |
| Thomas, Michelle | • Michelle Thomas alleges that she saw email advertisements "about how, you know, it's a nice drive. I don't know verbatim, but…, they're reliable, safety ratings, or something of that sort. And I felt comfortable with buying it." (Ex. 138, 3/21/17 M. Thomas Dep. Tr. at 74:25-75:7)<br><br>• Ms. Thomas also alleges receiving mailings, testifying that they covered generally "the same thing. It's reliable, safe, it's by Buick. That's pretty much it." (*Id.* at 77:5-7)<br><br>• She also alleges she saw commercials related to the Buick LaCrosse. (*Id.* at 74:19-24)<br><br>• With regard to whether she saw advertisements about the 2005 Buick LaCrosse, she testified "specifically, no. I mean, I probably did see them, but I don't remember, like, specifically if it said 2005 | • Not Addressed | • Not Addressed |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | Buick LaCrosse." (*Id.* at 77:21-78:1)<br><br>• When asked "you don't remember any specific advertisement that referred to the -- to safety or reliability, correct?" she answered "correct." (*Id.* at 84:20-23) | | |
| **Missouri** | | | |
| Akers, Brad | • Mr. Akers testified that he saw an advertisement in an automotive magazine: "It had like checkmarks on different safety ratings, and to the best of my knowledge, since I had the HHR, it really focused my mind on looking at it." (Ex. 48, 3/23/17 B. Akers Dep. Tr. at 55:10-56:8)<br><br>• He did not recall whether it was an advertisement or an article, and when asked "[s]o you don't remember one way or another whether it was an advertisement by General Motors or Kia or somebody else?" he responded "That I do not." (*Id.* at 56:9-15) | • Not Addressed | • Not Addressed |
| Hamilton, Deloris | • When asked "you're not claiming that you relied on any advertisements or marketing materials by New | • When asked "you're not claiming that you relied on any advertisements or marketing materials by New | • N/A |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | GM when you purchased your 2000 Alero, correct?" Ms. Hamilton responded "Correct." (Ex. 39, 3/13/17 D. Hamilton Dep. Tr. at 137:15-19) | GM when you purchased your 2000 Alero, correct?" Ms. Hamilton responded "Correct." (Ex. 39, 3/13/17 D. Hamilton Dep. Tr. at 137:15-19) | |
| Hawkins, Cynthia | • When asked "to the best of your knowledge, you didn't look at any General Motors brochures or materials about the vehicle?" she responded "No." (Ex. 99, 3/24/17 C. Hawkins Dep. Tr. at 48:18-24) | • N/A | • N/A |
| Robinson, Kenneth | • When asked "[d]o you recall reviewing any particular General Motors advertisements prior to purchasing the subject vehicle?" Mr. Robinson answered "No." (Ex. 49, 5/9/17 K. Robinson Dep. Tr. at 113:13-16) | • When asked "[d]id you rely on any advertisements when you purchased the subject vehicle?" Mr. Robinson answered "No." (*Id.* at 113:17-19). | • N/A |
| Robinson, Ronald | • Mr. Robinson alleges that email and television advertisements highlighting the Impala's "quality" positively impacted his decision to purchase the vehicle. (Ex. 50, 3/21/17 R. Robinson Dep. Tr. at 33:22-34:2)<br>• Mr. Robinson also alleged that he saw television | • Mr. Robinson testified that he "was attracted to [the Impala] because of the advertisement of seeing the GM products; the price looked decent." (*Id.* at 55:23-56:2)<br>• When asked how the television ads affected his purchase decision, Mr. | • When asked "to the best of your knowledge and recollection, was there anything untruthful in that advertising?" regarding the email advertisements, Mr. Robinson responded "Not as far as I know." (*Id.* at 34:3-8). When asked "those ads were true?" he responded "As far as I know." (*Id.* at 34:9-12)<br>• Regarding the television advertisements, Mr. Robinson |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | advertisements from GM. (*Id.* at 62:5-10) When asked to describe these advertisements he said "The only thing that stands out in my mind, that at GM we make good products; we stand behind our products." (*Id.* at 63:6-16). He also recalled an advertisements with Tiger Woods, but did not recall which line of products he was advertising. (*Id.* at 63:12-20) | Robinson responded "I felt comfortable." (*Id.* at 64:4-8). | testified that he believed GM was untruthful about "In my opinion, the quality of the GM product." (62:22-25) |
| Stefano, Mario | • When asked about specific advertisements relating to GM prior to his purchase of the subject vehicle, Mr. Stefano testified that "I don't remember if that was then. It was the -- that little old lady that said, Is that a Buick? That's a GM one. Yeah, I remember that one. I don't know if that was at that time or not. It could have been later." (Ex. 51, 4/14/17 M. Stefano Dep. Tr. at 115:4-14) | • When asked "Did General Motors advertisements have any effect on you decision to purchase the subject vehicle" Mr. Stefano answered "No."<br>• (*Id.* at 115:23-116:) | • Not Addressed |
| Tinen, Christopher | • Prior to purchasing the subject vehicle, Mr. Tinen recalls viewing "a TV commercial by General Motors touting the dependability and performance. It was a generic one, as I recall, and again, these were all pieces to | • When asked if the advertisements affected his purchase decision, Mr. Tinen said "I think they were all reinforcements of the questions I was seeking as it relates to trust, brand, buying America, fuel economy, | • When asked if there were "any specific representations in any ads that you reviewed that were not true to the best of your knowledge" Mr. Tinen answered "Again, I believe if it's being said on the airwaves, |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | reinforce the trust I had in General Motors. So that influenced -- I'm cognizant of it". (Ex. 52, 4/13/17 C. Tinen Dep. Tr. at 117:10-24)<br><br>• Mr. Tinen testified that he didn't "remember[safety-related representations] specifically, but it certainly reinforced safety as a topic." (*Id.* at 118:15-20)<br><br>• Mr. Tinen also testified that "there was obviously the buy American -- there was the Case for Clunkers, so there was kind of a buy American push, as I recall, and that's a main part of what I recall. (*Id.* at 119:12-21)<br><br>• He also recalled "[t]here were a lot of sound bites. I can't recall anything specific, but I certainly felt that there was a big emphasis by GM and many of the brands to buy a new GM vehicle." (*Id.* at 120:16-24)<br><br>• He did not recall whether the advertisements he saw referenced the GMC Acadia. (*Id.* at 119:3-5) | safety. All the things that we've mentioned today, I believe those were all sound bites somehow being reinforced by the messages." (*Id.* at 121:6-11)<br><br>• When asked if he relied on those advertisements, he answered "Certainly" (*Id.* at 121:19-20). However, when asked "Were there any particular representation in these advertisements that you can recall relying on?" he answered "No." (*Id.* at 122:1-3) | there's some basis of truth." (*Id.* at 122:15-21) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| Witherspoon, Patrice | • Ms. Witherspoon testified that "I remember a specific commercial where it showed the Saturn ION and it had different things like hitting the vehicle, like a baseball bat, shopping cart ran into it. It was just different items. That was the whole gimmick to show that the car would be durable and not be able to cause harm to it easily. That's the one specific commercial I remember. (Ex. 53, 5/31/17 P. Witherspoon Dep. Tr. at 54:19-55:5) | • When asked "how that ad affected your purchase decision" Ms. Witherspoon answered "I just offhand remembered that one ad specifically, the commercial, and that made me think, oh, that's cool, let me look into the Saturn." (*Id.* at 106:1-8) | • When asked whether she could "identify any statements in those television advertisements that you claim are either not true or are misleading" Ms. Witherspoon responded "I can't recall any statements, no." (*Id.* at 54:12-18)<br>• When asked "what was not true or misleading about the images of a shopping cart hitting the car or a baseball bat hitting the car" Ms. Witherspoon answered "[b]ecause the implied is that it's a safe vehicle and it wasn't." (*Id.* at 55:14-20) |
| **Texas** | | | |
| Al-ghamdi, Gareebah | • When asked "did you ever review or receive any advertising from GM or Chevy for the Impala?" Ms. Al-ghamdi answered "No." (Ex. 16, 5/5/17 G. Al-ghamdi Dep. Tr. at 36:6-13) | • N/A | • N/A |
| Bacon, Dawn | • Ms. Bacon testified that she saw a television advertisement that said the CTS was "rated first in its class for safety." (Ex. 57, 3/28/17 D. Bacon Dep. Tr. at 30:13-22)<br>• She believes she saw "[m]aybe two" advertisements related to the CTS. Regarding | • When asked "did those advertisements have any impact on your decision to purchase the 2006 CTS?" Ms. Bacon said "I remembered in the back of my mind that they were safe, supposed to be safe for their class. I remembered - | • When asked "[d]o you have any reason to believe that when the advertisements that you saw discussing that it was best in its class in safety came out, that it wasn't actually ranked best in its class in safety?" she answered "No." (*Id.* at 46:13-24) |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
| --- | --- | --- | --- |
| | the content of the first: "the car was driving very fast with -- I believe there were -- I believe there were maybe other cars, too, that weren't -- I don't know if they were Cadillacs. But it was, like, on a mountain, and it was saying that it was rated first in class in safety -- first in its class in safety." (*Id.* at 35:13-25). She did not remember the content of the second advertisement. (*Id.* at 36:1-4)<br><br>• Ms. Bacon also testified that "There was a DVD and a brochure that came with the car that was made available to me, and I looked at it." (*Id.* at 43:25-44:6) | - I Mean, I thought about that." (*Id.* at 36:5-11) | |
| Fuller, Dawn | • When asked "you were not relying on any GM advertisements when you purchased the vehicle; you were relying on your stepfather's recommendation, correct?" Ms. Fuller answered "Correct." (Ex. 15, 11/20/17 D. Fuller Dep. Tr. at 85:25-86:8) | • N/A | • N/A |
| Graciano, Michael | • Mr. Graciano was asked "do you remember receiving any kind of like marketing | • N/A | • N/A |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | materials about the 2007 Cobalt, brochures, advertisements, anything like that?" he responded "No." (Ex. 18, 5/1/17 M. Graciano Dep. Tr. at 133:22-134:1) | | |
| Henry, Shenyesa | • Ms. Henry recalls seeing advertisements where "one of the key points that they were talking about was the undentable side panels. I know that for sure. Aside from that else they said on that commercial, I tuned all that out. I didn't hear anything else but 'undentable side panels.'". ((Ex. 139, 3/27/17 S. Henry Dep. Tr. at at 36:22-40:3)<br><br>• When asked if she recalled seeing any other form of advertisement or brochures about the Saturn Ion prior to purchase, Ms. Henry said "[o]utside of the commercial, no. If there were, I didn't pay attention to them." (*Id.* at 39:23-40:3)<br><br>• When asked whether she remembered anything else about the commercials other than the fact that it advertised undentable side panels, she | • Ms. Henry testified that she purchased the vehicle because of the undentable side panels and because "[t]he vehicle was fairly inexpensive." She said she heard about the undentable panels from TV. (*Id.* at 36:22-37:14) | • Not Addressed |

| Name | Saw Advertisements? | Relied on Advertisements? | Alleges Advertisements Were Misleading? |
|---|---|---|---|
| | answered "I don't." (*Id.* at 42:17-20) | | |
| McClellan, Lisa | • When asked "[d]id you look at any advertising leading up to your purchase of this car?" Ms. McClellan answered "No.". (Ex. 17, 5/4/17 L. McClellan Dep. Tr. at 47:3-5) | • N/A | • N/A |
| Simmons, Lisa | • When asked "[y]ou didn't review any GM advertisements or brochures that lead you to buy the 2007 Saturn Ion, correct?" Ms. Simmons responded "Not that I recall, no." (Ex. 140, 6/21/17 L. Simmons Dep. Tr. at at 85:8-11) | • N/A | • N/A |