# Exhibit E

## EXHIBIT E: NAMED PLAINTIFFS' PURCHASE INFORMATION

| Name | Place of Purchase | Type of Seller | Purchase Price |
|---|---|---|---|
| **California** | | | |
| Barker, Patricia | • Russ Thor Saturn (Torrance, CA)(Ex. 69, 2/27/17 P. Barker Dep. Tr. at 173:2-4) | • GM-Affiliated Dealer | • $15,109.65 (*Id.* at 59:24-60:8) |
| Basseri, Chimen | • Nissan of Valencia (Valencia, CA) (Ex. 71, 11/22/17 C. Basseri Dep. Tr. at 38:9-13) | • Non-GM Dealer | • $13,778.06 (*Id.* at 89:3-5)<br>• $16,333, including financing. (*Id.* at 76:3-10) |
| Benton, Michael & Sylvia | • Ideal Auto Sales (Barstow, CA) (Ex. 116, 2/28/17 M. Benton Dep. Tr. at 10:10-14, 55:7-8) | • Non-GM Dealer | • $12,568.30 (*Id.* at 54:8-10) |
| Brown, Kimberly | • Rally Automotive (Palmdale, CA) (Ex. 87, 4/24/17 K. Brown Dep. Tr. at 27:8-11) | • GM-Affiliated Dealer | • "With the finances, it was like $26,000" (*Id.* at 27:14-20) |
| Cereceres, Kellie | • Maita Chevrolet (Elk Grove, CA) Ex. 101, 12/18/17 K. Cereceres Dep. Tr. at 26:17-27:11) | • GM-Affiliated Dealer | "Q And it shows a total cash price on the vehicle for -- of $40,212; correct?<br>A Yes.<br>Q And that included a cash price of the vehicle of $39,420; correct?<br>A Yes.<br>Q And a cash price accessory of $795; correct?<br>A Yes." (*Id.* at 66:8-15) |
| Hardin, Crystal | • Chase Chevrolet (Stockton, CA) (Ex.131, 3/2/17 C. Hardin Dep. Tr. at 62:6-12) | • GM-Affiliated Dealer | • "About $20,000" (*Id.* at 80:6-10) |

| Name | Place of Purchase | Type of Seller | Purchase Price |
|---|---|---|---|
| Malaga, Javier | • Carson Toyota (Carson, CA) (Ex. 132, 3/24/17 J. Malaga Dep. Tr. at 42:23-25) | • Non-GM Dealer | • $15,979.08 (*Id.* at 150:4-8)<br>• The dealership "wanted 15. I wanted to pay 10" (*Id.* at 48:13-18)<br>• $20,582.96 with financing (*Id.* at 150:16-151:13) |
| Mattos, Winifred | • Hooman Chevrolet (Culver City, CA) (Ex. 89, 3/03/17 W. Mattos Dep. Tr. at 89:9-15) | • GM-Affiliated Dealer | • 20,000 (*Id.* at 89:8-19) |
| Ramirez, Esperanza | • Saturn of Torrance (Torrance, CA) (Ex. 70, 3/03/17 E. Ramirez Dep. Tr. at 214:17-25) | • GM-Affiliated Dealer | • $16,700 (*Id.* at 164:24-165:7) |
| Rukeyser, William | • Sanborn Chevrolet (Lodi, CA). (Ex. 137, 3/17/17 W. Rukeyser Dep. Tr. at 38:12-15) | • GM-Affiliated Dealer | • Approximately $18,000 (*Id.* at 79:21-80:3) |
| Orosco, Santiago | • Ed Dena's Auto Center (Dinuba, CA) (Ex. 47, 3/9/17 S. Orosco Dep. Tr. at 52:18-21) | • GM-Affiliated Dealer | • "The sticker price was $28,000, and I think the finance charges were like, 3-, $4,000 on top of that, so I'm thinking about $32,000 roughly, okay. Give or take a thousand or two." (*Id.* at 50:10-13) |
| Padilla, David | • Chase Chevrolet (Stockton, CA) (5ACC ¶ 68)<br>• "Chevrolet Dealership here in Stockton" (Ex. 64, 2/17/17 D. Padilla Dep. Tr. at 23:18-19) | • GM-Affiliated Dealer | • Plaintiff does not remember (*Id.* at 33:24-25)<br>• $21,690.27 (5ACC ¶68) |
| Thomas, Michelle | • Sun Motor Group (El Cerrito, CA) (Ex. 138, 3/21/17 M. Thomas Dep. Tr. at 32:4-12) | • Non-GM Dealer | • $7,500 or $7,800 (*Id.* at 53:22-54:3) |

| Name | Place of Purchase | Type of Seller | Purchase Price |
|---|---|---|---|
| | | | • "Originally, I think he wanted like, 9,000 for it or something. And then I told him I only wanted to pay, like, 7,500 or 7." (*Id.* at 50:22-51:3) |
| **Missouri** | | | |
| Akers, Brad | • Auffenberg Chevrolet (Farmington, MO) (Ex. 48, 3/23/17 B. Akers Dep. Tr. at at 39:10-13) | • GM-Affiliated Dealer | • Approximately $21,800 (*Id.* at 36:13-15) |
| Hamilton, Deloris | • 94 Auto (St. Charles, MO) (Ex. 39, 3/13/17 D. Hamilton Dep. Tr. at 25:3-9) | • Non-GM Dealer | • $3,500 (*Id.* at 93:18-20) |
| Hawkins, Cynthia | • South County Auto Center (Weldon Spring, MO) (Ex. 99, 3/24/17 C. Hawkins Dep. Tr. at 27:1-5) | • Non-GM Dealer | • $12,920 (Mo EL Dep Ex. 34, at ELPLNTFF00008126) |
| Robinson, Kenneth | • Westfall O'Dell dealership (Excelsior Springs, MO) (Ex. 49, 5/9/17 K. Robinson Dep. Tr. at 42:6-8) | • Non-GM Dealer | • Approximately $13,000-$14,000 (*Id.* at 37:7-9) |
| Robinson, Ronald | • Enterprise Leasing (Ex. 50, 3/21/17 R. Robinson Dep. Tr. at 34:13-15) | • Non-GM Dealer | • Approximately $16,000 (*Id.* at 55:10-12) |
| Stefano, Mario | • Dave Sinclair Automotive (St. Louis, MO) (Ex. 51, 4/14/17 M. Stefano Dep. Tr. at 43:16-44:1) | • GM-Affiliated Dealer | • $25,286 (Not including $10,000 credit for trade-in) (*Id.* at 44:2-45:25) |

| Name | Place of Purchase | Type of Seller | Purchase Price |
|---|---|---|---|
| Tinen, Christopher | • Bommarito Buick GMC (Ellisville, MO) (Ex. 52, 4/13/17 C. Tinen Dep. Tr. at 53:12-25) | • GM-Affiliated Dealer | • $32,080.27 (*Id.* at 29:19-21) |
| Witherspoon, Patrice | • Saturn of Blue Springs (Blue Springs, MO) (Ex. 53, 5/31/17 P. Witherspoon Dep. Tr. at 88:23-89:4) | • GM-Affiliated Dealer | • Approximately $16,828 (*Id.* at 45:16-46:7) |
| **Texas** | | | |
| Al-ghamdi, Gareebah | • Auto Expo used car lot (San Antonio, TX) (Ex. 16, 5/5/17 G. Al-ghamdi Dep. Tr. at 20:2-24) | • Non-GM Used Car Lot | • $12,999 (*Id.* at 20:7-8) |
| Bacon, Dawn | • She purchased it from her former stepfather, who is a car salesman. (Ex. 103, 3/28/17 D. Bacon Dep. Tr. at 22:13-23) | • Private Sale | • $10,000 (*Id.* at 25:1-3) |
| Fuller, Dawn | • Moritz Kia (Fort Worth, TX) (Ex. 15, 11/20/17 D. Fuller Dep. Tr. at 30:9-18) | • Non-GM Dealer | • $9,895 (*Id.* at 88:17-24) |
| Graciano, Michael | • Holt Chrysler Jeep Dodge (Arlington, TX) (Ex. 18, 5/1/17 M. Graciano Dep. Tr. at 66:18-20) | • Non-GM Dealer | • Approximately $11,600 (*Id.* at 123:1-7) |
| Henry, Shenyesa | • Saturn of Plano (Plano, TX) (Ex. 139, 3/27/17 S. Henry Dep. Tr. at 28:18-29:3) | • GM-Affiliated Dealer | • $17,000 (*Id.* at 33:20-22) |

| Name | Place of Purchase | Type of Seller | Purchase Price |
|---|---|---|---|
| McClellan, Lisa | • La Fiesta Auto Sales (Pasadena, TX) (Ex. 17, 5/4/17 L. McClellan Dep. Tr. at 27:12-23) | • Non-GM Dealer | • $10,000-$12,000 (*Id.* at 32:3-7) |
| Simmons, Lisa | • Saturn of Amarillo (Amarillo, TX) (Ex. 140, 6/21/17 L. Simmons Dep. Tr. at 49:5-18) | • GM-Affiliated Dealer | • $15,590 (*Id.* at 67:19-22) |