UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

IN RE: 14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

---------------------------------------------------------------------------x

**SUPPLEMENTAL AFFIRMATION OF R. ALLAN PIXTON**

I, R. Allan Pixton, an attorney admitted *pro hac vice* to practice before this Court, hereby affirm under penalty of perjury as follows:

1. I am a partner in the firm of Kirkland & Ellis LLP and counsel for General Motors LLC ("New GM") in the above-captioned matter.

2. I make this Supplemental Affirmation in support of New GM's Motion to Exclude the Opinions of Stefan Boedeker.

3. The following facts are within my personal knowledge, and if called, I would testify as follows.

4. The following additional exhibits are attached in support of the pleadings identified in Paragraph 2.

i. Attached as Exhibit 141 is a true and correct copy of the September 19, 2018 declaration of Shari Diamond.

ii. Attached as Exhibit 142 is a true and correct excerpted copy of the transcript of the April 10, 2018 deposition of Daniel McFadden.

iii. Attached as Exhibit 143 is a true and correct excerpted copy of the transcript of the April 20, 2017 deposition of Stefan Boedeker in State of California v. General Motors LLC.

iv. Attached as Exhibit 144 is a true and correct excerpted copy of the transcript of the June 13, 2017 deposition of Stefan Boedeker in State of California v. General Motors LLC.

v. Attached as Exhibit 145 is are true and correct copies of screenshots of the consumer survey conducted by Stefan Boedeker in State of California v. General Motors LLC.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: October 2, 2018

*/s/ R. Allan Pixton*

R. Allan Pixton

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2018, I electronically filed the foregoing affirmation using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Andrew B. Bloomer*
Andrew B. Bloomer, P.C.