**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>This Document Relates to:<br>*Genita McKnight* | MDL No. 2543<br><br>Master File No.: 14-MDL-2543 (JMF)<br><br>Case No. 1:18-cv-03247 (JMF) |

**DECLARATION OF BRENT COON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE ADMISSION OF OTHER SIMILAR EVIDENCE**

My name is Brent Coon and I am counsel for the Plaintiff Genita McKnight. I am over the 18 years of age, of sound mind and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct. I submit this Declaration in Support of Plaintiff's Memorandum of Law in Support of Admission of Other Similar Incident Evidence. I declare as follows:

1. Exhibit 1 is a true and correct copy of Plaintiff's October 5, 2018 OSI Disclosure.
2. Exhibit 2 is a true and correct copy of In re TQ14-001 NHTSA Recall No. 14V-047, May 16, 2014 Consent Order.
3. Exhibit 3 is a true and correct copy of the Statement of Facts attached as Ex. C to the Deferred Prosecution Agreement.
4. Exhibit 4 is a true and correct copy of excerpts from the October 19, 2015 Mary Barra deposition.
5. Exhibit 5 is a true and correct copy of excerpts from the October 2, 2014 Karin Turski deposition.

6. Exhibit 6 is a true and correct copy of the June 19, 2014 Part 573 letter regarding NHTSA Recall 14V346.

7. Exhibit 7 is a true and correct copy of the June 20, 2014 Part 573 letter regarding NHTSA Recall 14V355.

8. Exhibit 8 is a true and correct copy of the July 2, 2014 Part 573 letter regarding NHTSA Recall 14V394.

9. Exhibit 9 is a true and correct copy of the July 9, 2014 Part 573 letter regarding NHTSA Recall 14V400.

10. Exhibit 10 is a true and correct copy of the September 4, 2014 Part 573 letter regarding NHTSA Recall 14V540.

11. Exhibit 11 is a true and correct copy of the July 16, 2014 Part 573 letter regarding NHTSA Recall 14V394.

12. Exhibit 12 is a true and correct copy of Glen Stevick's August 17, 2018 Expert Report.

13. Exhibit 13 is a true and correct copy of excerpts from the January 10, 2017 of Glen De Vos deposition.

14. Exhibit 14 is a true and correct copy of DLPH_MDL_0016500.

15. Exhibit 15 is a true and correct copy of DLPH_MDL_0016504.

16. Exhibit 16 is a true and correct copy of DLPH_MDL_0018025.

17. Exhibit 17 is a true and correct copy of DLPH_MDL_0018029.

18. Exhibit 18 is a true and correct copy of GM-MDL2543-00883074.

19. Exhibit 19 is a true and correct copy of the July 16, 2014 Part 573 letter regarding NHTSA Recall 14V394.

20. Exhibit 20 is a true and correct copy of excerpts from the February 9, 2017 Bryan E. Thompson deposition.

21. Exhibit 18 is a true and correct copy of GM-MDL2543-301526010.

22. Exhibit 22 is a true and correct copy of excerpts from the March 9, 2017 Bryan E. Thompson deposition.

23. Exhibit 23 is a true and correct copy of excerpts from the Valukas Report.

24. Exhibit 24 is a true and correct copy of excerpts from the August 20, 2015 Erik Mattson deposition.

25. Exhibit 25 is a true and correct copy of the 2/16/99 Meeting Agenda re: "GM Ignition Switches (Delta, Catera, Epsilon)," DLPH_MDL_0042326 at 2327

26. Exhibit 26 is a true and correct copy of GM-MDL2543-300349461.

27. Exhibit 27 is a true and correct copy of the February 24, 2014 Part 573 letter regarding NHTSA Recall 14V047.

28. Exhibit 28 is a true and correct copy of GM-MDL2543-301526007.

29. Exhibit 29 is a true and correct copy of DLPH_MDL_0042063-66.

30. Exhibit 30 is a true and correct copy of Steve Loudon's August 17, 2018 Expert Report.

31. Exhibit 31 is a true and correct copy of the NHTSA Recall 14V400 Rule 30(b)(6) Deposition.

32. Exhibit 32 is a true and correct copy of GM-MDL2543-300232728.

33. Exhibit 33 is a true and correct copy of GM-MDL2543-300301398.

34. Exhibit 34 is a true and correct copy of GM-MDL2543-000881742.

35. Exhibit 35 is a true and correct copy of a July 2, 2014 email from GM engineer J. Murawa to D. Larabell, GM-MDL2543-304835797.

36. Exhibit 36 is a true and correct copy of the August 14, 2018 Amended Complaint of Genita McKnight.

37. Exhibit 37 is a true and correct copy of November 2005 GM Internal Technical Service Bulletin re: "Information on Inadvertent Turning of Key, loss of Electrical System and No DTCs" - GM-MDL2543-001572351.

38. Exhibit 38 is a true and correct copy of excerpts from the June 14, 2018 Genita McKnight deposition.

39. Exhibit 39 is a true and correct copy of Matthew Pittman's August 17, 2018 Expert Report.

40. Exhibit 40 is a true and correct copy of the April 25, 2014 Supplemental, Restated and Consolidated Response to NHTSA's March 4, 2014 Special Order, GM-MDL2543-400240098.

41. Exhibit 41 is a true and correct copy of GM-MDL2543-002381011.

42. Exhibit 42 is a true and correct copy of GM-MDL2543-401964941.

43. Exhibit 43 is a true and correct copy of GM-MDL2543-401964941.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: October 5, 2018

/s/ Brent Coon
Brent Coon