UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

No. 14-MD-2543 (JMF)
No. 14-MC-2543 (JMF)

This Document Relates To:

Hon. Jesse M. Furman

*All Actions*
------------------------------------------------------------------------x

**AFFIRMATION OF R. ALLAN PIXTON**

I, R. Allan Pixton, an attorney admitted *pro hac vice* to practice before this Court, hereby affirm under penalty of perjury as follows:

1. I am a partner in the firm of Kirkland & Ellis LLP and counsel for General Motors LLC ("New GM" or "GM LLC") in the above-captioned matter.

2. I make this Affirmation in support of New GM's Reply in Support of Its Motion for Summary Judgment Against The Bellwether Economic Loss Plaintiffs.

3. Attached hereto as Exhibit 127 is a true and correct copy of transcript excerpts from the January 15, 2016 proceedings in the *Scheuer* trial.

4. Attached hereto as Exhibit 128 is a true and correct copy of excerpts from GM-MDL2543-304953622.

5. Attached hereto as Exhibit 129 is a true and correct copy of the *curriculum vitae* of Robert Kuhn, PE.

6. Attached hereto as Exhibit 130 is a true and correct copy of GM-MDL2543-402326622.

7. Attached hereto as Exhibit 131 is a true and correct copy of transcript excerpts from the January 28, 2015 deposition of Glen Stevick.

8. Attached hereto as Exhibit 132 is a true and correct copy of transcript excerpts from the May 2, 2017 deposition of Glen Stevick.

9. Attached hereto as Exhibit 133 is a true and correct copy of a compilation of deposition transcript excerpts from certain plaintiffs named in the Fifth Amended Consolidated Complaint.

10. Attached hereto as Exhibit 134 is a true and correct copy of excerpts from ELPLNTFF00015725.

11. Attached hereto as Exhibit 135 is a true and correct copy of transcript excerpts from the July 5, 2018 deposition of Stefan Boedeker.

12. Attached hereto as Exhibit 136 is a true and correct copy of transcript excerpts from the June 28, 2018 deposition of Joshua Gans.

13. Attached hereto as Exhibit 137 is a true and correct copy of transcript excerpts from the September 30, 2015 deposition of Jean Hart.

14. Attached hereto as Exhibit 138 is a true and correct copy of transcript excerpts from the September 11, 2015 deposition of Joseph Fedullo.

15. Attached hereto as Exhibit 139 is a true and correct copy of transcript excerpts from the February 6, 2018 deposition of Stefan Boedeker.

16. Attached hereto as Exhibit 140 is a true and correct copy of transcript excerpts from the February 7, 2018 deposition of Stefan Boedeker.

17. Attached hereto as Exhibit 141 is a true and correct copy of transcript excerpts from the July 11, 2018 deposition of Glen Stevick.

18. Attached hereto as Exhibit 142 is a true and correct copy of transcript excerpts from the January 19, 2016 proceedings in the *Scheuer* trial.

19. Attached hereto as Exhibit 143 is a true and correct copy of transcript excerpts from the September 29, 2015 deposition of Glen Stevick.

* * *

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: October 19, 2018

*/s/ R. Allan Pixton*

R. Allan Pixton
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654-3279
Phone: 312-862-2000
Fax: 312-862-2200
allan.pixton@kirkland.com
*Attorney for Defendant General Motors LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018 I electronically filed the foregoing pleading using the CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Andrew B. Bloomer, P.C.*
Andrew B. Bloomer, P.C.