UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | 14-MD-2543 (JMF) |
| MICHELLE RODEN,<br>                    Plaintiff,<br><br>-v-<br><br>GENERAL MOTORS LLC,<br>                    Defendant. | 17-cv-5984 (JMF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff Michelle Roden ("Plaintiff") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a) for leave to file her First Amended Complaint. Counsel for New GM do not oppose this motion.

A copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit 1, a redline showing all changes from Plaintiff's Original Complaint is attached as Exhibit 2, and a proposed order is attached as Exhibit 3.

Respectfully submitted,

Dated:  November 27, 2018              SUSMAN GODFREY LLP

                                       By:  */s/ Steven M. Shepard*
                                             Steven M. Shepard

                                       HELLER, HOLMES & ASSOCIATES, P.C.
                                       Brent Holmes
                                       *kent@hhlawoff.com*
                                       Heath Uppencamp
                                       *heath@hhlawoff.com*
                                       1101 Broadway Ave
                                       Mattoon, Illinois 61938

1

Telephone: (217) 235-2700
Facsimile: (217) 235-0743

HILLIARD MUÑOS GONZALES LLP
Robert C. Hilliard
*bobh@hmglawfirm.com*
Lauren Akers
*lakers@hmglawfirm.com*
Katrina Ashley
*kashley@hmglawfirm.com*
719 S. Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

Steven Shepard (SS4146)
*sshepard@susmangodfrey.com*
1301 Avenue of the Americas, Fl. 32
New York, NY 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Lindsey Godfrey Eccles
*leccles@susmangodfrey.com*
Edgar Sargent
*esargent@gusmangodfrey.com*
1201 Third Avenue, Ste. 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 27, 2018, which will send notification of such filing to the e-mail addresses registered.

                                                       */s/ Steven M. Shepard*
                                                      Steven M. Shepard