UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GENERAL MOTORS, LLC
IGNITION SWITCH LITIGATION

MDL No. 14-MD-2543 (JMF)

STIPULATION OF DISMISSAL

This applies to:

Pamela Dennis

        Plaintiff,

-against-

GENERAL MOTORS, LLC

        Defendants

Case No. 1:18-cv-01904

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

**IT IS SO STIPULATED:**

Dated: 12/17/2018

/s/Brett A. Emison
Brett A. Emison
LANGDON & EMISON LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Tel:   660-259-6175
Fax:   660-259-4571
brett@lelaw.com

*Attorney for Plaintiff*

/s/ Wendy L. Bloom
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
300 North LaSalle
Chicago, IL 60654
Tel:   312-862-2000
Fax:   312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com

*Attorneys for Defendant General Motors, LLC*

The Clerk of Court is directed to terminate Ms. Dennis as plaintiff in both 14-MD-2543 and her respective member case, and in the event all other parties have been terminated, to close the case.

SO ORDERED.

December 18, 2018