IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | MDL No. 2543<br><br>Master File No.: 14-MDL-2543 (JMF) |

*This Document Applies to Plaintiffs in The Following Cases*:

1:16-cv-02270; 1:16-cv-02376; 1:16-cv-06828; 1:17-cv-0150; 1:17-cv-03262.

**DECLARATION OF ROBERT C. HILLIARD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO NEW GM'S *MOTION FOR SUMMARY JUDGMENT ON SUCCESSOR LIABILITY CLAIMS OF CERTAIN PRE-SALE PERSONAL INJURY PLAINTIFFS***

My name is Robert C. Hilliard and I am Co-Lead Counsel for the MDL Plaintiffs with primary responsibility for wrongful death and personal injury cases. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct. I submit this Declaration in Support of Plaintiff's Memorandum in Opposition to New GM's *Motion for Partial or Complete Summary Judgment on Successor Liability Claims of Certain Pre-Sale Plaintiffs*. Attached are true and correct copies of the following items:

1. Exhibit 58 is a true and correct copy Defendant New GM's Response to Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 dated January 27. 2017 (Dkt. 3655).
2. Exhibit 59 is a true and correct copy of a printout of https://www.gm.com/our-company/about-gm.html (last accessed December 31, 2018).

3. Exhibit 60 is a true and correct copy of a .mp4 media file containing a 2011 Chevrolet television advertisement celebrating the "100 year birthday" of the Chevrolet brand.

4. Exhibit 61 is a true and correct copy of the September 17, 2015, General Motors Company Deferred Prosecution Agreement with the U.S. Dept. of Justice.

5. Exhibit 62 is a true and correct copy of excerpts from the Report to the Board of Directors of General Motors Company Regarding Ignition Switch Recalls dated May 29, 2014, by Jenner & Block (the "Valukas Report").

6. Exhibit 63 is a true and correct copy of the August 8, 2014 Agreed-Upon Stipulations of Fact, *In re Motors Liquidation Co.*, No. 09-50026-REG (Bankr. S.D.N.Y.), Doc. 12826-2, Exhibit "B."

7. Exhibit 64 is a true and correct copy of the Parties' August 24, 2016 Joint Stipulations of Fact from the *Cockram* Bellwether Trial (Doc. 3287).

8. Exhibit 65 is a true and correct copy of excerpts from the transcript of the June 18, 2014, Congressional Subcommittee Hearing entitled, *The GM Ignition Switch Recall: Investigation Update*, *Hr'g Before the Subcommittee on Oversight and Investigations of the House Energy and Commerce Comm.*, 113th Cong., GM-MDL2543-100378801.

9. Exhibit 66 is a true and correct copy of excerpts from the transcript of the April 2, 2014, Senate Subcommittee Hearing entitled, *Examining the GM Recall and NHTSA's Defect Investigation Process, Hr'g Before the Subcommittee on Consumer Protection, Product Safety, and Insurance of the Senate Comm. on Commerce, Science and Transportation*, 113th Cong., GM-MDL2543-401527579.

10. Exhibit 67 is a true and correct copy of excerpts from the transcript of the April 1, 2014, Congressional Subcommittee Hearing entitled, *The GM Ignition Switch Recall: Why Did*

*It Take So Long?*, *Hr'g Before the Subcommittee on Oversight and Investigations of the House Energy and Commerce Comm.*, 113th Cong., GM-MDL2543-401527786.

11. Exhibit 68 is a true and correct copy of the official transcript from the June 5, 2014 speech of New GM CEO Mary Barra to GM Employees on Valukas Report Findings, GM-MDL2543-100606776.

12. Exhibit 69 is a true and correct copy of the June 30, 2014, GM Ignition Compensation Claims Resolution Facility Final Protocol for Compensation of Certain Death and Physical Injury Claims Pertaining to the GM Ignition Switch Recall, GM-MDL2543-400893559.

13. Exhibit 70 is a true and correct copy of a November 17, 2014, article entitled, *General Motors Extends Compensation Fund Deadline for Victims of Switch Defect*, THE WASHINGTON POST, available at https://www.washingtonpost.com/business/economy/general-motors-extends-compensation-fund-deadline-for-victims-of-switch-defect/2014/11/17/57a926b6-6e14-11e4-8808-afaa1e3a33ef_story.html?noredirect=on&utm_term=.ea32855145ae (last accessed Dec. 31, 2018).)

14. Exhibit 71 is a true and correct copy of New GM's Part 573 Letter to NHTSA dated March 28, 2014, regarding NHTSA Recall Campaign No. 14V047, GM-MDL2543-400239260.

15. Exhibit 72 is a true and correct copy of excerpts from the transcript of the July 17, 2014, Senate Subcommittee Hearing entitled, *Examining Accountability and Corporate Culture in Wake of the GM Recalls, Hr'g Before the Subcommittee on Consumer Protection, Product Safety, and Insurance of the Senate Comm. on Commerce, Science and Transportation*, 113th Cong., GM-MDL2543-400245387.

16. Exhibit 73 is a true and correct copy of a July 24, 2014 email from New GM employee

Brian Latouf circulating draft copies of a letter to be sent to Old GM and New GM customers on behalf of New GM CEO Mary Barra, GM-MDL 2543-100134740-44.

17. Exhibit 74 is a true and correct copy of a July 24, 2014 email from New GM employee Brian Latouf circulating draft copies of a letter to be sent to Old GM and New GM customers on behalf of New GM CEO Mary Barra, GM-MDL 2543-100138481-484.

18. Exhibit 75 is a true and correct copy of excerpts from the transcript of the October 19, 2015 MDL deposition of New GM CEO Mary Barra.

19. Exhibit 76 is a true and correct copy of the GM Ignition Compensation Claims Resolution Facility's Final Report dated December 10, 2015.

20. Exhibit 77 is a true and correct copy of the December 28, 2018 Declaration of Paul M. Jonna Relating to Plaintiff James Boyle, with attached Exhibits "A" and "B."

21. Exhibit 78 is a true and correct copy of the December 28, 2018 Declaration of Joanne E. Matsuko Relating to Plaintiff Michael Petersen, with attached Exhibits "A" through "C."

22. Exhibit 79 is a true and correct copy of the letter dated July 19, 2017 from A. Steinberg to G. Gillett cited in the January 18, 2018, *Memorandum Opinion and Order Regarding Motion to Enforce the Settlement Agreement By and Among the Signatory Plaintiffs and the GUC Trust* (Br. Dkt. 14212) ("Settlement Order"), cited as "DX-HHHHH" in the Settlement Order at 11.

23. Exhibit 80 is a true and correct copy of Exhibit H to the *Declaration of Edward S. Weisfelner in Support of the Motion to Enforce the Settlement Agreement by and Among the Signatory Plaintiffs and the GUC Trust*, Br. Dkt. 14093-H ("2017 Settlement Agreement").

24. Exhibit 81 is a true and correct copy of an email dated August 14, 2017 from G. Gillett to

D. Golden *et al.*, cited as "PX-093" in the Settlement Order at 21.

25. Exhibit 82 is a true and correct copy of an email dated August 14, 2017 from B. Andrews to K. Martorana cited as "PX-088" in the Settlement Order at 22.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: April 12, 2019

/s/ Robert C. Hilliard
Robert C. Hilliard

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: */s/ Robert C. Hilliard*
Robert C. Hilliard