# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois  60654 |  |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

April 15, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

             *Re:*     *In re: General Motors LLC Ignition Switch Litigation,*
                         14-MD-2543 (JMF)

Dear Judge Furman:

       Pursuant to this Court's Order No. 50 Paragraph 8 (Docket No. 875), counsel for New GM and Lead Counsel for plaintiffs are to jointly submit a list of cases recently transferred to MDL 2543 which contain economic loss allegations, claims, and/or defendants that are not included in the Fifth Amended Consolidated Complaint.  (*See id.*)  Based on their review, the parties have not identified any such economic loss cases transferred to the MDL 2543 docket since the parties' March 15, 2019 joint letter (Docket No. 6579).

                                                 Respectfully submitted,

                                                 /s/ Richard C. Godfrey, P.C.
                                                 /s/ Andrew B. Bloomer, P.C.

                                                 *Counsel for Defendant General Motors LLC*

cc:      MDL Counsel of Record