**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Affirmation Applies To Plaintiffs In The Following Cases*:<br><br>*Hodges v. General Motors LLC;*<br>*Petersen v. General Motors LLC;*<br>*Olufs et al v. General Motors, LLC;*<br>*Dunlap et al v. General Motors LLC;*<br>*Boyle v. General Motors, LLC* | *14-MD-2543 (JMF)*<br>*16-CV-2270*<br>*16-CV-2376*<br>*16-CV-6828*<br>*17-CV-1050*<br>*17-CV-3262* |

**AFFIRMATION OF**
**R. ALLAN PIXTON**

I, R. Allan Pixton, an attorney admitted *pro hac vice* to practice before this Court, hereby affirm under penalty of perjury as follows:

1. I am a partner in the firm of Kirkland & Ellis LLP and counsel for General Motors LLC ("New GM" or "GM LLC") in the above-captioned matter.

2. I make this Affirmation in support of New GM's Motion for Summary Judgment on the Successor Liability Claims of Certain Pre-Sale Personal Injury Plaintiffs.

3. The Declaration of Steve W. Berman filed with Plaintiffs' Memorandum in Opposition states, with regard to publicly available stock ownership information for certain requested individuals, that "the link provided by New GM for John Smith appears to be a link to a Mr. Smith who has no reports of ownership of stock in either Old GM or New GM." (Berman Declaration at ¶ 6(a) (Docket No. 6675).) Mr. Berman's statement is incorrect. The link provided for Mr. Smith's holdings, as set forth in Exhibit 3 to New GM's letter brief concerning plaintiffs' motion

to compel disclosure of stock ownership (Docket No. 3593), directs the user to a website listing a January 23, 2003 Form 4 filing that reflects Mr. Smith's ownership of numerous Old GM securities. In order to access the link to this particular filing, it is necessary for the user to click "Next 40". For the Court's convenience, a true and accurate excerpted copy of the aforementioned website showing Mr. Smith's holdings is attached hereto as Exhibit 87.

4. Attached hereto as Exhibit 68 is a true and correct excerpted copy of the transcript of U.S. Treasury representative Harry Wilson's testimony at the July 1, 2009 Bankruptcy Court hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief and (II) Schedule Sale Approval Hearing ("Motion to Approve the 363 Sale") filed in the Bankruptcy Case.

5. Attached hereto as Exhibit 69 is a true and correct excerpted copy of the transcript of General Motors Corporation ("Old GM") President and CEO Frederick Henderson's testimony at the June 30, 2009 Bankruptcy Court hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief and (II) Schedule Sale Approval Hearing ("Motion to Approve the 363 Sale") filed in the Bankruptcy Case.

6. Attached hereto as Exhibit 70 is a true and correct copy of the January 23, 2017 Declaration of Jon Diewald.

7. Attached hereto as Exhibit 71 is a true and correct copy of the December 13, 2016 Declaration of Jon Diewald.

8. Attached hereto as Exhibit 72 is a true and correct copy of the December 3, 2009 UAW Retiree Medical Benefits Trust agreement, available at http://uawtrust.org/Home/about/history/history/sb.cn.

9. Attached hereto as Exhibit 73 is a true and correct copy of the July 30, 2015 Second Amended and Restated Motors Liquidation Company ("MLC") GUC Trust Agreement.

10. Attached hereto as Exhibit 74 is a true and correct excerpted copy of the MLC GUC Trust's Motion for Summary Judgment filed in *Campbell v. Fawber, et al.*, 11-CV-1215 (M.D. Pa.) at Docket No 19.

11. Attached hereto as Exhibit 75 is a true and correct excerpted copy of the MLC GUC Trust's Notice of Removal filed in *Kayser, et al. v. Sullivan, et al.*, 11-CV-2063 (E.D. Iowa) at Docket No. 1.

12. Attached hereto as Exhibit 76 is a true and correct excerpted copy of the transcript of the January 12, 2017 Bankruptcy Court Status Conference Regarding Late Claims Motion.

13. Attached hereto as Exhibit 77 is a true and correct excerpted copy of the February 10, 2009 8-K filing made by Old GM with the SEC.

14. Attached hereto as Exhibit 78 is a true and correct excerpted copy of the April 2, 2009 8-K filing made by Old GM with the SEC.

15. Attached hereto as Exhibit 79 is a true and correct excerpted copy of the July 14, 2009 8-K filing made by MLC with the SEC.

16. Attached hereto as Exhibit 80 is a true and correct excerpted copy of the July 16, 2009 8-K filing made by New GM with the SEC.

17. Attached hereto as Exhibit 81 is a true and correct copy of the December 7, 2009 8-K filing made by New GM with the SEC.

18. Attached hereto as Exhibit 82 is a true and correct excerpted copy of the December 23, 2009 8-K filing made by New GM with the SEC.

19. Attached hereto as Exhibit 83 is a true and correct excerpted copy of the December 8, 2010 Disclosure Statement For Debtors' Amended Joint Chapter 11 Plan, Bankruptcy Docket No. 8023.

20. Attached hereto as Exhibit 84 is a true and correct copy of the Motors Liquidation Company GUC Trust Quarterly Section 6.2(c) Report and Budget Variance Report as of March 31, 2019.

21. Attached hereto as Exhibit 85 is a true and correct excerpted copy of the transcript of the May 2, 2014 Bankruptcy Status Conference.

22. Attached hereto as Exhibit 86 is a true and correct excerpted copy of the transcript of the February 17, 2015 Bankruptcy Court Hearing on New GM's Motion to Enforce.

Dated: May 10, 2019

*/s/ R. Allan Pixton*

R. Allan Pixton

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing affirmation using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Andrew B. Bloomer, P.C.*
Andrew B. Bloomer, P.C.