UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates only to Dale Adair v. General Motors, LLC*, No. 1:17-cv-10178 | No. 14-MD-2543 (JMF)<br><s>No. 14-MC-2543 (JMF)</s><br><br>Hon. Jesse M. Furman |

# MOTION FOR ORDER PERMITTING SUBMISSION OF MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION TO WITHDRAW UNDER SEAL AND *IN CAMERA*

Langdon & Emison, LLC (hereinafter the "Firm") respectfully requests an Order permitting the Firm to file their Memorandum in Support of the Firm's Motion to Withdraw as Counsel and Declaration in Support of the Firm's Motion to Withdraw as Counsel, under seal and *in camera*. Because the Memorandum in Support of the Firm's Motion to Withdraw as Counsel and the Declaration reflect confidential information pursuant to New York Rule of Professional Conduct 1.6(a), the Firm respectfully requests that the Court permit the Firm to submit both the Memorandum and the Declaration under seal and *in camera* (that is, to file both documents under seal and submit both documents to the Court by email without disclosure to any other parties). The Firm has filed a Memorandum in Support of this Motion and has submitted the Declaration and Memorandum in Support of the Firm's Motion to Withdraw by email in accordance with Your Honor's Individual Rules and Practices.

Request GRANTED. The Clerk of Court is directed to docket this in 14-MD-2543 and 17-CV-10178 and to terminate 14-MD-2543, ECF No. 7394 and 17-CV-10178, ECF No. 50. SO ORDERED.

*[signature]*

November 15, 2019

Dated: November 14, 2019                    Respectfully submitted,

  /s/ Brett A. Emison
Langdon & Emison, LLC
Brett A. Emison
Brett@lelaw.com
911 Main Street
P.O. Box 220
Lexington, Missouri 64067
Telephone No.: (660) 259-7199
Facsimile No.: (660) 259-4571

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action. I also certify that a copy of this document was sent by U.S. Mail, certified mail, and electronic mail to Plaintiff.

By: /s/ *Brett A. Emison*
Brett A. Emison