UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

-------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

<u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

On November 14, 2019, the Potts Law Firm LLP ("Potts") filed a Motion for Declaratory

Judgment on Assessments for State Filed and Unfiled Cases, along with a memorandum in

support of that motion. *See* 14-MD-2543, ECF No. 7398. In light of the ongoing briefing with

respect to a substantially similar motion filed by Bailey Cowan Heckaman PLLC ("BCH") on

November 5, 2019, *see* 14-MD-2543, ECF No. 7368, the Court concludes that consolidated

briefing would make sense. Accordingly, Lead Counsel shall file, no later than **November 19,**

**2019**, any opposition to **both** Potts's motion **and** BCH's motion, supported by a single

memorandum of law not to exceed twenty-five pages, and Potts and BCH shall **jointly** file, no

later than **November 26, 2019**, any reply in a single memorandum of law not to exceed fifteen

pages. The Clerk of Court is directed to terminate ECF No. 7397 as duplicative.

SO ORDERED.

Dated: November 15, 2019
       New York, New York

_____
JESSE M. FURMAN
United States District Judge