UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     14-MD-2543 (JMF)

*This Document Relates To:*                       ORDER
*Case v. General Motors, LLC, 18-CV-11689*

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 15, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Roscoe Case. *See* 14-MD-2543, Docket No. 7408. Any opposition to the Firm's Motion — by Mr. Case, New GM, or otherwise — shall be filed **no later than three weeks from the date of this Order**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firms are directed to serve a copy of this Order on Mr. Case and to docket proof of such service **no later than November 21, 2019**.

SO ORDERED.

Dated: November 18, 2019
       New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge