UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543 (JMF)

*This Document Relates To:*                             ORDER
*Henry v. General Motors, LLC, 18-CV-5958*

---------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 15, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Shannon Henry. *See* 14-MD-2543, Docket No. 7433. Any opposition to the Firm's Motion — by the Plaintiff, New GM, or otherwise — shall be filed **no later than three weeks from the date of this Order**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on the Plaintiff and to docket proof of such service **no later than November 21, 2019**.

SO ORDERED.

Dated: November 19, 2019
New York, New York
_____
JESSE M. FURMAN
United States District Judge