UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Conner v. General Motors LLC, 19-CV-7190*
*King v. General Motors LLC, 19-CV-7197*
-----------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

      On October 29, 2019, New GM filed a motion to dismiss, without prejudice, the claims of several personal injury and wrongful death plaintiffs ("Plaintiffs") who had failed to submit substantially complete plaintiff fact sheets ("PFSs") as required by Order No. 25 (14-MD-2543, ECF No. 422). 14-MD-2543, ECF No. 7347. Pursuant to that Order, Plaintiffs had fourteen days — until November 12, 2019 — to file responses either certifying submission of a completed PFS or opposing New GM's motion for other reasons. Order No. 25. On November 19, 2019, New GM withdrew its motion as to Catherine Williams, and Carson Wayne Wright, who had both certified compliance. 14-MD-2543, 7449. In light of Ms. Schlabach's voluntary dismissal, *see* ECF No. 7390, New GM's motion is moot as to her claims. To date, the Plaintiffs identified in Exhibit A (the "Affected Plaintiffs"), with one exception, have yet to file any opposition or certification that he or she has submitted a complete PFS. Kamaria King opposed New GM's motion to dismiss, *see* ECF No. 7387, but based on New GM's reply it appears that Ms. King's assertion of compliance is incorrect.

      In light of the Affected Plaintiffs' continued failure to submit substantially complete PFSs as required by Order No. 25, their claims are hereby DISMISSED without prejudice.

Should any Affected Plaintiff submit all required documentation within the next thirty days, or otherwise contest this dismissal (including, for instance, if Ms. King disagrees with New GM's assertions regarding her compliance), he or she may move to vacate the dismissal **within 30 days of the date of this order**, pursuant to Paragraph 25 of Order No. 25.

The Clerk of Court is directed to terminate:

1. 14-MD-2543, ECF No. 7347;
2. 19-CV-7190, ECF No. 23; and
3. 19-CV-7197, ECF No. 9.

Because the Affected Plaintiffs still have an opportunity to vacate their dismissals, the Clerk of Court is directed *not* to terminate the Affected Plaintiffs or to close their cases.

SO ORDERED.

Dated: November 21, 2019
New York, New York

                                                                                    /JESSE M. FURMAN
                                                                                    United States District Judge

# EXHIBIT A

# **EXHIBIT A**

| Name | Cause No. |
|---|---|
| Conner, Matthew (IARE Caitlin B. Conner) | *Conner v. General Motors LLC*, 19-CV-7190 |
| Conner, Amanda (IARE Lily A. Lawrence) | *Conner v. General Motors LLC*, 19-CV-7190 |
| Conner, Debra J. | *Conner v. General Motors LLC*, 19-CV-7190 |
| King, Kamaria | *King v. General Motors LLC*, 19-CV-7197 |