```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
   IN RE:                                           :
                                                    :
   GENERAL MOTORS LLC IGNITION SWITCH               :     14-MD-2543 (JMF)
   LITIGATION                                       :
                                                    :     ORDER
   *This Document Relates To:*                      :
   *Atz v. General Motors LLC*, 15-CV-5222 (JMF)    :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court has received additional settlement-related materials and inquiries from Sunita Bhandari, a counseled plaintiff in 15-CV-5222. In light of Magistrate Judge Cott's experience with this matter, *see* 14-MD-2543, ECF No. 6984, and pursuant to the Standing Order of Reference in the MDL, *see* 14-MD-2543, ECF No. 2816, the Court has forwarded these materials to Judge Cott. The Court will defer to Judge Cott to decide whether a conference is appropriate and whether the communications containing Ms. Bhandari's settlement-related inquiries should be filed and maintained under seal.

      SO ORDERED.

Dated: November 25, 2019  
       New York, New York                                 JESSE M. FURMAN  
                                                        United States District Judge