UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

ORDER

------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Upon review of the November 22, 2019 letter from Lead Counsel and the law firms of Langdon & Emison LLC ("L&E"), and Bailey Cowan Heckaman PLLC ("BCH"), *see* ECF No. 7485, the Court concludes that briefing on whether and how Order No. 42 should be modified should await the Court's ruling on the pending motions for declaratory judgment, which may inform (or theoretically) moot the discussion. Accordingly, Lead Counsel shall propose any suggested modifications to Order No. 42, along with a letter-brief in support, not to exceed five single-spaced pages, no later than **two weeks after the Court resolves the pending motions for declaratory judgment**, *see* ECF Nos. 7368, 7398. L&E, BCH, and the Potts Law Firm LLP shall file a consolidated letter-brief, not to exceed five single-spaced pages, in response no later than **two weeks after Lead Counsel's brief is filed**. Any other counsel or party objecting to the proposed modifications on any grounds included in the consolidated response shall file a letter-brief, not to exceed three single-spaced pages, no later than **one week later**.

SO ORDERED.

Dated: November 25, 2019
   New York, New York

_____
JESSE M. FURMAN
United States District Judge