UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION  14-MD-2543 (JMF)

*This Document Relates To:*  ORDER
*Williford v. General Motors, LLC, 19-CV-2260*

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 27, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Karen Williford.  *See* 14-MD-2543, Docket No. 7508.  Any opposition to the Firm's Motion — by Ms. Williford, New GM, or otherwise — shall be filed **no later than three weeks from the date of this Order**.  The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firms are directed to serve a copy of this Order on Ms. Williford and to docket proof of such service **no later than December 4, 2019**.

SO ORDERED.

Dated: December 2, 2019
      New York, New York
                                                     JESSE M. FURMAN
                                                  United States District Judge