UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH       14-MD-2543 (JMF)
LITIGATION

ORDER

*This Document Relates To:*
*Clem v. General Motors LLC*, 18-CV-8713

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    Earlier today, *pro se* Plaintiff Desarey Clem requested leave to file a response to New GM's reply in further support of its motion for summary judgment. *See* 18-CV-8713, ECF No. 65. Specifically, Ms. Clem seeks "to clarify [her] position to the [C]ourt, submit a declaration, and evidence in support" of her position.

    Because Ms. Clem is a *pro se* litigant, she is due "special solicitude." *Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010). Accordingly, the Court GRANTS in part Ms. Clem's request for leave to file a declaration or other evidence supporting factual assertions and legal arguments made in her opposition brief.

    The special solicitude afforded *pro se* litigants, however, "does not by itself excuse a litigant from complying with procedural rules." *Aponte v. Liggett Group*, No. 13-CV-569 (JMF), 2014 WL 2207995, at *2 (S.D.N.Y. May 23, 2014). The Court therefore DENIES Ms. Clem's request to reply to New GM's brief.

    Ms. Clem shall file any declaration or other evidence supporting factual assertions and legal arguments made in her opposition brief no later than December 13, 2019. To clarify, she may **not** make any new factual assertions or legal arguments in her submissions; instead, her

submissions must be limited to evidence in support of the arguments she already made in her opposition brief.  *See* ECF No. 60.

The Clerk of Court is directed to terminate 18-CV-8713, ECF No. 65.

SO ORDERED.

Dated: December 3, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge