UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION    14-MD-2543 (JMF)

*This Document Relates To:*    ORDER
*Montford v. General Motors, LLC, 18-CV-6669*

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On December 3, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Derick Montford. *See* 14-MD-2543, ECF No. 7539. Any opposition to the Firm's Motion — by Mr. Montford, New GM, or otherwise — shall be filed **no later than December 26, 2019**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on Mr. Montford and to docket proof of such service **no later than December 9, 2019**.

SO ORDERED.

Dated: December 4, 2019
      New York, New York

                                                   JESSE M. FURMAN
                                               United States District Judge