UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     14-MD-2543 (JMF)

*This Document Relates To:*     ORDER
*Hamilton v. General Motors, LLC, 19-CV-2288*

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On December 3, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Cedric Hamilton. *See* 14-MD-2543, Docket No. 7534. Any opposition to the Firm's Motion — by Mr. Hamilton, New GM, or otherwise — shall be filed **no later than December 26, 2019**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on Mr. Hamilton and to docket proof of such service **no later than December 9, 2019**.

SO ORDERED.

Dated: December 4, 2019
        New York, New York                            JESSE M. FURMAN
                                                        United States District Judge