UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Harp v. General Motors, LLC, 18-CV-11239*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On December 4, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Cyndi Harp. *See* 14-MD-2543, ECF No. 7547. Any opposition to the Firm's Motion — by Ms. Harp, New GM, or otherwise — shall be filed **no later than three weeks from the date of this Order**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on Ms. Harp and to docket proof of such service **no later than December 9, 2019**.

SO ORDERED.

Dated: December 4, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge