```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
    IN RE:                                                         :
                                                                   :
    GENERAL MOTORS LLC IGNITION SWITCH                             :   14-MD-2543 (JMF)
    LITIGATION                                                     :
                                                                   :       ORDER
    This Document Relates To:                                      :
    Atz v. General Motors LLC, 15-CV-5222 (JMF)                    :
------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

      The Court has received another settlement-related communication — namely, an email — from Sunita Bhandari, a counseled plaintiff in 15-CV-5222. In light of Magistrate Judge Cott's experience with this matter, *see* 14-MD-2543, ECF Nos. 6984, 7503, and pursuant to the Standing Order of Reference in the MDL, *see* 14-MD-2543, ECF No. 2816, the Court has forwarded these materials to Judge Cott.

      Going forward, Ms. Bhandari and her counsel in this matter shall submit any settlement-related materials and inquiries to Magistrate Judge Cott, in accordance with his Individual Rules of Practice, available at https://nysd.uscouts.gov/hon-james-l-cott. Further, to the extent Ms. Bhandari communicates with the undersigned, she must do so by sending a copy of her submission to the Pro Se Intake Unit, 40 Centre Street, Room 105, New York, NY 10007; she may not email or send anything directly to Chambers. Any further communications that do not comply with the foregoing will be disregarded; the Court will not note their receipt on the docket or forward them to Magistrate Judge Cott.

      Plaintiff's counsel is directed to provide a copy of this Order to Ms. Bhandari.

      SO ORDERED.

Dated: December 10, 2019  
       New York, New York  
                                                JESSE M. FURMAN  
                                                United States District Judge