UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION      14-MD-2543 (JMF)

*This Document Relates To:*      ORDER
*Buchanan v. General Motors, LLC, 18-CV-3549*

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On December 11, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Kiana Buchanan. *See* 14-MD-2543, Docket No. 7608. Any opposition to the Firm's Motion — by Ms. Buchanan, New GM, or otherwise — shall be filed **no later than January 9, 2020**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on Ms. Buchanan and to docket proof of such service **no later than December 16, 2019**.

SO ORDERED.

Dated: December 11, 2019
      New York, New York

                                                        JESSE M. FURMAN
                                                        United States District Judge