UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543 (JMF)

*This Document Relates To:*
*Champagne v. General Motors, LLC, 18-CV-8922*                    ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On December 11, 2019, Langdon & Emison, LLC (the "Firm") filed a Motion to

Withdraw as Counsel for Plaintiff Sherry Ann Champagne, individually and as special

administrator of the estate of Van Hugh Needham.  *See* 14-MD-2543, Docket No. 7603.  Any

opposition to the Firm's Motion — by Ms. Champagne, New GM, or otherwise — shall be filed

**no later than January 9, 2020**.  The Firm's reply, if any, shall be filed **no later than one week

thereafter**.

      The Firm is directed to serve a copy of this Order on Ms. Champagne and to docket proof

of such service **no later than December 16, 2019**.

      SO ORDERED.

Dated: December 11, 2019
    New York, New York                      _____
                             JESSE M. FURMAN
                         United States District Judge