UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION           14-MD-2543 (JMF)

*This Document Relates To:*                             ORDER
*Smith v. General Motors, LLC, 18-CV-1389*

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On December 19, 2019, New GM filed an unopposed motion to dismiss with prejudice the claims of Plaintiff Janet Smith, on the ground that Ms. Smith has passed away and that no motion for substitution was made within 90 days of the filing of a suggestion of death, as required by Federal Rule of Civil Procedure 25(a)(1). *See* ECF Nos. 7630, 7631. Substantially for the reasons in New GM's memorandum of law, the Court GRANTS New GM's motion.

The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7630 and 18-CV-1389, ECF No. 47. The Clerk of Court is further directed to terminate Janet Smith as a party in 14-MD-2543 and to close 18-CV-1389.

SO ORDERED.

Dated: December 19, 2019
      New York, New York
                                                 JESSE M. FURMAN
                                                United States District Judge