```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X
                                                           :
IN RE:                                                     :
                                                           :
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION              :   14-MD-2543 (JMF)
                                                           :
---------------------------------------------------------------------------- :
                                                           :
JENNIFER DUKES,                                            :
                                                           :
                            Plaintiff,                     :   19-CV-11922 (JMF)
                                                           :
        -v-                                                :
                                                           :
GENERAL MOTORS, LLC,                                       :   MDL CONSOLIDATION
                                                           :          ORDER
                            Defendant.                     :
                                                           :
---------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

      Pursuant to the June 12, 2014 Order of the Judicial Panel on Multidistrict Litigation (JPML), *In re: General Motors Ignition Switch Litigation*, 14-MD-2543, has been assigned to this Court for coordinated or consolidated pretrial proceedings. 14-MD-2543, ECF No. 1. As this case, *Dukes v. General Motors LLC*, 19-CV-11922, has been directly filed in this district and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is hereby ORDERED that it is transferred to 14-MD-2543 for coordinated or consolidated pretrial proceedings, subject to the process for objections set forth in Section II of Order No. 8. *See* 14-MD-2543, Docket No. 249, at 4-5. Counsel is advised to consult the docket in 14-MD-2543, including Order Nos. 1 and 25 (14-MD-2543, Docket Nos. 19 and 422, respectively), as well as the GM Ignition Switch MDL website (http://gmignitionmdl.com), for other pertinent information.

      The Clerk of Court is directed to docket this Order in the above-captioned cases.

      SO ORDERED.

Date: January 2, 2020
      New York, New York
                                                                              JESSE M. FURMAN
                                                                     United States District Judge