UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Janson v. General Motors LLC, 19-CV-1461*
*Zamarripa v. General Motors LLC, 18-CV-7145*
------------------------------------------------------------------------------x

14-MD-2543 (JMF)
19-CV-1461 (JMF)
18-CV-7145 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

On October 2, 2019, the Court granted the motions to withdraw by Langdon & Emison, LLC (the "Firm") to withdraw from their representation of Elaine Janson and Frances Zamarripa (the "Affected Plaintiffs"). *See* 14-MD-2543, ECF No. 7222 (the "October 2 Order"). Pursuant to the October 2 Order, each Affected Plaintiff had ninety days — until December 31, 2019 — to file, in the form of a new lawsuit, an amended and severed complaint as well as a Related Case Statement in the United States District Court for the Southern District of New York, and to pay any filing fee associated with filing a complaint pursuant to 28 U.S.C. § 1914(a). *Id.* ¶ 3. On January 6, 2019, pursuant to the October 2 Order, Paragraph 5, New GM filed a First Notice of Non-Compliance pertaining to the failure of the Affected Plaintiffs to comply with the October 2 Order and requested that the Court dismiss the claims of each of the Affected Plaintiffs without prejudice. *See* 14-MD-2543, ECF No. 7655.

In light of the Affected Plaintiffs' failure to file an amended and severed complaint by the deadline set in the October 2 Order, the claims of those Plaintiffs — who are listed on Exhibit A of this Order —are hereby DISMISSED *without* prejudice. Per Paragraph 6 of October 2 Order, should any Affected Plaintiff file an amended and severed complaint, a Related Case Statement, and a filing fee **within the next thirty days**, his dismissal will be vacated. If an Affected

Plaintiff does *not* submit the requisite filings **within the next thirty days,** New GM may move to dismiss his claims with prejudice. *See* October 2 Order ¶ 6.

In light of the process set forth in the October 2 Order and above, the Clerk of Court should not terminate any of the Affected Plaintiffs as parties at this time. The Court will direct the Clerk of Court to do so if or when the claims of an Affected Plaintiff are dismissed with prejudice.

In accordance with the October 2 Order, New GM shall serve a copy of this Order on all Affected Plaintiffs listed on Exhibit A and file proof of such service. *See* October 2 Order ¶ 5.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

# EXHIBIT A

| Name | Cause No. |
| --- | --- |
| Janson, Elaine | *Janson v. General Motors LLC*, 19-CV-1461 |
| Zamarripa, Frances | *Zamarripa v. General Motors LLC*, 18-CV-7145 |