| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/16/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Atz v. General Motors, LLC, 15-CV-5222*

-------------------------------------------------------------------------------x

14-MD-2543 (JMF) (JLC)
15-CV-5222 (JMF) (JLC)

**ORDER**

**JAMES L. COTT, United States Magistrate Judge.**

     Following Order No. 166 and Judge Furman's memo endorsement of January 9, 2020 (Dkt. No. 7668), which afforded the parties additional time to discuss settlement of Ms. Bhandari's case, the undersigned hereby directs that a conference call take place on **January 24, 2020 at 10:30 a.m.** (EST) with the following participants: Robert Cowan and/or Laurence Tien, counsel for Ms. Bhandari; Lien Administrator Will Shapiro and/or Clayton Starnes; Kenneth Kapner, workers' compensation counsel for Ms. Bhandari; and Ms. Bhandari. No representative from GM shall participate in this call. The Court will have separate conversations with GM. Mr. Cowan is directed to provide a conference call number for the parties, and he should email it to CottNYSDChambers@nysd.uscourts.gov.

     SO ORDERED.

Dated: New York, New York
       January 16, 2020

_____
JAMES L. COTT
United States Magistrate Judge