UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Conner v. General Motors, LLC, 19-CV-7190*
*King v. General Motors, LLC, 19-CV-7197*

SCHEDULING ORDER

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

In light of New GM's letter dated January 16, 2020, *see* 14-MD-2543, ECF No. 7681, the Conner Plaintiffs' motion to vacate their dismissal is GRANTED.

In light of New GM's letter, the deadline by which Ms. King must cure her discovery deficiencies is EXTENDED to **February 21, 2020**. Before that date, the parties shall confer regarding Ms. King's compliance with her discovery obligations. If New GM maintains its position that Ms. King has not substantially complied with her discovery obligations by that date, it may move to dismiss her claims with prejudice.

The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7628 and 19-CV-7197, ECF No. 15.

SO ORDERED.

Dated: January 21, 2020
　　　　New York, New York

_____
JESSE M. FURMAN
United States District Judge