UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GENERAL MOTORS, LLC
IGNITION SWITCH LITIGATION         MDL No. 14-MD-2543(JMF)

                                   STIPULATION OF DISMISSAL

This applies to:

Stacey Sheffield-Turner, on behalf of Patrick Dewayne Turner Sr.,

        Plaintiff,

  -against-                          Case No. 1:18-cv-04112

GENERAL MOTORS, LLC

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

Pursuant to the Court's Order No. 165, the parties provide that this action was brought by the Personal Representative of the Estate of Patrick Turner, Sr. on behalf of his intestate beneficiaries. Those beneficiaries did include minor children of the decedent. Court approval of the settlement was required and was obtained, including of the distribution of the net settlement proceeds.

    **IT IS SO STIPULATED**.

The Clerk of Court is directed to terminate Stacey Sheffield-Turner, on behalf of Patrick Dewayne Turner Sr., as a Plaintiff in 14-MD-2543 and to close 18-CV-4112.  SO ORDERED.

January 22, 2020      1

Dated: 01/21/2020

*/s/Brett A. Emison*
Brett A. Emison
LANGDON & EMISON LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Tel: 660-259-6175
Fax: 660-259-4571
brett@lelaw.com
*Attorney for Plaintiff*

*/s/ Wendy Bloom*
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com
*Attorneys for Defendant*