Andrew B. Bloomer, P.C.
To Call Writer Directly:
+1 312 862 2482
andrew.bloomer@kirkland.com

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

January 22, 2020

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      *Re:*    *In re: GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)
              *King v. GM LLC*, 19-CV-7197

Dear Judge Furman:

    Counsel for New GM write in response to the Court's January 21, 2020 Order regarding plaintiff Kamaria King. (Docket No. 7684.) On January 16, 2020, New GM filed a letter asking the Court to deny plaintiff's motion to vacate her dismissal without prejudice because plaintiff had failed to comply with her discovery obligations under Order No. 25. (Docket No. 7681.) On January 17, 2020, plaintiff provided additional materials to New GM and represented that her plaintiff fact sheet ("PFS") submission is now complete. In light of plaintiff's representation that her PFS is substantially complete, New GM respectfully withdraws its opposition to plaintiff's motion to vacate. (Docket No. 7656.) New GM reserves the right to move for immediate dismissal with prejudice should plaintiff's representations turn out to be false or incorrect.

                              Respectfully submitted,

                              /s/ Andrew B. Bloomer, P.C.
                              /s/ Richard C. Godfrey, P.C.

                              *Counsel for Defendant General Motors LLC*

cc:    MDL Counsel of Record

    Ms. King's motion to vacate her dismissal is GRANTED as unopposed. The Clerk of Court is directed to terminate 19-CV-7197, ECF No. 21. SO ORDERED.

*[signature]*
January 23, 2020