# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Wendy L. Bloom
To Call Writer Directly:
+1 312 862 2343
wendy.bloom@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

January 31, 2020

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *In re GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)
     *Murphy v. GM LLC*, 16-CV-0678

Dear Judge Furman:

  Pursuant to Order No. 157 Section V (Docket No. 6272), counsel for New GM and counsel for plaintiffs Park Murphy, Kari Murphy, and the Estate of Chelsea Murphy are very pleased to inform the Court that the parties have executed a confidential term sheet to resolve plaintiffs' claims. The parties are now working on a confidential settlement agreement, and once that is completed and any necessary court approvals are obtained consistent with Order No. 165 (Docket No 7641), the parties anticipate filing a notice of voluntary dismissal with prejudice. In the interim, New GM respectfully requests that the Court deny New GM's motion to dismiss without prejudice and subject to renewal should the settlement not be effectuated. (Docket Nos. 7637, 7638.)

           Respectfully submitted,

           /s/ Wendy L. Bloom
           Wendy L. Bloom

           Counsel for Defendant General Motors LLC

cc: MDL Counsel of Record

Application GRANTED. The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7637 and 16-CV-678, ECF No. 152. The parties shall include an update in future monthly related case updates. SO ORDERED.

February 3, 2020