# KRUSE LAW, LLC
2016 S. BIG BEND BOULEVARD
ST. LOUIS (RICHMOND HEIGHTS), MISSOURI 63117
TELEPHONE (314) 333-4141 FAX (314) 558-3102
WWW.STLOUISATTORNEY.COM
EDK@.STLOUISATTORNEY.COM

EDWARD C. KRUSE*                                                                  *LICENSED IN MISSOURI & ILLINOIS
BRIAN DEAL, ASSOCIATE

February 19, 2020

Letter Motion to the Court
Honorable Judge Jesse M. Furman

>Re: In re: General Motors LLC Ignition Switch Litigation, 14-MD-2543 (JMF)
>The Estate of Stephen Zehner, Ginger Zehner and Ted Zehner individually and as a Personal Representative of Stephen Zehner, v. General Motors, LLC, C.A. No.: 1:15-CV-1982

>**Re: Request for Extension of Time To Respond To Defendant GMs' Motion For Summary Judgment.**

Dear Judge Furman,

On January 30, 2020 counsel for Defendant New GM filed a Motion for Summary Judgment [Doc. 211]. The deadline for Plaintiff's response is currently Friday, February 21, 2020 [Doc. 211] I have contacted opposing counsel Richard Godfrey, of Kirkland and Ellis, who filed Defendant New GM's Motion For Summary Judgment and he has consented to allow an extension of time of fourteen (14) days up to, and including, March 6, 2020 for Plaintiff to file our Response to the Motion for Summary Judgment with the Court. Please accept this as Plaintiff's Request for an Extension of Time to File Response to Defendant New GM's Motion for Summary Judgment.

Please advise me if there is anything further the Court may need to enter a ruling on this motion. Thank you for your consideration in this matter.

Application GRANTED. Any opposition must be filed no later than **March 6, 2020**, and any reply must be filed no later than **March 18, 2020**. The Clerk of Court is directed to terminate 15-CV-1982, ECF No. 217. SO ORDERED.

*[signature]*
February 19, 2020

Respectfully submitted,
KRUSE LAW, L.L.C.
/S/ *Edward C. Kruse*
_____
Edward C. Kruse, IL Bar # 6200421
2016 S. Big Bend
Saint Louis, MO 63117
Phone:    (314) 333-4141
Facsimile: (314) 558-3102
Attorney for Plaintiffs

ECK/nab
 cc: MDL Counsel of Record