UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)
19-CV-6094 (JMF)

*This Document Relates To:*
*Clifton v. General Motors LLC, 19-CV-6094*

ORDER OF DISMISSAL

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 25, 2019, the Court granted the motions to withdraw by Langdon & Emison, LLC (the "Firm") to withdraw from their representation of Jennifer Clifton. *See* 14-MD-2543, ECF No. 7494 (the "November 25 Order"). Pursuant to the November 25 Order, Ms. Clifton had ninety days — until February 24, 2020 — to file, in the form of a new lawsuit, an amended and severed complaint as well as a Related Case Statement in the United States District Court for the Southern District of New York, and to pay any filing fee associated with filing a complaint pursuant to 28 U.S.C. § 1914(a). *Id.* ¶ 3. On February 26, 2020, pursuant to the November 25 Order, Paragraph 5, New GM filed a First Notice of Non-Compliance pertaining to Ms. Clifton's failure to comply with the November 25 Order and requested that the Court dismiss Ms. Clifton's claims without prejudice. *See* 14-MD-2543, ECF No. 7772.

In light of Ms. Clifton's failure to file an amended and severed complaint by the deadline set in the November 25 Order, Ms. Clifton's claims are hereby DISMISSED *without* prejudice. Per Paragraph 6 of November 25 Order, should Ms. Clifton file an amended and severed complaint, a Related Case Statement, and a filing fee **within the next thirty days**, her dismissal will be vacated. If Ms. Clifton does *not* submit the requisite filings **within the next thirty days,** New GM may move to dismiss her claims with prejudice. *See* November 25 Order ¶ 6.

In light of the process set forth in the November 25 Order and above, the Clerk of Court should not terminate Ms. Clifton as a party at this time. The Court will direct the Clerk of Court to do so if or when Ms. Clifton's claims are dismissed with prejudice.

In accordance with the November 25 Order, New GM shall serve a copy of this Order on Ms. Clifton and file proof of such service. *See* November 25 Order ¶ 5.

SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                              JESSE M. FURMAN
                                        United States District Judge