# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
+1 312 862 2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 2, 2020

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re:*  *In re: GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

  Pursuant to Order No. 166 (Docket No. 7643), Lead Counsel for plaintiffs and counsel for New GM submit this joint letter motion seeking an extension, nunc pro tunc, of the deadline for Lead Counsel and New GM to submit a joint proposal or competing proposals regarding next steps for the economic loss plaintiffs. The current deadline is today, Monday, March 2, 2020. The parties respectfully request that the Court reset this deadline to **Monday, March 9, 2020**. The parties believe this additional time will allow them to make progress on their discussions and potentially narrow or resolve disputes with respect to proposed next steps. This is the parties' third extension request. Granting this extension would not affect any other deadlines.

              Respectfully submitted,

              /s/ Richard C. Godfrey, P.C.
              /s/ Andrew B. Bloomer, P.C.

              *Counsel for Defendant General Motors LLC*

cc:  MDL Counsel of Record