UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Campbell v. General Motors LLC, 15-CV-7445*
*Hayes v. General Motors LLC, 18-CV-7957*
------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

In light of the fact that Plaintiff Thomas Hayes has filed an amended and severed complaint, *see* 18-CV-7957, ECF No. 1, the Clerk of Court is directed to terminate Mr. Hayes as a party in 15-CV-7445.

SO ORDERED.

Dated: March 3, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge