# KRUSE LAW, LLC
2016 S. BIG BEND BOULEVARD
ST. LOUIS (RICHMOND HEIGHTS), MISSOURI 63117
TELEPHONE (314) 333-4141 FAX (314) 558-3102
WWW.STLOUISATTORNEY.COM
EDK@.STLOUISATTORNEY.COM

EDWARD C. KRUSE*                                                        *LICENSED IN MISSOURI & ILLINOIS
BRIAN DEAL, ASSOCIATE

March 5, 2020

Honorable Judge Jesse M. Furman

    Re: In re: General Motors LLC Ignition Switch Litigation, 14-MD-2543 (JMF)
        The Estate of Stephen Zehner, Ginger Zehner and Ted Zehner individually and as
        a Personal Representative of Stephen Zehner, v. General Motors, LLC, C.A. No.:
        1:15-CV-1982

## Notice of Settlement

Dear Judge Furman,

    On March 5, 2020 counsel for Defendant General Motors Company, LLC agreed with counsel for Plaintiffs to settle Plaintiffs The Estate of Stephen Zehner, Ginger Zehner, and Ted Zehner individually and as a personal representative of Stephen Zehner's claims.

    Plaintiffs are currently required to respond by Friday March 6, 2020 to New GM's recently filed Motion For Summary Judgment. Because the parties have been able to agree to a settlement today, March 5, 2020, Plaintiffs will not be filing a response to New GM's Motion For Summary Judgment.

    Please accept this as Plaintiffs' Notice of Settlement of The Estate of Stephen Zehner, Ginger Zehner and Ted Zehner individually and as a Personal Representative of Stephen Zehner's claims against General Motors Company, LLC. A voluntary motion to dismiss this case without prejudice will be filed by Plaintiffs upon receipt of consideration agreed to by Defendant General Motors Company, LLC.

    Please advise me if there is anything further the Court may need to enter a ruling on this motion. Thank you for your consideration in this matter.

In light of the foregoing, New GM's motion is DENIED as moot, without prejudice to renewal in the event that the settlement falls through. The Clerk of Court is directed to terminate 15-CV-1982, ECF No. 211 and 14-MD-2543, ECF No. 7696. SO ORDERED.

*[signature]*
March 9, 2020

1

Respectfully submitted,
KRUSE LAW, L.L.C.

*/S/ Edward C. Kruse*

_____
Edward C. Kruse, IL Bar # 6200421
2016 S. Big Bend
Saint Louis, MO 63117
Phone:     (314) 333-4141
Facsimile:  (314) 558-3102
Attorney for Plaintiffs

ECK/nab
 cc: MDL Counsel of Record