UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Clark v. General Motors LLC, 20-CV-101*　　　　　　　　　　14-MD-2543 (JMF)
*Clark v. General Motors LLC, 20-CV-104*
*Dukes v. General Motors LLC, 19-CV-11922*
*Hayes v. General Motors LLC, 18-CV-7957*　　　　　　　　　ORDER OF DISMISSAL
*Lawson v. General Motors LLC, 20-CV-92*
*McDonough v. General Motors LLC, 20-CV-94*
*Poole v. General Motors LLC, 19-CV-11900*
*Vaughn v. General Motors LLC, 20-CV-96*
*Worthy v. General Motors LLC, 19-CV-11898*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

　　On March 13, 2020, New GM filed a motion to dismiss, without prejudice, the claims of several personal injury and wrongful death plaintiffs identified in Exhibit A (the "Affected Plaintiffs") who had failed to submit substantially complete plaintiff fact sheets ("PFSs") as required by Order No. 25 (14-MD-2543, ECF No. 422). 14-MD-2543, ECF No. 7809. Pursuant to that Order, Plaintiffs had fourteen days — until March 27, 2020 — to file responses either certifying submission of a completed PFS or opposing New GM's motion for other reasons. Order No. 25. To date, no Affected Plaintiff has yet to file any opposition or certification that he or she has submitted a complete PFS.

　　In light of the Affected Plaintiffs' continued failure to submit substantially complete PFSs as required by Order No. 25, their claims are hereby DISMISSED without prejudice. Should any Affected Plaintiff submit all required documentation within the next thirty days, or otherwise contest this dismissal, he or she may move to vacate the dismissal **within 30 days of the date of this order**, pursuant to Paragraph 25 of Order No. 25.

The Clerk of Court is directed to terminate:

1. 14-MD-2543, ECF No. 7809;
2. 20-CV-101, ECF No 17;
3. 20-CV-104, ECF No. 17;
4. 19-CV-11922, ECF No. 14;
5. 18-CV-7957, ECF No. 35;
6. 20-CV-92, ECF No. 17;
7. 20-CV-94, ECF No. 17;
8. 19-CV-11900, ECF No. 17;
9. 20-CV-96, ECF No. 17;
10. 19-CV-11898, ECF No. 17;

Because Plaintiffs still have an opportunity to vacate their dismissals, the Clerk of Court is directed *not* to terminate the Affected Plaintiffs or to close their cases.

SO ORDERED.

Dated: April 2, 2020
New York, New York

JESSE M. FURMAN
United States District Judge

# EXHIBIT A

# EXHIBIT A

| Name | Cause No. |
|---|---|
| Clark, Aareon | *Clark v. General Motors LLC*, 20-CV-101 |
| Clark, Aareon (IARE Andre Satcher) | *Clark v. General Motors LLC*, 20-CV-104 |
| Dukes, Jennifer | *Dukes v. General Motors LLC*, 19-CV-11922 |
| Hayes, Thomas | *Hayes v. General Motors LLC*, 18-CV-7957 |
| Lawson, Stephanie | *Lawson v. General Motors LLC*, 20-CV-92 |
| McDonough, John | *McDonough v. General Motors LLC*, 20-CV-94 |
| Poole, Ladarius | *Poole v. General Motors LLC*, 19-CV-11900 |
| Vaughn, James | *Vaughn v. General Motors LLC*, 20-CV-96 |
| Worthy, Immanuel | *Worthy v. General Motors LLC*, 19-CV-11898 |