UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Garcia v. General Motors LLC, 17-CV-5970*

ORDER OF DISMISSAL

------------------------------------------------------------------------x
JESSE M. FURMAN, United States District Judge:

On March 19, 2020, New GM filed a motion to dismiss, without prejudice, the claims of Plaintiff Sylvia Garcia, who had failed to submit substantially complete a plaintiff fact sheet ("PFS") as required by Order No. 25 (14-MD-2543, ECF No. 422). 14-MD-2543, ECF No. 7813. Pursuant to that Order, Ms. Garcia had fourteen days — until April 2, 2020 — to file a response either certifying submission of a completed PFS or opposing New GM's motion for other reasons. Order No. 25. To date, Ms. Garcia has yet to file any opposition or certification that she has submitted a complete PFS.

In light of Ms. Garcia's continued failure to submit a substantially complete PFS as required by Order No. 25, her claims are hereby DISMISSED without prejudice. Should Ms. Garcia submit all required documentation within the next thirty days, or otherwise contest this dismissal, she may move to vacate the dismissal **within 30 days of the date of this order**, pursuant to Paragraph 25 of Order No. 25.

The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7813 and 17-CV-5970, ECF No. 96. Because Ms. Garcia still has an opportunity to vacate her dismissal, the Clerk of Court is directed *not* to terminate Ms. Garcia or to close her case.

SO ORDERED.

Dated: April 7, 2020
      New York, New York

JESSE M. FURMAN
United States District Judge