UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:                                                                                  14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                ORDER

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On March 6, 2020, R. Allan Pixton moved to withdraw as counsel to General Motors LLC because he is leaving Kirkland & Ellis LLP. Such motions — and there have been many in this litigation alone — ordinarily warrant little more than a ministerial endorsement and signature. But there are exceptions to every rule, and Mr. Pixton's motion to withdraw is such an exception. Mr. Pixton has devoted untold hours to this multidistrict litigation, serving as the go-to person for New GM from the very beginning of the litigation, when he was an associate, until now when he leaves as a partner. In that capacity, he undoubtedly served his client well. But, more importantly for present purposes, over the course of the nearly six years he was involved in this litigation, he provided extraordinary assistance to the Court and its staff — helping the Court (and counsel on both sides) keep track of cases, motions, deadlines, and all manner of other things. So it is with some trepidation, but much gratitude, that the Court grants Mr. Pixton's motion and wishes him good luck in his next venture.

      The Clerk of Court is directed to remove Mr. Pixton as counsel of record for General Motors LLC.

      SO ORDERED.

Dated: April 14, 2020
      New York, New York
                                     JESSE M. FURMAN
                                     United States District Judge