UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543 (JMF)

*This Document Relates To:*                                    ORDER
*Atz v. General Motors LLC, 15-CV-5222*

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On April 15, 2020, Bailey Cowan Heckaman PLLC and Pulaski Law Firm, PLLC (the

"Firms") filed Motions to Withdraw as Counsel for Plaintiffs Mamoon Sinnokrot, Deceased, and

Alner Simmonds, Deceased (the "Affected Plaintiffs").  *See* 15-MD-5222, ECF Nos. 295, 296.

Any opposition to the Firms' Motions — by the Affected Plaintiffs' estates or legal

representatives, New GM, or otherwise — shall be filed **no later than three weeks from the**

**date of this Order**.  The Firms' reply, if any, shall be filed **no later than one week thereafter**.

The Firms are directed to serve a copy of this Order on the Affected Plaintiffs' estates or

legal representatives and to docket proof of such service **no later than April 21, 2020**.

SO ORDERED.

Dated:  April 17, 2020                    _____
        New York, New York                      JESSE M. FURMAN
                                          United States District Judge