UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Rutheford v. General Motors, LLC, 17-CV-9464*
*Sparks v. General Motors, LLC, 18-CV-9977*
*Steward v. General Motors, LLC, 18-CV-10848*
*Manuel v. General Motors, LLC, 19-CV-4283*
*Cox v. General Motors, LLC, 19-CV-4580*
*Henry v. General Motors, LLC, 19-CV-4583*
*Thornton v. General Motors, LLC, 19-CV-6090*
*Jimison v. General Motors, LLC, 19-CV-1110*

14-MD-2543 (JMF)

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 22, 2019, New GM filed a motion for summary judgment on the claims of eight personal injury plaintiffs based on statutes of repose.  *See* ECF No. 7489.  In light of a preliminary settlement agreement between the parties, the parties indicated that they are "amenable to a process whereby the motions are withdrawn and re-filed only in the event the claims of an applicable plaintiff are not ultimately resolved by the settlement."  *See* ECF No. 7625.  Accordingly, the Clerk of Court is directed to terminate:

1. 14-MD-2543, ECF No. 7489;

2. 17-CV-9464, ECF No. 54;

3. 18-CV-9977, ECF No. 25;

4. 18-CV-10848, ECF No. 24;

5. 19-CV-4283, ECF No. 21;

6. 19-CV-4580, ECF No. 22;

7. 19-CV-4583, ECF No. 21;

8. 19-CV-6090, ECF No. 20; and

9. 19-CV-1110, ECF No. 22.

Such termination is without prejudice to renewal in the event that any such plaintiff's claims are not resolved by the settlement.

SO ORDERED.

Dated: April 21, 2020
New York, New York

JESSE M. FURMAN
United States District Judge