UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
:
IN RE:                                                                           :
                                                                                 :
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                                    :     14-MD-2543 (JMF)
                                                                                 :
-------------------------------------------------------------------------------- :
                                                                                 :
IN RE:                                                                           :     20-CV-2757 (JMF)
                                                                                 :
MOTORS LIQUIDATION COMPANY                                                       :     MDL CONSOLIDATION
                                                                                 :         ORDER
-------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the June 12, 2014 Order of the Judicial Panel on Multidistrict Litigation (JPML), *In re: General Motors Ignition Switch Litigation*, 14-MD-2543, has been assigned to this Court for coordinated or consolidated pretrial proceedings. 14-MD-2543, ECF No. 1. In connection with the proposed settlement of economic loss claims in that litigation, the parties filed a join motion to withdraw the reference with respect to certain claims in *In re Motors Liquidation Company*, 20-CV-2757, which motion the Court granted on April 23, 2020. Because the two cases are intertwined, it is hereby ORDERED that 20-CV-2757 is transferred to 14-MD-2543 for coordinated or consolidated proceedings. The Clerk of Court is directed to docket this Order in the above-captioned cases.

      SO ORDERED.

Date:  April 28, 2020
         New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge