UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Campbell v. General Motors LLC, 15-CV-7445*
*Tenley v. General Motors LLC*, *20-CV-3307*
---------------------------------------------------------------------------x

14-MD-2543

ORDER

JESSE M. FURMAN, United States District Judge:

On April 7, 2020, New GM moved to dismiss Plaintiff William Tenley's claims for failure to file an amended and severed complaint pursuant to Order No. 167.  *See* 15-CV-7445, ECF No. 199.  Yesterday, Mr. Tenley filed an amended and severed complaint.  *See* 20-CV-3307, ECF No. 1.  Accordingly, New GM's motion to dismiss is DENIED.

The Clerk of Court is directed to terminate 15-CV-7445, ECF No. 199 and 14-MD-2543, ECF No. 7843.  The Clerk of Court is further directed to terminate William Tenley as a Plaintiff in 15-CV-7445.

SO ORDERED.

Dated: April 28, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge