UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*The Cases Identified in Exhibit A*
------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

On February 3 and 4, 2020, the Court granted the motions to withdraw by Langdon & Emison, LLC (the "Firm") to withdraw from their representation of the plaintiffs listed in Exhibit A (the "Affected Plaintiffs"). *See* 14-MD-2543, ECF Nos. 7707, 7711 (the "Orders"). Pursuant to the Orders, the Affected Plaintiffs had ninety days — until May 4, 2020 — to file, in the form of a new lawsuit, an amended and severed complaint as well as a Related Case Statement in the United States District Court for the Southern District of New York, and to pay any filing fee associated with filing a complaint pursuant to 28 U.S.C. § 1914(a). *Id.* ¶ 3. On May 5, 2020, pursuant to Paragraph 5 of the Orders, New GM filed a First Notice of Non-Compliance pertaining to the Affected Plaintiffs' failure to comply with the Orders and requested that the Court dismiss their claims without prejudice. *See* 14-MD-2543, ECF No. 7899.

In light of the Affected Plaintiffs' failure to file an amended and severed complaint by the deadline set in the Orders, the Affected Plaintiffs' claims are hereby DISMISSED *without* prejudice. Per Paragraph 6 of Orders, should any Affected Plaintiff file an amended and severed complaint, a Related Case Statement, and a filing fee **within the next thirty days**, their dismissal will be vacated. If an Affected Plaintiff does *not* submit the requisite filings **within**

**the next thirty days,** New GM may move to dismiss their claims with prejudice.  *See* Orders ¶ 6.

In light of the process set forth in the Orders and above, the Clerk of Court should not terminate any Affected Plaintiff as a party at this time.  The Court will direct the Clerk of Court to do so if or when an Affected Plaintiff's claims are dismissed with prejudice.

In accordance with the Orders, New GM shall serve a copy of this Order on the Affected Plaintiffs and file proof of such service.  *See* Orders ¶ 5.

SO ORDERED.

Dated: May 6, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

# Exhibit A

## **EXHIBIT A**

| Name | Cause No. |
|---|---|
| Adair, Dale | *Adair v. General Motors LLC*, 17-CV-10178 |
| Buchanan, Kiana | *Buchanan v. General Motors LLC*, 18-CV-3549 |
| Case, Roscoe | *Case v. General Motors LLC*, 18-CV-11689 |
| Champagne, Sherry Ann IARE Van Hugh Needham | *Champagne et al. v. General Motors LLC*, 18-CV-8922 |
| Hamilton, Cedric | *Hamilton v. General Motors LLC*, 19-CV-2288 |
| Harp, Cyndi | *Harp v. General Motors LLC*, 18-CV-11239 |
| Henry, Shannon | *Springer et al. v. General Motors LLC*, 18-CV-5958 |
| Jackson, Christine | *Jackson v. General Motors*, 19-CV-3209 |
| Montford, Derick | *Montford v. General Motors LLC*, 18-CV-6669 |
| Perry, Jessica | *Perry v. General Motors LLC*; 18-CV-01459 |
| Springer, Jamie | *Springer et al. v. General Motors LLC*, 18-CV-5958 |
| Tagnani, Kristopher | *Tagnani v. General Motors LLC,* 18-CV-11146 |
| Terrell, Tanginiki | *Terrell v. General Motors LLC,* 18-CV-05876 |
| Thompson, Roger | *Thompson, Jr. v. General Motors LLC,* 19-CV-07863 |
| Tuggle, Deborah | *Tuggle v. General Motors LLC,* 18-CV-00970 |
| Williford, Karen | *Williford v. General Motors LLC*, 19-CV-2260 |
| Williford, Ricky | *Williford v. General Motors LLC*, 19-CV-2259 |