UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION  14-MD-2543

*This Document Relates To:*                    ORDER
*Postley v. General Motors, LLC*, 20-CV-3498
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

In accordance with this Court's Order, *see* 15-CV-5528, ECF No. 183, Plaintiffs Kyomi Postley, Tiffany C. Postley, and Timothy L. Postley, Jr. filed an amended and severed complaint, *see* 20-CV-3498, ECF No. 1.  New GM and Plaintiffs shall confer regarding next steps for Plaintiffs' claims and file a proposal no later than **May 22, 2020**.  In the letter, the parties should address whether Tiffany or Timothy is a minor and, if so, the implications of that for handling of this case (including whether the complaint needs to be redacted and whether they are required to obtain counsel).  If they are not minors, the parties should also address whether they intend to represent themselves since Kyomi, as a non-lawyer, is not authorized to represent them.

New GM is directed to serve a copy of this Order on Plaintiffs and to file proof of such service.   SO ORDERED.

Dated: May 6, 2020
       New York, New York                      _____
                                               JESSE M. FURMAN
                                               United States District Judge