UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION        14-MD-2543

*This Document Relates To:*                          ORDER
*Postley v. General Motors, LLC*, 20-CV-3498
---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    Unlike counseled parties, *pro se* litigants are required to file pleadings and documents on paper, unless the assigned judge grants permission to use the electronic case filing ("ECF") system. But Courts may order a *pro se* litigant to a pending civil action "to register as a Filing User in the ECF system solely for purposes of that action." *See* ECF Rules & Instructions 2.2(a), *available at* http://nysd.uscourts.gov/electronic-case-filing. Such an order is clearly warranted here: Given the vast number of filings in this multidistrict litigation, service via postal mail would be unduly burdensome not only on the Court, but also on other filing parties. That burden is magnified by the COVID-19 public health crisis, which is also likely to cause substantial delays in service and the litigation of Plaintiffs' claims.

    Accordingly, it is hereby ORDERED that, no later than **May 25, 2020**, Plaintiffs shall either move for permission to register as ECF users (and take all necessary steps to do so) or identify some hardship or other reason that would prevent them from participating in ECF.

    A sample motion for permission for electronic case filing is attached to this Order and available on the Court's website at https://nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases. Until such time as Plaintiffs are registered as ECF users, and only while the current global health crisis affects Court operations, they are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Parties who are unable to use email may still submit documents by regular mail to the *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).

    **Within two days of the date of this Order**, New GM shall mail a copy of this Order to Plaintiffs and file proof of such service on ECF.

    SO ORDERED.

Dated: May 6, 2020
      New York, New York

                                              JESSE M. FURMAN
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

No. _____CV_____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☐ a computer with internet access and a word processor

    type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

      type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

      scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

      version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____        _____
Dated                                                                     Signature

_____
Name

_____  _____  _____  _____
Address                                       City                      State       Zip Code

_____        _____
Telephone Number                                       E-mail Address

2