UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                          ORDER
*Bell v. General Motors LLC, 18-CV-3877*
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

     The Court has received several voicemails from Plaintiff Sabrina Bell in which she appears to complain about deductions from the amount she received in connection with a settlement of her claims (and makes some allegations and complaints about counsel's — and the Court's — handling of the matter). The Court cannot and will not respond to Ms. Bell because she is represented by counsel and because it is inappropriate for the Court to communicate with an individual party, let alone to do so on an informal basis.

     No later than **May 15, 2020**, Ms. Bell's counsel shall provide a copy of this Order to her and file proof of such service. Further, counsel shall attempt to provide Ms. Bell with whatever assistance she needs (and, if appropriate, advise her that she may retain other counsel or proceed *pro se*, that is without counsel). Finally, counsel should advise Ms. Bell that she should not make further calls to the Court and that all communications with the Court should be through counsel and, regardless, must be in writing. Communications by an unrepresented party should be mailed to the Pro Se Intake Unit, 40 Centre Street, Room 105, New York, NY 10007.

     SO ORDERED.

Dated: May 8, 2020                              _____
     New York, New York                            JESSE M. FURMAN
                                      United States District Judge