UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION      14-MD-2543

*This Document Relates To:*                        SEALED ORDER
*Edwards v. General Motors LLC, 15-CV-5959*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

The Court will address the issues raised in the letter-motion filed under seal by Ms. Edwards's counsel in a telephone conference to be held on **May 14, 2020**, at **3:00 p.m.** Because the issues involve settlement and attorney-client communications, the Court has erred on the side of filing this Order under seal in the first instance. That said, given the presumption in favor of public access to proceedings, the Court intends to docket this Order — along with instructions to the public with respect to listening to the conference — on May 13, 2020. If any party believes that the Order should remain under seal or that the conference should be closed to the public, it shall file a letter-brief to that effect no later than **May 12, 2020** at **3:00 p.m.**

The Clerk of Court is directed to restrict viewing access to this Order to the following parties: Pamela Edwards and General Motors LLC. Additionally, Ms. Edwards's counsel is directed to promptly electronically file the letter-motion in accordance with Section 6 of the updated Electronic Case Filing Rules and Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: May 11, 2020                    _____
       New York, New York                    JESSE M. FURMAN
                                             United States District Judge