UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION      14-MD-2543

*This Document Relates To:*                                                                         ORDER
*Rothermel v. General Motors LLC, 17-CV-9353*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Yesterday, Mr. Zonas filed a motion to remand this action to the Middle District of Florida for further proceedings regarding his motion to enforce a charging lien. *See* ECF No. 81. Mr. Zonas cites no authority in support of his motion to remand, and because the motion to enforce the charging lien — which is fully briefed — relates to activities that occurred in litigation in the MDL, it is properly before this Court. Accordingly, the motion to remand is DENIED. The Clerk of Court is directed to terminate 17-CV-9353, ECF No. 81.

      SO ORDERED.

Dated: May 13, 2020
       New York, New York

                                          JESSE M. FURMAN
                                        United States District Judge