UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                    ORDER
*Goodwin v. General Motors LLC, 18-CV-2590*
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

 Because Ms. Goodwin's motion contains sensitive personal information and other confidential materials, the Clerk of Court is directed to restrict viewing access to 14-MD-2543, ECF No. 7930 and 18-CV-2590, ECF No. 66 to General Motors LLC and Ms. Goodwin.

 New GM shall file any opposition to Ms. Goodwin's motion no later than **May 22, 2020**. Ms. Goodwin shall file any reply no later than **May 29, 2020**.  In addition to addressing the merits of Ms. Goodwin's motion, the parties shall also address whether and to what extent her motion should be maintained under seal.

 SO ORDERED.

Dated: May 14, 2020
  New York, New York       _____
               JESSE M. FURMAN
              United States District Judge