UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION            14-MD-2543

*This Document Relates To:*                                                       ORDER
*Robinson v. General Motors LLC, 20-CV-3732*
---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Counsel for New GM and Plaintiff Norma Robinson are directed to confer and propose next steps with respect to Ms. Robinson's claims no later than **May 29, 2020**. Plaintiff is further advised to consult the docket in 14-MD-2543, including Order Nos. 1 and 25 (14-MD-2543, Docket Nos. 19 and 422, respectively), as well as the GM Ignition Switch MDL website (http://gmignitionmdl.com), for other pertinent information.

      SO ORDERED.

Dated: May 15, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge