UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION        14-MD-2543

*This Document Relates To:*                                                                 ORDER
*Edwards v. General Motors LLC, 15-CV-5959*
-----------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

The Court received an email communication from Plaintiff Pamela A. Edwards. The Court will maintain that communication under seal, as it contains substantial settlement-related and attorney-client communications and would be nearly impossible to redact. The Court will also maintain under seal Plaintiff's counsel's unredacted request for a conference, *see* 14-MD-2543, ECF No. 15-CV-5959, ECF No. 178. Plaintiff's counsel is ORDERED to file a proposed redacted version of that request no later than **June 1, 2020**. The parties are also directed to confer (and communicate with the S.D.N.Y. Court Reporters) and propose redactions to the transcript of the conference held in this matter on May 14, 2020.

SO ORDERED.

Dated: May 26, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge