UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION         14-MD-2543

*This Document Relates To:*                                                             ORDER
*Dukes v. General Motors LLC, 19-CV-11922*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On April 2, 2020, the Court granted New GM's motion to dismiss without prejudice Plaintiff Jennifer C. Dukes's claims for failure to submit a substantially complete Plaintiff Fact Sheet ("PFS"). *See* ECF No. 7830 ("April 2 Order"). Pursuant to the April 2 Order, Ms. Dukes had the right to move to vacate her dismissal within thirty days, if she submitted all required documentation or otherwise contested her dismissal. Ms. Dukes filed a motion to vacate her dismissal on April 16, 2020, representing that she had previously submitted a substantially complete PFS. *See* ECF No. 7856. New GM opposed the motion, arguing that Ms. Dukes's PFS remains deficient. *See* ECF No. 7903. In particular, New GM noted that Ms. Dukes has not submitted a completed Federal Disclosure related to Medicare reporting requirements as well as documentation including vehicle purchase records, inspection records, repair records, towing records, and insurance documents. *See id.* at 1-2. Ms. Dukes failed to file a reply in further support of her motion. New GM has not yet moved to dismiss with prejudice the claims asserted by Ms. Duke.

Because Ms. Dukes has neither addressed nor refuted the deficiencies identified by New GM, her motion to vacate her dismissal is DENIED. The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7856, and 19-CV-11922, ECF No. 18.

SO ORDERED.

Dated: May 26, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge