UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION        14-MD-2543

                                                                                                                                             Hon. Jesse M. Furman

*This Document Relates to:*
*Goodwin v. General Motors LLC,* 18-CV-2590
------------------------------------------------------------------------------x

### DEFENDANT GENERAL MOTORS LLC'S
### CROSS-MOTION TO ENFORCE SETTLEMENT OR FOR ALTERNATIVE RELIEF

Defendant General Motors LLC ("New GM") hereby cross-moves this Court to enforce the settlement entered into by New GM and plaintiff Diane Goodwin. Enforcement of the settlement is appropriate because the parties reached a binding agreement at a settlement conference held before Magistrate Judge Cott, as further detailed in New GM's Memorandum (1) In Support Of Its Cross-Motion To Enforce Settlement Or For Alternative Relief And (2) In Opposition To Plaintiff Diane Goodwin's Motion For Certain Settlement-Related Relief And For Sanctions (submitted under seal, along with the supporting Declarations of Wendy L. Bloom and Giovanna C. Tarantino Bingham). *See*, *e.g.*, *Oparah v. The New York City Dep't of Educ.*, 2015 WL 4240733, at *1 (S.D.N.Y. July 10, 2015) (enforcing settlement); *Waite v. Schoenbach*, 2011 WL 6326115, at *2 (S.D.N.Y. Dec. 16, 2011) (adopting report and recommendation by Judge Cott to grant motion to enforce the settlement). Accordingly, New GM respectfully asks the Court to enter an order (1) enforcing the settlement with plaintiff Diane Goodwin and (2) compelling plaintiff to execute the Confidential Settlement Agreement and Release.

As alternative relief should the Court deny New GM's motion to enforce the Settlement, New GM respectfully requests that Ms. Goodwin's claim be fast-tracked through the Air Bag Deployment Notice and Motion practice contemplated in the Wave Three Order (Docket No.

6511). Specifically, New GM requests the ability to file an air bag deployment notice within one week after the Court rules on these motions, and that Ms. Goodwin be required to file her response within four weeks after New GM's notice either (1) providing the factual bases as to why she believes dismissal is not appropriate or (2) agreeing to voluntarily dismiss her claims. To the extent Ms. Goodwin does not agree to dismiss her claims, New GM respectfully requests the Court order the parties to submit a joint letter proposing next steps for Ms. Goodwin two weeks after Ms. Goodwin's response.

Dated: May 27, 2020                           Respectfully submitted,

                                                                                */s/ Wendy L. Bloom*

Richard C. Godfrey, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654-3406
Phone: 312-862-2000
Fax: 312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com

*Attorneys for Defendant General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record and the *pro se* plaintiff, who has signed up for ECF, in this action.

I also hereby certify that after encountering an ECF error message multiple times when originally attempting to file on May 27, I then submitted the foregoing by email to the Court and served it by email on *pro se* plaintiff Diane Goodwin.

By: /s/ *Wendy L. Bloom*
Wendy L. Bloom