UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                    ORDER
*Goodwin v. General Motors LLC, 18-CV-2590*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On May 28, 2020, New GM filed its opposition to Ms. Goodwin's motion together with a motion to enforce the parties' purported settlement or for alternative relief. *See* ECF No. 73. No later than **June 15, 2020,** Ms. Goodwin shall file any reply in further support of her motion and any opposition to New GM's motion in a single consolidated memorandum of law. New GM shall file any reply in further support of its motion no later than **June 22, 2020**.

      SO ORDERED.

Dated: June 1, 2020
      New York, New York                      JESSE M. FURMAN
                                                   United States District Judge