UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION               14-MD-2543

*This Document Relates To:*                                 ORDER
*Garcia v. General Motors LLC, 17-CV-5970*
-----------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On June 11, 2020, the Court received a motion to extend Plaintiff Sylvia Garcia's motion to extend the time to file a motion to vacate the Court's order of dismissal without prejudice and to respond to New GM's motion to dismiss with prejudice. *See* 17-CV-5970, ECF No. 114. The Court construes Plaintiff's motion also as a motion to vacate its order of dismissal with prejudice. *See* 17-CV-5970, ECF No. 112.

New GM shall file any opposition to Plaintiff's motion no later than **June 26, 2020**. Plaintiff shall file any reply no later than **July 10, 2020**.

New GM is directed to serve this Order on Plaintiff and to file proof of such service no later than **June 19, 2020**. New GM should serve this Order on Plaintiff by both mail and e-mail, using the new addresses listed in Plaintiff's most recent filing.

SO ORDERED.

Dated: June 17, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge