UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION           14-MD-2543

*This Document Relates To:*                                                             ORDER
*Edwards v. General Motors LLC, 15-CV-5959*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's Order dated May 26, 2020, *see* ECF No. 7954, the parties provided the Court with proposed redactions of the transcript of the conference held on May 14, 2020. The Court has reviewed the redactions and agrees that all are appropriate as settlement communications protected by Federal Rule of Evidence 408. The parties are directed to provide the approved redactions to the S.D.N.Y. Court Reporters, who are directed to docket the transcript on 14-MD-2543 and 15-CV-5959 in the normal course. Access to the unredacted version of the transcript is limited to General Motors LLC and Pamela Edwards.

SO ORDERED.

Dated: June 18, 2020
       New York, New York                           _____
                                                           JESSE M. FURMAN
                                                       United States District Judge