UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                              ORDER
*Goodwin v. General Motors LLC, 18-CV-2590*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Because Ms. Goodwin's recent filings contain sensitive personal information and other confidential materials, the Clerk of Court is directed to restrict viewing access to 18-CV-2590, ECF Nos. 81-84 to General Motors LLC and Diane Goodwin. The Court will address in the normal course whether and to what extent those filings should remain under seal.

SO ORDERED.

Dated: June 25, 2020
      New York, New York
                                          JESSE M. FURMAN
                                    United States District Judge