UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION               14-MD-2543

*This Document Relates To:*                                                ORDER
*Snodgrass v. General Motors LLC, 17-CV-6273*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Today, the Court received an e-mail from Plaintiff Gail Martin, who voluntarily

dismissed her claims on December 20, 2019, *see* 17-CV-6273, ECF No. 98, in which she appears

to complain about the amount of her settlement and delay in payment (and makes some

allegations about counsel's handling of the matter).  The Court cannot and will not respond to

Ms. Martin because she is represented by counsel and because it is inappropriate for the Court to

communicate with an individual party, let alone to do so on an informal basis.

No later than **July 3, 2020**, Ms. Martin's counsel — which appears to be Langdon &

Emison LLC — shall provide a copy of this Order to her and file proof of such service.  Further,

counsel shall attempt to provide Ms. Martin with whatever assistance she needs (and, if

appropriate, advise her that she may retain other counsel or proceed *pro se*, that is, without

counsel).  Finally, counsel should advise Ms. Martin that all communications with the Court

should be through counsel.  If Ms. Martin elects to proceed without counsel, communications

should be mailed to the Pro Se Intake Unit, 40 Centre Street, Room 105, New York, NY 10007.

        SO ORDERED.

Dated: June 26, 2020                        _____
        New York, New York                        JESSE M. FURMAN
                                                United States District Judge