UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     14-MD-2543

*This Document Relates To:*                                    ORDER
*Snodgrass v. General Motors LLC, 17-CV-6273*
------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    It has come to the Court's attention that, contrary to the Court's prior Order, Plaintiff Gail Martin is represented by Wellers, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; and the Law Offices of Gregory K. Evans, PLLC (collectively, the "Firms"); and not by Langdon & Emison LLC. *See* 17-CV-6273, ECF No. 1. Accordingly, the Firms are hereby ORDERED to provide to Ms. Martin a copy of this Order and the Court's prior Order, *see* 14-MD-2543, ECF No. 8012; 17-CV-6273, ECF No. 114. Further, counsel shall attempt to provide Ms. Martin with whatever assistance she needs (and, if appropriate, advise her that she may retain other counsel or proceed *pro se*, that is, without counsel). Finally, counsel should advise Ms. Martin that all communications with the Court should be through counsel. If Ms. Martin elects to proceed without counsel, communications should be mailed to the Pro Se Intake Unit, 40 Centre Street, Room 105, New York, NY 10007.

    SO ORDERED.

Dated: June 26, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge