UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                    14-MD-2543

*This Document Relates To:*                                                    ORDER
*Dukes v. General Motors LLC, 19-CV-11922*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Counsel to New GM advised the Court by email — a copy of which is attached to this Order — that the parties are seeking to resolve any disagreements with respect to Plaintiff's discovery obligations and, to that end, wish to adjourn the conference that was previously scheduled for this afternoon at 3:00 p.m.  *See* 19-CV-11922, ECF No. 32.  That request is granted.  The conference is ADJOURNED to **July 15, 2020** at **3:30 p.m.**  No later than **July 13, 2020**, the parties shall file a joint letter updating the Court on the status of their efforts and indicating whether a conference is necessary.

      Finally, counsel are reminded that, in light of the right of public access to judicial documents, substantive communications with the Court, including requests for relief, must be filed on ECF.

      SO ORDERED.

Dated: July 1, 2020
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge

## Furman NYSD Chambers

| | |
|---|---|
| **From:** | Bloomer, Andrew B. <abloomer@kirkland.com> |
| **Sent:** | Tuesday, June 30, 2020 6:58 PM |
| **To:** | Furman NYSD Chambers; Ritter, Kristopher; Bloom, Wendy L.; jshafer@millerlegalllp.com |
| **Cc:** | Nick Gillaspy; jshafer@bannerlegal.com |
| **Subject:** | RE: Dukes v. General Motors Conference Participants |

Dear Judge Furman:

Thank you for your email.

Mr. Nick Gillaspy of Banner Legal, copied here, contacted us last week at the request of plaintiff Jennifer Dukes' counsel of record, Mr. Jeremy Shafer, regarding New GM's pending motion to dismiss. Messrs. Shafer and Gillaspy sent us yesterday additional Order No. 25 materials for Ms. Dukes. We have reviewed those materials and informed plaintiff's counsel that, notwithstanding the belated production, Ms. Dukes' responses remain deficient and incomplete under Order No. 25.

Plaintiff's counsel has requested that the hearing scheduled for tomorrow, July 1, be deferred for 10 days so that plaintiff can provide New GM with the missing Order No. 25 materials or, alternatively, confirm that plaintiff has no such materials in her possession, custody or control. New GM is agreeable to deferring the hearing for 10 days, subject to this Court's approval. If plaintiff does not satisfy her Order No. 25 obligations within the 10 day period, New GM intends to proceed with its pending motion to dismiss and any hearing on same.

I am copying plaintiff's counsel, Mr. Shafer, using his Banner Legal email address that we have in our records.

Thank you for the Court's time and consideration.

Respectfully submitted,

Andrew Bloomer

**From:** Furman NYSD Chambers <Furman_NYSDChambers@nysd.uscourts.gov>
**Sent:** Tuesday, June 30, 2020 4:36 PM
**To:** Bloomer, Andrew B. <abloomer@kirkland.com>; Ritter, Kristopher <ritterk@kirkland.com>; Bloom, Wendy L. <wbloom@kirkland.com>; jshafer@millerlegalllp.com
**Subject:** Dukes v. General Motors Conference Participants

Counsel,

I hope you are all well.

As provided in yesterday's Order, the Court will hold a telephone conference to address the pending motion to dismiss tomorrow at 3:00 p.m. E.T. Please provide the names of counsel who will speak during the teleconference, as well as the phone numbers from which counsel expects to join the call.

Thank you very much.

Regards,
Chambers of Hon. Jesse M. Furman

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.