UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION         14-MD-2543

*This Document Relates To:*         ORDER
*Rothermel v. General Motors LLC, 17-CV-9353*
---------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       On July 21, 2020, James Zonas filed a motion for attorney's fees and costs, *see* ECF No. 8049, pursuant to the Court's Opinion and Order dated July 26, 2020, *see* ECF No. 8028.  It appears that certain documentation filed by Mr. Zonas may contain confidential settlement information.  Accordingly, the Clerk of Court is directed to place ECF No. 8049 under seal, with viewing access restricted to attorneys for General Motors LLC and the attorneys for Plaintiff Jordon Rothermel (James Zonas and T. Patton Youngblood).  The parties shall confer regarding the sealed records and, no later than **July 31, 2020**, file proposed redacted copies — on both 14-MD-2543 and 17-CV-9353 — in accordance with the ECF Rules and Instructions for the Southern District of New York, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

       SO ORDERED.

Dated: July 23, 2020         _____
       New York, New York           JESSE M. FURMAN
                                       United States District Judge