UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GENERAL MOTORS, LLC
IGNITION SWITCH LITIGATION           MDL No. 14-MD-2543(JMF)

STIPULATION OF DISMISSAL

This applies to:

LaQuinda Robinson

        Plaintiff,

-against-                              Case No. 1:18-cv-5062

GENERAL MOTORS, LLC

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

Pursuant to Order 165, Counsel hereby certifies that Court approval of the settlement was not required for the plaintiff listed.

**IT IS SO STIPULATED**:

Dated: 07/23/2020

The Clerk of Court is directed to terminate LaQuinda Robertson as a Plaintiff in 14-MD-2543 and to close 18-CV-5062.  SO ORDERED.

July 24, 2020

*/s/Brett A. Emison*
Brett A. Emison
LANGDON & EMISON LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Tel: 660-259-6175
Fax: 660-259-4571
brett@lelaw.com
*Attorney for Plaintiff*

*/s/ Wendy Bloom*
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com
*Attorneys for Defendant*
