UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                    ORDER
*Goodwin v. General Motors LLC, 18-CV-2590*
---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On July 15, 2020, Plaintiff Diane Goodwin asked to file additional materials in support of her sur-reply. *See* 18-CV-2590, ECF No. 91. On July 21, 2020, Ms. Goodwin filed certain of those materials — without leave of Court. *See* 18-CV-2590, ECF No. 92. New GM has informed the Court that Ms. Goodwin's latest filing contains confidential materials. Accordingly, the Clerk of Court is directed to place under seal both 18-CV-2590, ECF No. 92 and ECF No. 91 (out of an abundance of caution), with viewing access restricted to Ms. Goodwin and General Motors LLC. In accordance with Order Nos. 77, 133 and 172, *see* 14-MD-2543, ECF Nos. 1349, 4567, 8013, within **one week of the Court's ruling on the substance of the pending motions**, New GM shall file a version of the filing with proposed redactions along with a letter brief addressing the need and propriety of such redactions in light of the presumption in favor of public access to documents.

Ms. Goodwin also requests that she be permitted to submit to the Court certain audio recordings of telephone conversations, one of which is well over an hour long. *See* 18-CV-2590, ECF No. 91. In her latest filing, Ms. Goodwin notes that both recordings may not be necessary. *See* 18-CV-2590, ECF No. 92, at 1-2. Accordingly, Ms. Goodwin's request for permission to submit the audio recordings is DENIED.

The Court also concludes that New GM should be given an opportunity to respond to Ms. Goodwin's filings. Any such response shall be filed no later than **July 31, 2020**. In such response, New GM should include not only any defenses they seek to assert, but also what, in their view, may be causing Ms. Goodwin's issues.

**Neither party may file any other submissions with respect to the pending motion without prior leave of Court. Any submissions made without leave of Court will be disregarded.**

SO ORDERED.

Dated: July 23, 2020
New York, New York

JESSE M. FURMAN
United States District Judge