## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) |
| GENERAL MOTORS LLC | )          No. 14-MD-2543 (JMF) |
| IGNITION SWITCH LITIGATION | )          ~~No. 14-MC-2543 (JMF)~~ |
|  | ) |
| *This Document Relates to the Plaintiffs in the Actions* | )          Hon. Jesse M. Furman |
| *Listed on the Attached Exhibit A* | ) |
|  | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against General Motors LLC and all other defendants, including but not limited to the actions listed in the attached Exhibit A.  Court approval was not required for these plaintiffs.  Costs taxed as paid.  General Motors LLC has no objection and consents to the dismissal with prejudice of these plaintiffs' actions.

This dismissal applies only to the claims of the plaintiffs listed on the attached Exhibit A, and does not dismiss or affect any claims of any other plaintiff.  Plaintiffs and Defendant each bear their own costs.

Dated:  July 24, 2020

Respectfully submitted,

/s/ *K. Camp Bailey*
K. Camp Bailey
Bailey Cowan Heckaman PLLC
5555 San Felipe St., Suite 900

The Clerk of Court is directed to docket this in 14-MD-2543 and each of the member cases listed in Exhibit A.  The Clerk is further directed to terminate as Plaintiffs each of the plaintiffs listed in Exhibit A, in both 14-MD-2543 and their respective member cases.  If there are no remaining plaintiffs in any member case, the Clerk of Court should close that case.  The Court understands this notice to dismiss Betty Eubank's claims in 15-CV-5222 as well.  If the Court's understanding is incorrect, the parties shall promptly advise the Court.  Accordingly, the Clerk of Court is further directed to terminate Betty Eubank as a party in 15-CV-5222.  SO ORDERED.

July 24, 2020

Houston, TX 77056
Telephone No.: (713) 425-7100
Facsimile No.: (713) 425-7101
CBailey@bchlaw.com

*Attorney for Plaintiffs*

By: */s/ Wendy L. Bloom*
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com

*Attorneys for Defendant General Motors LLC*

**EXHIBIT A**

| Last Name | First Name | Case Number |
|---|---|---|
| Bennett | Erick | Atz et al. v. General Motors, LLC; 1:15-CV-05222 |
| Eubank | Betty | Eubank v. General Motors, LLC; 1:18-cv-07661 |
| McCluney | Demetria | Atz et al. v. General Motors, LLC; 1:15-CV-05222 |
| Smith | Ruth | Atz et al. v. General Motors, LLC; 1:15-CV-05222 |