UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                14-MD-2543 (JMF)

*This Document Relates To:*                                   ORDER
*Atz v. General Motors, LLC, 15-CV-5222*

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On July 29, 2020, New GM filed an unopposed motion to dismiss with prejudice the claims of Plaintiffs Alner Simmonds and Mamoon Sinnokrot, on the grounds that Plaintiffs Simmonds and Sinnokrot have passed away and that no motion for substitution was made within 90 days of the filings of suggestions of death, as required by Federal Rule of Civil Procedure 25(a)(1).  *See* ECF Nos. 7874, 7875.  Substantially for the reasons in New GM's memorandum of law, ECF No. 8070, the Court GRANTS New GM's motion.

      The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 8068 and 15-CV-5222, ECF No. 323.  The Clerk of Court is further directed to terminate Alner Simmonds and Mamoon Sinnokrot as parties in 14-MD-2543 and in 15-CV-5222.

      SO ORDERED.

Dated: July 30, 2020
      New York, New York                                  JESSE M. FURMAN
                                                   United States District Judge