USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

14-MD-2543 (JMF) (JLC)

*This Document Relates To:*
*Garcia v. General Motors LLC, 17-CV-5970*

**ORDER**

-------------------------------------------------------------------x

**JAMES L. COTT, United States Magistrate Judge**.

The Court held a telephonic conference today, which *pro se* plaintiff Garcia

failed to attend.  During the conference, New GM identified the purported

deficiencies in plaintiff and her son's discovery production in this case.  As

discussed, New GM is directed to obtain a copy of the transcript of today's

conference and to serve it and this Order on plaintiff.  Plaintiff has until

**September 4, 2020** to provide either the missing information identified on the

record to New GM, or alternatively to seek further relief from the Court, including

requesting another conference.  In the event plaintiff fails to do so, New GM may

move (or renew its prior motion) to dismiss this case.

        **SO ORDERED.**

Dated:  August 6, 2020
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge