UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

                                                     14-MD-2543 (JMF)

*This Document Relates To:*
*Dukes v. General Motors LLC, 19-CV-11922*
*Hemingway v. General Motors LLC, 19-CV-6528*                         <u>ORDER</u>
*Hancock v. General Motors LLC, 18-CV-1019*
*Taylor v. General Motors LLC, 17-CV-6155*
*Tenley v. General Motors LLC, 20-CV-3307*
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       On July 29, 2020, New GM filed a motion to dismiss, without prejudice, the claims of several personal injury and wrongful death plaintiffs identified in Exhibit A (the "Affected Plaintiffs") who had allegedly failed to submit substantially complete plaintiff fact sheets ("PFSs") or document productions as required by Order No. 25, ECF No. 422; Order No. 108, ECF No. 3115; and Order No. 148, ECF No. 5366.  *See* ECF No. 7809.[1]  Earlier today, the Court issued Order No. 173, which clarifies and/or modifies the deadlines for such motions.  *See* ECF No. 8094.  In light of that Order, and out of an abundance of caution, the Court grants an extension to the Affected Plaintiffs until **August 24, 2020** to file responses either certifying submission of a completed PFS or document productions or opposing New GM's motion for other reasons.  And in light of that, the Court will disregard the reply brief submitted by New GM on August 6, 2020.  *See* ECF No. 8088.  New GM shall file any new reply in support of their motion to dismiss **no later than one week after Affected Plaintiffs' deadline** to certify compliance or oppose the motion.

---

[1]     All docket references are to 14-MD-2543 unless otherwise noted.

The Court notes that New GM's August 6th reply contains at least two problems or deficiencies, to wit: (1) it fails to include Plaintiff William Tenley on the exhibit, ECF No. 8088, Ex. A, and fails to indicate whether New GM intends to withdraw the motion to dismiss as to him; and (2) it fails to address the response filed by the Affected Plaintiffs in *Hancock v. General Motors LLC*, 18-CV-1019 ("*Hancock* Plaintiffs), to New GM's motion to dismiss, including the *Hancock* Plaintiffs' contention that "Defendant's counsel received the listed documents by 6:00 pm CST on July 29, 2020" and that "[t]here are no medical records that can be produced" as to some Plaintiffs.  18-CV-1019, ECF No. 111, at 1-2.  New GM and the *Hancock* Plaintiffs are hereby ORDERED to meet-and-confer regarding this dispute **no later than August 24, 2020**. New GM shall address and/or remedy these issues in any new reply.

       SO ORDERED.

Dated: August 10, 2020
       New York, New York

                                      JESSE M. FURMAN
                                    United States District Judge

# EXHIBIT A

## **EXHIBIT A**

| Name | Cause No. |
|------|-----------|
| Dukes, Jennifer | *Dukes v. General Motors LLC*, 19-CV-11922 |
| Hemingway, Marcus (OBO Kenya Robinson) | *Hemingway v. General Motors LLC*, 19-CV-6528 |
| Hollon, April and Maynard, Tia (NF L.H.) | *Hancock v. General Motors LLC*, 18-CV-1019 |
| Hollon, April and Maynard, Tia (NF T.H.) | *Hancock v. General Motors LLC*, 18-CV-1019 |
| Hollon, April and Maynard, Tia (NF C.N.) | *Hancock v. General Motors LLC*, 18-CV-1019 |
| Hollon, April and Maynard, Tia (NF R.N.) | *Hancock v. General Motors LLC*, 18-CV-1019 |
| Taylor, Matthew Chase | *Taylor v. General Motors LLC*, 17-CV-6155 |
| Tenley, William | *Tenley v. General Motors LLC*, 20-CV-3307 |