UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                         ORDER
*Garcia v. General Motors LLC, 17-CV-5970*
---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On July 24, 2020, New GM filed a Motion to Dismiss Without Prejudice ("Motion") the claims of minor A.G., represented by next friend and *pro se* plaintiff Sylvia Garcia, for failure to submit a substantially complete Plaintiff Fact Sheet ("PFS") and documents required under Order No. 108.  *See* ECF No. 8062.[1]  In keeping with Judge Cott's instruction to consolidate motion practice as to discovery deficiencies for both Ms. Garcia in her individual capacity, and her son, A.G., *see* ECF Nos. 8089, 8108-2, the Motion is DENIED without prejudice.  Per Judge Cott's order, Ms. Garcia "has until **September 4, 2020** to provide either the missing information identified on the record to New GM, or alternatively to seek further relief from the Court, including requesting another conference."  ECF No. 8089.  If A.G. fails to provide either the medical records identified on the record at the August 6, 2020 hearing before Judge Cott, *see* ECF No. 8108-2, or an amended PFS by that date, New GM may renew the Motion.

In light of New GM's success in reaching Ms. Garcia via telephone on August 13, 2020, *see* ECF No. 8101, at 2-3, New GM is further ORDERED, to the extent possible, to confer via telephone with Ms. Garcia prior to **September 4, 2020**, to address the remaining discovery deficiencies pertaining to both Ms. Garcia, and her son, A.G.

---

[1]     All docket references are to 14-MD-2543 unless otherwise noted.

The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 8062 and 17-CV-5970, ECF No. 126.  New GM is directed to serve a copy of this Order on Ms. Garcia and to file proof of such service **within two days**.

SO ORDERED.

Dated: August 17, 2020
      New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge