UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

------------------------------------------------------------------------x            ORDER

JESSE M. FURMAN, United States District Judge:

On April 27, 2020, the Court preliminarily approved a proposed class action settlement in this litigation. ECF No. 7877. The Court has received a letter, attached as Exhibit A, from an alleged member of the settlement class objecting to the proposed settlement.

SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

403 Bluebird Crossing
Glen Mills, PA 19342
August 3, 2020

The District Court
Clerk of Court
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

Re: GENERAL MOTORS IGNITION SWITCH ECONOMIC SETTLEMENT

I am a Class Member and have not excluded myself from the Class. I object to the proposed Settlement because it is frivolous. I purchased a GM vehicle at a fair price. I had faith that it was a good product that GM would stand behind. GM stood behind the car by its recall for the ignition switch problem.

address at the time of purchase: ▮▮▮▮▮

current telephone number: ▮▮▮▮▮

make: Chevrolet

model: Cobalt 4-door LS sedan

model year: 2006

VIN: 1G1AK58F567631355

dates of ownership: 10/24/2005 – Current

plan to attend hearing? No

GM employee, retiree or stock owner? No

Sincerely yours,

*Richard H Warren*

Richard H. Warren