UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION         14-MD-2543 (JMF)

*This Document Relates To:*                                                        ORDER
*Mistrot v. General Motors, LLC, 16-CV-2919*

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On September 1, 2020, The Potts Law Firm, LLP (the "Firm") filed a Motion to Withdraw as Counsel for Plaintiff Steve Eggert (the "Affected Plaintiff"). *See* 14-MD-2543, ECF No. 8134; 16-CV-2919, ECF No. 187. Any opposition to the Firm's Motion — by Affected Plaintiff, New GM, or otherwise — shall be filed **no later than three weeks from the date of this Order**. The Firm's reply, if any, shall be filed **no later than one week thereafter**.

The Firm is directed to serve a copy of this Order on the Affected Plaintiff and to docket proof of such service **no later than September 3, 2020**.

SO ORDERED.

Dated: September 1, 2020
       New York, New York                                  _____
                                                                    JESSE M. FURMAN
                                                                 United States District Judge