UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
IN RE:

                                                                14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

-------------------------------------------------------------------------------x                    ORDER


JESSE M. FURMAN, United States District Judge:

     On April 27, 2020, the Court preliminarily approved a proposed class action settlement

in this litigation.  ECF No. 7877.  The Court has received the following letters, attached as

Exhibits A and B, from alleged members of the settlement class.  The Court will provide

unredacted versions to Lead Counsel and New GM.


          SO ORDERED.

Dated: September 14, 2020
       New York, New York                    _____
                                                       JESSE M. FURMAN
                                                   United States District Judge

# EXHIBIT A

Your Honor:

Since I havent had possison of the 1998 Oldsmobile for 3 years I fell like I should be removed from the Class ~~action~~ action law suit. ~~You~~ You have my permission to do so.

Thanks

Patti Lou Frye

| GM | Global Connect | Frank Wilson | ☒ **Update My Profile** |
|---|---|---|---|
| | | August 31, 2020 | ☒ **Logout** |

**Global Warranty Management:** Main > Interface With Customer > View Vehicle Transaction History Detail

**INTERFACE WITH CUSTOMER**

# View Vehicle Transaction History Detail                                  | ⑦

This screen allows IVH users to view the available information on individual transaction for the VIN selected.

## Vehicle Information

Model: ZZUSV-1970

Service Contract: No          Branded Title: No          Warranty Block: No          PDI Status: No

Order Type: N/A

Field Actions: 0 Open                                                        REQUEST ANOTHER VIN

**For this vehicle:**
→ View Vehicle Summary
    → Service Contract
    → Branded Title
    → Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information

→ Investigate Major Assembly History

---

**Job Card Date:** 05/02/2017                          **Job Card Number:** 03-90607

Repair Service Agent: 229933                            Odometer Reading: 111,102
HART CHEVROLET, BUICK, GMC                              Authorization Code:
920 LIBERAL AVE
DALHART  TX  79022-2914
8062444596

Process Date:
05/04/2017
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-

Job Card Line #: 1            Transaction Adjustment:                  Cause Code:  -

Labour Op 9100840-15757 - Replace Valve Rocker Arm Cover and Gasket

Causal Part Number
→ See other Parts and/or Net Items

---

**Job Card Date:** 08/25/2015                          **Job Card Number:** 0021817

Repair Service Agent: 112358                            Odometer Reading: 106,757
DUNCAN CHEVROLET CO., INC.                              Authorization Code:
103 S POPLAR ST
STRATFORD  TX  79084-0510
8063665557

Process Date:
08/25/2015
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-

Job Card Line #: 1            Transaction Adjustment:                  Cause Code:  -

Labour Op 9100755-N140350 - Install Key Insert and Key Rings (Two Keys)

Causal Part Number
→ See other Parts and/or Net Items

| Qty | Part Number | Description | Major Assembly | Traceability |
|---|---|---|---|---|
| 2 | 00000000023279477 | COVER,DR LK & IGN LK KEY | No | 21817 |
| 2 | 00000000023232599 | RING,KEY RET | No | 21817 |

Net Item Code                                    Description

| | |
|---|---|
| **Job Card Date:** 05/27/2009 | **Job Card Number:** 819164 |

Repair Service Agent: 236832
FRONTIER CHEVROLET BUICK PONTIAC GM
520 N DUMAS AVE
DUMAS TX 79029-2418
8069356424

Odometer Reading: 89,744 MI
Authorization Code:

Process Date:
06/04/2009
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1      Transaction Adjustment:      Cause Code: 0000-Converted Claims
Labour Op V2066-09047 - Intall Spark Plug Retainers
    Causal Part Number
    →See other Parts and/or Net Items

| | |
|---|---|
| **Job Card Date:** 01/03/2001 | **Job Card Number:** 020127 |

Repair Service Agent: 116587
PHIL LIKE MOTOR CO., INC.
403 ROCK ISLAND
DALHART TX 79022-2641
8062495555

Odometer Reading: 34,075 MI
Authorization Code:

Process Date:
01/09/2001
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1      Transaction Adjustment: Denied      Cause Code: 0000-Converted Claims
Labour Op B5480-Rear Compartment Lid Lock Cylinder Replacement
    Causal Part Number

| | |
|---|---|
| **Job Card Date:** 10/11/2000 | **Job Card Number:** 019176 |

Repair Service Agent: 116587
PHIL LIKE MOTOR CO., INC.
403 ROCK ISLAND
DALHART TX 79022-2641
8062495555

Odometer Reading: 30,594 MI
Authorization Code:

Process Date:
10/17/2000
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1      Transaction Adjustment: Denied      Cause Code: 0000-Converted Claims
Labour Op V0470-INSTALL CLIPS TO PKG SHELF SLOT FOR REAR SHOULDER BELT
    Causal Part Number
    →See other Parts and/or Net Items

| **Job Card Date:** 08/16/2000 | **Job Card Number:** 018395 |
|---|---|
| Repair Service Agent: 116587 | Odometer Reading: 28,814 MI |
| PHIL LIKE MOTOR CO., INC.<br>403 ROCK ISLAND<br>DALHART  TX  79022-2641<br>8062495555 | Authorization Code: |

Process Date:
08/22/2000

Transaction Type:
ZREG----Regular Vehicle Transaction

Transaction Expense Category

Customer Complaint Code:
0000-Converted Claim

Job Card Line #:  1          Transaction Adjustment:  Denied          Cause Code:  0000-Converted Claims

Labour Op B7841-Molding And/Or Auxiliary Weatherstrip, Front Door Window Reveal (Window Frame) - Left - R&R Or Replace

   Causal Part Number

    →See other Parts and/or Net Items

---

| **Job Card Date:** 06/06/2000 | **Job Card Number:** 021229 |
|---|---|
| Repair Service Agent: 116584 | Odometer Reading: 26,631 MI |
| GREG LAIR, INC.<br>16200 INTERSTATE 27<br>CANYON  TX  79015-0000<br>8063240700 | Authorization Code: |

Process Date:
05/31/2000

Transaction Type:
ZREG----Regular Vehicle Transaction

Transaction Expense Category:

Customer Complaint Code:
0000-Converted Claim

Job Card Line #:  1          Transaction Adjustment:  Denied          Cause Code:  0000-Converted Claims

Labour Op C0183-Front Side Door Window Regulator Replacement - Left Side

   Causal Part Number

---

Global Warranty Management: Site Map

Privacy Policy  |  Terms of Use

© 2005 General Motors. All rights reserved.



# View Field Action Details

This screen allows IVH users to view the detail information for the selected VIN on Filed Action.

## Vehicle Information

VIN: ▓▓▓▓▓▓▓▓▓▓▓▓

Model: ZZUSV-1970

Service Contract: No          Branded Title: No          Warranty Block: No          PDI Status: No

Order Type: N/A

Field Actions:  0 Open

## Field Action Details

| Type | Number | Description | Release Date |
|------|--------|-------------|--------------|
| Product Safety Recall | N140350 | UNINTENDED IGNITION KEY ROTATION | 08/30/2014 |

Status:              Closed

Group:

Sub-Group:          56349

Expires:            Does not expire

Original Number:    14350

Labour Ops:         9100959 N140350 - Purchase 3M Applicator Gun and Plunger(For Canada and Export Only)
9100883 N140350 - Service Keys (Slot Design)
9100882 N140350 - Service Keys (Round Hole or Square Design)
9100881 N140350 - Insert Test Fit Unsuccessful - Repair Not Workable
9100880 N140350 - Install Key Cover and Key Rings (Two Keys)
9100755 N140350 - Install Key Insert and Key Rings (Two Keys)

Government Agency #:  NHTSA: 14V400

Field Action Description:  General Motors has decided that a defect which relates to motor vehicle safety exists in 2000-2005 MY Chevrolet Impala and Monte Carlo, 1997-2003 MY Chevrolet Malibu, 2004-2005 MY Chevrolet Malibu Classic, 1999-2004 MY Oldsmobile Alero, 1998-2002 MY Oldsmobile Intrigue, 1999-2005 MY Pontiac Grand Am, and 2004-2008 MY Pontiac Grand Prix vehicles. If the key ring is carrying added weight and the vehicle goes off road or experiences some other jarring event, it may unintentionally move the key away from the run position. If this occurs, engine power, power steering and power braking may be affected, increasing the risk of a crash.

Safety Risk Description:  The timing of the key movement out of the "run" position, relative to the activation of the sensing algorithm of the crash event, may result in the airbags not deploying, increasing the potential for occupant injury in certain kinds of crashes. Until the recall has been performed, it is very important that customers remove all items from their key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring.

Repair Description:  Dealers are to install two key rings and an insert in the key slot or a cover over the key head on all ignition keys, free of charge.

Customer Action:  Until the recall has been performed, it is very important that customers remove all items from their key ring, leaving only the vehicle key. The key fob (if applicable), should also be removed from the key ring. DRIVE WITH ONLY A SINGLE KEY!

Note:  Visit manufacturer website at https://my.gm.com/recalls for more information.

© 2004 General Motors. All Rights Reserved.

# EXHIBIT B

8/31/20

To Whom It May Concern,

I received a court approved legal noticed from the US District Court for the Southern District of New York.   Unique ID: ███████████ - See copy attached.

Please note, I owned a Chevrolet Malibu in 2014.  I remember taking the Malibu for service several times for recalls.  The Malibu was purchased in Gulfport, Mississippi.

Please use this notice to submit with class claim.

Should you need additional information, please contact Mary Romano, ███████████ Note, I have a speech impairment and speak in a whisper, thus it may be better to contact me by email: ███████████████ Thank you for notification.

Sincerely,

*Mary Romano*

Mary Romano

███████████████

c/o JND Legal Administration
P.O. Box 91354
Seattle, WA 98111

~~~~~ Settlement Claims Center

Presorted
First Class Mail
U.S. Postage
PAID
Philadelphia, PA
Permit No. 5634

...FROM THE UNITED
STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**United States District Court**
Southern District of New York

**If You Owned or Leased a GM Vehicle that was Subject to Certain 2014 Recalls, You May Have Rights and Choices in a Proposed Settlement.**

*Para un aviso en Español, visita www.GMIgnitionSwitchEconomicSettlement.com*

**Unique ID:** 

**ELECTRONIC SERVICE REQUESTED**

 **DTMDP6AC8H**

*************************AUTO**5-DIGIT
**MARY ROMANO**

...................... in 2014

power steering and/or side airbag wiring. Plaintiffs claim that consumers overpaid when they bought or leased these vehicles. General Motors LLC ("New GM"), the Motors Liquidation Company GUC Trust ("the GUC Trust") and the Motors Liquidation Company Avoidance Action Trust ("the AAT") deny these allegations. Plaintiffs, the GUC Trust, New GM and the AAT have agreed to a settlement to avoid the risk and cost of further litigation. **The purpose of this notice is to inform you of the proposed settlement and your legal rights.**

**Who Is Included?** The proposed settlement class includes all persons (individuals, businesses and organizations) who, at any time on or before GM's announcement of the 2014 recalls, owned, purchased, or leased a vehicle subject to any of the recalls in the United States, or its territories and/or possessions. Daily rental fleet businesses, governmental entities and certain other persons are not included. You were mailed this notice because you may be a class member. Go to www.GMIgnitionSwitchEconomicSettlement.com, or call 1-877-545-0241, to see if your GM vehicle is covered by the settlement.

**What Does the Settlement Provide?** If approved, a settlement fund of **$121.1 million** will be established. Payment amounts to eligible class members will vary depending on which recall applied to their vehicle, settlement implementation costs, and the number of eligible class members who file claims.

**How Can I Get a Payment?** For details about the settlement, including the money available to class members and your eligibility to receive a payment, review the Long Form Notice and the Amended Settlement Agreement available at www.GMIgnitionSwitchEconomicSettlement.com. You must submit a claim online or by mail before the deadline which will be posted on the website, which will be no earlier than March 18, 2021.

**Your Other Options.** The Settlement will not include the release of any claims for personal injury, wrongful death or actual physical injury. However, if you want to keep your right to sue New GM, the GUC Trust and other parties about the economic loss claims, you must exclude yourself from the class. Your request must be postmarked by October 19, 2020. If you exclude yourself, you cannot receive the benefits provided by the settlement. **IF YOU DO NOT EXCLUDE YOURSELF AND THE SETTLEMENT IS APPROVED, YOU WILL BE BOUND BY THE RELEASE, WAIVER AND COVENANT NOT TO SUE.** If you stay in the class, you may object to the settlement – that is, tell the District Court why you don't like the settlement. Your Objection must be postmarked by October 19, 2020. Information about how to exclude yourself or object to the settlement is available on the website. The District Court will hold a hearing on December 18, 2020 at 9:30 a.m. eastern to consider whether to approve both the settlement and attorneys' fees and expenses (up to a maximum of $34.5 million). The attorneys' fees and expenses amount will not be deducted from the settlement fund. You may appear at the hearing, either yourself or through an attorney hired by you, but you do not have to. For more information, call or visit the website below.

**Questions?** Call 1-877-545-0241 or visit www.GMIgnitionSwitchEconomicSettlement.com

MARY A ROMANO
CUSTOMER NAME        STOCK NO. ▮▮▮

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **TURAN-FOLEY MOTORS, INC.**
(TRANSFEROR'S NAME-HAND PRINTED)        state that the odometer now

reads _____ **224** _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING-ODOMETER DISCREPANCY.

MAKE _____ **CHEVROLET**

MODEL _____ **MALIBU**      BODY TYPE _____ **WG**

VEHICLE IDENTIFICATION NUMBER _____ ▮▮▮

YEAR _____ **2005**

TRANSFEROR'S NAME _____ **TURAN-FOLEY MOTORS, INC.**

TRANSFEROR'S ADDRESS _____ **PO BOX 2159 11123 HWY 49 N**
(STREET)

**GULFPORT**      **MS**      **39503**
(CITY)      (STATE)      (ZIP CODE)

TRANSFEROR'S SIGNATURE _____

_____
(PRINTED NAME)

DATE OF STATEMENT _____ **08/23/05**

TRANSFEREE'S NAME _____ **MARY A ROMANO**

TRANSFEREE'S ADDRESS _____ ▮▮▮
(STREET)

▮▮▮      ▮▮▮      ▮▮▮
(CITY)      (STATE)      (ZIP CODE)

TRANSFEREE'S SIGNATURE _____

_____
(PRINTED NAME)