UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Hancock v. General Motors LLC, 18-CV-1019*
------------------------------------------------------------------------------x

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of the continuing dispute between New GM and Plaintiffs April Hollon and Tia Maynard as next friends of L.H., T.H., C.N., and R.N., (the "Hancock Plaintiffs") over the Hancock Plaintiffs' compliance with their discovery obligations under Order No. 25, 14-MD-2543, ECF No. 422; Order No. 108, 14-MD-2543, ECF No. 3115; and Order No. 148, 14-MD-2543, ECF No. 5366, as well as the Hancock Plaintiffs' intention to file a motion to request the reinstatement of Plaintiff Megan Hancock and opposition to New GM's identification of their claims as barred by the statute of repose, 18-CV-1019, ECF No. 121, the parties shall appear for a conference before the Court on **September 24, 2020** at **3:30 p.m.** to discuss the path forward for this case.  Counsel for both parties shall confer in advance with respect to how the Court should proceed given the various open issues.

      The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

SO ORDERED.

Dated: September 17, 2020
      New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge