UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On April 27, 2020, the Court preliminarily approved a proposed class action settlement in this litigation. ECF No. 7877. The Court has received the following letter, attached as Exhibit A, from an alleged member of the settlement class. The Court will provide unredacted versions to Lead Counsel and New GM.

SO ORDERED.

Dated: September 23, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

Sharnetta Ward
August 28, 2020
My response

Dear Mr. Judge Jesse M. Furman,

My name is Sharnetta Ward and I owned a 2004 pontiac grand am that had ignition issues. I no longer drive this vehicle; however, it's at my grandmother's house in her yard. During the time, I was driving this particular vehicle. I found myself late for work on several occasions. The last straw for me was being late for work due to my car not cranking in the piggly wiggly parking lot down the road from my residents at the time. I stopped there to grab some food for my kids and family before I went to work. Unfortunately, that was a very frustrating day for me; in fact, I found a local shop that fixed my ignition problem; however, I can't remember where my paperwork or receipt is because that was awhile ago and I started driving another vehicle. I appreciate all the letters and notices for all of these victims in this matter, and I hope we can get justice for this matter at hand. I hope everyone will seek justice at the end. Although, this matter at hand has been a while for our resolution to come to an end.

Sharnetta Ward,

Judge Jesse M. Furman

If you need to submit supporting documentation **after** you have filed your Settlement Claim Form:

a. Please submit a copy of your Settlement Claim Form with each submission of supporting documentation. Please include your name on each document you submit.

b. If you do not include a copy of your Settlement Claim Form with your supporting documentation, your claim may not be complete. If you are unable to submit a copy of your Settlement Claim Form with your supporting documentation, please submit a letter providing the same information as the Settlement Claim Form.

### SETTLEMENT PAYMENT INFORMATION:

1) You need to submit a separate Settlement Claim Form for each Subject Vehicle you owned or leased at any time up to the 2014 recall announcements by GM. The settlement payment amount for each eligible Settlement Claim will depend upon the number of eligible Settlement Claims submitted subject to the different recalls, which recalls apply to your Subject Vehicle and the settlement implementation costs (such as claims administration).

## SECTION I: Information on Class Member and Subject Vehicle

Last Name: Ward

First Name: Shametta

Middle Initial:

Vehicle Identification Number (VIN):

Make, Model, and Model Year of Vehicle: Pontiac Grand Am 2004

Telephone Number: [redacted]

Email Address: [redacted]

Your Current Address (Number/Street/P.O. Box No.): [redacted]

City: [redacted]   State: [redacted]   Zip Code: [redacted]

If you lived at a different address when you owned the vehicle than the current address provided above, please provide your Address at the time you own(ed) or lease(d) the Subject Vehicle for which you are submitting a Claim (Number/Street/P.O. Box No.): N/A

City: [redacted]   State: [redacted]   Zip Code:

4

## SECTION II: Check ALL the Boxes below that apply to you

- [x] I am a current owner or lessee of a Subject Vehicle.
- [ ] I am a former owner or lessee of a Subject Vehicle.
- [x] I have had the applicable Recall repair(s) performed on the Subject Vehicle.
- [ ] I understand that a former owner or lessee of the Subject Vehicle had the applicable Recall repair(s) performed on the Subject Vehicle.
- [ ] I am a current owner or lessee of a Subject Vehicle and I have NOT had the applicable Recall repair(s) performed on the Subject Vehicle, but I intend to have the Recall repair(s) performed at an authorized GM dealer within 150 days of the Final Effective Date of the Settlement.
- [ ] I do not know whether the applicable Recall repair(s) have been performed on the Subject Vehicle.

## SECTION III: Attestation

I declare and affirm, under penalty of perjury under the laws of the United States, that the information in this Settlement Claim Form is true and correct to the best of my knowledge, information and belief, that I can make this claim, and have the authority to submit this Settlement Claim Form. I understand that my Settlement Claim Form may be subject to audit, verification and District Court review.

SIGNED: _Sharonell Ward_   DATE: Sept. 8, 2020

Settlement Claim Forms must be electronically submitted or postmarked before the deadline which will be posted on the website, which will be no earlier than March 18, 2021.
Questions? Visit www.GMIgnitionSwitchEconomicSettlement.com
or call, toll-free, **1-877-545-0241**.
To view JND's privacy policy, please visit www.jndla.com/privacy-policy.