UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH              14-MD-2543 (JMF)
LITIGATION
                                                                            ORDER
*This Document Relates To:*
*Conner v. General Motors LLC, 19-CV-7190*
*King v. General Motors LLC, 19-CV-7197*
*Pillars v. General Motors LLC, 15-CV-6289*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On July 22, 2020, pursuant to Order No. 167, ECF No. 7789,[1] New GM filed a notice identifying discovery deficiencies for thirteen plaintiffs.  *See* ECF No. 8052.  On July 29, 2020, New GM moved to dismiss without prejudice eight of those plaintiffs, advising the Court that it "ha[d] reached agreements to resolve th[e] deficiencies" with five of the plaintiffs identified in the notice — Kamaria King, Benjamin Pillars, Matthew Conner, Amanda Conner, and Debra Conner — and, as such, "[t]here are no current disputes for the Court to address with respect to these plaintiffs."  ECF No. 8072, at 1-2.  Nevertheless, New GM's motion was filed on the dockets of the member cases for those five plaintiffs.  In light of New GM's representation that there are no current discovery disputes with respect to Plaintiffs King, Pillars, Conner, Conner, and Conner, the motion is moot as to them.[2]  Accordingly, the Clerk of Court is directed to terminate 19-CV-7190, ECF No. 55 and 15-CV-6289, ECF No. 207.

      SO ORDERED.

Dated: October 7, 2020
       New York, New York
                                                          JESSE M. FURMAN
                                                     United States District Judge

---

[1]     Unless otherwise noted, all docket entries refer to 14-MD-2543.

[2]     Plaintiff King and New GM subsequently filed a stipulation of dismissal of her case.  *See* 19 CV-7197, ECF No. 43.