UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

                                       14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*                               ORDER
*Goodwin v. General Motors LLC, 18-CV-2590*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       Several of the filings concerning the parties' cross-motions to enforce their settlement agreement remain temporarily under seal. *See* 18-CV-2590, ECF Nos. 68, 86, 93, 74, 88. On October 20, 2020, New GM filed a letter-brief addressing what materials should remain permanently sealed or redacted. *See* ECF Nos. 99, 100.

       In light of the Second Circuit's recognition of the importance of confidentiality with respect to the public interest in promoting settlement, *see, e.g., Gambale v. Deutsche Bank AG*, 377 F.3d 133, 143 (2d Cir. 2004), the Court GRANTS New GM's application and agrees with the proposed redactions, substantially for the reasons stated in New GM's letter.

       Some of the materials at issue do not appear on the ECF system, as they were filed before the Court changed its procedures to enable filing of sealed documents on ECF. Other materials appear on the ECF system in unredacted form, but with restricted viewing access. To the extent that there are materials that have not yet been filed on the ECF system, or which appear on the ECF system only in unredacted form with restricted viewing acces, New GM shall file them — in a manner consistent with its proposal and this Order — **within one week from the date of this Order**. Put differently, within one week from the date of this Order, New GM shall ensure that the public filings in this matter are consistent with its proposal and this Order.

       In addition, there are two documents, 18-CV-2590, ECF Nos. 89, 94, which are temporarily under seal, but which New GM does not address in its letter and for which New GM does not propose redactions, yet which appear to contain the kinds of information — including sensitive information and settlement discussions — that New GM argues, and the Court agrees, should remain permanently redacted. New GM shall therefore file redacted versions of those documents (consistent with its redactions to the other documents) within one week from the date of this Order.

       SO ORDERED.

Dated: October 22, 2020                             _____
       New York, New York                           JESSE M. FURMAN
                                                         United States District Judge