UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543

ORDER

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On October 27, 2020, a letter from from Kisha Marie Davis, dated October 17, 2020, was filed on the docket by the Pro Se Office. *See* ECF No. 8216. Because the letter contained "sensitive information" within the meaning of the Southern District of New York's ECF Privacy Policy, the Court has replaced the letter on the docket with a redacted copy that omits the sensitive information.

SO ORDERED.

Dated: October 28, 2020
       New York, New York

JESSE M. FURMAN
United States District Judge