# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
+1 312 862 2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

December 15, 2020

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

          *Re:*    *In re GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)

Dear Judge Furman:

      Pursuant to this Court's Order No. 50 Paragraph 8 (Docket No. 875), counsel for New GM and Lead Counsel for plaintiffs are to jointly submit a list of cases transferred to MDL 2543 which contain economic loss allegations, claims, and/or defendants that are not included in the Fifth Amended Consolidated Complaint. Based on their review, the parties have not identified any such economic loss cases transferred to the MDL 2543 docket since the parties' November 13, 2020 letter (Docket No. 8258).

      Respectfully submitted,

      /s/ Wendy L. Bloom

      *Counsel for Defendant General Motors LLC*

cc:    MDL Counsel of Record