# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Wendy L. Bloom
To Call Writer Directly:
+1 312 862 2343
wendy.bloom@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

December 16, 2020

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:**    *In re GM LLC Ignition Switch Litig.*, 14-MD-2543 (JMF)
                 *Garcia v. GM LLC*, 17-CV-5970

Dear Judge Furman:

      On October 2, 2020, this matter was referred to Magistrate Judge Cott for settlement purposes. (*See* 17-CV-5970, Docket No. 142.) At the parties' request, Judge Cott scheduled a telephonic settlement conference for December 15, 2020. (*See* 14-MD-2543, Docket No. 8275.) At the December 15 conference, the parties agreed to a settlement. The parties are working to execute and then implement a confidential settlement agreement. The parties anticipate that the *Garcia* plaintiffs' claims will be dismissed with prejudice in early 2021. Therefore, the *Garcia* plaintiffs and New GM respectfully request that this matter be stayed.

                                                         Respectfully submitted,

                                                         /s/ Wendy L. Bloom

                                                         *Counsel for Defendant General Motors LLC*

cc:     MDL Counsel of Record