UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Hancock v. General Motors LLC, 18-CV-1019*

ORDER
-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On October 30, 2020, New GM filed a motion for summary judgment on the claims brought by Tia Maynard and April Hollon on behalf of minor plaintiffs L.H., T.H., C.N., and R.N.  ECF No. 8226.[1]  That motion remains pending.  As Wave Four plaintiffs, L.H., T.H., C.N., and R.N. are currently required disclose their expert witnesses and submit any written reports, including all reliance materials in compliance with Order No. 74, ECF No. 1279, required under Fed. R. Civ. P. 26(a)(2)(B), on or before February 17, 2021; and to present their expert witnesses for deposition on or before March 22, 2021.  *See* ECF No. 7886, at 7. Upon reflection, and without intimating a view on the merits of New GM's motion for summary judgment, the Court concludes that those deadlines — and any others — should be stayed pending the Court's resolution of New GM's motion.  Accordingly, unless and until the Court orders otherwise, all deadlines are STAYED pending the Court's decision on New GM's motion.  If the Court denies the motion, the parties shall confer and, **within two weeks of the Court's decision**, submit a proposed Order setting new deadlines as appropriate.

SO ORDERED.

Dated: January 4, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1] Unless otherwise noted, all docket references are to 14-MD-2543.