USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Postley, et al. v. General Motors, LLC, 20-CV-3498*
-------------------------------------------------------------------x

14-MD-2543 (JMF) (JLC)

ORDER

**JAMES L. COTT, United States Magistrate Judge.**

On referral from Judge Furman (Dkt. No. 39), the Court shall hold a telephonic conference on **January 15, 2021** at **11:00 a.m.** to assist defendant and *pro se* plaintiff Timothy Postley with their dispute concerning plaintiff's compliance with Order Numbers 25, 48, and 108. Plaintiff Postley and defendant should contact chambers at the above date and time using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

**SO ORDERED.**

Dated: January 7, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge