USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Postley, et al. v. General Motors, LLC, 20-CV-3498*
-----------------------------------------------------------------x

14-MD-2543 (JMF) (JLC)

ORDER

**JAMES L. COTT, United States Magistrate Judge**.

The Court held a conference in this case today. As discussed, *pro se* plaintiff Timothy Postley is directed to respond to New GM's discovery requests no later than **February 16, 2021**. If Mr. Postley possesses any medical records or documents related to his lost earnings claim that he has not already provided New GM, he should include those documents in his response.

New GM is directed to order a transcript of today's proceedings and make a copy available to Mr. Postley. If, after receiving Mr. Postley's discovery responses, New GM believes that further involvement of the Court is necessary, it should file a letter on the docket requesting another conference and identifying what discovery remains outstanding. New GM is directed to provide a copy of this order to Mr. Postley.

**SO ORDERED.**

Dated: January 15, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge