## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>*This Document Relates To:*<br><br>*Garcia v. General Motors, LLC*,<br>      No. 1:17-cv-5970 | 14-MD-2543 (JMF)<br><br><br>Hon. Jesse M. Furman |

### ~~[PROPOSED]~~ ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Sylvia Garcia and Alexander Garza and Defendant General Motors LLC ("New GM") have stipulated to dismiss this lawsuit with prejudice with each party bearing their own fees and costs. Pursuant to its authority under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court, having considered the Parties' request and provided them with an opportunity to be heard, hereby **ORDERS THAT:**

   a.   The instant action, *Garcia v. General Motors, LLC*, No. 1:17-cv-05970 is dismissed with prejudice.

   b.   In the event either Plaintiffs or New GM seek to enforce the terms of their confidential, private settlement agreement, or to litigate regarding the effect or operation of any aspect of the agreement, this Court accepts jurisdiction to address any such dispute.

**SO ORDERED.**

Signed this 25 day of January, 2021.

Defendant shall promptly serve a copy of this order on Plaintiffs Garcia and Garza.

_____
Honorable Jesse M. Furman
United States District Judge