UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | )<br>)  Case No.: 1:14-md-2543 (JMF)<br>)<br>)<br>)  **NOTICE OF APPEARANCE**<br>)<br>) |

    PLEASE TAKE NOTICE that William R. Baldiga of Brown Rudnick LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court.

Dated: New York, New York
       February 18, 2021

                                          BROWN RUDNICK LLP

                                          By: /s/William R. Baldiga
                                                William R. Baldiga
                                                One Financial Center
                                                Boston, MA 02111
                                                Tel: (617) 856-8586
                                                E-mail: wbaldiga@brownrudnick.com

                                          *Designated Counsel for the Ignition Switch*
                                          *Plaintiffs and Certain Non-Ignition Switch Plaintiffs*
                                          *in the Bankruptcy Court*