UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On March 19, 2021, a letter from Plaintiff Larry Anderson, dated March 11, 2021, was entered on the docket. ECF Nos. 20, 21.[1] The letter raises the question of whether Mr. Anderson should be granted leave to amend his complaint to allege a different amount of damages. Per the Court's Orders of March 4, 2021 and March 5, 2021, ECF Nos. 11, 14, however, the Court believes that the parties should be devoting their attention and resources to settlement at this time. Any settlement-related matters should be raised with Magistrate Judge Cott in communications addressed to him.

If good-faith efforts at settlement fail, the parties should address the question of whether Mr. Anderson should be permitted leave to amend in their next-steps letter due 90 days from the date of the Court's March 4 order, ECF No. 11 — that is, June 2, 2021.

New GM shall promptly serve a copy of this Order on Mr. Anderson and file proof of such service.

SO ORDERED.

Dated: March 22, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1] Unless otherwise noted, all docket references are to 21-CV-1006. The entries at ECF No. 20 and ECF No. 21 appear to be identical.