UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | ) ) ) ) | No. 14-MD-2543 (JMF) |
| *This Document Relates to the Plaintiffs in the Actions Listed on the Attached Exhibit A* | ) ) ) | Hon. Jesse M. Furman |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against General Motors LLC and all other defendants. The dismissal by each of the plaintiffs listed in Exhibit A is intended to include the lawsuit identified in Exhibit A as well as any other lawsuit brought against General Motors LLC and all other defendants by the identified plaintiff related to or arising out of the same incident or occurrence. Costs taxed as paid.

Pursuant to the Court's Order No. 165, the parties provide that court approval of the settlement of these plaintiffs' claims was not required.

General Motors LLC consents and stipulates to the dismissal with prejudice of these plaintiffs' actions.

1

Dated: March 17, 2021

Respectfully submitted,

The Clerk of Court is directed to docket this in 14-MD-2543 and in each of the member cases listed in Exhibit A.  The Clerk is further directed to terminate the parties listed in Exhibit A as plaintiffs in 14-MD-2543 and in their respective member cases listed in Exhibit A.  The Clerk is further directed to close any member case listed in Exhibit A if no active plaintiffs remain in that member case.  SO ORDERED.

March 17, 2021

  /s/Brett A. Emison
Brett A. Emison
LANGDON & EMISON LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Telephone No.: (660) 259-6157
Facsimile No.: (660) 259-4571
brett@lelaw.com
*Attorneys for Plaintiffs*

/s/ Wendy Bloom
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com
*Attorneys for Defendant*

# EXHIBIT "A"

| Name | Case No. |
|---|---|
| Allen, Andrew | Andrew Allen v. General Motors, LLC; 1:19-cv-02088 |
| Allen, Tammy | Tammy Allen v. General Motors, LLC; 1:19-cv-02088 |
| Ames II, Charles | Charles Ames II v. General Motors, LLC; 1:18-cv-05400 |
| Avolio, David | David Avolio v. General Motors, LLC; 1:19-cv-00553 |
| Bradford, Georgia | Georgia Bradford v. General Motors, LLC; 1:19-cv-08548 |
| Brown, Julie M. | Julie M. Brown v. General Motors, LLC; 1:18-cv-05546 |
| Cheatham, Anna | Anna Cheatham v. General Motors, LLC; 1:19-cv-11335 |
| Clark, Jessica (f/k/a Jessica Williams) | Jessica Clark (f/k/a) Jessica Williams v. General Motors, LLC; 1:19-cv-11064 |
| Cordova, Joseph | Joseph Cordova v. General Motors, LLC; 1:18-cv-10261 |
| Cox, Jamal | Jamal Cox v. General Motors, LLC; 1:19-cv-04580 |
| Crum, Tyrone | Tyrone Crum v. General Motors, LLC; 1:19-cv-05544 |
| Cyford, Anna | Anna Cyford v. General Motors, LLC; 1:18-cv-10266 |
| Delgadillo, Juan | Juan Delgadillo v. General Motors, LLC; 1:19-cv-04747 |
| Duffy, Dwight | Dwight Duffy v. General Motors, LLC; 1:19-cv-03279 |
| Fife, Nissyen | Nissyen Fife v. General Motors, LLC; 1:19-cv-09011 |
| Flynn, Joseph | Joseph Flynn v. General Motors, LLC; 1:18-cv-09827 |
| Flynn, Karen | Karen Flynn v. General Motors, LLC; 1:18-cv-09829 |
| Forsyth, Pamela | Pamela Forsyth v. General Motors, LLC; 1:19-cv-09367 |

| Name | Case No. |
|---|---|
| Freer, Grant | Grant Freer v. General Motors, LLC; 1:19-cv-03296 |
| Gress, Stephen | Stephen Gress v. General Motors, LLC; 1:19-cv-05151 |
| Gutierrez, Delilah | Delilah Gutierrez v. General Motors, LLC; 1:18-cv-06019 |
| Hall, Paul | Paul Hall v. General Motors, LLC; 1:19-cv-02797 |
| Henderson, Bonnie | Bonnie Henderson v. General Motors, LLC; 1:19-cv-08330 |
| Henry, Michael | Michael Henry v. General Motors, LLC; 1:19-cv-04583 |
| Hokams, Jim | Jim Hokams v. General Motors, LLC; 1:17-cv-10196 |
| Jimison, Alexia | Alexia Jimison v. General Motors, LLC; 1:19-cv-01110 |
| Jones, Cory | Cory Jones v. General Motors, LLC; 1:18-cv-03253 |
| Leali, Nynetra | Nynetra Leali v. General Motors, LLC; 1:18-cv-09122 |
| LeBuffe, Calvin | Calvin LeBuffe v. General Motors, LLC; 1:18-cv-08161 |
| LeBuffe, Geneva | Geneva LeBuffe v. General Motors, LLC; 1:18-cv-08161 |
| Lindsey, Lavan | Lavan Lindsey v. General Motors, LLC; 1:19-cv-06240 |
| Lotano, Michael Jr. | Michael Lotano, Jr. v. General Motors, LLC; 1:19-cv-05591 |
| Manuel, Willie | Willie Manuel v. General Motors, LLC; 1:19-cv-04283 |
| Matlock, Chris | Chris Matlock v. General Motors, LLC; 1:18-cv-08663 |
| McComas, Perry | Perry McComas v. General Motors, LLC; 1:19-cv-06366 |
| Miller, Scott | Scott Miller v. General Motors, LLC; 1:18-cv-11687 |
| Muncy, Don | Don Muncy v. General Motors, LLC; 1:19-cv-02756 |
| Neese, Deborah | Deborah Neese v. General Motors, LLC; 1:19-cv-05848 |

| Name | Case No. |
| --- | --- |
| Overton, William | William Overton v. General Motors, LLC; 1:19-cv-03085 |
| Page, Heather (f/k/a Heather Folds) | Heather Page (f/k/a) Heather Folds v. General Motors, LLC; 1:19-cv-05007 |
| Pounds, Tiffany | Tiffany Pounds v. General Motors, LLC; 1:18-cv-02274 |
| Reed, Noreen | Noreen Reed v. General Motors, LLC; 1:19-cv-01117 |
| Roberts, Ronesha | Ronesha Roberts v. General Motors, LLC; 1:19-cv-11062 |
| Rutheford, Michille | Michille Rutheford v. General Motors, LLC; 1:17-cv-09464 |
| Scott, Richard | Richard Scott v. General Motors, LLC; 1:18-cv-07255 |
| Shabazz, Aamir Abdallah | Aamir Abdallah Shabazz v. General Motors, LLC; 1:19-cv-05586 |
| Shult, Caitlyn | Caitlyn Shult v. General Motors, LLC; 1:19-cv-07701 |
| Smith, Michael | Michael Smith v. General Motors, LLC; 1:19-cv-05805 |
| Smith, Subrena | Subrena Smith v. General Motors, LLC; 1:19-cv-04955 |
| Snow, Glenda | Glenda Snow v. General Motors, LLC; 1:19-cv-08336 |
| Soppeck, Marlena | Marlena Soppeck v. General Motors, LLC; 1:18-cv-08322 |
| Sparks, LaWanda | LaWanda Sparks v. General Motors, LLC; 1:18-cv-09977 |
| Steward, Brenda | Brenda Steward v. General Motors, LLC; 1:18-cv-10848 |
| Tatum, Carvey | Carvey Tatum v. General Motors, LLC; 1:19-cv-02135 |
| Terry, Olga Vega | Olga Vega Terry v. General Motors, LLC; 1:19-cv-08551 |
| Thornton, Saundra | Saundra Thornton v. General Motors, LLC; 1:19-cv-06090 |
| Van Nostrand, Kevin | Kevin Van Nostrand v. General Motors, LLC; 1:19-cv-09012 |
| Vazquez, Roberto | Roberto Vazquez v. General Motors, LLC; 1:18-cv-05835 |

| Name | Case No. |
|---|---|
| Wade, Lydia | Lydia Wade v. General Motors, LLC; 1:19-cv-02546 |
| Wagner, Damian J., Sr. | Damian J. Wagner, Sr. v. General Motors, LLC; 1:18-cv-11475 |
| Welsch, Michael Jr. | Michael Welsch, Jr. v. General Motors, LLC; 1:19-cv-08333 |
| Welsch, Michael Sr. | Michael Welsch, Sr. v. General Motors, LLC; 1:19-cv-08334 |
| White, Duane | Duane White v. General Motors, LLC; 1:18-cv-09095 |
| Williams, Stanley | Stanley Williams v. General Motors, LLC; 1:19-cv-03502 |
| Williams, Tommy | Tommy Williams v. General Motors, LLC; 1:18-cv-05450 |
| Witty, Tonia | Tonia Witty v. General Motors, LLC; 1:19-cv-01458 |
| Wright, Carson Wayne | Carson Wayne Wright v. General Motors, LLC; 1:19-cv-06757 |
| Wyre, Russell | Russell Wyre v. General Motors, LLC; 1:18-cv-02245 |