IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION<br>SWITCH LITIGATION | MDL No. 2543<br><br>Master File No.: 14-MDL-2543 (JMF) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SEAL AND
JOINT MOTION TO APPROVE JOINT STIPULATION**

The Court, having considered Co-Lead Counsel's and Langdon & Emison LLC's Joint Motion to Approve Joint Stipulation and their Motion to Seal regarding the same, issues this Order granting the Parties' Motion to Seal, and approving the Joint Stipulation referred to therein.

**SO ORDERED.**

Date:  __April 8__, 2021

_____
JESSE M. FURMAN
United States District Judge
Southern District of New York

The Clerk of Court is directed to terminate ECF Nos. 8469 and 8470.