**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GENERAL MOTORS LLC | ) | No. 14-MD-2543 (JMF) |
| IGNITION SWITCH LITIGATION | ) | |
| | ) | |
| *This Document Relates to the Plaintiffs in the Actions Listed on the Attached Exhibit A* | ) | Hon. Jesse M. Furman |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against all General Motors LLC and all other defendants. The dismissal by each of the plaintiffs listed in Exhibit A is intended to include the lawsuit identified in Exhibit A as well as any other lawsuit brought against General Motors LLC and all other defendants by the identified plaintiff related to or arising out of the same incident or occurrence. Costs taxed as paid.

Pursuant to the Court's Order No. 165, the parties provide that court approval of the settlement was not required.

General Motors LLC consents and stipulates to the dismissal with prejudice of these plaintiffs' actions.

1

| | |
|---|---|
| Dated: April 8, 2021 | Respectfully submitted, |

The Clerk of Court is directed to docket this in 14-MD-2543 and in each of the member cases listed in Exhibit A.  The Clerk is further directed to terminate each of the parties listed in Exhibit A as a plaintiff in 14-MD-2543 and in their respective member case listed in Exhibit A.  SO ORDERED.

April 9, 2021

/s/Brett A. Emison
Brett A. Emison
LANGDON & EMISON LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Telephone No.: (660) 259-6157
Facsimile No.: (660) 259-4571
brett@lelaw.com
*Attorneys for Plaintiffs*

/s/ Wendy Bloom
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com
*Attorneys for Defendant General Motors LLC*

# EXHIBIT "A"

| Name | Cause No. |
|---|---|
| Anderson-Ghan, Melody | Melody Anderson-Ghan v. General Motors, LLC; 1:19-cv-07429 |
| Bell, Christopher | Christopher Bell v. General Motors, LLC; 1:19-cv-04891 |
| Norton, Senora | Senora Norton v. General Motors, LLC; 1:19-cv-03078 |
| Shoulders, Elizabeth | Elizabeth Shoulders v. General Motors, LLC; 1:19-cv-04828 |
| Williams, Catherine | Catherine Williams v. General Motors, LLC; 1:19-cv-06996 |