## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) ) GENERAL MOTORS LLC ) IGNITION SWITCH LITIGATION ) ) *This Document Relates to the Plaintiffs in the Actions* ) *Listed on the Attached Exhibit A* ) ) | No. 14-MD-2543 (JMF) Hon. Jesse M. Furman |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against General Motors LLC and all other defendants, including but not limited to the actions listed in the attached Exhibit A.  Court approval was not required for these plaintiffs.  Costs taxed as paid.  General Motors LLC has no objection and consents to the dismissal with prejudice of these plaintiffs' actions.

This dismissal applies only to the claims of the plaintiffs listed on the attached Exhibit A, and does not dismiss or affect any claims of any other plaintiff.  Plaintiffs and Defendant each bear their own costs.

Dated:  April 8, 2021

                                            Respectfully submitted,

                                            By: */s/ Matthew McCarley*
                                            Matthew McCarley
                                            Fears Nachawati, PLLC
                                            4925 Greenville Ave., Suite 715
                                            Dallas, TX 65206

The Clerk of Court is directed to docket this in 14-MD-2543 and 15-CV-7224.  The Clerk is further directed to terminate Roseann Hinds and Joseph Sylvester as plaintiffs in 14-MD-2543 and 15-CV-7224.  SO ORDERED.

April 9, 2021

Telephone:  (214) 890-0711
Facsimile:  (214) 890-0712
Email: mccarley@fnlawfirm.com

*Attorney for Plaintiffs*

By: */s/ Wendy L. Bloom*
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com

*Attorneys for Defendant General Motors LLC*

**EXHIBIT A**

| Last Name | First Name | Case Number |
|---|---|---|
| Hinds | Roseann | Hinds, et al. v. General Motors LLC; 1:15-cv-07224 |
| Sylvester | Joseph | Hinds, et al. v. General Motors LLC; 1:15-cv-07224 |