UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

                                                        14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*                          ORDER OF DISMISSAL
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at 14-MD-2543, ECF No. 8483 that all claims asserted in 21-CV-1006 have been settled in principle, it is ORDERED that 21-CV-1006 be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions in 21-CV-1006 are moot.  All conferences in 21-CV-1006 are canceled.  New GM shall promptly serve a copy of this Order on Mr. Anderson and file proof of such service.

      The Clerk of Court is directed to close 21-CV-1006.

      SO ORDERED.

Dated: April 14, 2021
       New York, New York                                  JESSE M. FURMAN
                                                        United States District Judge