UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Robinson v. General Motors LLC, 20-CV-3732*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

As discussed, and for the reasons stated, on the record at a conference conducted by telephone earlier today:

- Brett Emison's application for a protective order, as well as his motion to quash (filed initially in the U.S. District Court for the Western District of Missouri but since ordered to be transferred to this Court, *see* Order, *Robinson v. Gen. Motors LLC*, 4:21-MC-9016 (DGK) (W.D. Mo. April 14, 2021), ECF No. 6), are DENIED to the extent they assert categorical attorney-client and/or work product privilege objections.

- Mr. Emison is ORDERED to respond to New GM's subpoena for documents. Mr. Emison may raise specific objections, including assertions of the attorney-client or work product privileges, which the Court will adjudicate in accordance with its standard procedures.

- No deposition of Mr. Emison will be permitted at this time. Should New GM still wish to depose Mr. Emison after both (1) receiving documentary discovery from Mr. Emison and (2) deposing Plaintiff Norma Robinson, it shall confer with Mr. Emison and, if necessary, raise it anew with the Court

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge