UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

The Court has received two letters from *pro se* Plaintiff Larry Anderson, docketed at 21-CV-1006, ECF Nos. 37 and 38. Although the letters were not docketed until earlier today, they appear to have been written and sent prior to the settlement conference conducted on April 13, 2021. Accordingly, the Court will disregard the letters. Because of that and because the letters appear to contain information about private settlement negotiations between the parties, they will also be sealed by the Court. **The Clerk of Court is directed to place 21-CV-1006, ECF Nos. 37 and 48 under restricted viewing access.**

New GM shall serve a copy of this Order on Plaintiff and file proof of such service on the docekt.

SO ORDERED.

Dated: April 16, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge