UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Robinson v. General Motors LLC, 21-MC-403*

ORDER

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      This case has been formally assigned to the undersigned after being ordered transferred from the Western District of Missouri on April 14, 2021.  21-MC-403, ECF No. 6.  That same day, the Court denied Brett Emison's motion to quash to the extent he asserted categorical attorney-client and/or work product privilege objections for the reasons stated on the record at a conference conducted remotely by telephone.  14-MD-2543, ECF No. 8491.  Accordingly, the Court sees no reason to keep this miscellaneous case open.  However, as the Court previously explained, *see id.*, Mr. Emison may raise specific objections, including assertions of the attorney-client or work product privileges, which the Court will adjudicate in accordance with its standard procedures.  The parties should make any future filings relevant to such disputes on the 14-MD-2543 docket only.

      The Clerk of Court is directed to close 21-MC-403.

      SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge