UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
------------------------------------------------------------------------x

ORDER

JESSE M. FURMAN, United States District Judge:

    The Court has received a letter from *pro se* Plaintiff Larry Anderson, docketed at 21-CV-1006, ECF No. 42. Because the letter appears to contain information about private settlement negotiations between the parties, it has temporarily been placed under restricted viewing access. The letter also appears to discuss the settlement conference conducted before Magistrate Judge Cott on April 13, 2021. In light of that, and the Order of Reference previously entered in this case, the Court will leave it to Judge Cott to address next steps, if any, for addressing the issues raised in the letter (and to address whether or to what extent Mr. Anderson's letter should sealed or docketed publicly).

    New GM shall serve a copy of this Order on Plaintiff and file proof of such service on the docket.

    SO ORDERED.

Dated: April 21, 2021
       New York, New York

JESSE M. FURMAN
United States District Judge