```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:
                                                                                  14-MD-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

This Document Relates To:                                                         ORDER
Anderson v. GM Motors & Shareholders, 21-CV-1006
-----------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

The Court has received yet another letter from *pro se* Plaintiff Larry Anderson. *See* 21-CV-1006, ECF No. 45. Yet again, the letter appears to contain information about private settlement negotiations between the parties. Accordingly, yet again, the Court has temporarily placed it under restricted viewing access. The parties should raise whether and to what extent the letter should be publicly filed with Magistrate Judge Cott in connection with the ongoing settlement-related proceedings.

Mr. Anderson is reminded that the letters he sends to the *Pro Se* Intake Unit are filed on the docket, at which point they are publicly accessible. Mr. Anderson is further reminded that the specific terms of his settlement negotiations with New GM are confidential and that he should not reveal confidential settlement-related information in public filings. **Accordingly, Mr. Anderson shall not include any reference to confidential settlement-related information in any further public filings without first seeking, and obtaining, permission from the Court to do so. Mr. Anderson is warned that the continued filing of confidential settlement-related information without permission may result in sanctions.** Finally, Mr. Anderson is reminded that he need not continue making filings on the docket unless he has a specific, procedurally proper request to bring to the Court's attention.

New GM shall serve a copy of this Order on Plaintiff and file proof of such service on the docket.

SO ORDERED.

Dated: April 22, 2021
       New York, New York                              _____
                                                        JESSE M. FURMAN
                                                        United States District Judge