UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

------------------------------------------------------------------------------x     ORDER

JESSE M. FURMAN, United States District Judge:

Earlier today, the Court received the following email, attached as Exhibit A, from an apparent member of the settlement class. Class Counsel shall attempt to contact the email's senders and file a response with the Court **within two weeks of the date of this Order**.

SO ORDERED.

Dated: May 6, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

| From: | Nancy Murphy, RN, BHS, MBA |
|---|---|
| To: | Furman NYSD Chambers |
| Subject: | GM Ignition Switch Economic Settlement Claim irregularities |
| Date: | Thursday, May 6, 2021 2:43:25 PM |

**CAUTION - EXTERNAL:**

We would like to express concern over the lack of notice and very short time frame provided in the case of GENERAL MOTORS IGNITION SWITCH ECONOMIC SETTLEMENT for people to file their claims. We only received a postcard saying the opportunity to file would be some time after March 18, 2021 ("no earlier than March 18, 2021" which could be any random date in the future after March 18, 2021.) We checked the website this week and now it says it's already closed as of April 20, 2021 and we can't file a claim!

People's lives cannot be monopolized with constantly checking this website, especially given COVID and complete lack of notice letting people know that the claim filing window had opened, we'd like to object or request that this very short timeline be extended allowing people to properly have time to file their claims.

Your feedback is greatly appreciated. Please contact me either via email at AIRFOIL65@yahoo.com, phone at 954-614-6133 or via mail:

Capt. Denis Murphy

12440 SW 1st Court

Plantation, FL 33325


(and
Nancy Murphy, RN, BHS, MBA
nancymurphyRN@gmail.com
Cell/text: 954-242-5404)


*This email (including attachments) is confidential and may be legally privileged. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error then delete it. Thank you and have an awesome day!*

---------- Forwarded message ---------
From: **Nancy Murphy, RN, BHS, MBA** <nancymurphyrn@gmail.com>
Date: Thu, May 6, 2021 at 1:55 PM

Subject: Fwd: Claim inquiry
To: <GMIgnitionswitch@hbsslaw.com>

We are filing a formal complaint that you did not provide ANY notice that the opportunity to file a claim had opened and did not provide adequate time to file a claim (less than 30 days). We were just notified that it would open sometime after March 18, 2021. People were never notified that it actually opened. Additionally, given the circumstances of COVID happening in the world, having less than a month to file when a person or their family member is ill is absolutely not adequate.

Kind regards,

**Nancy Murphy, RN, BHS, MBA**
nancymurphyRN@gmail.com
Cell/text: 954-242-5404

*This email (including attachments) is confidential and may be legally privileged. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error then delete it. Thank you and have an awesome day!*

---------- Forwarded message ---------
From: **CA - info@GMIgnitionSwitchEconomicSettlement.com** <info@gmignitionswitcheconomicsettlement.com>
Date: Mon, May 3, 2021 at 1:00 PM
Subject: Re: Claim inquiry
To: Nancy Murphy, RN, BHS, MBA <nancymurphyrn@gmail.com>

Dear Nancy and Denis,

Thank you for your email. We are no longer accepting Claim Forms as the deadline to submit a claim was April 20, 2021.

Additional information about the Settlement is available on the Settlement Website at www.GMIgnitionSwitchEconomicSettlement.com.

Regards,

**GM Ignition Switch Economic Settlement Claims Center** [MHS]
www.GMIgnitionSwitchEconomicSettlement.com

Toll-free: 1-877-545-0241

---

**From:** Nancy Murphy, RN, BHS, MBA <nancymurphyrn@gmail.com>
**Sent:** Monday, May 3, 2021 8:49 AM
**To:** CA - info@GMIgnitionSwitchEconomicSettlement.com <info@GMIgnitionSwitchEconomicSettlement.com>
**Subject:** Claim inquiry

We received a notice that the opportunity to file a claim would be after March 18, 2021 but now the website says the deadline is already passed. That gave people less than one month!

We have claims that we would like to file. What do we do?

Nancy Murphy
Denis Murphy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.