UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

-------------------------------------------------------------------------x            ORDER

JESSE M. FURMAN, United States District Judge:

    On December 18, 2020, the Court approved a class action settlement in this litigation. ECF No. 8306. The Court has received the following letter, attached as Exhibit A, from an alleged member of the settlement class.

    SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                                   JESSE M. FURMAN
                                              United States District Judge

# EXHIBIT A

In re: General Motors Ignition Switch Litigation, United States District Court
for the Southern District of New York, Case No. 14 MD 2543 (JMF)

## Attestation for Former Owners/Lessees of the Subject Vehicle[1]
## Who No Longer Have Documentation of the Sale or Return of the Subject Vehicle

USE THIS FORM IF YOU ARE NO LONGER IN POSSESSION
OR CONTROL OF THE SUBJECT VEHICLE AND NO
LONGER HAVE DOCUMENTATION OF ITS SALE OR TRANSFER

### Answer all the questions below

Last Name: FRANKOWSKI
First Name: DIANE
Middle Initial: E

Vehicle Identification Number (VIN): 
Make, Model, and Model Year of Vehicle: CHEVY CRUZE

Telephone Number: 8152451822
Email Address: dianee196@outlook.com

Your Current Address (Number/Street/P.O. Box No.): 263 WILDMEADOW LN

City: WOODSTOCK
State: IL
Zip Code: 60098

If you lived at a different address when you owned or leased the vehicle than the current address provided above, please provide your address at the time you own(ed) or lease(d) the Subject Vehicle for which you are submitting a claim:

Your Prior Address (Number/Street/P.O. Box No.):

City:
State:
Zip Code:

---

[1] Capitalized terms shall have the meanings assigned to them in the Settlement Agreement, unless otherwise defined in this document.

Questions? Visit www.GMIgnitionSwitchEconomicSettlement.com or call, toll free, 1 877 545 0241.
To view JND's privacy policy, please visit https://www.jndla.com/privacy policy

1

| | To use this form, please check **each** box to confirm the below: |
|---|---|
| ☑ | Confirm you no longer have possession or control of the Subject Vehicle; and |
| ☐ | Confirm you no longer have documentation showing that you sold, returned or otherwise transferred the Subject Vehicle to someone else (such as the bill of sale, lease termination paperwork, insurance company documents, or tow truck invoice). |

| | Check **one** of the following boxes |
|---|---|
| ☐ | **The Subject Vehicle was sold.**<br>Name of the person or entity to whom you sold the Subject Vehicle:<br>Address where the sale occurred:<br>Date you sold the Subject Vehicle (approximate date if the exact date is not known):<br><br>(Month/Day/Year) |
| ☑ | **The Subject Vehicle was leased, the lease terminated, and the vehicle was returned to the dealer.**<br>Name of the person or entity from whom you leased the Subject Vehicle:<br>Address where the Subject Vehicle was returned:<br>Date you returned the Subject Vehicle (approximate date if the exact date is not known):<br><br>(Month/Day/Year) 10-1-2017 |
| ☐ | **You do not currently have possession or control of the Subject Vehicle for another reason.**<br>Please explain how the Subject Vehicle left your possession or control:<br><br>Name of the person or entity to whom you gave the Subject Vehicle:<br>Date you gave the Subject Vehicle to someone else (approximate date if the exact date is not known):<br>(Month/Day/Year) |

## Attestation

I declare and affirm, under penalty of perjury under the laws of the United States, that the information in this Attestation Form is true and correct to the best of my knowledge, information and belief, and I have the authority to submit this Attestation Form. I understand that this form and my Settlement Claim Form may be subject to audit, verification and District Court review.

SIGNED: *Dione Fronkowski* DATE: 4-19-21

**IN ADDITION TO THIS ATTESTATION, YOU MUST FILE A SETTLEMENT CLAIM FORM**

Settlement Claim Forms must be electronically submitted or postmarked no later than April 20, 2021. Questions? Visit www.GMIgnitionSwitchEconomicSettlement.com or call, toll free, 1 877 545 0241.