UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Hancock v. General Motors LLC, 18-CV-1019*

ORDER

--------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On April 14, 2021, the Court granted New GM's motion for summary judgment on the claims brought by Tia Maynard and April Hollon on behalf of minor plaintiffs L.H., T.H., C.N., and R.N. *Hancock v. Gen. Motors LLC* (*In re Gen. Motors LLC Ignition Switch Litig.*), Nos. 14-MD-2543 (JMF), 18-CV-1019 (JMF), 2021 WL 1415121 (S.D.N.Y. Apr. 14, 2021) (ECF No. 150).[1] That Memorandum Opinion and Order directed Plaintiffs to "confer with New GM and, **no later than [May 5, 2021]**, file redacted copies of ECF Nos. 135, 136, 137, and attachments — with redactions appropriately narrowly tailored in light of the foregoing principles — on ECF without viewing restrictions." *Id.* at *4. To date, Plaintiffs have not complied with their obligations.

      On May 7, 2021, New GM filed a letter indicating that the parties did meet and confer and that Plaintiffs had agreed to re-file their summary judgment papers without any redactions. ECF No. 152. As a courtesy, Plaintiffs' deadline to re-file the above-referenced papers with appropriately narrowly tailored redactions is hereby EXTENDED, *nunc pro tunc*, to **May 17, 2021**. Failure to comply with this deadline may result in sanctions.

      SO ORDERED.

Dated: May 10, 2021
      New York, New York

JESSE M. FURMAN
United States District Judge

---

[1] Unless otherwise noted, all docket references are to 18-CV-1019.