UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
IN RE:

                                             14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*                             ORDER
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       The Court has received two letters from *pro se* Plaintiff Larry Anderson.  Although undated, the letters respond to filings entered on the docket on April 13 and 14, 2021.  *See* ECF Nos. 34, 35.[1]  Although the letters are addressed to the undersigned, they pertain to the settlement conference conducted before Magistrate Judge Cott on April 13, 2021, and accordingly the parties should address the issues raised therein with Judge Cott.

       Yet again, the both letters appear to contain information about private settlement negotiations between the parties.  Accordingly, yet again, the Court will temporarily placed them under restricted viewing access.  The parties should raise whether and to what extent the letters should be publicly filed with Magistrate Judge Cott tin connection with the ongoing settlement-related proceedings.

       Mr. Anderson was previously directed not to reference confidential settlement-related information in any further public filings without first seeking, and obtaining, permission from the Court to do so and was warned that the continued filing of confidential settlement-related information without permission may result in sanctions.  *See* ECF No. 47.  **Mr. Anderson is once again warned that the continued filing of confidential settlement-related information without permission may result in sanctions.**

       New GM shall serve a copy of this Order on Plaintiff and file proof of such service on the docket.  **The Clerk of Court is directed to restrict access to the attachments to this Order to the Court and parties only; this Order itself can be docketed publicly.**

       SO ORDERED.

Dated: May 11, 2021
      New York, New York                         JESSE M. FURMAN
                                     United States District Judge

---

    [1]   Unless otherwise noted, all docket references are to 21-CV-1006.