UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Earlier today, New GM filed a certificate of service that appears to contain confidential settlement information in the attachments. *See* 14-MD-2543, ECF No. 8527; 20-CV-1006, ECF No. 50. Accordingly, the Court has placed the document under restricted viewing access.

New GM shall promptly file a properly redacted version of its submissions, serve a copy of this Order on Plaintiff, and file proof of such service on the docket.

SO ORDERED.

Dated: May 13, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge