# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>This Document Relates to:<br><br>~~ALL ECONOMIC LOSS ACTIONS~~ | No. 14-MD-2543 (JMF) |

## [PROPOSED] ORDER REGARDING CLAIMS DEADLINE

Before the Court is the Unopposed Motion of Plaintiffs' Class Counsel Regarding Claims Deadline. For good cause shown, the Court hereby GRANTS the Motion. The Class Action Settlement Administrator shall evaluate the Settlement Claim Forms of the 144 persons who filed Settlement Claim Forms after the end of the Settlement Claims Period but on or before May 19, 2021. The Class Action Settlement Administrator shall contact the 106 persons who have inquired about filing a late Settlement Claim Form and advise such persons they shall have 30 days from the date they are contacted to file a Settlement Claim Form with JND, and JND shall accept and evaluate the Settlement Claim Forms of any such individuals if filed with JND on or before that deadline.

Date: May 21, 2021
_____

_____
Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate ECF No. 8536.

SO ORDERED.