UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Snodgrass v. General Motors LLC, 17-CV-6273*

ORDER

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On May 20, 2021, the Court received an email from Plaintiff Gail Martin, who voluntarily dismissed her claims on December 20, 2019, *see* 17-CV-6273, ECF No. 98, in which she appears to complain about the amount of money she received via her settlement net of attorney's fees and other costs. It is not clear what, if any, relief Ms. Martin is seeking, nor what, if any, relief would be available to her. The Court will provide the email to Ms. Martin's counsel.

No later than **June 7, 2021**, Ms. Martin's counsel — Wellers, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; and Law Offices of Gregory K. Evans, PLLC — shall confer with Ms. Martin regarding her concerns and shall file a status letter updating the Court on the outcome of those discussions. The Court will defer consideration of whether to take any additional action pending either that submission or a formal application from relief from Ms. Martin. *Cf. Naiman v. N.Y. Univ. Hosps. Ctr.*, 351 F. Supp. 2d 257, 261 (S.D.N.Y. 2005) ("[F]ederal district courts may exercise jurisdiction over fee disputes between litigants and their attorneys where, as here, the court has federal jurisdiction over the underlying action.").

Wellers, Green, Toups & Terrell, LLP; The Dugan Law Firm, APLC; and Law Offices of Gregory K. Evans, PLLC are directed to serve a copy of this Order on Ms. Martin.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge