UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 9, 2021, Hilliard Martinez Gonzales LLP filed a Motion Seeking Authorization for the Distribution to Co-Lead Counsel from the Common Benefit Order Fund.  ECF No. 8457.  Any opposition to the motion shall be filed no later than **June 21, 2021**.  Any reply shall be filed no later than **June 25, 2021**.

SO ORDERED.

Dated: June 14, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A