UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>~~This Document Relates To All Actions~~ | No. 14-MD-2543 (JMF)<br>~~No. 14-MC-2543 (JMF)~~<br><br>Hon. Jesse M. Furman |

## ~~[PROPOSED]~~ COMMON BENEFIT ORDER FUND DISBURSEMENT ORDER

WHEREAS, Orders No. 13 (Dkt. No. 304) and No. 42 (Dkt. No. 743) establish procedures for the collection, expenditure, and disbursement of funds for the common benefit of Plaintiffs in this multi-district litigation;

WHEREAS, Co-Lead Counsel, Executive Committee members, and Liaison Counsel have made periodic payments of assessments, Executive Committee members and Liaison Counsel have previously been reimbursed in full for those payments;

WHEREAS, Co-Lead counsel have previously been reimbursed in part;

WHEREAS the Motion for Approval of Allocation of Attorneys Fees and Costs, filed by Co-Lead counsel with primary responsibility for economic loss cases (also appointed as Class Counsel), calls for reimbursement of their firms, Hagens Berman Sobol Shapiro LLP and Lieff Cabraser Heimann & Bernstein, LLP for most of their assessments;

WHEREAS, Co-Lead Counsel with primary responsibility for personal injury and wrongful death cases, or his law firm, has paid a total of $2,735,000 in assessments that have not been reimbursed;

WHEREAS, Plaintiffs seek reimbursement of the above-referenced amount;

WHEREAS, there are sufficient funds for the reimbursement in the Common Benefit Order Fund;

WHEREAS, no opposition to the motion was filed by the deadline of June 21, 2021, ECF No. 8551;

NOW, THEREFORE, IT IS ORDERED that the $2,735,000 shall be disbursed from the Common Benefit Order Fund to Hilliard Martinez Gonzales LLP.

SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge

No later than **June 28, 2021**, Lead Counsel shall file the documents that were submitted to the Court via email for *in camera* review on ECF *ex parte* under seal in accordance with the Court's Individual Rules and Practices and the SDNY ECF Rules and Instructions.

The Clerk of Court is directed to terminate ECF No. 8547.