UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:                                                                    14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION
                                                                          ORDER

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On June 30, 2021, Plaintiffs filed a Motion Seeking Authorization for the Distribution to Participating Counsel from the Common Benefit Order Fund of Shared and Held Costs Incurred for the Common Benefit. ECF No. 8558. Any opposition to the motion shall be filed no later than **July 9, 2021**. Any reply shall be filed no later than **July 14, 2021**.

SO ORDERED.

Dated: July 1, 2021
       New York, New York                        _____
                                                  JESSE M. FURMAN
                                                  United States District Judge

# EXHIBIT A