UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

GENERAL MOTORS LLC
IGNITION SWITCH LITIGATION

~~This Document Relates To All Actions~~

No. 14-MD-2543 (JMF)
~~No. 14-MC-2543 (JMF)~~

Hon. Jesse M. Furman

### ~~[PROPOSED]~~ COMMON BENEFIT ORDER FUND DISBURSEMENT ORDER

WHEREAS, Orders No. 13 (Dkt. No. 304) and No. 42 (Dkt. No. 743) establish procedures for the collection, expenditure, and disbursement of funds for the common benefit of Plaintiffs in this multi-district litigation;

WHEREAS, Participating Counsel have not been reimbursed for Held Costs and certain other costs incurred for the benefit of plaintiffs in the Common Benefit Actions;

WHEREAS, Participating Counsel have paid a total of $3,206,499.19 in unreimbursed costs that are appropriately reimbursable from the Common Benefit Order Fund;

WHEREAS, Plaintiffs seek reimbursement of the above-referenced amount;

WHEREAS, there are sufficient funds for the reimbursement in the Common Benefit Order Fund; and no opposition to the motion was filed by the deadline of July 9, 2021, ECF No. 8560;

NOW, THEREFORE, IT IS ORDERED that the $3,206,499.19 shall be disbursed from the Common Benefit Order Fund to Participating Counsel, as set forth in Exhibit A.

SO ORDERED

Dated: July 16, 2021

New York, New York

The Clerk of Court is directed to terminate ECF No. 8558.

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

# EXHIBIT A

**Unreimbursed Common Benefit Expense Summary - Inception To 12/31/20**

| Firm Designation | Firm Name | Amount |
|---|---|---|
| **Co-Lead Counsel** | Hagens Berman Sobol Shapiro LLP | $538,138.43 |
| | Lieff Cabraser Heimann & Bernstein, LLP | $383,394.12 |
| | Hilliard Martinez Gonzales LLP | $1,590,052.34 |
| TOTAL: | | $2,511,584.88 |

| Firm Designation | Firm Name | Amount |
|---|---|---|
| **Executive Committee** | Boies, Schiller & Flexner LLP | $75,324.47 |
| | Cotchett, Pitre & McCarthy, LLP | $5,741.61 |
| | Grant & Eisenhofer P.A. | $41,824.91 |
| | Motley Rice, LLC | $8,107.30 |
| | NastLaw, LLC | $1,410.29 |
| | Otterbourg P.C. | $1,145.61 |
| | Podhurst Orseck, P.A. | $4,934.08 |
| | Robinson Calcagnie Robinson Shapiro Davis, Inc. | $34,523.11 |
| | Susman Godfrey L.L.P. | $19,117.66 |
| TOTAL: | | $192,129.04 |

| Firm Designation | Firm Name | Amount |
|---|---|---|
| **Liaison Counsel** | Weitz & Luxenberg, P.C. | $383,747.54 |
| | Barrios, Kingsdorf & Casteix, LLP | $11,096.94 |
| TOTAL: | | $394,844.48 |

| Firm Designation | Firm Name | Amount |
|---|---|---|
| **Bankruptcy Counsel** | Brown Rudnick LLP | $37,521.35 |
| | Goodwin Procter, LLP | $33,198.83 |
| | Stutzman Bromberg Esserman & Plifka | $682.19 |
| TOTAL: | | $71,402.37 |

| Firm Designation | Firm Name | Amount |
|---|---|---|
| **Non-Designated Counsel** | Ahdoot & Wolfson | $213.33 |
| | Baron & Budd, P.C. | $6,993.05 |
| | Baron & Herskowitz | $176.27 |
| | Barrett Law Group, P.A. | $2,648.12 |
| | Beasley Allen Crow Methvin Portis & Miles, PC | $12,305.04 |
| | Block & Leviton LLP (PSC) | $201.26 |
| | Bonnett, Fairbourn, Friedman & Balint, P.C. | $377.42 |
| | Carney Bates & Pulliam, PLLC | $266.45 |
| | Cuneo Gilbert & LaDuca, LLP | $466.32 |
| | Dicello Levitt & Casey LLC | $1.79 |
| | Donovan Axler LLC | $247.42 |
| | Edward L. White, PC | $2,722.40 |
| | Gary Peller | $903.10 |
| | Golenbock, Eiseman Assor Bell & Peskoe LLP | $1,710.39 |
| | Googasian Law | $58.48 |
| | Gray, Ritter & Graham, P.C. | $540.97 |
| | Greene LLP | $49.68 |
| | Gustafson Glueck PLLC | $0.12 |
| | Isaac, Wiles, Burkholder & Teetor, LLC | $1,367.76 |
| | Lackey Hershman L.L.P. | $63.51 |

|  | | |
|---|---|---:|
|  | Law Office of Alfred G. Yates, Jr., P.C. | $0.30 |
|  | MLG Automotive | $118.88 |
|  | Saltz, Mongeluzzi, Barrett & Bendesky, PC | $411.80 |
|  | Sommers Schwartz, P.C. | $181.11 |
|  | Sonkin & Koberna, LLC | $0.77 |
|  | Stueve Siegel Hanson LLP | $55.37 |
|  | The Cooper Law Firm, P.C. | $1,324.06 |
|  | Wolf Haldenstein Adler Freeman & Herz LLP | $3,125.94 |
|  | Wolf Popper | $7.31 |
| **TOTAL:** |  | $36,538.41 |

| | | | |
|---|---|---|---:|
| **GRAND TOTAL:** | | **GRAND TOTAL:** | **$3,206,499.19** |