```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Postley, et al. v. General Motors, LLC, 20-CV-3498*
------------------------------------------------------------------------x

14-MD-2543 (JMF) (JLC)

ORDER

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated July 22, 2021 (Dkt. No. 58), Judge Furman referred this case to me for settlement. The parties are directed to advise the Court by **August 2** when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. For the parties' information, the Court is available on the following dates in August: August 3, 6, 13, 16, and 17 (The Court is available in September on September 16, 17, and 27-30).

In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically. Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into private session and

1

speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

If the parties wish to participate in a video conference (such as via Zoom, Microsoft Teams, or the equivalent) and not simply proceed telephonically they may so advise the Court and the Court will then schedule a telephone conference to discuss logistics.

**SO ORDERED.**

Dated: July 23, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge