UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

-------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The Court has received an email, attached as Exhibit A, as well as a voicemail, from an alleged member of the settlement class raising concerns about the class action settlement administrator. The Court will provide copies of the same to Co-Lead Counsel. Co-Lead Counsel shall promptly take steps to address the class member's concerns and shall file a letter updating the Court on such efforts **within 30 days**. Co-Lead Counsel shall serve a copy of this order on the class member at the email address provided.

      SO ORDERED.

Dated: July 23, 2021
       New York, New York

JESSE M. FURMAN
United States District Judge

# EXHIBIT A

| | |
|---|---|
| **From:** | Okinawa 4K |
| **To:** | Furman NYSD Chambers |
| **Subject:** | JND has went dark and wont communicate with lawyers or plaintiffs. |
| **Date:** | Thursday, July 22, 2021 9:58:40 PM |

**CAUTION - EXTERNAL:**

Hello my name is Christopher Jones and I am a member of the GM class action lawsuit for the ignition switch.

I'm getting a bit concerned about this JND handling the funds for this settlement. They stopped updating their website months ago and have since then went past the date when they said they would update information and start paying people their share of the fund. I've also noticed that they've scrubbed the July 19th pay after date from the site but the reps are still repeating it like it's still active. The lack of transparency kind of worries me. We don't know how many vehicles are involved, we don't know how much this JND is going to charge for their services and deduct from the common fund, we don't even know how much we're going to get from this lawsuit individually. Every time I email them they talk me in circles and refer me back to a website that they do not update. There's zero transparency and with me being overseas I want to make sure that everything is done right. JND seems to be known for making a lot of mistakes and cutting corners which is worrying. Is there anything that you know that you could tell me about this and how things are going?

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.