UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER
-------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    *Pro se* Plaintiff Larry Anderson has filed documents that appear to be related to New GM's pending motion to enforce a settlement. *See* 21-CV-1006, ECF No. 67; 14-MD-2543, ECF No. 8580; *see also* 21-CV-1006, ECF No. 59; 14-MD-2543, ECF No. 8553.[1] As one or both documents appear to contain information about private settlement negotiations between the parties, the Court has converted the documents so that they cannot be viewed publicly. No later than **August 17, 2021**, New GM shall refile the documents on ECF with proposed redactions in accordance with the Court's Individual Rules and Practices.

    Mr. Anderson was previously directed not to reference confidential settlement-related information in any public filings without first seeking, and obtaining, permission from the Court to do so and was warned that the continued filing of confidential settlement-related information without permission may result in sanctions. *See* 21-CV-1006, ECF No. 47; 14-MD-2543, ECF No. 8503. **Mr. Anderson is once again warned that the continued filing of confidential settlement-related information without permission may result in sanctions.**

    **Mr. Anderson is further advised that briefing on New GM's motion to enforce is now complete and no further submissions in connection with the motion may be made without leave of Court.**

    New GM shall serve a copy of this Order on Mr. Anderson and file proof of such service on the docket.

    SO ORDERED.

Dated: August 10, 2021
      New York, New York

                                                 JESSE M. FURMAN
                                                 United States District Judge

---

[1]     For reasons that are unclear, Mr. Anderson's documents were docketed as responses to an unrelated motion by a lawyer to withdraw as counsel and linked that motion. They are actually responses to New GM's replies filed on July 28, 2021, *see also* 21-CV-1006, ECF No. 65; 14-MD-2543, ECF No. 8574, and/or to the pending motion to enforce.