UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court has received a letter, attached as Exhibit A (with personal identifying information redacted), from an alleged member of the settlement class raising concerns about the class action settlement administrator. The Court will provide unredacted copies of the same to Co-Lead Counsel. Co-Lead Counsel shall promptly take steps to address the class member's concerns and shall file a letter updating the Court on such efforts **within 30 days**. Co-Lead Counsel shall serve a copy of this order on the class member at the email address provided.

SO ORDERED.

Dated: August 18, 2021
New York, New York

JESSE M. FURMAN
United States District Judge

# EXHIBIT A

8/9/2021

CASE# 14-MD-2543 (JMF)

Hello: Magistrate J. Cott

I'm writing you about JND Legal Administration how they build up my Expectation as a Claimant and other Claimants as well from what I noticed from Social Media that they were going to be finished with the GM Ignition Switch Economic Settlement Claims for the Claimants By JULY 19, 2021 after that date Payments would start they kept that info on their website until the date of JULY 19, 2021 . Then they removed it from their Website on around that that date I Called JND and asked them what happen to the date they posted and Why was it removed the JND Rep. gave a sad excuse in my opinion she said an individual in the company had Posted that date and they shouldn't have posted that date on the Website. And now Currently on JND Website I Seen Claimants will have to wait until the Fall of 2021 to Receive Payments THAT'S NOT RIGHT !! I wonder if they will Change the Time again in the

anything you can do to assist me to get my Payment would be Greatly Appreciated and A Blessing as well the other Claimants.

I've Enclosed Claims Info and Proof of JND Date Change

IMPORTANT COURT-APPROVED LEGAL NOTICE FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK



United States District Court
Southern District of New York

**If You Owned or Leased a GM Vehicle that was Subject to Certain 2014 Recalls, You May Have Rights and Choices in a Proposed Settlement.**

*Para un aviso en Español, visita*
www.GMIgnitionSwitchEconomicSettlement.com

GM Ignition Switch Economic Settlement Claims Center
c/o JND Legal Administration
P.O. Box 91354
Seattle, WA 98111

**ELECTRONIC SERVICE REQUESTED**



I WAS CONTACTED WITH
This POSTCARD AND UNIQUE ID
FROM The ATTORNEYS

# GM Ignition Switch Economic Settlement

## SUCCESS ✓

Your claim form has been submitted successfully.

Your Claim Number is: 

## Your Claim Summary

### Claim Information

**Full Name:**

JIMMY DAVIS

**Vehicle Identification Number (VIN):**



**Make of Vehicle:**

Chevrolet

**Model of Vehicle:**

Malibu

**Model Year of Vehicle:**

2002

**Applicable Recalls:**

Key Rotation Recall No. 14v400

**Street Line 1:**

**Street Line 2:**

**City:**

**State:**

▮

**Zip Code:**

▮

**Country:**

United States of America

**Email Address:**

▮

**Phone Number:**

▮

I am a former owner or lessee of a Subject Vehicle.

I do not know whether the applicable Recall repair(s) have been performed on the Subject Vehicle.

**Signature**

Jimmy Davis

**Date**

02/25/2021 - (Pacific Standard Time)

Please keep your claim number. Thank you.

---

# FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

📞 Call
**1-877-545-0241**

✉ Email
**info@GMIgnitionSwitchEconomicSettlement.com**

✉ Mail

A04852

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| [redacted] | 2002 | CHEV | 4D | 3002 | | [redacted] |

Date of Issue 06/18/201[?]

JIMMY CHRISTOPHER DAVIS
[redacted]

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:

JIMMY CHRISTOPHER DAVIS
[redacted]

STATE OF FLORIDA — LIEN SATISFACTION

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| [redacted] | 2002 | CHEV | 4D | 3002 | | [redacted] |

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev. Issue Date |
|---|---|---|---|---|---|---|
| FL | TEA | | | | PRIVATE | 12/28/2006 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 69093 MILES   06/17/2014 ACTUAL | | | 06/18/2014 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner
JIMMY CHRISTOPHER DAVIS
[redacted]

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES   TALLAHASSEE   FLORIDA   DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Clayton B. Walden
Clayton Boyd Walden
Director

Control Number 115885030

Terry L. Rhodes
Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____   Address:_____
Seller Must Enter Selling Price:_____   Seller Must Enter Date Sold:_____
I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|__| X | (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
[ ] 1. reflects ACTUAL MILEAGE.   [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   [ ] 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____   CO-SELLER Must Sign Here:_____
Print Here:_____   Print Here:_____
Selling Dealer's License Number:_____   Tax No._____   Tax Collected:_____
Auction Name_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____
Print Here:_____   Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

STATE OF FLORIDA

This settlement is closed!

*[handwritten annotation: JND CLEANED This DATE FROM Their WEBSITE]*

Please see what other class action settlements you might qualify to claim cash from in our Open Settlements directory!

UPDATE 4: According to the settlement website, settlement payments are now expected to be issued in Fall 2021.

*[handwritten annotation: JN ORIGINAL DATE OR TIME They CLEAN They'RE WEBSITE OF THIS DATE]*

UPDATE 3: According to the settlement website, settlement payments will be issued after July 19, 2021. Top Class Actions will let our viewers know as soon as we learn payments are being made!

UPDATE 2: The GM Ignition Switch Class Action Settlement claim form deadline has been extended to April 20, 2021.

UPDATE: The GM Ignition Switch Class Action Settlement was granted final approval on December 18, 2020. Please note that claims will not be paid until after the March 18, 2021 claim deadline. Let Top Class Actions know when you receive a check in the comments section below or on our Facebook page.

---

A $121.1 million class action settlement has been reached to resolve a GM ignition switch lawsuit alleging a dangerous defect.

The settlement benefits individuals who owned or leased a subject vehicle before the vehicle was announced to be part of a recall. This includes consumers whose vehicles were affected by one of five recalls regarding the Delta ignition switch (NHTSA Recall No. 14v047), key rotation (NHTSA Recall Nos. 14v355, 14v394, and 14v400), Camaro knee-key issues (NHTSA Recall No. 14v346) electronic power steering (NHTSA Recall No. 14v153) and/or side airbags (NHTSA Recall No. 14v118).

Numerous vehicles are covered by each recall notice. Consumers can check their eligibility through the settlement website's VIN lookup.

GM vehicles have been subject to numerous recalls over the years, leading several consumers to file lawsuits against the auto company.

According to the plaintiffs involved in the recent settlement, the GM ignition switch recall and other issues have caused financial injury due to a lower trade in value, along with other issues.

The GM ignition switch defect allegedly stemmed from an issue with the switch circuitry which causes ignitions to switch from the "on" position to either the "standby" or "auxiliary position." As a result, the vehicles allegedly turn off and the air bags become deactivated.

> **Important Update:** The Court issued Final Approval of the Settlement Agreement.
>
> The deadline to submit a Claim Form was **April 20, 2021**.
>
> The deadline to perform the Recall repair (the "Final Recall Repair Date") was **June 19, 2021**.
>
> Settlement payments will be sent to eligible Claimants after the conclusion of the Settlement Claims Process, which is still underway.
>
> Settlement payments are expected to be issued in the Fall of 2021.

*[handwritten annotation:]* NEW TIME FOR IND TO PROCESS CLAIMS

## What is the Settlement About?

A proposed class settlement of economic loss claims by persons who owned or leased GM vehicles that were recalled in 2014 has been submitted for approval to the Federal District Court. The recalls involved the ignition system, key rotation, electronic power steering and/or side airbag wiring. Plaintiffs claim that consumers overpaid when they bought or leased these vehicles. General Motors LLC ("New GM"), the Motors Liquidation Company GUC Trust ("the GUC Trust") and the Motors Liquidation Company Avoidance Action Trust ("the AAT") deny these allegations. Plaintiffs, the GUC Trust, New GM and the AAT have agreed to a settlement to avoid the risk and cost of further litigation.

## Who Is Included in the Settlement?

The Class, which is for Settlement purposes only, is defined as:

> All Persons who, at any time as of or before the Recall Announcement Date of the Recall(s) applicable to the Subject Vehicle, own(ed), purchase(d), and/or lease(d) a Subject Vehicle in any of the fifty States, the District of Columbia, Puerto Rico, Guam, the U.S. Virgin Islands, and all other United States territories and/or possessions.

The Class is comprised of five Subclasses. If a Class Member owned and/or leased more than one Subject Vehicle, they may be in more than one Subclass. More information on the five Subclasses can be found in FAQ 3.

Some persons, however, are excluded from the Class, including daily fleet rental companies, governmental entities, authorized GM dealers and persons who already released their claims as part of a different settlement.

## How Do I Get a Payment?

JIMMY DAVIS



Jimmy Davis

ATTN: Magistrate James Cott
Re: M. Ignition Switch Economics Settlement Claims
Case No. 14-MD-2543 (JMF)

United States District Court for the
Southern District of New York
Pro Se Dept.
500 Pearl St.
New York, New York 10007