UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
-----------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 22, 2021, Defendant New GM filed a motion for civil contempt, asking the Court to (1) find Plaintiff Larry Anderson in civil contempt of the Court's Order dated August 17, 2021, ECF No. 72; (2) hold that the revised settlement agreement is valid and fully enforceable; (3) dismiss Mr. Anderson's case with prejudice; and (4) require Mr. Anderson to pay a portion of New GM's attorney's fees for the contempt motion equal to the amount that New GM would otherwise have paid Mr. Anderson pursuant to the settlement agreement. *See* ECF No. 79.

It is hereby ORDERED that Mr. Anderson shall file any opposition to New GM's motion by **October 13, 2021**. New GM shall file any reply by **October 20, 2021**. Any party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, New GM also moves for leave to file the revised settlement agreement as an exhibit to its motion for contempt with redactions. *See* ECF No. 78. The motion to file with redactions is granted temporarily. The Court will assess whether to keep the materials at issue redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

Dated: September 23, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge