UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    The Clerk of Court is directed to mail a copy of the Court's September 23, 2021 Order to Plaintiff Larry Anderson.

    SO ORDERED.

Dated: September 27, 2021
       New York, New York

JESSE M. FURMAN
United States District Judge