UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | No. 14-MD-2543 (JMF) |

## NOTICE OF APPEARANCE

Please enter the appearance of Howard S. Steel, of Goodwin Procter LLP, as counsel for Goodwin Procter LLP in the above-captioned matter. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:  September 29, 2021

GOODWIN PROCTER LLP

By: */s/ Howard S. Steel*
Howard S. Steel
The New York Times Building
620 Eighth Avenue
New York, New York 10018
212-813-8800
hsteel@goodwinlaw.com

*Attorneys for Goodwin Procter LLP*