UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

-------------------------------------------------------------------------x   ORDER

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter from alleged class member Jimmy Davis requesting immediate payment of his settlement claim.  *See* ECF No. 8611.  Co-Lead Counsel has confirmed, in response to Mr. Davis's previous letter, ECF No. 8590, that JND Legal Administration, the Class Action Settlement Administrator appointed by the MDL Court, is unable to issue immediate payments to class members until processing of all claims has been completed.  *See* ECF No. 8602.  Accordingly, Mr. Davis's request for an order requiring immediate payment is DENIED.  That said, Co-Lead Counsel shall promptly reach out to Mr. Davis to provide more specific information regarding when class members can expect to receive settlement payments.  Co-Lead Counsel shall serve a copy of this order on the class member at the address provided.

      SO ORDERED.

Dated: September 30, 2021
       New York, New York

                          JESSE M. FURMAN
                          United States District Judge