UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

---------------------------------------------------------------------------x      ORDER

JESSE M. FURMAN, United States District Judge:

      The Court has received an email from alleged class member Christopher Jones, attached as Exhibit A, expressing concerns about the class action settlement administrator and requesting additional information regarding the payment of his settlement claim. Mr. Jones previously sent the Court a similar email on July 23, 2021, *see* ECF No. 8570, to which Co-Lead Counsel responded on August 20, 2021, *see* ECF No. 8592. Co-Lead Counsel shall promptly reach out to Mr. Jones to provide more specific information regarding when class members can expect to receive settlement payments. More broadly, counsel and the Settlement Administrator should discuss the possibility of sharing more detailed information regarding the payment and timing of claims on the settlement website to obviate these sorts of submissions to the Court.

      Co-Lead Counsel shall promptly serve a copy of this Order on the class member at the email address provided and file proof of such service.

      SO ORDERED.

Dated: October 4, 2021
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge

# Exhibit A

| | |
|---|---|
| **From:** | Okinawa 4K |
| **To:** | Furman NYSD Chambers |
| **Subject:** | It seems no progress has been made since my last communication |
| **Date:** | Friday, October 1, 2021 8:20:15 PM |

**CAUTION - EXTERNAL:**

Hello, I have been involved in this class action lawsuit from the beginning and when GM finally decided to settle I was relieved because I knew that it should be at the tail end of this whole ordeal. I had no idea that the company that was picked to handle this would be so slow to do their job and opaque with their actions. As I stated before in my last letter the company does not update their website. The only reason they changed the disbursement date was because I forced their hand. Since then nothing has been added to the site and there's been no communication from the company. I have been in contact with one of the higher-ups in the company and it seems like all they do is stall for time or give very vague time frames. Every time I ask this company about a pay amount or date I get I don't know or I'll get back to you in two weeks, or be patient witches angering to hear. I have been involved in other lawsuits and this is not normal. I see that there are other class members getting frustrated and demanding their payments which clearly shows that there's something wrong with this process. Jnd past the deadline to start issuing payments and asked for more time. Asking for more time with sign, I understand things happen and more people were added. That's no excuse for not communicating and letting people know what is actually going on and where they're at in the process. I have no idea if they are 50% or 80% through it because they don't communicate. I live overseas in Okinawa Japan to be exact and so there's reasons why I'm on top of this to make sure that everything goes smoothly. Once again I want to know where are they in the process in detail, when do they plan on releasing our funds, and of course how much we are getting. They got their extra time and we should not still be waiting on them just to tell us when they're going to pay us. If we had a part in selecting the company to handle this I would have gladly paid more to pick a company that was more professional, transparent, and prompt with their services. This letter is a demand for the time frame of the release of her funds. Fall release is vague and just doesn't cut it especially after all the time they've been given. Thank you for your time.