UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
IN RE:

                                                                                                           14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

---------------------------------------------------------------------------x        ORDER

JESSE M. FURMAN, United States District Judge:

      The Court has received an email from alleged class member Kathy Lewis, attached as Exhibit A, expressing concerns about the class action settlement administrator and requesting additional information regarding the payment of her settlement claim. Co-Lead Counsel shall promptly take steps to address the class member's concerns and shall file a letter updating the Court on such efforts within 30 days. Co-Lead Counsel shall serve a copy of this order on the class member at the email address provided.

      SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge

# Exhibit A

| | |
|---|---|
| **From:** | |
| **To:** | Furman NYSD Chambers |
| **Subject:** | GM Ignition Switch Settlement |
| **Date:** | Tuesday, October 5, 2021 5:48:17 PM |

CAUTION - EXTERNAL:

Good afternoon Judge Furman,

My name is Kathy Lewis and I applied for the settlement in the GM Ignition Switch Settlement and I understood you to say that the administration needed to follow court orders and complete everything by the deadline July 19, 2021.

I have contacted the administrator several times and she stated that she doesn't need additional documents from me because she has everything that she needs, yet she continues to move the date out further which has caused concern that this is nothing more than a scam!?

I had several vehicles that I experienced complications with but only had 3 of those vin numbers to register but knowing that GM knew of the issues and the dealership refused to repair it because it "wasn't covered under warranty" has really upset me and I probably won't get all of the money back that I lost because I have never been in a class action law suit to know that the attorneys are really the only ones receiving the most, but since I didn't opt out, I would like to know just how much that I might get back.

I would like to know if this is just a scam and if it's not, how is the administrator able to keep pushing the date out for the checks to be sent out?

Sincerely,

Kathy Lewis


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.