UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:
                                          14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*                                  <u>ORDER</u>
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On September 22, 2021, Defendant New GM filed a motion for civil contempt. *See* ECF No. 79. On September 23, 2021, the Court ordered Mr. Anderson to file any opposition to New GM's motion by October 13, 2021, with any reply filed by New GM due October 20, 2021. *See* ECF No. 82. On October 18, 2021, Mr. Anderson filed a letter on the docket. *See* ECF No. 87. And, as indicated in the Court's Order docketed at ECF No. 8631 in Case No.14-MD-2543, Mr. Anderson also mailed several documents directly to Chambers. *See* Attachments A and B to this Order.

The Court construes Mr. Anderson's submissions in ECF No. 87 and Attachments A and B to this Order to be his opposition to New GM's motion for civil contempt. Accordingly, and given the delay in receiving Mr. Anderson's submissions, New GM's deadline to reply is hereby EXTENDED, *nunc pro tunc*, to **October 26, 2021**. **In its reply, New GM should address whether the signed settlement agreement in Attachment A is enforceable or, alternatively, whether Mr. Anderson should be deemed to have signed the settlement agreement (as modified in light of the Court's earlier opinion), without the modifications he has made.**

Finally, as some of the documents filed by Mr. Anderson appear to contain information about private settlement negotiations between the parties, these documents will be placed on with access temporarily restricted to the Court and the parties. No later than **October 26, 2021**, New GM shall refile the documents on ECF with proposed redactions in accordance with the Court's Individual Rules and Practices.

The Clerk of Court is directed to docket Attachments A and B to this Order with viewing access restricted to the Court and the parties and to mail a copy of this Order **and** the Court's Order of October 18, 2021, ECF No. 8631 in Case No.14-MD-2543, to Mr. Anderson.

SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge