UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

------------------------------------------------------------------------------x        ORDER

JESSE M. FURMAN, United States District Judge:

      The Court has received another email from alleged class member Christopher Jones, attached as Exhibit A, expressing concerns about the amount of the settlement payment he expects to receive. The deadline to object to the settlement has long passed. *See* ECF No. 7877 at 17 (providing that objections to the settlement "must be postmarked by October 19, 2020"). Accordingly, the Court will take no further action in response to this email. Lead counsel is directed to email a copy of this Order to Mr. Jones.

      SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                                   JESSE M. FURMAN
                                             United States District Judge

| | |
|---|---|
| **From:** | Okinawa 4K |
| **To:** | Furman NYSD Chambers |
| **Subject:** | Re: I waited almost a decade for $97. |
| **Date:** | Tuesday, October 19, 2021 10:12:42 PM |

**CAUTION - EXTERNAL:**

When I first bought my car, months later I ended up finding out that it was not even worth what I paid for it due to a defect. Years later I had to pretty much give it away because it couldn't accompany me on my move. It was almost impossible to sell because of all the bad publicity around this brand of cars.

   I was excited to hear that GM had offered a settlement and felt that I would recoup what I lost on this vehicle not to mention putting my life in danger by driving it. After all of the fighting, back and forth I was shocked to see the breakdown of me only receiving $97 after waiting almost a decade for a vehicle that I took a huge loss on. How was this considered fair and reasonable? I would not have agreed to this settlement if I would have known that I would have been getting pocket change for this so-called settlement.. This is something that should have been looked at and seen during the early stages. This is a slap in the face to people involved in this class action. What can be done from this point? Is it a closed-door now or are we just out of luck because this definitely is not fair. We're the ones who endangered ourselves and took a financial loss but in the end we're the ones who took another loss. Everyone else involved on this case made money and walked away with fat wallets while we walk away with $97 or less. Also I find it very puzzling that this company that was picked without our input or knowledge( jnd legal Administration)  took a 14 million dollar cut of our funds which I think was not deserved. We actually had no idea what their fee would be because it was withheld from us nor did we have any say in the process. Now to add more salt to the wound we have to wait until the end of November just to receive a $97 payment. I really do feel cheated and I'm sure I'm not the only one.