UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

                                                14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

-----------------------------------------------------------------------------x           <u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

       The Court has received a letter, attached as Exhibit A, from an alleged member of the

settlement class asking for the timing of settlement payments.  Co-Lead Counsel shall promptly

take steps to address the class member's concerns and shall file a letter updating the Court on

such efforts **within 30 days**.  Co-Lead Counsel shall serve a copy of this  order on the class

member at the address provided.

       SO ORDERED.

Dated: October 29, 2021
      New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge

# EXHIBIT A

Wednesday, October 6, 2021

GM Ignition Switch, Case No. #
14-MD-2543 (JMF)
C/o JND Legal Administration
P.O. Box 91355
Seattle, WA 98111

RECEIVED
SDNY PRO SE OFFICE
2021 OCT 29  AM 10:07

To Whom It May Concern:
The District Court
Clerk of Court
Thurgood Marshall United
States Court house
40 Centre Street
New York, NY 10007

This letter concerns the
Approved Settlement.

I am an owner of 2005 Saturn
ION. Saturn has been serviced
at the dealership in Tucson Arizona
Quebedeaux Buick, GMC
3566 East Speedway, 85716
Ph # 520 795-5550 Fax 520 327 9571

After Many & Numerous Visits
to Service, Recall, the Saturn
has remained disabled and
parked.

Cont. P 2

I am 71 years old & disabled.
Transportation and a secure
and working auto is essential.

Please respond as soon as
possible as to when I may
receive financial stettlement.

Thank you.


Sincerely,

Julie A. Castro
520-808-3877

5505 S. Mission Rd
Apt # 5102
Mission Sierra Apts
Tucson, Az, 85746



CC: Personal file



PHOENIX AZ 852

21 OCT 2021 PM 4 L

USM4ID
SDNY

Clerk of Court
Thurgood Marshall
United States Courthouse
40 Centre Street
New York, N.Y. 10007

10007-150729

T. Castro
5505 S. Mission Rd
# 5102
Tucson, Az. 85746

RECEIVED
SDNY PRO SE OFFICE
2021 OCT 29 AM 11:10