UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
*White v. GM Motor Co., 21-CV-8241*
---------------------------------------------------------------------------x

14-MD-2543 (JMF)

MEMORANDUM OPINION
AND ORDER

JESSE M. FURMAN, United States District Judge:

      On September 22, 2021, Defendant New GM filed a motion for civil contempt in *Anderson v. GM Motors & Shareholders*, Case No. 21-CV-1006, asking the Court to enforce the parties' revised settlement agreement. *See* 21-CV-1006, ECF No. 79. That settlement agreement requires Mr. Anderson, within 30 days of the agreement and before receiving his settlement payment, to provide New GM "with written documentation from a junk yard or other business entity capable of crushing the Subject Vehicle confirming that the entity has crushed the Subject Vehicle." *See* 21-CV-1006, ECF No. 94-4 §§ B.1.c, B.2. In New GM's reply brief, however, New GM now says that it does not want Mr. Anderson to immediately crush the vehicle, because New GM wishes to inspect the vehicle as potential evidence in a separate case also before this Court, *White v. GM Motor Co.*, Case No. 21-CV-8241. *See* ECF No. 93 at 7.

      In the Court's judgment, the parties should sort out the inspection issue before a decision is rendered on New GM's motion for civil contempt. Accordingly, the parties in these cases are hereby ORDERED to promptly confer with respect to whether and when an inspection of the vehicle could take place. New GM shall report back to the Court no later than **November 12, 2021**. In the meantime, the Court will reserve decision on New GM's motion.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                              JESSE M. FURMAN
                                          United States District Judge