UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

  Plaintiff Larry Anderson filed a letter dated November 5, 2021, regarding the date of inspection of his vehicle.  *See* 14-MD-2543, ECF No. 8665.  The Court understands that pursuant to New GM's letter of November 12, 2021, ECF No. 8659, the parties have since conferred and agreed that the inspection will occur December 15, 2021, at 10 a.m.  Per the Court's order of November 15, 2021, New GM will then file a letter by December 17, 2021, confirming that the inspection has occurred.  *See* ECF No. 8660.

  SO ORDERED.

Dated: November 19, 2021
   New York, New York

JESSE M. FURMAN
United States District Judge