UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Whatley v. General Motors, LLC, 15-CV-8960*

ORDER

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On August 23, 2021, New GM filed a suggestion of death as to Plaintiff Robert Whatley.

*See* ECF No. 8593.  Under Rule 25 of the Federal Rules of Civil Procedure, a motion for

substitution must be made within 90 days of the filing of a suggestion of death or the action

"*must* be dismissed."  *See* Fed. R. Civ. P. 25(a)(1) (emphasis added).  Because no motion for

substitution has been filed, Plaintiff's claims are hereby DISMISSED.

The Clerk of Court is further directed to terminate Robert Whatley as a party in 14-MD-

2543 and to close 15-CV-8960.

SO ORDERED.

Dated: November 24, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge