UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

*Pro se* Plaintiff Larry Anderson sent a letter to the Court, dated November 2, 2021.  *See* Attachment A.  Anderson's letter appears to be a response to New GM's reply memorandum of law in support of its motion for civil contempt.  *See* ECF Nos. 91-94.  The Court will address Anderson's letter, to the extent a response is necessary, when it addresses New GM's motion. No further submissions with respect to the motion will be accepted absent leave of Court.

New GM shall serve a copy of this Order on Mr. Anderson and file proof of such service on the docket.

SO ORDERED.

Dated:  December 3, 2021
        New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Attachment A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF
LARRY ANDERSON

GM MOTOR & SHAREHOLDERS

14-MD-2543 (JMF)

I'm filing this motion concerning GM motion and Record sent to me. I never signed no certified mail from new GM attys to my Rememberance. I do not Remember signing my name to no certified mail from new GM attorneys to prove that I Received their certified mail as proof.

14. MD 2543 (JMF)

2. The only mail that I can Remember that I signed my name to was the settlement paper's. And the settlement paper's that I signed was all of the paper's that I had from New Gm atty's, if I had Received more settlement's papers from New Gm atty's I would had put my initial's on them to. The settlement papers never told me that I could not Respond back to the settlement paper's, the settle paper's only told me on one paper to sign my name and have the settlement notarized, and I did.

14 MD-2543 (JMF)

3. Those words or writings on both of the settlement paper's was never spoken at the telephone settlement Conference. If you take the words that were said at the telephone settlement Conference and match them up with both settlement paper's, none of them would be (Compatible.) But I did sign the paper's any way. The settlement paper's never instructed me what not to do. There was no Law that I understood and or knew of that instructed me not to do with settlement paper's. From the beginning of my claims violating the Judge order to confer with me about my emotional stress claim violated my Due process Right for my emotional stress claim to be discussed and Confered.

14-MD-2543(JMF)

4. So After Denying the Judge Order to Confer with me About my Emotional Stress claim, the new GM attorney's just put my emotional stress claim into the Settlement paper's having (never) (Conferred) with me About my emotional Stress claim, Because of new GM Action's they have been in Contempt of the Hon. Judge (Order) from Day one of the Law Suit to this Date November 2, 2021, and there After.

14-MD-2543(JMF).

5) The New GM Attorney's wrote up two Settlement Claims, of which one claim the emotional stress claim they never confered nor discussed this claim with me according to the enclosed Hon. Judge Jesse M Furman (ORDER). The way New GM Attorney's (ReActed) toward the Hon Judge Order was (NO) they will not discuss neither confer about the emotional stress claim. And they did not, it shows and speaks for it self and their response and action. So since they did not follow the Hon Judge (ORDER) then they caused their own settlement paper's to be written up without following the Hon Judge (ORDER) to discuss and confer (claim emotional stress) before writing settlement papers.

14-MD-2543(JMF)

6. Since the New GM Attorneys Did not Apply the Hon. Judge Order at the Beginning of my Claim to discuss and Confer with my emotional Stress Claim. And I sent many motions or letters to this Court telling the Court that New GM Attorneys Refuses to discuss and Refuses to Confer with me about my Claim Emotional Stress. Then Denying this Order that is Covering my Claim means my Emotional Stress Claim never Received Due process and was Just placed into or written into Settlement papers By New GM Attorney's without this emotional Stress Claim being discuss neither Confered with, in which causes the Settlement papers to be in violation, with a claim in the Settlement papers that was never discussed nor Confered About.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Anderson
   3006 North Priscilla Avenue
   Indianapolis, Indiana 46218

9590 9402 5247 9154 0937 31

2. Article Number (Transfer from service label)

   7019 0160 0000 6851 2390

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  <. 19  RT 25
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   5-20-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**GENERAL MOTORS LLC IGNITION SWITCH LITIGATION**<br><br>*This Document Relates To:*<br>*Anderson v. General Motors LLC,* 21-CV-1006 | 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

### DECLARATION OF WENDY L. BLOOM

I, WENDY L. BLOOM, hereby declare as follows:

1. I am a partner with Kirkland & Ellis LLP ("Kirkland"), and I am one of the counsel of record representing General Motors LLC ("New GM") in MDL 2543. This declaration is made based upon my personal knowledge. I submit this Declaration in support of New GM's Reply to Its Motion for Civil Contempt against Plaintiff.

2. On August 18, 2021, New GM mailed Mr. Anderson, via certified mail, a cover letter from me and a copy of the Court's August 17 Opinion and Order that is docketed by the Court at 14-md-2543 Docket No. 8591; 21-cv-1006 Docket No. 73. On August 26, 2021, New GM received the signed certified mail receipt for these materials indicating a date of delivery of August 20, 2021, a copy of which is attached hereto as Exhibit 3.

3. On August 24, 2021, New GM personally served Mr. Anderson with a cover letter from me dated August 23, 2021 enclosing another copy of the Court's August 17 Opinion and Order as well as the settlement agreement (as modified in light of the Court's August 17 Opinion and Order) with my original signature and initials for Mr. Anderson to sign and return to me, a copy of which are attached hereto as Exhibit 4. Proof of delivery of these materials to Mr. Anderson is Exhibit 2 to New GM's Memorandum In Support Of Its Motion For Civil Contempt (14-MD-2543 Docket No. 8605; 21-CV-1006 Docket No. 80).

4. On September 23, 2021, New GM personally served Mr. Anderson its Motion for Civil Contempt, that is docketed by the Court at 14-md-2543 Docket No. 8609; 21-cv-1006 Docket No. 83. Proof of service is docketed by the Court as Exhibit 2 to 14-md-2543 Docket No. 8609; 21-cv-1006 Docket No. 83.

5. On October 6, 2021, I received the original modified settlement agreement that I signed on August 23, 2021 now with Mr. Anderson's original signature dated September 30, 2021, a notary original signature dated September 30, 2021 and Mr. Anderson's original handwritten comments. A copy of the document that I received, including the envelope with a handwritten notation from our mailroom that the materials were scanned to me is attached hereto as Exhibit 5. This document that I received from Mr. Anderson is the same document that is Attachment A to the Court's Order entered October 19, 2021 and that is docketed by the Court at 14-md-2543 Docket No. 8634; 21-cv-1006 Docket No. 89.

Case 1:14-md-02543-JMF   Document 8673   Filed 12/03/21   Page 11 of 11
Case 1:14-md-02543-JMF   Document 8648   Filed 10/27/21   Page 72 of 90
Case 1:14-md-02543-JMF   Document 8580   Filed 08/02/21   Page 45 of 434
Case 1:21-cv-01006-JMF   Document 4   Filed 02/10/21   Page 2 of 2

LLC as a defendant. This amendment is without prejudice to any defenses that New GM may wish to assert.

New GM is hereby ORDERED to confer with Plaintiff (and, if appropriate Lead Counsel) to discuss how to proceed with resolving Plaintiff's claims and, no later than **March 3, 2021**, the parties shall file a joint letter proposing next steps.

The Court requests that New GM waive service of process in 21-CV-1006.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: February 9, 2021
New York, New York

JESSE M. FURMAN
United States District Judge