UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION            14-MD-2543 (JMF)

*This Document Relates To:*                                                      ORDER
*Robinson v. General Motors LLC, 20-CV-3732*
-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

The Court adopts the schedule proposed by the parties on December 7, 2021. *See* ECF No. 8681. In particular:

- By **January 18, 2022**, Plaintiff shall disclose to New GM expert witness(es) and submit to New GM any written expert report(s), including all reliance materials in compliance with Order No. 74 (Dkt. No. 1279), required under Federal Rule of Civil Procedure 26(a)(2)(B), for any expert necessary to establish accident or air bag nondeployment causation under applicable state law.

- By **February 22, 2022**, Plaintiff shall present her expert witness(es) for deposition by New GM.

- By **February 23, 2022**, the parties shall submit a joint letter proposing next steps.

The parties should promptly advise the Court (or Magistrate Judge Cott, to whom this case is referred for settlement purposes) if there is anything the Court can do to facilitate a settlement of Plaintiff's claims.

By **December 10, 2021**, New GM shall serve a copy of this Order on Plaintiff and file proof of such service on the docket.

SO ORDERED.

Dated: December 8, 2021
       New York, New York                           _____
                                                            JESSE M. FURMAN
                                                         United States District Judge