UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

-------------------------------------------------------------------------------x   ORDER

JESSE M. FURMAN, United States District Judge:

      On December 15, 2021, Co-Lead Counsel moved for an Order directing disbursement of funds from the Common Benefit Fund.  *See* ECF No. 8688.  Because the Court has already granted Co-Lead Counsel's earlier motion, *see* ECF No. 8689 (granting ECF No. 8676), the December 15, 2021 motion is denied as moot.  The Clerk of Court is directed to terminate ECF No. 8688.

      SO ORDERED.

Dated: December 16, 2021
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge