UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                    ORDER
*Postley v. General Motors LLC, 20-CV-3498*
-----------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On October 19, 2021, Defendant New GM filed a motion for summary judgment. *See* ECF No. 73.[1] On November 19, 2021, after Plaintiffs missed the deadline to oppose the motion, the Court issued an order to show cause in writing by December 16, 2021, why New GM's motion should not be deemed unopposed. *See* ECF No. 79. Plaintiffs, who are proceeding without counsel, did not submit any response by that deadline.

New GM has now filed a letter, attaching a document received from Plaintiff Kyomi Postley on December 30, 2021, which is titled "Supplement to the Motion for Continuance." *See* ECF No. 81-1. In the document, Postley states that she submitted a Motion for Continuance on December 16, 2021, the deadline to respond to the Court's November 19, 2021 Order. *Id.* Postley also attaches to the Supplement a letter from her doctor. *See* Docket No. 82-2.[2]

The Court did not receive a motion for a continuance from Postley on December 16, 2021. Nor did it receive the Supplement sent to Defendant. That said, the Clerk of Court has advised the Court that Postley attempted to file a document on December 17, 2021 (a day after the deadline to show cause), via an email sent to the Temporary_Pro_Se_Filing@nysd.uscourts.

---

[1]     All references are to the Docket in Case No. 20-CV-3498.

[2]     New GM's motion to file the medical letter under seal, *see* ECF No. 82, is GRANTED.

gov email address, but that the document was rejected because it was sent as a Microsoft Word document, not as a PDF, as is required.

The Court would be on firm ground treating New GM's motion for summary judgment as unopposed. Nevertheless, mindful of Plaintiffs' *pro se* status, the Court will give Plaintiffs one further opportunity to respond to the Court's order to show cause. **Plaintiffs shall file any response to the Court's November 19, 2021 Order by January 20, 2022**. If no response is filed by that date, Defendant's motion will be deemed unopposed.

Because Plaintiffs were granted leave to participate in electronic case filing, *see* ECF No. 22, any future submissions **must be made via the ECF System.** Plaintiffs may not file through the Pro Se Intake Unit or by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov, which is only for use by *pro se* plaintiffs who do not have access to electronic case filing. **Any future submission made by Plaintiffs through something other than ECF will be disregarded.**

If Plaintiffs are uncertain how to use electronic case filing, they should contact the Pro Se Intake Unit at (212) 805-0175 between 8:30 a.m. and 5:00 p.m., Monday through Friday.

**Finally, Plaintiffs, as non-attorneys, cannot represent one another. Accordingly, the Court will not consider any document as to a Plaintiff unless it is signed by that Plaintiff.**

Out of an abundance of caution, the Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: January 6, 2022
      New York, New York

                                  JESSE M. FURMAN
                                  United States District Judge