UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                14-MD-2543

*This Document Relates To:*                                                                    ORDER
*Postley v. General Motors LLC, 20-CV-3498*
---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On January 6, 2022, the Court issued an order giving Plaintiffs until January 20, 2022, to respond to the Court's earlier order to show cause as to why New GM's motion for summary judgment should not be treated as unopposed. ECF No. 8702. The Court also warned (1) that any response must be made via the ECF system and (2) that the Court would only consider a document as to a Plaintiff if it was signed by that Plaintiff. *Id.*

Plaintiffs did not file a response by that deadline. However, Plaintiff Kyomi Postley sent a "Response in Opposition to Defendants' Motion for Summary Judgment" and a "Response to General Motors LLC's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1." directly to New GM. *See* ECF Nos. 8704, 8704-1, 8704-2, 8704-3. The Court would be on firm ground to ignore that submission in light of Plaintiff's failure to follow the Court's instructions. However, in deference Plaintiff's *pro se* status, the Court will consider the Opposition, but only as to Plaintiff Kyomi Postley, the only Plaintiff who signed the document. New GM shall file any reply by **February 24, 2022**.

Out of an abundance of caution, the Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: January 28, 2022
      New York, New York

                                                   JESSE M. FURMAN
                                        United States District Judge