UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*                                    ORDER
*Adesanya, et al v. General Motors, LLC, 16-CV-925*
------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter, attached as Exhibit A with personal information redacted, from class member Whisper Daniels, expressing concerns about the amount of the settlement payment Daniels received. Daniels also attached to the letter a settlement check from JND Legal Administration. The deadline to object to the settlement has long passed. *See* ECF No. 7877 at 17 (providing that objections to the settlement "must be postmarked by October 19, 2020"). Accordingly, the Court will take no further action in response to this letter.

      The Court will provide Lead Counsel with an unredacted version of the letter. Lead Counsel is directed to email a copy of this Order to Daniels using the email address provided and to inquire as to whether Daniels would like the settlement check to be reissued.

      SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Exhibit A

Date:01/13/2022

Whisper B Daniels

P O Box 9766

Canton, OH 44711

      Hello, My name is Whisper B Daniels, and to whom it may concern or the Judge over this Case No. 14-MD-2543 (JMF) ("MDL 2543"). I feel that my settlement should at least have been more than $48.72, from the Net Common Fund in the *In re*: General Motors Ignition Switch Litigation Case.

      My car additionally shut off while driving in mid air on the street. The vehicle while on the highway, during lunch hour on route 77 told me it was reducing my speed. It reduced my speed from 70 miles an hour to 30 miles an hour, this is what came across the screen, inside the car.

      You have no Idea how this feels to be in the middle lane and the peddle just gives out under your feet, and take control of the car. No matter how hard I pushed I could not regain speed to get over to the rest stop lane. Eventually I made It over thanks to the Most High in the heavens but that was one of the most terrifying experiences in my life.

      I had paid Gm dealerships, which there are not open right now but they closed down permanently to fix my vehicle, because I thought I did something wrong, like not get a tune up because I had the car already for 6 months or more. I even call the NHTSA and asked was there anything listed wrong with this car that the dealerships I had gone to, was not seeing, they said not at this time.

      I told them something has to be terrible wrong for a car to just keep changing speed when it wants, to the NHTSA. Many dealerships stated there was no recall out on it and no previous ones either with these problems, until it started to come out on the news, that's when I found out about the cover up.

      Bottom line I feel I should get money for emotional distress, terrified to drive my car on the highway, in the winter time as well definitely. I am sorry I forgot to say the steering wheel would just spend out of control periodically and almost cause accident. The dealerships lied to me, because they probably would loose there jobs if they told the truth about this vehicle, but my life is just as important as anyone else. I feel there should be more accountability to GM.

      I feel how will this company learn its lesson with a smack on the risk with $48 dollars and some change. I am not being greedy just fair, I have walked on egg shells since I got that car

afraid and having no choice but to drive it, to both jobs and school. I can not get to all three business on a bus, so for that reason, please reconsider my side of this distress situation.

Thank you for taking the time out of your day to read this letter. Please either way respond ▓▓▓ ▓▓▓▓▓▓or email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I will not cash the check until your respond.

Have a wonderful day!

Whisper B Daniels

P.S: Please Give to correct Jude if you are not the judge. The original CK has been sent to Hon George B Daniels & this letter w/ o different address, he is at in New York.

CLEVELAND OH 440

15 FEB 2022 PM 7 L

FOREVER / USA

USA

Whisper Daniels
P.O. Box 9746
Canton, OH. 44711

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

10007-150729