UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    *Pro se* Plaintiff Larry Anderson filed a letter with the Court, dated January 4, 2022. *See* ECF No. 8719. In his letter, Mr. Anderson requests the following information: (1) the amount of his settlement with New GM and (2) whether he should sign the W-9 sent to him by New GM.

    Counsel for New GM shall contact Mr. Anderson and inform him of the gross settlement amount, as well as the purpose of the W-9 form. New GM shall serve a copy of this Order on Mr. Anderson and file proof of such service on the docket.

    SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                                       JESSE M. FURMAN
                                                   United States District Judge