UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

                                        14-MD-2543 (JMF)

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*　　　　　　　　　　　　　ORDER
*Robinson v. General Motors LLC, 20-CV-3732*
-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    *Pro se* Plaintiff Norma Robinson filed a letter with the Court, dated May 5, 2022. *See* ECF No. 8738. Plaintiff's letter appears to contain confidential settlement information. The Court has temporarily sealed the letter. By **May 11, 2022**, New GM shall refile the letter with proposed redactions. The Court will issue an Order if it takes issue with a proposed redaction.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: May 9, 2022　　　　　　　　　　_____
          New York, New York　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　United States District Judge