| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>**IN RE: GENERAL MOTORS, LLC IGNITION**<br>**SWITCH LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Gloria Adesanya, et al<br>(As to Plaintiff, Andrew Donovan, Only) | **14-MD-2543 (JMF)**<br><br>**Hon. Jesse M. Furman**<br><br><br>**Case No. 16-CV-00925** |

## ORDER

On this day, came on to be considered Plaintiff Andrew Donovan's Motion to Sever. The

Court, having read the Motion, is of the opinion that the Motion is meritorious, and should be

GRANTED in its entirety.

It is therefore, ORDERED, that Plaintiff Andrew Donovan's Motion to Sever is hereby

GRANTED, and Plaintiff Andrew Donovan's cause of action is hereby severed out of Case No.

16-CV-00925, into a separate Case Numbered _____.

SIGNED this __19th__ day of __May_____, 2022.
New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE

The Clerk of Court is directed to terminate Andrew Donovan as Plaintiff in 16-CV-00925 and to open a new case with this Order and the Complaint docket at ECF No. 60 in 16-CV-00925, captioned: Andrew Donovan, Plaintiff, v. General Motors, LLC, Defendant. The newly opened case shall be treated as a member case of 14-MD-2543.