UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)

*This Document Relates To:*
*Donovan v. General Motors LLC, 22-CV-4142*

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

    This case has been severed from *Adesanya v. General Motors LLC et al.*, 16-CV-925.  By **May 31, 2022**, the parties shall confer and file a joint letter proposing next steps in this case.

    SO ORDERED.

Dated: May 23, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge