**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE:

GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION

14 **MD** 2543 (JMF)

This Document Relates To:            **JUDGMENT**

Postley et al. v. General Motors LLC
20CV3498
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 11, 2022, New GM's motion for summary judgment is GRANTED and Plaintiffs' claims are dismissed. Judgment is entered in favor of New GM on Plaintiffs' claims. This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).; accordingly, case 20cv3498 is closed.

**Dated:** New York, New York
July 11, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:** *K. Mango*
**Deputy Clerk**