UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
-------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On December 21, 2021, the Court entered an Order enforcing the settlement agreement. ECF No. 109.  Pursuant to that Order, New GM may move to dismiss this case with prejudice once it pays the settlement amount to Plaintiff and files proof of payment on the docket.  *Id.*  In the meantime, there is nothing remaining for the Court to do.

In light of the foregoing, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within ninety days** of the date of this Order if the settlement is not consummated or there is another reason to seek the Court's intervention.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 26, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge