IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | ) ) ) ) No. 14-MD-2543 (JMF) ) ) Hon. Jesse M. Furman ) ) |

### [PROPOSED] ORDER TERMINATING THE TOUPS CANADIAN CLAIMANTS GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST

1. Pursuant to the Court's April 8, 2019 Order Approving The Establishment Of The Toups Canadian Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (Dkt. 6647) and consistent with the Toups Canadian Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (Dkt. 6639-1 (the "Trust Agreement")), the Court approved establishment of the Toups Canadian Claimants GM Ignition Switch Qualified Settlement Fund Trust (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Weller, Green, Toups & Terrell L.L.P. and the Law Offices of Gregory K. Evans, PLLC ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows: The Trust is hereby terminated.

2. The Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this __2nd__ day of __September__, 2022.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 8769.