UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates To All Actions* | No. 14-MD-2543 (JMF)<br>No. 14-MC-2543 (JMF)<br><br>Hon. Jesse M. Furman |

### ~~[PROPOSED]~~ COMMON BENEFIT ORDER FUND DISBURSEMENT ORDER

WHEREAS, Orders No. 13 (Dkt. No. 304) and No. 42 (Dkt. No. 743) establish procedures for the collection, expenditure, and disbursement of funds for the common benefit of Plaintiffs in this multi-district litigation;

WHEREAS, in accordance with this Court's Orders dated May 28, 2021 (Dkt. No. 8543), July 16, 2021 (Dkt. No. 8565), and December 15, 2021 (Dkt. No. 8689), Participating Counsel were paid and/or reimbursed for certain fees and costs, including certain of the lodestar incurred in connection with the Economic Loss Class Action, expenses incurred with the litigation and not previously reimbursed, and Held Costs and certain other costs likewise not previously reimbursed;

WHEREAS, Co-Lead Counsel have identified previously unreimbursed costs in the amount of $432,354.84.

WHEREAS, additional funds have become available in the Common Benefit Order Fund, which total $456,467.84 after payment of costs described herein.

WHEREAS, Co-Lead Counsel have proposed distributions in the same ratios as in the Court's prior fee distribution Order of December 15, 2021 (Dkt. No. 8689), for previously unreimbursed fees for common benefit work that are appropriately reimbursable from the Common Benefit Order Fund;

WHEREAS, Plaintiffs seek reimbursement of the above-referenced amounts;

2330139.1

WHEREAS, there are sufficient funds for the reimbursement in the Common Benefit Order Fund;

NOW, THEREFORE, IT IS ORDERED that the $888,822 shall be disbursed from the Common Benefit Order Fund to Participating Counsel, as set forth in Exhibit A.

SO ORDERED this 30 day of ~~October~~ September, 2022

The Clerk of Court is directed to terminate ECF No. 8776.

_____
Hon. Jessee M. Furman
United States District Judge

2330139.1

# Exhibit A

## Fee Reimbursement Distribution

| | | | |
|---|---|---|---|
| **Co-Lead Counsel** | Hagens Berman Sobol Shapiro LLP | 0.21125981 | $96,433.31 |
| | Hilliard Martinez Gonzales LLP | 0.501810657 | $229,060.43 |
| | Lieff Cabraser Heimann & Bernstein, LLP | 0.134270785 | $61,316.88 |
| Co-Lead Counsel Total | | | $386,810.61 |
| **Executive Committee** | Boies, Schiller & Flexner LLP | 0.055737403 | $25,442.33 |
| | Cotchett, Pitre & McCarthy, LLP | 0.000314674 | $143.64 |
| | Grant & Eisenhofer P.A. | 0.001435337 | $655.19 |
| | Motley Rice, LLC | 0.000931681 | $425.28 |
| | NastLaw, LLC | 0.000134468 | $61.38 |
| | Otterbourg P.C. | 0.000628092 | $286.70 |
| | Podhurst Orseck, P.A. | 0.005940329 | $2,711.57 |
| | Robinson Calcagnie Robinson Shapiro Davis, Inc. | 0.004410959 | $2,013.46 |
| | Susman Godfrey L.L.P. | 0.007314478 | $3,338.82 |
| Executive Committee Total | | | $35,078.38 |
| **Liaison Counsel** | Barrios, Kingsdorf & Casteix, LLP | 0.010293307 | $4,698.56 |
| | Weitz & Luxenberg, P.C. | 0.028736414 | $13,117.25 |
| Liaison Counsel Total | | | $17,815.81 |
| **Bankruptcy Counsel** | Brown Rudnick | 0.001802603 | $822.83 |
| | Goodwin Procter, LLP | 0.032612366 | $14,886.50 |
| | Stutzman Bromberg Esserman & Pifka | 0.002308417 | $1,053.72 |
| Bankruptcy Counsel Total | | | $16,763.04 |
| Grand Total | | | $456,467.84 |

## Cost Reimbursement Distribution

| | | | |
|---|---|---|---|
| **Co-Lead Counsel** | Hagens Berman Sobol Shapiro LLP | 0.21125981 | $28,288.80 |
| | Hilliard Martinez Gonzales LLP | 0.501810657 | $249,887.04 |
| | Lieff Cabraser Heimann & Bernstein, LLP | 0.134270785 | $154,179.00 |
| Total | | | $432,354.84 |