**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:

GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION

14 **MD** 2543 (JMF)

This Document Relates To:
Norma Robinson v. General Motors LLC,
20-CV-3732 (JMF)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated

in the Court's Memorandum Opinion and Order dated December 9, 2022, New GM's motion for

summary judgment is GRANTED, and Robinson's remaining claims are DISMISSED in their entirety.

Judgment is entered in New GM's favor consistent with the Memorandum Opinion and Order and the

Court's Memorandum Opinion and Order of November 16, 2021, *see* ECF No. 8662; accordingly,

case number 20-CV-3732 is closed.

**Dated:**  New York, New York
        December 12, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:    *K. Mango*
_____
**Deputy Clerk**