UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Anderson v. GM Motors & Shareholders, 21-CV-1006*
------------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    On June 27, 2023, the Court received a letter from Plaintiff Larry Anderson, a copy of which (with the purported settlement amount redacted) is attached to this Order.  Plaintiff claims that he is unable to obtain paperwork showing that his car is to be crushed, which is required before GM will send him the settlement check.  *See* ECF No. 8605-2, at 4.  Counsel for GM is directed to promptly contact Plaintiff and, **within three weeks of the date of this Order**, file a status letter with the Court.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated:  June 29, 2023
       New York, New York

                                                    JESSE M. FURMAN
                                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF
LARRY Anderson

GM MOTOR & SHAREHOLDERS
DEFENDANTS

14MD-2543 & 21-CV-10066 JMF

I, LARRY Anderson comes now before this Court that I'm suppose to get my 2005 Chevy Cobot car (crushed) and get paperwork showing my car has been crushed and send a copy of the paperwork to Kirkland & Ellis LLP Law Firm at 300 N LaSalle Chicago Illnois, 60654 United States, these are the Attorneys that Represent General Motors

21-CV-1006 (JMF)

2. I called all of the CAR CRUShing phone numbers that I had, and I was told by all of them that they do not give paper work showing that the car is gona be crushed. So it's not my fault that I can not get the paper work for crushed cars.

I called this phone number at 317-2440-700, and I was told that all cars brought to 1300 NORTH Mickley are crushed.

I'm Ready to get Rid of my 2005 chevy Cobolt So that GM attorneys can send me the ▮ dollar check

21-CV-1006 (JMF)

3. I'm asking the Court to Contact GM attorney's at their phone number 312-862-2000 to Send me the check within 24 hours as soon as I take my car to the car crushing place. At 1300 North Mickley at Speedway 500 Race Track, In Indips, Ind OR near Speedway 500 Race Track.

None of the car crushing place's are not willing to give me no paper to Say that my car is going to be crush.

Again this place to my understanding is for crushing cars only at 1300 North Mickley at Indips, Ind.

21-CV-1006(JMF)

4 - I'm gona send A copy to the GM Attorney's to show I tryed calling many places to get my car crush and to get paper work to show my car is gona be crushed and none of the place's would not give me that type of paper work. So 1300 North Mickley is the only option. This is my New phone number 317-746-1838. GM Attorney's can also call me and let me know if it's OK to take my car to 1300 North Mickley and then send me the ▅▅▅ dollar check within 24 hours. Because then my car will be gone and I need the check to put down on A use car.

21-CV-1006 (JMF)

5. I don't want to keep driving my Car and Somebody happens to hit me and cause more problems with the Car, or Someone be in the Car and Some accident happen. Again if GM Attorney wants to call me and agree that its ok for me to take my Car to the enclosed address and agree to send me the ▮▮▮▮ dollar check within 24 hours at 3006 North Priscilla Avenue, Indianapolis, Indiana 46218, then this claim will be completely settled.

Harry Anderson
June 8, 2023