IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION** | ) ) ) ) No. 14-MD-2543 (JMF) ) ) Hon. Jesse M. Furman ) ) |

### ~~[PROPOSED]~~ ORDER TERMINATING THE 2015 NEW GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST

Pursuant to the Court's December 11, 2015 Order Approving the Establishment of the 2015 New GM Ignition Switch Qualified Settlement Fund (Dkt. 1854) and consistent with the 2015 New GM Ignition Switch Qualified Settlement Fund Trust Agreement (the "Trust Agreement") (Dkt. 1798-1), the Court approved establishment of the 2015 New GM Ignition Switch Qualified Settlement Fund (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Hilliard Martinez Gonzales LLP and Thomas J. Henry Law ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows:

1. The Trust is terminated, effective September 20, 2023.

2. Effective September 20, 2023, the Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this __27__ day of __September__, 2023.

The Clerk of Court is directed to terminate ECF No. 8810.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE