IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION | ) <br> ) No. 14-MD-2543 (JMF) <br> ) <br> ) Hon. Jesse M. Furman <br> ) |

## [PROPOSED] ORDER TERMINATING THE HILLIARD-HENRY POST-BANKRUPTCY CLAIMANTS GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST

Pursuant to the Court's September 23, 2019 Order Approving The Establishment Of The Hilliard-Henry Post-Bankruptcy Claimants GM Ignition Switch Qualified Settlement Fund (Dkt. 7187) and the Hilliard-Henry Post-Bankruptcy Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (the "Trust Agreement") (Dkt. 7184-1), the Court approved establishment of the Hilliard-Henry Post-Bankruptcy Claimants GM Ignition Switch Qualified Settlement Fund (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Hilliard Muñoz Gonzales LLP and the Law Offices of Thomas J. Henry ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows:

1. By December 31, 2023, the outstanding attorneys' fees shall be disbursed to Claimants' Counsel.

2. The Trust is terminated, effective December 31, 2023.

3. Effective December 31, 2023, the Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this __19th__ day of December, 2023.

The Clerk of Court is directed to terminate ECF No. 8813.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE