### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ECONOMIC LOSS ACTIONS | )<br>)<br>) No. 14-MD-2543 (JMF)<br>)<br>) Hon. Jesse M. Furman<br>) |

## [~~PROPOSED~~] ORDER TERMINATING THE ECONOMIC LOSS COMMON FUND

Upon the Joint Motion to Terminate the Economic Loss Common Fund ("the Trust") filed on behalf of Plaintiffs, as defined in the Settlement Agreement, as Amended on May 1, 2020 ("Settlement Agreement"), by Plaintiffs' Class Counsel, Steve W. Berman of Hagens Berman Sobol Shapiro LLP and Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein, LLP, and by General Motors LLC ("New GM"), through their counsel, and for good cause shown, the Court hereby orders as follows:

1. The Trustee, Flora Bian, an employee of JND Legal Administration ("JND"), is authorized to disburse all residual funds remaining in the Trust, which was established as a qualified settlement fund pursuant to the Court's Order Granting Preliminary Approval of Class Settlement, Directing Notice Under Rule 23(E) and Granting Related Relief (Dkt. 7877), to the non-profit Falling Forward Foundation as agreed upon by the parties pursuant to a *cy pres* distribution.

2. Effective twenty days after entry of this Order, the Trust is terminated, and the Trustee and JND are forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this  19th  day of     March    , 2024.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 8818.

2