IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | ) ) ) ) ) ) ) ) ) No. 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

### [PROPOSED] ORDER TERMINATING THE LANGDON CLAIMANTS GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST

Pursuant to the Court's March 26, 2019 Order Approving the Establishment of the Langdon Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (Dkt. 6607) and the Langdon Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (the "Trust Agreement") (Dkt. 6597-1), the Court approved establishment of the Langdon Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Langdon & Emison LLC and Avram Blair & Associates P.C. ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows:

1. The Trust is hereby terminated; and

2. The Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this  16th  day of   April   , 2024.

The Clerk of Court is directed to terminate ECF No. 8837.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE