UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Murphy v. General Motors, LLC, 18-CV-7938*

14-MD-2543 (JMF)

ORDER

--------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      On March 15, 2024, General Motors LLC filed a suggestion of death as to Plaintiff Tosha Murphy. *See* ECF No. 8820. Under Rule 25(a)(1) of the Federal Rules of Civil Procedure, a motion for substitution must be made within 90 days of the filing of a suggestion of death or the action "must be dismissed." *See* Fed. R. Civ. P. 25(a)(1) (emphasis added). Because no motion for substitution has been filed, Plaintiff's claims are hereby DISMISSED.

      The Clerk of Court is further directed to terminate Tosha Murphy as a party in 14-MD-2543 and to close 18-CV-7938.

      SO ORDERED.

Dated: June 20, 2024
      New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge