IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION | ) ) ) ) No. 14-MD-2543 (JMF) ) ) Hon. Jesse M. Furman ) ) |

## ~~[PROPOSED]~~ ORDER TERMINATING THE COON CLAIMANTS GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST

1. Pursuant to the Court's May 16, 2019 Order Approving The Establishment Of The Coon Claimants GM Ignition Switch Qualified Settlement Fund (Dkt. 6783) and the Coon Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (Dkt. 6776-1), the Court approved establishment of the Coon Claimants GM Ignition Switch Qualified Settlement Fund (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Brent Coon & Associates and General Motors LLC, and for good cause shown, the Court hereby orders as follows: The Trust is hereby terminated, effective October 31, 2025.

2. The Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this __31st__ day of __October__, 2025.

The Clerk of Court is directed to terminate ECF No. 8850.

_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE