**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION** | ) ) ) ) ) ) ) | **No. 14-MD-2543 (JMF)** <br> **Hon. Jesse M. Furman** |

**~~[PROPOSED]~~ORDER TERMINATING THE HILLIARD-HENRY CLAIMANTS GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND TRUST**

1. Pursuant to the Court's April 29, 2019 Order Approving The Establishment Of the Hilliard-Henry Claimants GM Ignition Switch Qualified Settlement Fund (Dkt. 6714) and the Hilliard-Henry Claimants GM Ignition Switch Qualified Settlement Fund Trust Agreement (the "Trust Agreement") (Dkt. 6707-1), the Court approved establishment of the Hilliard-Henry Claimants GM Ignition Switch Qualified Settlement Fund (the "Trust") and retained continuing jurisdiction and supervision thereof. Upon the Joint Motion of Hilliard Law (f/k/a Hilliard Muñoz Gonzales LLP) and the Law Offices of Thomas J. Henry ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows: The Trust is hereby terminated.

2. The Trustee is forever discharged from any further responsibility with respect to the Trust.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2026.

The Clerk of Court is directed to terminate ECF No. 8852.

The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE